ORIGINAL

NICOLA T. HANNA
United States Attorney
JOSEPH B. WIDMAN
Assistant United States Attorney
Chief, Riverside Branch Office
PETER DAHLQUIST (Cal. Bar No. 285548)
Assistant United States Attorney
Riverside Branch Office
    3403 10th Street, Suite 200
    Riverside, California 92501
    Telephone: (951) 276-6267
    Facsimile: (951) 276-6202
    E-mail:   Peter.Dahlquist@usdoj.gov

Attorneys for Applicant
UNITED STATES OF AMERICA


FILED
CLERK, U.S. DISTRICT COURT
DEC - 4 2019
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION BY DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

IN RE: SEARCH WARRANT AND ARREST WARRANT

Nos. ED 19-0642M
ED 19-0641M

[~~PROPOSED~~] ORDER SEALING DOCUMENTS

**(UNDER SEAL)**

    For good cause shown, IT IS HEREBY ORDERED that (1) the search warrant and all attachments thereto, (2) the application for the search warrant and all attachments thereto, (3) the criminal complaint and all attachments thereto, (4) and the application for the criminal complaint, (5) the arrest warrant, (6) the <u>ex parte</u> application, (7) the memorandum of points and authorities, (8) the declaration of Peter Dahlquist, and (9) this sealing order, and (10) all documents subsequently filed under this same case number until such time as a unsealing order is issued, shall be kept under seal until further order of the Court, or until the government determines that these materials are subject to its discovery obligations in connection with criminal proceedings, at which time

///

they may be produced to defense counsel. The executing agents or officers are permitted to provide a copy of the search warrant as required by Federal Rule of Criminal Procedure 41(f).

December 4, 2019
DATE

_____
UNITED STATES MAGISTRATE JUDGE

IN CASE OF DENIAL:

The government's application for an order sealing documents is DENIED. The underlying documents and the sealing application shall be returned to the government, without filing of the documents or reflection of the name or nature of the documents on the clerk's public docket.

IT IS SO ORDERED.

_____
DATE

_____
UNITED STATES MAGISTRATE JUDGE

Presented by:

_____/s/_____
PETER DAHLQUIST
Assistant United States Attorney