**UNDER SEAL**

FILED
2019 DEC -6 AM 11: 06
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
RIVERSIDE
BY ___

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br>PLAINTIFF | CASE NUMBER:<br>ED19-0641M |
| ROBERT STAHLNECKER<br>USMS# 74768-112<br>DEFENDANT | REPORT COMMENCING CRIMINAL ACTION |

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. Date and time of arrest: 12/06/2019/UNK TIME     ☒ AM  ☐ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding:   ☐ Yes   ☒ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building):   ☒ Yes   ☐ No

4. Charges under which defendant has been booked:
   Title 18 U.S.C. 115(a)(1)(B); 875(c) and 223(a)(1)(C)

5. Offense charged is a:  ☒ Felony   ☐ Minor Offense   ☐ Petty Offense   ☐ Other Misdemeanor

6. Interpreter Required:  ☒ No   ☐ Yes   Language: ___

7. Year of Birth: 1971

8. Defendant has retained counsel:   ☒ No
   ☐ Yes   Name: ___   Phone Number: ___

9. Name of Pretrial Services Officer notified: Duty Officer

10. Remarks (if any): ___

11. Name: J. Autry     (please print)

12. Office Phone Number: 951-276-6120

13. Agency: USMS

14. Signature: ___

15. Date: 12/06/2019

CR-64 (05/18)               REPORT COMMENCING CRIMINAL ACTION