FILED

2019 DEC 19  AM 8:31

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
RIVERSIDE

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

September 2019 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, | ED CR No. 19-0394 SVW |
| Plaintiff, | I N D I C T M E N T |
| v. | [18 U.S.C. § 115(a)(1)(B): Threatening a Federal Official and Employee and Person Assisting a Federal Official and Employee; 18 U.S.C. § 875(c): Threat by Interstate Communication; 47 U.S.C. § 223(a)(1)(C): Anonymous Telecommunications Harassment] |
| ROBERT ERIC STAHLNECKER, | |
| Defendant. | |

The Grand Jury charges:

COUNT ONE

[18 U.S.C. § 115(a)(1)(B)]

On or about September 26, 2019, in Riverside County, within the Central District of California, defendant ROBERT ERIC STAHLNECKER knowingly threatened to assault and murder Victim B, a United States official and an employee of a member of the United States Congress, that is, a United States Senator, and who was assisting other employees of the United States Senator, with the intent to impede, intimidate, and interfere with Victim B while Victim B was engaged in the performance of official duties, and with the intent to retaliate

against Victim B on account of the performance of Victim B's official
duties.

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

COUNT TWO

[18 U.S.C. § 875(c)]

On or about September 26, 2019, in Riverside County, within the Central District of California, defendant ROBERT ERIC STAHLNECKER, with the intent to issue a threat, and with knowledge that it would be viewed as a threat, knowingly transmitted in interstate commerce a telephonic communication that contained a true threat to injure the person of another, that is, defendant STAHLNECKER threatened to go to Victim B's office and kill Victim B.

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

COUNT THREE

[47 U.S.C. § 223(a)(1)(C)]

On or about September 26, 2019, in Riverside County, within the Central District of California, defendant ROBERT ERIC STAHLNECKER, in interstate communications, made a telephone call without disclosing his identity and with intent to annoy, abuse, and harass a person at the called number who received the communications, namely, Victim B.

COUNT FOUR

[47 U.S.C. § 223(a)(1)(C)]

On or about September 27, 2019, in Riverside County, within the Central District of California, defendant ROBERT ERIC STAHLNECKER, in interstate communications, made a telephone call without disclosing his identity and with intent to annoy, abuse, and harass a person at the called number who received the communications, namely, Victim B.

COUNT FIVE

[47 U.S.C. § 223(a)(1)(C)]

On or about October 21, 2019, in Riverside County, within the Central District of California, defendant ROBERT ERIC STAHLNECKER, in interstate communications, made a telephone call without disclosing his identity and with intent to annoy, abuse, and harass a person at the called number who received the communications, namely, Victim C.

A TRUE BILL

_____/s/_____

Foreperson

NICOLA T. HANNA
United States Attorney

*Brandon Fox*

BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division

JOSEPH B. WIDMAN
Assistant United States Attorney
Chief, Riverside Branch Office

PETER DAHLQUIST
Assistant United States Attorney
Riverside Branch Office