**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**CRIMINAL CASE SUMMARY**

FILED 2019 DEC 19 AM 8:31
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.

Case Number: EDCR 19-0394SVW
Defendant Number: _____
U.S.A. v. ROBERT ERIC STAHLNECKER
Year of Birth: 197_
[✓] Indictment  [ ] Information
Investigative agency (FBI, DEA, etc.) USCP

**NOTE:** All items MUST be completed. If you do not know the answer or a question is not applicable to your case, enter "N/A."

**OFFENSE/VENUE**

a. Offense charged as a:
   [ ] Class A Misdemeanor  [ ] Minor Offense  [ ] Petty Offense
   [ ] Class B Misdemeanor  [ ] Class C Misdemeanor  [✓] Felony

b. Date of Offense: On or about 8.29.19 through 10.21.19

c. County in which first offense occurred
   Riverside

d. The crimes charged are alleged to have been committed in (CHECK **ALL** THAT APPLY):
   [ ] Los Angeles        [ ] Ventura
   [ ] Orange             [ ] Santa Barbara
   [ ] Riverside          [ ] San Luis Obispo
   [✓] San Bernardino     [ ] Other _____

Citation of Offense
18 U.S.C. § 875(c); 47 U.S.C. § 223(a)(1)(C)

e. Division in which the MAJORITY of events, acts, or omissions giving rise to the crime or crimes charged occurred:
   [ ] Western (Los Angeles, San Luis Obispo, Santa Barbara, Ventura)
   [✓] Eastern (Riverside and San Bernardino)  [ ] Southern (Orange)

**RELATED CASE**

Has an indictment or information involving this defendant and the same transaction or series of transactions been previously filed and dismissed before trial?
   [✓] No   [ ] Yes
   If "Yes," Case Number: _____

Pursuant to General Order 16-05, criminal cases may be related if a previously filed indictment or information and the present case:
   a. arise out of the same conspiracy, common scheme, transaction, series of transactions or events; or
   b. involve one or more defendants in common, and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by different judges.

Related case(s), if any (**MUST MATCH NOTICE OF RELATED CASE**): _____

**PREVIOUSLY FILED COMPLAINT/CVB CITATION**
A complaint/CVB citation was previously filed on: 12.4.19
Case Number: ED-19-0641M
Assigned Judge: Magistrate Judge
Charging: 18 U.S.C. § 115(a)(1)(B); 18 U.S.C. § 875(c); 47 U.S.C. §
The complaint/CVB citation:
   [✓] is still pending
   [ ] was dismissed on: _____

**PREVIOUS COUNSEL**
Was defendant previously represented?  [ ] No  [✓] Yes
IF YES, provide Name: David Reed
   Phone Number: _____

**COMPLEX CASE**
Are there 8 or more defendants in the Indictment/Information?
   [ ] Yes*   [✓] No
Will more than 12 days be required to present government's evidence in the case-in-chief?
   [ ] Yes*   [✓] No

*AN ORIGINAL AND 1 COPY (UNLESS ELECTRONICALLY FILED) OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE TIME THE INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

**SUPERSEDING INDICTMENT/INFORMATION**

IS THIS A NEW DEFENDANT?  [ ] Yes  [ ] No
This is the _____ superseding charge (i.e., 1st, 2nd).
The superseding case was previously filed on: _____

Case Number _____

The superseded case:
   [ ] is still pending before Judge/Magistrate Judge _____
   [ ] was previously dismissed on _____

Are there 8 or more defendants in the superseding case?
   [ ] Yes*   [ ] No
Will more than 12 days be required to present government's evidence in the case-in-chief?
   [ ] Yes*   [✓] No

Was a Notice of Complex Case filed on the Indictment or Information?
   [ ] Yes   [✓] No

*AN ORIGINAL AND 1 COPY OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE TIME THE SUPERSEDING INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### CASE SUMMARY

**INTERPRETER**

Is an interpreter required?  ☐ YES  ☑ NO

IF YES, list language and/or dialect:
_____

**OTHER**

☑ Male  ☐ Female
☑ U.S. Citizen  ☐ Alien

Alias Name(s) _____

_____

This defendant is charged in:
☑ All counts
☐ Only counts: _____

☐ This defendant is designated as "High Risk" per 18 USC § 3146(a)(2) by the U.S. Attorney.

☐ This defendant is designated as "Special Case" per 18 USC § 3166(b)(7).

Is defendant a juvenile?  ☐ Yes  ☑ No
IF YES, should matter be sealed?  ☐ Yes  ☐ No

The area(s) of substantive law that will be involved in this case include(s):
☐ financial institution fraud  ☐ public corruption
☐ government fraud  ☐ tax offenses
☐ environmental issues  ☐ mail/wire fraud
☐ narcotics offenses  ☐ immigration offenses
☑ violent crimes/firearms  ☐ corporate fraud
☐ Other _____

_____

**CUSTODY STATUS**

**Defendant is not in custody:**
a. Date and time of arrest on complaint: _____
b. Posted bond at complaint level on: _____
   in the amount of $ _____
c. PSA supervision?  ☐ Yes  ☐ No
d. Is on bail or release from another district:
_____

**Defendant is in custody:**
a. Place of incarceration:  ☐ State  ☒ Federal
b. Name of Institution: _SBDC_
c. If Federal, U.S. Marshals Service Registration Number:
   74768-112
d. ☑ Solely on this charge. Date and time of arrest:
   12.6.19 unk time
e. On another conviction:  ☐ Yes  ☑ No
   IF YES:  ☐ State  ☐ Federal  ☐ Writ of Issue
f. Awaiting trial on other charges:  ☐ Yes  ☑ No
   IF YES:  ☐ State  ☐ Federal  AND
   Name of Court: _____
   Date transferred to federal custody: _____

This person/proceeding is transferred from another district pursuant to F.R.Cr.P.  ____ 20  ____ 21  ____ 40

---

**EXCLUDABLE TIME**

Determinations as to excludable time prior to filing indictment/information. EXPLAIN: _____

_____

Date  12/17/2019

Signature of Assistant U.S. Attorney
Peter Dahlquist
Print Name