# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - TRIAL**

| | |
|---|---|
| Case No. | 5:19-cr-00394-SVW |
| Date | February 12, 2020 |
| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE |
| Interpreter | N/A |

| Paul M. Cruz | Katie Thibodeaux | Peter Dahlquist/Robert Trisotto/Devin Myers |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Robert Stahlnecker | X | X | | David R. Reed | X | X | |

___ Day COURT TRIAL   ___ Day JURY TRIAL   ___ Death Penalty Phase

___ One day trial;   ___ Begun (1st day);   ___ Held & continued;   X Completed by jury verdict/submitted to court.

___ The Jury is impaneled and sworn.

___ Opening statements made _____

___ Witnesses called, sworn and testified.

___ Exhibits identified   ___ Exhibits admitted

___ Government rests.   ___ Defendant(s) _____ rest.

___ Motion for mistrial by _____ is ___ granted ___ denied ___ submitted

___ Motion for judgment of acquittal (FRCrP 29) is ___ granted ___ denied ___ submitted

X Closing arguments made   X Court instructs jury   X Bailiff sworn

X Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberations/findings.

X Alternates excused   X Jury retires to deliberate   ___ Jury resumes deliberations

___ Finding by Court as follows:   ___ Jury Verdict as follows:

Dft # 1   X Guilty on count(s) 3-8   X Not Guilty on count(s) 1 & 2

___ Jury polled   X Polling waived

X Filed Witness & Exhibit lists   X Filed Jury notes   X Filed Jury Instructions   X Filed Jury Verdict

X Dft # 1 Referred to Probation Office for Investigation & Report and continued to May 4, 2020 at 11:00 a.m for sentencing.

___ Dft # ___ remanded to custody.   ___ Remand/Release# ___ issd.   Dft # ___ released from custody.

___ Bond exonerated as to Dft # ___

___ Case continued to _____ for further trial/further jury deliberation.

___ Other:

: 20

Initials of Deputy Clerk