Exhibit 1

**Law Enforcement Sensitive / For Official Use Only**      CASE NUMBER: 2019-002095



# United States Capitol Police
## Investigations Division
## Memorandum of Interview



**CASE NUMBER: 2019-005375**
**CASE NAME: STAHLNECKER, Robert**
**Date: 01/17/2020   Time: 1600 EST    Location: Telephone**

On 01/17/2020 SA Flood conducted a telephonic interview of R▮▮▮ K▮▮▮ (Victim A). Victim A provided the following information:

During the interview, Victim A provided the following information pertaining to a threatening phone call which was received on 08/29/2019. The following is Victim A's statement which was provided to the United States Capitol Police, Threat Assessment Section (USCP-TAS) on 08/29/2019. The below statement was included within an email from Victim A's supervisor ▮▮▮▮▮▮ (BP).

"Said he lives in Rep. Paul Cook's District
Asked what the Congresswoman was going to do to address malpractice at the "Loma Linda VA Hospital" I told him I wasn't aware of any of the issues there as it is outside of our district and offered to call his representative to find out what's going on. He then became very angry and started to say that the congresswoman obviously doesn't care about veterans and he should come to our office to scream and yell to the world that she doesn't care about veterans. Stated that if he was an illegal, she would be more than happy to help him. "It doesn't matter that she helped that one veteran with the Feres Doctrine, she clearly doesn't care." He then hung up and called back immediately and stated that we need to call the president and get him to do something about the VA if we won't and proceeded to yell about us not caring about veterans and again said he'd come to our office. He told me to go get another job if I didn't care about veterans. Told me to "fuck off" multiple times and hung up. He called back again a third time right after, continued yelling and said ==“I'm coming to your fucking office and I'm going to kill you, fuck you.”==

Victim A stated she took handwritten notes during the three phone calls from phone number 760-881-5528. After the third phone call, Victim A notified her supervisor (BP) and the handwritten notes were transcribed verbatim into the body of an email from BP to USCP-TAS. Victim A is "100% certain" the statement the caller made was transcribed exactly as the caller stated, because she takes verbatim comments from callers on a daily basis. For this reason, Victim A is "100% certain" the handwritten notes taken during the threatening call were transcribed verbatim into the email which was sent to USCP Threat Assessment Section. Victim A stated she did not keep the hand written notes from the phone calls.

==Victim A stated she has dealt with "threatening" callers in the past, but in this instance she was fearful for the safety of the people in the "front office" as they would be the first to encounter the individual who stated "I'm coming to your fucking office and I'm going to kill you, Fuck you".==

The interview concluded at approximately 1622 EST.

Law Enforcement Sensitive / For Official Use Only

CASE NUMBER:  2019-002095



# United States Capitol Police
# Investigations Division
# Memorandum of Interview



**CASE NUMBER: 2019-005375**
**CASE NAME: STAHLNECKER, Robert**
**Date: 01/17/2020   Time: 1624 EST   Location: Telephone**

On 01/17/2020 SA Flood conducted a telephonic interview of ▮▮▮▮▮▮ (BP), District Director, Rep. Speier. BP provided the following information pertaining to a threatening phone call to the San Mateo, CA office of Rep. Speier on 08/29/2019:

BP stated Victim A entered his office while he was on the phone and made a statement to the effect of "I've had a threatening call", BP stated he did not recall the exact verbiage Victim A used. BP stated he observed handwritten notes in Victim A's hand when she entered his office. BP further described Victim A's demeanor as "very, very, worried" noting the tone and pitch of Victim A's voice was different indicating to him something was wrong. BP also reported Victim A's normally relaxed demeanor was not present. BP immediately identified these changes in Victim A's behavior as a signal that something was wrong, and indicated to him there was a sense of urgency to the reason Victim A had interrupted him in his office.

BP stated Victim A described the phone calls to him and he immediately identified the statement "I'm coming to your fucking office and I'm going to kill you, fuck you" as a threatening call and was very concerned because it was a "direct threat to kill". Upon receiving this information BP directed the staff in the office to turn off the lights in the front office, place a sign on the exterior door stating the office was unoccupied, and directed staff to not answer the phones. BP also stated he directed staff to use a "backdoor" when exiting and entering the office. BP also stated he placed post it notes on all phones in the office with "760-881-5528 Do not answer".

The interview concluded at approximately 1700 EST.

**Flood, Matthew J.**

| | |
|---|---|
| **From:** | A█████████████████ @mail.house.gov> |
| **Sent:** | Friday, January 3, 2020 4:36 PM |
| **To:** | Flood, Matthew J. |
| **Cc:** | P████, B█████ |
| **Subject:** | Stahlnecker |

Hello Special Agent Flood,

I took notes by hand during the call with Mr. Stahlnecker but I did not keep them. After the call, I informed my district director, B████ P█████, of the call and I typed up the notes on his email while we were in his office. He then emailed it to capitol police.

Thank you,
A█████

A█████████
Caseworker & Field Representative
Office of Congresswoman ████████████

San Mateo, CA
████████████



# Flood, Matthew J.

| | |
|---|---|
| **From:** | P▮▮▮, B▮▮▮▮▮▮▮▮▮▮ @mail.house.gov> |
| **Sent:** | Friday, January 3, 2020 4:26 PM |
| **To:** | Flood, Matthew J. |
| **Subject:** | FW: mailing label |
| **Attachments:** | Scanned from a Xerox Multifunction Printer.pdf |

Special Agent Flood:  My colleague, <span style="color:red">A▮▮▮▮▮▮▮</span>, will relate the generation of the email to you in an email that will be coming to you shortly.

After the death threat phone call of August 29, 2019, I placed mailing labels like this (attached) onto every phone in the office.  We were attempting to avoid talking to the man but in addition we believed that if he called in and made another death threat that we might obtain a death threat on a voice mail.  To my knowledge, he didn't leave a voice mail message.  ==We took his threat seriously as we didn't know with certainty where he might be at any given moment.==



B▮▮▮ P▮▮▮▮
District Director
Congresswoman ▮▮▮▮▮▮▮
▮▮▮▮▮▮▮
San Mateo, ▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮

-----Original Message-----
From: ▮▮▮▮▮▮▮@mail.house.gov <▮▮▮▮▮.xerox@mail.house.gov>
Sent: Friday, January 3, 2020 12:50 PM
To: P▮▮▮, B▮▮▮ (▮▮▮▮▮▮▮▮▮▮▮▮▮@mail.house.gov>
Subject: Scanned from a Xerox Multifunction Printer

Please open the attached document. It was scanned and sent to you using a Xerox Multifunction Printer.

Attachment File Type: pdf, Multi-Page

Multifunction Printer Location: ▮▮▮▮▮▮▮▮▮ District Office ▮▮▮▮▮▮▮▮ San Mateo, CA
Device Name: ▮▮▮▮▮▮▮▮▮▮

For more information on Xerox products and solutions, please visit http://www.xerox.com

760-881-5528
DO NOT ANSWER

USAO_000130