# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - SENTENCING AND JUDGMENT

( ___ Amended _____ )

| | |
|---|---|
| Case No.  5:19-cr-00394-SVW | Date  June 18, 2020 |

Present: The Honorable  **STEPHEN V. WILSON, U.S. DISTRICT JUDGE**

| Paul M. Cruz | Katie Thibodeaux | Peter Dahlquist |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| Defendant | Custody | Bond | Counsel for Defendant | Retd. | DFPD | Panel | Interpreter |
|---|---|---|---|---|---|---|---|
| Robert Stahlnecker | X | ☐ | David R. Reed | ☐ | ☐ | X | N/A |

**PROCEEDINGS:**   **SENTENCING AND JUDGMENT HEARING**   ☐ Contested   X Non-Evidentiary

_____ **Day** ___ (if continued from a prior hearing date)

_____ Refer to Judgment and Probation/Commitment Order; signed copy attached hereto.   **X** Refer to separate Judgment Order.

**X** Imprisonment for  1 Year & 1 Day  on each of counts  3-8 of the 1st Superseding Indictment (concurrent)
_____ Count(s) _____ concurrent/consecutive to count(s) _____
_____ Fine of $_____ is imposed on each of count(s) concurrent/consecutive.
_____ Execution/Imposition of sentence as to imprisonment only suspended on count(s) _____
_____ Confined in jail-type institution for _____ to be served on consecutive days/weekends commencing _____

**3** years Supervised Release imposed on count(s) _____   3 years Ct 3; 1 year Cts 4-8 of 1st Superseding Indictment
consecutive/concurrent to count(s)  All terms to run concurrently
under the usual terms & conditions (see back of Judgment/Commitment Order) and the following additional terms and conditions, under the direction of the Probation Office:

_____ Perform _____ hours of community service.
_____ Serve _____ in a CCC/CTC.
_____ Pay $ _____ fine amounts & times determined by P/O.
_____ Make $ _____ restitution in amounts & times determined by P/O.
_____ Participate in a program for treatment of narcotic/alcohol addiction.
_____ Pay any fine imposed by this sentence & that remains unpaid at commencement of community supervision. Comply with rules/regulations of ICE, if deported not return to U.S.A. illegally and upon any reentry during period of supervision report to the nearest P/O within 72 hours.
_____ Other conditions: _____

Pursuant to Section 5E1.2(e), all fines are waived, including costs of imprisonment & supervision. The Court finds the defendant **X** does not have the ability to pay.

**X** Pay $100 per count, special assessment to the United States for a total of $600
_____ Imprisonment for  months/years  and for a study pursuant to 18 USC _____ with results to be furnished to the Court within  days/months  whereupon the sentence shall be subject to modification. This matter is set for further hearing on _____
_____ Government's motion, all remaining count(s)/underlying indictment/information, ordered dismissed.
_____ Defendant informed of right to appeal.
_____ ORDER sentencing transcript for Sentencing Commission.   **X** Processed statement of reasons.
_____ Bond exonerated _____ upon surrender _____ upon service of _____
_____ Execution of sentence is stayed until 12 noon, _____ at which time the defendant shall surrender to the designated facility of the Bureau of Prisons, or, if no designation made, to the U.S. Marshal.
_____ Defendant ordered remanded to/released from custody of U.S. Marshal forthwith.
_____ Issued Remand/Release   # _____
_____ Present bond to continue as bond on appeal.   _____ Appeal bond set at $ _____
_____ Filed and distributed judgment. ENTERED.
_____ Other

: 23

Initials of Deputy Clerk   PMC

cc: