UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff/Appellee,<br><br>　　v.<br><br>ROBERT STAHLNECKER,<br><br>　　　　Defendant/Appellant. | Case No. EDCR19-394 SVW<br><br>USCA No.  20-50173<br><br>ORDER<br><br>Before the Hon. Stephen V. Wilson<br>United States District Judge |

Based on the stipulation of the parties, and for good cause shown, the Court hereby ORDERS that the following documents, which are currently under seal, be unsealed for the limited purpose of providing them to Appellant's counsel of record—*viz.*, Ethan A. Balogh, as well as any licensed attorneys employed by counsel in connection with the prosecution of the above-captioned direct appeal—including unlocked on PACER so that the documents may be acquired by the entry of counsel's ECF number, or provided to counsel by the Clerk of the Court:

- ECF Nos. 19, 20, 21, 58, 60, 62, 64 & 66.

IT IS FURTHER ORDERED that the foregoing materials should be unsealed only for the limited purpose of providing them to Appellant's counsel, to be reviewed on an Attorney's Eyes Only ("AEO") basis, and solely for counsel's use in preparing the above-captioned direct appeal, that these materials remain sealed for all other purposes, including from the public, and that any submission of these materials to the Court of Appeals must be made under seal or in accordance with the notice provision in Interim Ninth Circuit Rule 27-13(f) (or that Interim Rule's permanent replacement, if a permanent rule is adopted).

IT IS FURTHER ORDERED that if Mr. Stahlnecker uses or relies on any of these documents in his appeal, he will either (a) provide those documents to the Government; or (b) if Mr. Stahlnecker believes there exists a basis to not disclose the materials to the Government, then he will engage in a meet and confer with the the Government to discuss his position so that the Government may then seek an Order for their disclosure if the parties cannot reach an agreement.

**IT IS SO ORDERED.**

DATED: July 28, 2020

_____
THE HONORABLE STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE