```
 1                UNITED STATES DISTRICT COURT

 2        CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

 3                 HONORABLE STEPHEN V. WILSON

 4            UNITED STATES DISTRICT JUDGE PRESIDING

 5                          - - -

 6
     United States of America,      )
 7                    PLAINTIFF,    )
                                    )
 8   VS.                            )   NO. CR 19-394 SVW
                                    )
 9   Robert Stahlnecker,            )
                      DEFENDANT,    )
10   _____)

11

12

13          REPORTER'S TRANSCRIPT OF PROCEEDINGS

14                 LOS ANGELES, CALIFORNIA

15                MONDAY, FEBRUARY 10, 2020

16

17

18       _____

19           KATIE E. THIBODEAUX, CSR 9858
             U.S. Official Court Reporter
20                    Suite 4311
                 350 West 1st Street
21               Los Angeles, CA  90012

22

23

24

25
```

```
 1  APPEARANCES OF COUNSEL:

 2


 3  ON BEHALF OF THE PLAINTIFF, UNITED STATES OF AMERICA:

 4                  U.S. DEPARTMENT OF JUSTICE
                    U.S. ATTORNEY'S OFFICE
 5                  BY: PETER DAHLQUIST, AUSA
                    3404 10th Street
 6                  Suite 200
                    Riverside, CA  92501
 7


 8


 9  ON BEHALF OF THE DEFENDANT:

10                  DAVID R. REED LAW OFFICES
                    BY: DAVID R. REED
11                  3699 Wilshire Boulevard
                    Suite 850
12                  Los Angeles, CA  90010

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1            LOS ANGELES, CALIFORNIA; MONDAY, FEBRUARY 10, 2020
 2                              2:15 P.M.
 3                              - - - - -
 4
 5
 6
 7         THE CLERK:  Item 6, CR 19-394-SVW, United States
 8   of America versus Robert Stahlnecker.
 9             Counsel, please state your appearances.
10         MR. DAHLQUIST:  Good afternoon, your Honor.  Peter
11   Dahlquist and Robert Trisotto on behalf of the United
12   States..
13         MR. REED:  Good afternoon, your Honor.  David Reed
14   on behalf of Mr. Stahlnecker.  He is present in court.
15         THE COURT:  We had a pretrial conference last
16   week, and there were certain issues that required
17   resolution prior to the jury trial which is set for
18   tomorrow morning.
19             These are the rulings:  First, the government
20   is required on each of the statutory claims to prove
21   objective and subjective intent.  The law, in my view,
22   does not require that the plaintiff prove that the
23   defendant had knowledge of the specific person as long as
24   he knew that person to be within the statutory
25   definition.
```

```
 1              As I said at the pretrial conference, I am not
 2   going to allow the government to introduce evidence of
 3   these 10- or 15,000 phone calls.  The government didn't
 4   seem to press that further.
 5              With regard to the misdemeanor convictions, I
 6   am not going to allow the government to introduce those.
 7   If the government wants to cross-examine with the
 8   specific facts of those cases, I will hear further on
 9   that before that is attempted, but the convictions will
10   not be allowed.  They were misdemeanor convictions.  They
11   were somewhat aged.  The age alone is not the controlling
12   factor.  I don't know, for example, whether under these
13   state convictions, misdemeanor convictions, there was a
14   requirement of both subjective and objective intent.
15              With regard to the testimony that the
16   government wants introduced regarding the precautionary
17   measures that the alleged victims' supervisors took after
18   the threatening phone calls, that will not be allowed.
19              As I have said, since the court is concluding
20   that subjective and objective mens rea is required for
21   all three statutory violations, what is the relevance of
22   the Tobin case in light of that ruling?
23        MR. REED:  Of the what, your Honor?
24        THE COURT:  The Tobin case, the First Circuit
25   case.
```

```
 1              MR. REED:  I can't hear the court.
 2              THE COURT:  Tobin.  What is the relevance of the
 3    Tobin case in light of the court's conclusion that for
 4    all the violations subjective and objective intent is
 5    required.
 6              MR. REED:  Okay.  The Tobin case, your Honor,
 7    involves the 223 harassment.
 8              THE COURT:  I know it does.  It involves one
 9    subsection.
10              MR. REED:  Right.  And we contend that since
11    harassment is one of the predicates within the 223
12    violation, the other ones being abuse and interfere,
13    since harassment is one of the predicates, we feel that
14    the Tobin case which deals with a different code section
15    than the one charged -- it is still a 223 charge, but it
16    is under a different subsection -- that Tobin case
17    requires the government to prove that when the defendant
18    was harassing, his mental intent was to create a negative
19    reaction in the person that he was harassing.  And that
20    is why we feel --
21              THE COURT:  I do intend to define the term, but
22    usually a term is defined by its dictionary meaning.
23              Is that different than the dictionary meaning?
24              MR. REED:  Yes, it is, your Honor.  The abuse and
25    interfere which are the other predicates, the government
```

1  is correct. Those have common definitions, but the
2  harassment predicate is something that we were hoping the
3  court could further instruct the jury on which is the --
4         THE COURT: I will reserve a ruling on that and
5  let you know tomorrow morning.
6         And with regard to the trial tomorrow, I have
7  read your proposed voir dire questions, and most of them
8  will be asked in substance maybe not in the exact wording
9  you have. But I think most of the proposed questions
10 have some bearing. In addition, I will ask the court's
11 usual questions about background and jury experience and
12 so forth.
13        One cautionary word regarding opening
14 statements. The court feels very strongly about the
15 place of opening statements in a jury trial, and they are
16 not to be used to argue. And lawyers have developed
17 skills to shield the fact that they are arguing when they
18 really are. And so don't, you know, use expressions like
19 the evidence will show that the defendant is a thief or
20 someone is a liar. Prefacing what the evidence will show
21 doesn't, in my view, make it less argumentative. In
22 other words, the lawyer's view of the case really doesn't
23 count so it should be a relatively bland introduction or
24 summary of what the witnesses will say or the documents
25 or evidence will be.

```
 1              That goes for both sides.  And if you do drift
 2   into argument, you can anticipate an interruption from
 3   the court.
 4         MR. REED:  May I say something, your Honor?
 5         THE COURT:  Yes.
 6         MR. REED:  In the argument, I was going to
 7   indicate to the jury that as they are listening to the
 8   evidence, as the evidence is coming in, that there are a
 9   couple of issues that they should focus on, and that is
10   not only the substance of the statements, what was said,
11   but they are going to be required to analyze the mental
12   intent of the defendant in this case.
13         THE COURT:  You can say that.
14         MR. REED:  Is that okay, your Honor?
15         THE COURT:  Yes.
16              All right.  Then we will see you tomorrow at
17   9:00 o'clock.  We will select the jury.
18         MR. DAHLQUIST:  Your Honor, can I ask two
19   logistical questions to help with preparation this
20   evening?
21         THE COURT:  Yes.
22         MR. DAHLQUIST:  So, first, the parties have
23   entered into a stipulation to help streamline the
24   presentation of evidence, cut down on the need of
25   witnesses.  There is a lot of facts that are agreed to,
```

```
 1   and I was hoping to be able to present the stipulation
 2   during the witness who is testifying.  It is the case
 3   agent.
 4           THE COURT:  I would rather you did that in your
 5   opening statement.
 6           MR. DAHLQUIST:  Read the stipulation, your Honor?
 7           THE COURT:  Yes.
 8           MR. DAHLQUIST:  After the opening statement?
 9           THE COURT:  You can do it during the opening
10   statement.
11           MR. DAHLQUIST:  Very well, your Honor.
12               And then the second logistical question has to
13   do with transcripts.  We prepared transcripts of the
14   audio exhibits that we are presenting.  Does the court
15   require us to have transcripts for the jury?
16           THE COURT:  I mean, are the audios understandable?
17           MR. DAHLQUIST:  Yes, your Honor.
18           THE COURT:  Then no transcripts because that is
19   undue emphasis.  If it can be -- usually, I reserve
20   transcripts for foreign language.
21           MR. DAHLQUIST:  The only issue is there are some
22   that it is kind of in a low tone at points.  It is kind
23   of inaudible.  It is hard to hear.
24           THE COURT:  Well, I am not going to allow a
25   transcript.  The witness can testify as to what they
```

```
 1   heard, and that is the evidence.  Someone who made a
 2   transcript may have listened to the thing ten times, and
 3   the jury may not.  So there won't be a transcript.
 4          MR. DAHLQUIST:  Very well, your Honor.
 5          THE COURT:  Anything else?
 6          MR. DAHLQUIST:  No, your Honor.
 7          MR. REED:  No, your Honor.
 8       (Proceedings concluded.)
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

CERTIFICATE

I hereby certify that pursuant to Section 753, Title 28, United States Code, the foregoing is a true and correct transcript of the stenographically reported proceedings held in the above-entitled matter and that the transcript page format is in conformance with the regulations of the Judicial Conference of the United States.

Date:  September 5, 2020

 /s/ Katie Thibodeaux, CSR No. 9858, RPR, CRR

 MR. DAHLQUIST: [10]
 MR. REED: [10]
 THE CLERK: [1]   3/3
 THE COURT: [17]

**/**

**/s [1]**   10/12

**1**

**10 [3]**   1/15 3/1 4/3
**10th [1]**   2/5
**15,000 [1]**   4/3
**19-394 [1]**   1/8
**19-394-SVW [1]**   3/7
**1st [1]**   1/20

**2**

**200 [1]**   2/6
**2020 [3]**   1/15 3/1 10/10
**223 [3]**   5/7 5/11 5/15
**28 [1]**   10/4
**2:15 [1]**   3/2

**3**

**3404 [1]**   2/5
**350 [1]**   1/20
**3699 [1]**   2/11
**394 [1]**   1/8

**4**

**4311 [1]**   1/20

**7**

**753 [1]**   10/4

**8**

**850 [1]**   2/11

**9**

**90010 [1]**   2/12
**90012 [1]**   1/21
**92501 [1]**   2/6
**9858 [2]**   1/19 10/12
**9:00 o'clock [1]**   7/17

**A**

**able [1]**   8/1
**about [2]**   6/11 6/14
**above [1]**   10/7
**above-entitled [1]**   10/7
**abuse [2]**   5/12 5/24
**addition [1]**   6/10
**after [2]**   4/17 8/8
**afternoon [2]**   3/10 3/13
**age [1]**   4/11
**aged [1]**   4/11
**agent [1]**   8/3
**agreed [1]**   7/25
**all [3]**   4/21 5/4 7/16
**alleged [1]**   4/17
**allow [3]**   4/2 4/6 8/24
**allowed [2]**   4/10 4/18
**alone [1]**   4/11
**am [3]**   4/1 4/6 8/24
**America [3]**   1/6 2/3 3/8
**analyze [1]**   7/11
**ANGELES [4]**   1/14 1/21 2/12 3/1
**anticipate [1]**   7/2
**Anything [1]**   9/5
**appearances [2]**   2/1 3/9
**are [12]**
**argue [1]**   6/16
**arguing [1]**   6/17
**argument [2]**   7/2 7/6
**argumentative [1]**   6/21
**as [7]**

**ask [2]**   6/10 7/18
**asked [1]**   6/9
**attempted [1]**   4/9
**ATTORNEY'S [1]**   2/4
**audio [1]**   8/14
**audios [1]**   8/16
**AUSA [1]**   2/5

**B**

**background [1]**   6/11
**be [11]**
**bearing [1]**   6/10
**because [1]**   8/18
**before [1]**   4/9
**behalf [4]**   2/3 2/9 3/11 3/14
**being [1]**   5/12
**bland [1]**   6/23
**both [2]**   4/14 7/1
**Boulevard [1]**   2/11

**C**

**CA [3]**   1/21 2/6 2/12
**CALIFORNIA [3]**   1/2 1/14 3/1
**calls [2]**   4/3 4/18
**can [6]**
**can't [1]**   5/1
**case [10]**
**cases [1]**   4/8
**cautionary [1]**   6/13
**CENTRAL [1]**   1/2
**certain [1]**   3/16
**CERTIFICATE [1]**   10/1
**certify [1]**   10/4
**charge [1]**   5/15
**charged [1]**   5/15
**Circuit [1]**   4/24
**claims [1]**   3/20
**code [2]**   5/14 10/5
**coming [1]**   7/8
**common [1]**   6/1
**concluded [1]**   9/8
**concluding [1]**   4/19
**conclusion [1]**   5/3
**conference [3]**   3/15 4/1 10/9
**conformance [1]**   10/8
**contend [1]**   5/10
**controlling [1]**   4/11
**convictions [5]**   4/5 4/9 4/10 4/13 4/13
**correct [2]**   6/1 10/5
**could [1]**   6/3
**COUNSEL [2]**   2/1 3/9
**count [1]**   6/23
**couple [1]**   7/9
**court [9]**
**court's [2]**   5/3 6/10
**CR [2]**   1/8 3/7
**create [1]**   5/18
**cross [1]**   4/7
**cross-examine [1]**   4/7
**CRR [1]**   10/12
**CSR [2]**   1/19 10/12
**cut [1]**   7/24

**D**

**DAHLQUIST [2]**   2/5 3/11
**Date [1]**   10/10
**DAVID [3]**   2/10 2/10 3/13
**deals [1]**   5/14
**defendant [6]**
**define [1]**   5/21
**defined [1]**   5/22
**definition [1]**   3/25
**definitions [1]**   6/1
**DEPARTMENT [1]**   2/4
**developed [1]**   6/16
**dictionary [2]**   5/22 5/23
**did [1]**   8/4

**didn't [1]**   4/3
**different [3]**   5/14 5/16 5/23
**dire [1]**   6/7
**DISTRICT [3]**   1/1 1/2 1/4
**DIVISION [1]**   1/2
**do [4]**   5/21 7/1 8/9 8/13
**documents [1]**   6/24
**does [3]**   3/22 5/8 8/14
**doesn't [2]**   6/21 6/22
**don't [2]**   4/12 6/18
**down [1]**   7/24
**drift [1]**   7/1
**during [2]**   8/2 8/9

**E**

**each [1]**   3/20
**else [1]**   9/5
**emphasis [1]**   8/19
**entered [1]**   7/23
**entitled [1]**   10/7
**evening [1]**   7/20
**evidence [8]**
**exact [1]**   6/8
**examine [1]**   4/7
**example [1]**   4/12
**exhibits [1]**   8/14
**experience [1]**   6/11
**expressions [1]**   6/18

**F**

**fact [1]**   6/17
**factor [1]**   4/12
**facts [2]**   4/8 7/25
**FEBRUARY [2]**   1/15 3/1
**feel [2]**   5/13 5/20
**feels [1]**   6/14
**first [3]**   3/19 4/24 7/22
**focus [1]**   7/9
**foregoing [1]**   10/5
**foreign [1]**   8/20
**format [1]**   10/8
**forth [1]**   6/12
**further [3]**   4/4 4/8 6/3

**G**

**goes [1]**   7/1
**going [5]**   4/2 4/6 7/6 7/11 8/24
**Good [2]**   3/10 3/13
**government [8]**

**H**

**had [2]**   3/15 3/23
**harassing [2]**   5/18 5/19
**harassment [4]**   5/7 5/11 5/13 6/2
**hard [1]**   8/23
**has [1]**   8/12
**have [9]**
**he [3]**   3/14 3/24 5/19
**hear [3]**   4/8 5/1 8/23
**heard [1]**   9/1
**held [1]**   10/6
**help [2]**   7/19 7/23
**hereby [1]**   10/4
**his [1]**   5/18
**Honor [14]**
**HONORABLE [1]**   1/3
**hoping [2]**   6/2 8/1

**I**

**inaudible [1]**   8/23
**indicate [1]**   7/7
**instruct [1]**   6/3
**intend [1]**   5/21
**intent [5]**   3/21 4/14 5/4 5/18 7/12
**interfere [2]**   5/12 5/25

**I**
**interruption [1]**  7/2
**introduce [2]**  4/2 4/6
**introduced [1]**  4/16
**introduction [1]**  6/23
**involves [2]**  5/7 5/8
**is [37]**
**issue [1]**  8/21
**issues [2]**  3/16 7/9
**it [13]**
**Item [1]**  3/7
**its [1]**  5/22

**J**
**JUDGE [1]**  1/4
**Judicial [1]**  10/9
**jury [8]**
**JUSTICE [1]**  2/4

**K**
**KATIE [2]**  1/19 10/12
**kind [2]**  8/22 8/22
**knew [1]**  3/24
**know [4]**  4/12 5/8 6/5 6/18
**knowledge [1]**  3/23

**L**
**language [1]**  8/20
**last [1]**  3/15
**law [2]**  2/10 3/21
**lawyer's [1]**  6/22
**lawyers [1]**  6/16
**less [1]**  6/21
**let [1]**  6/5
**liar [1]**  6/20
**light [2]**  4/22 5/3
**like [1]**  6/18
**listened [1]**  9/2
**listening [1]**  7/7
**logistical [2]**  7/19 8/12
**long [1]**  3/23
**LOS [4]**  1/14 1/21 2/12 3/1
**lot [1]**  7/25
**low [1]**  8/22

**M**
**made [1]**  9/1
**make [1]**  6/21
**matter [1]**  10/7
**may [3]**  7/4 9/2 9/3
**maybe [1]**  6/8
**mean [1]**  8/16
**meaning [2]**  5/22 5/23
**measures [1]**  4/17
**mens [1]**  4/20
**mental [2]**  5/18 7/11
**misdemeanor [3]**  4/5 4/10 4/13
**MONDAY [2]**  1/15 3/1
**morning [2]**  3/18 6/5
**most [2]**  6/7 6/9
**Mr. [1]**  3/14
**Mr. Stahlnecker [1]**  3/14
**my [2]**  3/21 6/21

**N**
**need [1]**  7/24
**negative [1]**  5/18
**no [5]**  1/8 8/18 9/6 9/7 10/12
**not [11]**

**O**
**o'clock [1]**  7/17
**objective [4]**  3/21 4/14 4/20 5/4
**OFFICE [1]**  2/4
**OFFICES [1]**  2/10

**Official [1]**  1/19
**okay [2]**  5/6 7/14
**one [5]**  5/8 5/11 5/13 5/15 6/13
**ones [1]**  5/12
**only [2]**  7/10 8/21
**opening [5]**  6/13 6/15 8/5 8/8 8/9
**other [3]**  5/12 5/25 6/22

**P**
**P.M [1]**  3/2
**page [1]**  10/7
**parties [1]**  7/22
**person [3]**  3/23 3/24 5/19
**PETER [2]**  2/5 3/10
**phone [2]**  4/3 4/18
**place [1]**  6/15
**plaintiff [3]**  1/7 2/3 3/22
**please [1]**  3/9
**points [1]**  8/22
**precautionary [1]**  4/16
**predicate [1]**  6/2
**predicates [3]**  5/11 5/13 5/25
**Prefacing [1]**  6/20
**preparation [1]**  7/19
**prepared [1]**  8/13
**present [2]**  3/14 8/1
**presentation [1]**  7/24
**presenting [1]**  8/14
**PRESIDING [1]**  1/4
**press [1]**  4/4
**pretrial [2]**  3/15 4/1
**prior [1]**  3/17
**proceedings [3]**  1/13 9/8 10/6
**proposed [2]**  6/7 6/9
**prove [3]**  3/20 3/22 5/17
**pursuant [1]**  10/4

**Q**
**question [1]**  8/12
**questions [4]**  6/7 6/9 6/11 7/19

**R**
**rather [1]**  8/4
**rea [1]**  4/20
**reaction [1]**  5/19
**read [2]**  6/7 8/6
**really [2]**  6/18 6/22
**REED [3]**  2/10 2/10 3/13
**regard [3]**  4/5 4/15 6/6
**regarding [2]**  4/16 6/13
**regulations [1]**  10/8
**relatively [1]**  6/23
**relevance [2]**  4/21 5/2
**reported [1]**  10/6
**Reporter [1]**  1/19
**REPORTER'S [1]**  1/13
**require [2]**  3/22 8/15
**required [5]**  3/16 3/20 4/20 5/5 7/11
**requirement [1]**  4/14
**requires [1]**  5/17
**reserve [2]**  6/4 8/19
**resolution [1]**  3/17
**right [2]**  5/10 7/16
**Riverside [1]**  2/6
**Robert [3]**  1/9 3/8 3/11
**RPR [1]**  10/12
**ruling [2]**  4/22 6/4
**rulings [1]**  3/19

**S**
**said [3]**  4/1 4/19 7/10
**say [3]**  6/24 7/4 7/13

**second [1]**  8/12
**section [2]**  9/14 10/4
**see [1]**  7/16
**seem [1]**  4/4
**select [1]**  7/17
**September [1]**  10/10
**set [1]**  3/17
**shield [1]**  6/17
**should [2]**  6/23 7/9
**show [2]**  6/19 6/20
**sides [1]**  7/1
**since [3]**  4/19 5/10 5/13
**skills [1]**  6/17
**so [5]**  6/12 6/18 6/23 7/22 9/3
**some [2]**  6/10 8/21
**someone [2]**  6/20 9/1
**something [2]**  6/2 7/4
**somewhat [1]**  4/11
**specific [2]**  3/23 4/8
**Stahlnecker [3]**  1/9 3/8 3/14
**state [2]**  3/9 4/13
**statement [3]**  8/5 8/8 8/10
**statements [3]**  6/14 6/15 7/10
**STATES [8]**
**statutory [3]**  3/20 3/24 4/21
**stenographically [1]**  10/6
**STEPHEN [1]**  1/3
**still [1]**  5/15
**stipulation [3]**  7/23 8/1 8/6
**streamline [1]**  7/23
**Street [2]**  1/20 2/5
**strongly [1]**  6/14
**subjective [4]**  3/21 4/14 4/20 5/4
**subsection [2]**  5/9 5/16
**substance [2]**  6/8 7/10
**Suite [3]**  1/20 2/6 2/11
**summary [1]**  6/24
**supervisors [1]**  4/17
**SVW [2]**  1/8 3/7

**T**
**ten [1]**  9/2
**term [2]**  5/21 5/22
**testify [1]**  8/25
**testifying [1]**  8/2
**testimony [1]**  4/15
**than [2]**  5/15 5/23
**that [39]**
**them [1]**  6/7
**then [3]**  7/16 8/12 8/18
**there [6]**
**these [3]**  3/19 4/3 4/12
**they [9]**
**THIBODEAUX [2]**  1/19 10/12
**thief [1]**  6/19
**thing [1]**  9/2
**think [1]**  6/9
**this [2]**  7/12 7/19
**those [3]**  4/6 4/8 6/1
**threatening [1]**  4/18
**three [1]**  4/21
**times [1]**  9/2
**Title [1]**  10/4
**Tobin [7]**
**tomorrow [4]**  3/18 6/5 6/6 7/16
**tone [1]**  8/22
**took [1]**  4/17
**transcript [6]**
**transcripts [5]**  8/13 8/13 8/15 8/18 8/20
**trial [3]**  3/17 6/6 6/15
**Trisotto [1]**  3/11
**true [1]**  10/5
**two [1]**  7/18

## U

**under [2]**  4/12 5/16
**understandable [1]**  8/16
**undue [1]**  8/19
**UNITED [8]**
**us [1]**  8/15
**use [1]**  6/18
**used [1]**  6/16
**usual [1]**  6/11
**usually [2]**  5/22 8/19

## V

**versus [1]**  3/8
**very [3]**  6/14 8/11 9/4
**victims' [1]**  4/17
**view [3]**  3/21 6/21 6/22
**violation [1]**  5/12
**violations [2]**  4/21 5/4
**voir [1]**  6/7

## W

**wants [2]**  4/7 4/16
**was [7]**
**we [9]**
**week [1]**  3/16
**well [3]**  8/11 8/24 9/4
**were [4]**  3/16 4/10 4/11 6/2
**West [1]**  1/20
**WESTERN [1]**  1/2
**what [7]**
**when [2]**  5/17 6/17
**whether [1]**  4/12
**which [4]**  3/17 5/14 5/25 6/3
**who [2]**  8/2 9/1
**why [1]**  5/20
**will [12]**
**Wilshire [1]**  2/11
**WILSON [1]**  1/3
**within [2]**  3/24 5/11
**witness [2]**  8/2 8/25
**witnesses [2]**  6/24 7/25
**won't [1]**  9/3
**word [1]**  6/13
**wording [1]**  6/8
**words [1]**  6/22
**would [1]**  8/4

## Y

**Yes [6]**
**you [9]**
**your [17]**