1          UNITED STATES DISTRICT COURT

2     CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

3          HONORABLE STEPHEN V. WILSON

4        UNITED STATES DISTRICT JUDGE PRESIDING

5                  - - -

6
United States of America,          )
7                    PLAINTIFF,     )
                                    )
8     VS.                           )   NO. CR 19-394 SVW
                                    )
9     Robert Stahlnecker,           )
                     DEFENDANT,     )
10    _____)

11

12

13        REPORTER'S TRANSCRIPT OF PROCEEDINGS

14             JURY TRIAL - DAY ONE

15          LOS ANGELES, CALIFORNIA

16        TUESDAY, FEBRUARY 11, 2020

17

18

19    _____

20          KATIE E. THIBODEAUX, CSR 9858
            U.S. Official Court Reporter
21               Suite 4311
               350 West 1st Street
22          Los Angeles, CA  90012

23

24

25

```
1   APPEARANCES OF COUNSEL:

2

3   ON BEHALF OF THE PLAINTIFF, UNITED STATES OF AMERICA:

4                      U.S. DEPARTMENT OF JUSTICE
                       U.S. ATTORNEY'S OFFICE
5                      BY: PETER DAHLQUIST, AUSA
                       3404 10th Street
6                      Suite 200
                       Riverside, CA  92501
7

8

9   ON BEHALF OF THE DEFENDANT:

10                     DAVID R. REED LAW OFFICES
                       BY: DAVID R. REED
11                     3699 Wilshire Boulevard
                       Suite 850
12                     Los Angeles, CA  90010

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1                          I N D E X

 2    WITNESS NAME                           PAGE

 3    RAGHDA KARAJAH
      Direct Examination by Mr. Dahlquist     66
 4    Cross-Examination by Mr. Reed           76
      Redirect Examination                    84
 5    Recross-Examination                     86

 6    BRIAN PERKINS
      Direct Examination by Mr. Dahlquist     88
 7    Cross-Examination by Mr. Reed           90

 8    MATTHEW FLOOD
      Direct Examination by Mr. Dahlquist     92
 9    Cross-Examination by Mr. Reed          107
      Redirect Examination                    84
10
      LEAH UHRIG
11    Direct Examination by Mr. Trisotto     109
      Cross-Examination by Mr. Reed          136
12    Redirect Examination                   144

13    SARAH HARMS
      Direct Examination by Mr. Trisotto     145
14
      KYLIE JO RUTHERFORD
15    Direct Examination by Mr. Trisotto     152
      Cross-Examination by Mr. Reed          159
16
      ALISON FEINSWOG
17    Direct Examination by Mr. Trisotto     163

18    DARYL BRADY
      Direct Examination by Mr. Dahlquist    176
19    Cross-Examination by Mr. Reed          182
      Redirect Examination                   185
20
      ROBERT STAHLNECKER
21    Direct Examination by Mr. Reed         188
      Cross-Examination by Mr. Dahlquist     222
22
      EXHIBIT                         I.D.    IN EVID.
23
      1,2                             95        96
24    3 - 12                          97        97
      100                            107       107
25
```

```
 1        LOS ANGELES, CALIFORNIA; TUESDAY, FEBRUARY 11, 2020

 2                        9:35 A.M.

 3                        - - - - -

 4

 5

 6

 7     (The following proceedings were held outside the

 8       presence of the jury:)

 9     THE COURT:  Good morning.  We are here with the

10   parties and defendant and counsel.  We are about to

11   select the jury.

12            There was some question about what I plan to

13   do in informing the jury about the case.  I generally

14   just have the prosecutor read the indictment and tell the

15   jury that the indictment is not of any value other than

16   it is the way the case begins and it has no significance

17   other than that is the way a criminal case begins.

18            Any issue with that?

19     MR. DAHLQUIST:  Not from the government, your

20   Honor.

21     MR. REED:  No, your Honor.

22     THE COURT:  All right.  Then why don't we get the

23   jury in.

24            (Court and clerk confer.)

25     MR. DAHLQUIST:  Actually, your Honor, when I am
```

1    reading the indictment, the indictment refers to the

2    victims by designation, but because the victims are going

3    to be testifying using their names is it okay if I

4    substitute and say the victims' names?

5           THE COURT:  Do you have any objection to that?

6           MR. REED:  No, your Honor.

7           MR. DAHLQUIST:  No, your Honor.

8              Also, your Honor, for the transcript, the

9    government is requesting that the transcript refer to the

10   victims by initials so that their names are not part of

11   the public record.

12          THE COURT:  They plan to identify themselves at

13   trial, but you want the record -- the written record only

14   to reflect their initials?

15          MR. DAHLQUIST:  That's correct, your Honor.

16          THE COURT:  Why is that?

17          MR. DAHLQUIST:  Just to protect their privacy.

18          THE COURT:  But they are known.  It is a public

19   forum if they are identified by name.  I don't think I am

20   going to do that.  This is not a case involving child

21   trafficking or anything like that.  These people can

22   identify themselves and -- I don't see any risk.

23           MR. DAHLQUIST:  Very well, your Honor.

24           (Recess from 9:39 a.m. to 10:01 a.m.)

25           (The following proceedings were held in the

 1          presence of the prospective jury.)

 2          THE CLERK:  Calling item 1, CR19-394-SVW, United

 3     States of America versus Robert Stahlnecker.

 4              Counsel, please state your appearances.

 5          MR. DAHLQUIST:  Good morning, your Honor.  Peter

 6     Dahlquist and Robert Trisotto on behalf of the United

 7     States of America, also joined at counsel table by

 8     Assistant United States Attorney Devin Myers and Special

 9     Agent Matt Flood from the United States Capitol Police.

10          MR. REED:  Good morning, your Honor.  David Reed

11     on behalf of Mr. Stahlnecker.  He is present in court.

12          THE COURT:  Good morning, members of the jury

13     panel.  We are here this morning to select a jury in a

14     criminal case.  I am going to allow the government to

15     read the indictment to you in a moment, but before I do

16     that, let me give you some information about my

17     expectation about the length of the trial.

18              It is hard to predict the precise length of

19     time, but my best estimate is that the trial should be

20     complete within two or three days.  The hours of court

21     are from 9 until 5.  We take a one-hour recess for lunch

22     and a short recess in the morning and in the afternoon.

23              I am going to allow the government to read the

24     indictment to you only for the purpose of letting you

25     know what the charge is.

1              In a federal case such as this, the indictment

2     has absolutely no significance whatsoever.  It is just

3     the means by which the case begins.  As you will be

4     instructed, and as you probably know, the presumption of

5     innocence is always with the defendant and the burden of

6     proving the defendant's guilt is on the government.

7              With that in mind, I will allow the prosecutor

8     to read the indictment to you and then I will begin

9     asking you some questions.

10         MR. DAHLQUIST:  United States of America versus

11    defendant, Robert Eric Stahlnecker.

12             Count 1, on or about August 29th, 2019, in

13    Riverside County within the Central District of

14    California, defendant, Robert Eric Stahlnecker, knowingly

15    threatened to assault and murder Raghda Karajah, an

16    employee of the United States government, with the intent

17    to impede, intimidate and interfere with Ms. Karajah

18    while Ms. Karajah was engaged in the performance of

19    official duties and with the intent to retaliate against

20    Ms. Karajah on account of the performance of

21    Ms. Karajah's official duties.

22             Count 2, on or about September 26th, 2019, in

23    Riverside County within the Central District of

24    California, defendant, Robert Eric Stahlnecker, knowingly

25    threatened to assault and murder Leah Uhrig, an employee

1  of the United States Government and a person assisting an

2  employee under the United States Government, with the

3  intent to impede, intimidate and interfere with Ms. Uhrig

4  while Ms. Uhrig was engaged in the performance of

5  official duties and assisting in the performance of

6  official duties and with the intent to retaliate against

7  Ms. Uhrig on account of Ms. Uhrig's performance and

8  assistance in the performance of official duties.

9          Count 3, on or about September 26th, 2019, in

10  Riverside County within the Central District of

11  California, defendant, Robert Eric Stahlnecker, with the

12  intent to issue a threat and with knowledge that it would

13  be viewed as a threat, knowingly transmitted in

14  interstate commerce a telephonic communication that

15  contained a true threat to injure the person of another;

16  that is, defendant Stahlnecker threatened to go to Leah

17  Uhrig's office and kill Ms. Uhrig.

18          Count 4, on or about September 26, 2019, in

19  Riverside County within the Central District of

20  California, defendant, Robert Eric Stahlnecker, in

21  interstate communications made a telephone call without

22  disclosing his identity and with the intent to abuse,

23  threaten and harass a person at the call number who

24  received the communications; namely Leah Uhrig.

25          Count 5, on or about September 27th, 2019, in

1  Riverside County within the Central District of

2  California, defendant, Robert Eric Stahlnecker, in

3  interstate communications made a telephone call without

4  disclosing his identity and with intent to abuse and

5  harass a person at the call number who received the

6  communications; namely Ms. Leah Uhrig.

7          Count 6, on or about October 29th, 2019, in

8  Riverside County within the Central District of

9  California, defendant, Robert Eric Stahlnecker, in

10  interstate communications made a telephone call without

11  disclosing his identity and with intent to abuse,

12  threaten and harass a person at the call number who

13  received the communications; namely Kylie Jo Rutherford.

14          On or about October 25th, 2019, in Riverside

15  County within the Central District of California,

16  defendant, Robert Eric Stahlnecker, in interstate

17  communications made a telephone call without disclosing

18  his identity and intent to abuse and harass a person at

19  the call number who received the communications; namely

20  Alison Feinswog.

21          Count 8, on or about November 18th, 2019, in

22  Riverside County within the Central District of

23  California, defendant, Robert Eric Stahlnecker, in

24  interstate communications made a telephone call without

25  disclosing his identity and with intent to abuse and

1    harass a person at the call number who received the

2    communications; namely Daryl Brady.

3            THE COURT:  Okay.  I am going to have you stand up

4    and be sworn and then ask some questions.

5            THE CLERK:  Would everyone please stand and raise

6    their right hand.

7                (The prospective jurors were sworn.)

8            THE CLERK:  Thank you.  Please be seated.

9            THE COURT:  I am going to ask you some questions

10   first as a jury panel, and if you have an answer to any

11   of my questions would you raise your hand.  When you are

12   called upon, would you please stand up, give us your name

13   clearly and then answer the question.

14               So the first question would be does anyone

15   here work for a law enforcement type agency?

16           THE PROSPECTIVE JUROR:  Good morning, Bobby L.

17   Patterson, Jr.  Currently I don't work for a law

18   enforcement agency, but I worked a few years ago as a

19   police officer.

20           THE COURT:  All right.  Thank you, sir.

21           THE PROSPECTIVE JUROR:  Right.

22           THE COURT:  All right.  Is anyone here from a

23   close friend or relative who works for police or a law

24   enforcement type agency?

25           THE PROSPECTIVE JUROR:  My name is Christie

1    Rutherford.  My sister is a deputy probation officer for

2    L.A. County.

3            THE COURT:  Thank you.

4            THE PROSPECTIVE JUROR:  Melissa Bailon, and my

5    uncle works for the California Highway Patrol, retired.

6            THE PROSPECTIVE JUROR:  Morgan Geyer, your Honor.

7    My boyfriend does homeless outreach with Anaheim.

8            THE PROSPECTIVE JUROR:  Hagop Topalian.  A close

9    friend of ours is a federal public defender.

10           THE PROSPECTIVE JUROR:  Ariel Camp, and my uncle

11   works -- I think he is a detective, but I don't remember

12   where exactly.

13           THE PROSPECTIVE JUROR:  Susan Sung.  My cousin is

14   an officer for LAPD.

15           THE PROSPECTIVE JUROR:  Bobby Patterson.  Most of

16   my military friends are L.A. Sheriff County and LAPD.

17           THE COURT:  Okay.  The next question, if you have

18   an answer, may involve something that you don't want to

19   say publicly.  If there is something sensitive in your

20   answer and you want to approach the sidebar, you can make

21   that request.

22               Has anyone here been the victim of a crime?

23               If you can tell us what the nature of the

24   crime was without making a revelation you prefer not to

25   make, you can do that.  Otherwise if it is sensitive, you

```
 1    can approach sidebar.
 2         (The following proceedings were held at sidebar
 3         outside the presence of the prospective jury:)
 4         THE COURT:  What is your name?
 5         THE PROSPECTIVE JUROR:  Selina Munoz.  I was a
 6    victim of an assault years back.
 7         THE COURT:  A physical assault?
 8         THE PROSPECTIVE JUROR:  Yes.
 9         THE COURT:  I see.  All right.  Thank you.
10         THE PROSPECTIVE JUROR:  Ariel Camp.  I have been a
11    victim of sexual assault.
12         THE COURT:  Okay.  Next juror.
13         THE PROSPECTIVE JUROR:  Jenniefer Amaro.
14         THE COURT:  Yes.
15         THE PROSPECTIVE JUROR:  I am a victim of domestic
16    violence.
17         THE COURT:  Thank you.
18           Next juror.
19         THE PROSPECTIVE JUROR:  Hagop Topalian.  I have
20    had a couple of crimes at home, robbery, and I have been
21    carjacked at gunpoint.
22         THE COURT:  All right.  Thank you.
23           Next juror.
24         THE PROSPECTIVE JUROR:  Robert Johnson.  As a
25    14-year-old I was doored by somebody when I was walking
```

1    down the street and I was in a body cast for two months.

2         (The following proceedings were held in the

3          presence of the prospective jury:)

4         THE COURT:  In this case, you may hear language

5    that -- maybe I am dating myself -- is sometimes referred

6    to as foul language, course language.  And the question I

7    have is is there anything about hearing that language by

8    itself which would not make it possible for you to be

9    fair and unbiased to both parties?

10             (No response.)

11        THE COURT:  I guess what I was referring to was

12   profane language.  I trust you understood what I

13   intended.

14             Is there anything about the nature of the

15   charge -- and you heard the prosecutor read the charge to

16   you -- that in and of itself would make it difficult for

17   you to be fair and impartial to both sides?

18             (No response.)

19        THE COURT:  Has anyone here ever had any personal

20   experience with the United States Department of Veterans

21   Affairs?

22        THE PROSPECTIVE JUROR:  Bob Patterson, Jr.  When

23   you say any affairs with Veterans Affairs --

24        THE COURT:  In other words, the Department of

25   Veterans Affairs.  Have you interacted with them in any

```
 1    way.
 2           THE PROSPECTIVE JUROR:  I am a military veteran.
 3    I go to the VA all the time.
 4           THE COURT:  I see.  All right.  Well, then you
 5    have answered my question.  Thank you.
 6           THE PROSPECTIVE JUROR:  Michael Macdonald.  And I
 7    am a 20-year retired Navy vet.  And as my predecessor, I
 8    go there a lot.
 9           THE COURT:  All right.  Thank you, sir.
10           THE PROSPECTIVE JUROR:  Rolando J. Gonzalez, Jr.
11    I go to the VA also.
12           THE COURT:  Thank you, sir.
13           Has anyone here ever worked in an office of
14    someone who held public office?
15           (No response.)
16           THE COURT:  I am going to call 12 jurors to the
17    jury box, at which time I will ask further questions.
18           THE CLERK:  Ladies and gentlemen, we are going to
19    sit Jurors 1 through 6 in the first row, with Juror No. 1
20    starting here, 5 through 12 in the second row.  You can
21    enter here or you can enter from the right.
22           Kavitha Babu, B-A-B-U.  Please take jury seat
23    No. 1.
24           Yesenia Ramos, R-A-M-O-S.  Please take jury
25    seat No. 2.
```

```
 1              Cynthia Wharton, W-H-A-R-T-O-N.  Jury seat
 2   No. 3.
 3              Michelina Bird, B-I-R-D.  Jury seat No. 4.
 4              Pamela Safier, S-A-F-I-E-R.  Jury seat No. 5.
 5              Christie L. Rutherford, R-U-T-H-E-R-F-O-R-D,
 6   will be juror No. 6.
 7              Juror No. 7 in the second row will be Erica
 8   Embray, E-M-B-R-A-Y.
 9              Edgar Sebastian, S-E-B-A-S-T-I-A-N.  Jury seat
10   No. 8 in the second row.
11              Aiona Gazil, G-A-Z-I-L.  Jury seat No. 9.
12              Jocelyn Serrano, S-E-R-R-A-N-O.  Jury seat
13   No. 10.
14              Tammy Nunally, N-U-N-A-L-L-Y.  Jury seat
15   No. 11.
16              And jury seat No. 12 is Jennifer Lee, L-E-E.
17         THE COURT:  I will begin the questioning with
18   Ms. Babu.  Did I say your name correctly?
19         THE PROSPECTIVE JUROR:  Yes.
20         THE COURT:  Where do you live, ma'am?
21         THE DEFENDANT:  I live in Santa Clarita.
22         THE COURT:  And about how long have you lived
23   there?
24         THE PROSPECTIVE JUROR:  Almost 10 years.
25         THE COURT:  And what is your occupation?
```

1        THE PROSPECTIVE JUROR:  My husband has a services

2   business.  I am just helping the business.

3        THE COURT:  You say you work in the family

4   business?

5        THE PROSPECTIVE JUROR:  Yes.

6        THE COURT:  And what type of business does your

7   husband have?

8        THE PROSPECTIVE JUROR:  IT services.

9        THE COURT:  And do you have children?

10       THE PROSPECTIVE JUROR:  Yes.

11       THE COURT:  Are they living at home?

12       THE PROSPECTIVE JUROR:  No.

13       THE COURT:  Are they employed?

14       THE PROSPECTIVE JUROR:  They are in college.

15       THE COURT:  In college.  Have you ever served on a

16   jury?

17       THE PROSPECTIVE JUROR:  Yeah, I did.

18       THE COURT:  And was it in federal court -- this is

19   federal court -- or was it state court?

20       THE PROSPECTIVE JUROR:  The state court.

21       THE COURT:  And was it a civil or criminal case?

22       THE PROSPECTIVE JUROR:  I didn't go for -- I just

23   went there and not selected.  I didn't select.

24       THE COURT:  I see.  What generally is your

25   educational background?

```
 1              THE PROSPECTIVE JUROR:  I did my accounting.
 2              THE COURT:  I see.  Do you know of any reason that
 3      would prevent you from being fair and impartial to both
 4      sides?
 5              THE PROSPECTIVE JUROR:  I did not get that.
 6              THE COURT:  Do you know of any reason that would
 7      prevent you from giving both sides a fair trial?
 8              THE PROSPECTIVE JUROR:  Yes.
 9              THE COURT:  You do know of a reason?  In other
10      words, can you be fair to both sides?
11              THE PROSPECTIVE JUROR:  Yes.
12              THE COURT:  I see.  All right.  Now, I will turn
13      to Ms. Ramos.  Where do you live, ma'am?
14              THE PROSPECTIVE JUROR:  Sorry, I am nursing a
15      cold.  I live in east LA.
16              THE COURT:  For about how long, just generally?
17      If your whole life, you can say.
18              THE PROSPECTIVE JUROR:  More than 10 years.
19              THE COURT:  And what is your occupation?
20              THE PROSPECTIVE JUROR:  I am a bus driver.
21              THE COURT:  And who is your employer?
22              THE PROSPECTIVE JUROR:  I work for Foothill
23      Transit but it is transed out to thirty-party type of
24      contractor.
25              THE COURT:  I see.  Are you married?
```

1          THE PROSPECTIVE JUROR:  No.

2          THE COURT:  Have you ever served on a jury?

3          THE PROSPECTIVE JUROR:  No.

4          THE COURT:  What generally is your educational

5    background?

6          THE PROSPECTIVE JUROR:  I finished high school,

7    went to college for a year, realized I didn't have the

8    attention span, so I dropped out.

9          THE COURT:  Can you be fair and impartial to both

10   sides?

11         THE PROSPECTIVE JUROR:  Yes.

12         THE COURT:  Thank you.  Ms. Wharton, where do you

13   live, ma'am?

14         THE PROSPECTIVE JUROR:  Cerritos.

15         THE COURT:  For about how long?

16         THE PROSPECTIVE JUROR:  Twenty years.

17         THE COURT:  And what is your occupation?

18         THE PROSPECTIVE JUROR:  I manage a currency room

19   with Brinks Armored.

20         THE COURT:  I see.  And are you married?

21         THE PROSPECTIVE JUROR:  Divorced.

22         THE COURT:  What type of work did your former

23   husband do?

24         THE PROSPECTIVE JUROR:  He was in sales.  I have

25   been divorced many years.

```
 1              THE COURT:  I see.  Do you have any children?
 2              THE PROSPECTIVE JUROR:  One son.
 3              THE COURT:  Is your son employed?
 4              THE PROSPECTIVE JUROR:  Yes.
 5              THE COURT:  What type of job?
 6              THE PROSPECTIVE JUROR:  With UPS.
 7              THE COURT:  Have you ever served on a jury?
 8              THE PROSPECTIVE JUROR:  Yes.  Many, many years
 9  ago.
10              THE COURT:  Do you remember if it was in federal
11  or state court?
12              THE PROSPECTIVE JUROR:  It was state and I believe
13  criminal.
14              THE COURT:  And did the jury come to a verdict?
15              THE PROSPECTIVE JUROR:  Yes.
16              THE COURT:  What generally is your educational
17  background?
18              THE PROSPECTIVE JUROR:  I have an AA in college.
19              THE COURT:  Can you be fair and impartial to both
20  sides?
21              THE PROSPECTIVE JUROR:  Yes.
22              THE COURT:  Ms. Bird, where do you live, ma'am?
23              THE PROSPECTIVE JUROR:  Palmdale.
24              THE COURT:  For about how long?
25              THE PROSPECTIVE JUROR:  About three years now.
```

```
1           THE COURT:  And who is your employer?

2           THE PROSPECTIVE JUROR:  Arvato Digital Services.

3           THE COURT:  Are you married?

4           THE PROSPECTIVE JUROR:  Yes.

5           THE COURT:  What is your husband's occupation?

6           THE PROSPECTIVE JUROR:  My spouse, she works for

7   AT&T as an engineer.

8           THE COURT:  And I am asking this question because

9   I know of common knowledge that you could have children.

10  So do you have children?

11          THE PROSPECTIVE JUROR:  Yes, I do.  I have a

12  17-year-old.

13          THE COURT:  And is that 17-year-old living at home

14  with you and your spouse?

15          THE PROSPECTIVE JUROR:  Yes.  He is a senior in

16  high school.

17          THE COURT:  Have you ever served on a jury?

18          THE PROSPECTIVE JUROR:  No, I have not.

19          THE COURT:  And what generally is your educational

20  background?

21          THE PROSPECTIVE JUROR:  Some college.  I have my

22  medical coding and billing degree.

23          THE COURT:  And what is your spouse's occupation?

24          THE PROSPECTIVE JUROR:  She works for AT&T as an

25  engineer for about 30 years.
```

```
1              THE COURT:  Can you be fair and impartial to both

2    sides?

3              THE PROSPECTIVE JUROR:  Yes.

4              THE COURT:  Thank you, ma'am.

5                  Ms. Safier, where do you live, ma'am?

6              THE PROSPECTIVE JUROR:  Los Angeles.

7              THE COURT:  For about how long?

8              THE PROSPECTIVE JUROR:  Forty-five years.  My

9    whole life.

10             THE COURT:  Your whole life.  And what is your

11   occupation?

12             THE PROSPECTIVE JUROR:  I am a retired registered

13   nurse.

14             THE COURT:  I see.  Are you married?

15             THE PROSPECTIVE JUROR:  I am a widow.

16             THE COURT:  Widow.  And what was your spouse's

17   occupation?

18             THE PROSPECTIVE JUROR:  He was a history teacher

19   in L.A. Unified School District.

20             THE COURT:  I see.  Do you have children?

21             THE PROSPECTIVE JUROR:  Yes.

22             THE COURT:  Are any of your children employed?

23             THE PROSPECTIVE JUROR:  Yes.

24             THE COURT:  What types of work?

25             THE PROSPECTIVE JUROR:  My son is a chemical
```

1   engineer with Intel.

2          THE COURT:  And have you ever served on a jury?

3          THE PROSPECTIVE JUROR:  Yes.

4          THE COURT:  In this courthouse or the state court?

5          THE PROSPECTIVE JUROR:  State.

6          THE COURT:  And was it a civil or criminal case?

7          THE DEFENDANT:  Criminal.

8          THE COURT:  Did the jury reach a verdict?

9          THE PROSPECTIVE JUROR:  Yes.

10         THE COURT:  What generally is your educational

11  background?

12         THE PROSPECTIVE JUROR:  I graduated from a nursing

13  school with an associate of arts.

14         THE COURT:  I see.  Can you be fair and impartial

15  to both sides?

16         THE PROSPECTIVE JUROR:  Yes.

17         THE COURT:  Thank you.  Ms. Rutherford, where do

18  you live, ma'am?

19         THE PROSPECTIVE JUROR:  La Verne.

20         THE COURT:  And about how long have you lived

21  there?

22         THE PROSPECTIVE JUROR:  A little under four years.

23         THE COURT:  And what is your occupation?

24         THE PROSPECTIVE JUROR:  I work for an automotive

25  group in southern California.  I am a marketing manager.

```
1           THE COURT:  And are you married?

2           THE PROSPECTIVE JUROR:  Yes.

3           THE COURT:  What is your spouse's occupation?

4           THE PROSPECTIVE JUROR:  He also works for the

5    automotive company in the service department as a shop

6    foreman.

7           THE COURT:  Do you have children?

8           THE PROSPECTIVE JUROR:  Yes.

9           THE COURT:  Are any of your children employed?

10          THE PROSPECTIVE JUROR:  No.  They are little.

11          THE COURT:  Have you ever served on a jury?

12          THE PROSPECTIVE JUROR:  I have not.

13          THE COURT:  What generally is your educational

14   experience?

15          THE PROSPECTIVE JUROR:  I have a bachelor's in

16   psychology.

17          THE COURT:  Can you be fair and impartial to both

18   sides?

19          THE PROSPECTIVE JUROR:  Yes.

20          THE COURT:  Thank you.

21             Ms. Embray, where do you live, ma'am?

22          THE PROSPECTIVE JUROR:  Los Angeles.

23          THE COURT:  For about how long?

24          THE PROSPECTIVE JUROR:  All my life.

25          THE COURT:  What is your occupation?
```

```
1              THE PROSPECTIVE JUROR:  Legal assistant.

2              THE COURT:  And where are you employed?

3              THE PROSPECTIVE JUROR:  Manatt, Phelps & Phillips.

4              THE COURT:  I recognize that as being a

5    substantial law firm.  Have you in your experience as a

6    legal assistant ever been involved in a criminal case?

7              THE PROSPECTIVE JUROR:  No.

8              THE COURT:  What type of cases do you generally

9    work on?

10             THE PROSPECTIVE JUROR:  They are all civil.

11             THE COURT:  Civil.  And are you married?

12             THE PROSPECTIVE JUROR:  No.

13             THE COURT:  Have you ever served on a jury?

14             THE PROSPECTIVE JUROR:  No.

15             THE COURT:  What generally is your educational

16   background?

17             THE PROSPECTIVE JUROR:  Some college.

18             THE COURT:  Can you be fair and impartial to both

19   sides?

20             THE PROSPECTIVE JUROR:  Yes.

21             THE COURT:  Thank you, ma'am.

22                 Mr. Sebastian, where do you live, sir?

23             THE PROSPECTIVE JUROR:  City of Norwalk.

24             THE COURT:  For about how long?

25             THE PROSPECTIVE JUROR:  Twenty years.
```

```
 1          THE COURT:  What is your occupation?
 2          THE PROSPECTIVE JUROR:  I am a director of
 3  community prevention services.
 4          THE COURT:  Who is your employer?
 5          THE PROSPECTIVE JUROR:  Helpline Youth Counseling.
 6          THE COURT:  What type of organization is that?
 7          THE PROSPECTIVE JUROR:  It is a nonprofit
 8  organization.
 9          THE COURT:  Are you married?
10          THE PROSPECTIVE JUROR:  No.
11          THE COURT:  Have you ever served on a jury?
12          THE PROSPECTIVE JUROR:  Yes.
13          THE COURT:  Was it in federal court or state
14  court?
15          THE PROSPECTIVE JUROR:  It was a state court.
16          THE COURT:  Was it a civil or criminal case?
17          THE PROSPECTIVE JUROR:  Criminal case.
18          THE COURT:  Did the jury reach a verdict?
19          THE PROSPECTIVE JUROR:  Yes.
20          THE COURT:  What generally is your educational
21  background?
22          THE PROSPECTIVE JUROR:  I have a graduate degree
23  in psychology.
24          THE COURT:  Can you be fair and impartial to both
25  sides?
```

```
 1              THE PROSPECTIVE JUROR:  Yes.

 2         THE COURT:  Thank you, sir.  Aiona, is it Gazil?

 3         THE PROSPECTIVE JUROR:  Yes.

 4         THE COURT:  Where do you live, ma'am?

 5         THE PROSPECTIVE JUROR:  I live in La Puente.

 6         THE COURT:  For about how long?

 7         THE PROSPECTIVE JUROR:  For about ten years.

 8         THE COURT:  And what is your occupation?

 9         THE PROSPECTIVE JUROR:  Mental health worker.

10         THE COURT:  Who is your employer?

11         THE PROSPECTIVE JUROR:  L.A. Downtown Medical

12    Center.

13         THE COURT:  Are you married?

14         THE PROSPECTIVE JUROR:  Yes.

15         THE COURT:  What is your spouse's occupation?

16         THE PROSPECTIVE JUROR:  He is a bus driver.

17         THE COURT:  Do you have children?

18         THE PROSPECTIVE JUROR:  No.

19         THE COURT:  Have you ever served on a jury?

20         THE PROSPECTIVE JUROR:  No.

21         THE COURT:  What generally is your educational

22    background?

23         THE PROSPECTIVE JUROR:  I graduated as LVN.

24         THE COURT:  Can you be fair and impartial to both

25    sides?
```

```
 1            THE PROSPECTIVE JUROR:  I don't know.

 2            THE COURT:  I don't want you to say something that

 3   would create an issue, but can you generally tell me why

 4   you can't be fair and impartial?

 5            THE PROSPECTIVE JUROR:  I don't have any

 6   experience being a juror.

 7            THE COURT:  Most of these jurors don't.  I mean, I

 8   am not trying to persuade you one way or the other, but

 9   most people who come here are not legally trained and

10   they are not experienced as jurors.

11            The obligation of a juror is to listen to the

12   evidence in an objective way and then follow the

13   instructions as to the law as the Court gives it to you.

14            In other words, you have the sole power to

15   determine what the facts are, what the evidence shows,

16   who to believe, who not to believe, what the reasonable

17   inferences from the evidence are or not.

18            But you have an obligation to follow the law

19   as I will instruct you.  If you think you can do that,

20   you would qualify as a juror.

21            Can you do that?

22            THE PROSPECTIVE JUROR:  I can't.

23            THE COURT:  You cannot?

24            THE PROSPECTIVE JUROR:  I cannot.

25            THE COURT:  All right.  Then I will excuse her.
```

```
1              MR. REED:  No objection, your Honor.

2              THE COURT:  All right.  You are excused.

3              THE PROSPECTIVE JUROR:  Thank you.

4              THE CLERK:  Glen Montgomery, M-O-N-T-G-O-M-E-R-Y.

5    Please take jury seat No. 9.

6              THE COURT:  Mr. Montgomery, where do you live,

7    sir?

8              THE PROSPECTIVE JUROR:  Los Angeles.

9              THE COURT:  For about how long?

10             THE PROSPECTIVE JUROR:  Six years.

11             THE COURT:  What is your occupation?

12             THE PROSPECTIVE JUROR:  Film editor.

13             THE COURT:  Who is your employer?

14             THE PROSPECTIVE JUROR:  Freelance.

15             THE COURT:  Are you married?

16             THE PROSPECTIVE JUROR:  Yes, sir.

17             THE COURT:  What is your spouse's occupation?

18             THE PROSPECTIVE JUROR:  She is a marketing

19   manager.

20             THE COURT:  Do you have children?

21             THE PROSPECTIVE JUROR:  Yes.

22             THE COURT:  Are any of the children employed?

23             THE PROSPECTIVE JUROR:  No.

24             THE COURT:  Have you ever served on a jury?

25             THE PROSPECTIVE JUROR:  No.
```

```
 1          THE COURT:  What generally is your educational
 2  background?
 3          THE PROSPECTIVE JUROR:  Bachelor degree.
 4          THE COURT:  Can you be fair and impartial to both
 5  sides?
 6          THE PROSPECTIVE JUROR:  Yes.
 7          THE COURT:  Thank you, sir.
 8              Ms. Serrano, where do you live, ma'am?
 9          THE PROSPECTIVE JUROR:  I live in Santa Clarita.
10          THE COURT:  For about how long?
11          THE PROSPECTIVE JUROR:  My whole life.
12          THE COURT:  And what is your occupation?
13          THE PROSPECTIVE JUROR:  I am a line check
14  inspector.
15          THE COURT:  Who is your employer?
16          THE PROSPECTIVE JUROR:  Daypro Weber.
17          THE COURT:  What kind of organization is that?
18          THE PROSPECTIVE JUROR:  We work in the aerospace
19  industry.
20          THE COURT:  I see.  Are you married?
21          THE PROSPECTIVE JUROR:  No.
22          THE COURT:  Have you ever served on a jury?
23          THE PROSPECTIVE JUROR:  No.
24          THE COURT:  What generally is your educational
25  background?
```

```
 1            THE PROSPECTIVE JUROR:  I have high school.  No

 2    college.

 3            THE COURT:  Can you be fair and impartial to both

 4    sides?

 5            THE PROSPECTIVE JUROR:  Yes.

 6            THE COURT:  Thank you, ma'am.

 7               Ms. Nunally.

 8            THE PROSPECTIVE JUROR:  Yes.

 9            THE COURT:  Do where do you live, ma'am?

10            THE PROSPECTIVE JUROR:  Lakewood.

11            THE COURT:  For about how long?

12            THE PROSPECTIVE JUROR:  About seven years.

13            THE COURT:  What is your occupation?

14            THE PROSPECTIVE JUROR:  I work at Ralphs market

15    and I am a CNA.

16            THE COURT:  What is a CNA?

17            THE PROSPECTIVE JUROR:  Certified nursing

18    assistant.

19            THE COURT:  I see.  Are you married?

20            THE PROSPECTIVE JUROR:  Yes.

21            THE COURT:  What is your spouse's occupation?

22            THE PROSPECTIVE JUROR:  He doesn't work.

23            THE COURT:  Do you have children?

24            THE PROSPECTIVE JUROR:  Yes.

25            THE COURT:  Are any of your children employed?
```

```
 1              THE PROSPECTIVE JUROR:  No.

 2              THE COURT:  Have you ever served on a jury?

 3              THE PROSPECTIVE JUROR:  No.

 4              THE COURT:  What generally is your educational

 5    background?

 6              THE PROSPECTIVE JUROR:  In school now.  I'm going

 7    for my RN right now.

 8              THE COURT:  I see.  Can you be fair and impartial

 9    to both sides?

10              THE PROSPECTIVE JUROR:  Yes.

11              THE COURT:  Thank you, ma'am.  Ms. Lee, where do

12    you live?

13              THE PROSPECTIVE JUROR:  Burbank.

14              THE COURT:  For about how long?

15              THE PROSPECTIVE JUROR:  Five years.

16              THE COURT:  What is your occupation?

17              THE PROSPECTIVE JUROR:  Biocompatability scientist

18    with medical devices.

19              THE COURT:  Who is your employer?

20              THE PROSPECTIVE JUROR:  Zimmer Biolabs.

21              THE COURT:  Are you married?

22              THE PROSPECTIVE JUROR:  No.

23              THE COURT:  Have you ever served on a jury?

24              THE PROSPECTIVE JUROR:  No.

25              THE COURT:  What generally is your educational
```

```
 1   background?

 2          THE PROSPECTIVE JUROR:  Bachelor's degree.

 3          THE COURT:  Do you know of any reason that -- I

 4   will say it in the positive.  Can you be fair and

 5   impartial to both sides?

 6          THE PROSPECTIVE JUROR:  Yes.

 7          THE COURT:  Thank you, ma'am.  Okay.

 8              The first challenge will be with the

 9   government.

10          MR. DAHLQUIST:  Your Honor, the United States

11   would like to thank and excuse Juror No. 1, Ms. Babu.

12          THE CLERK:  Susan Sung, S-U-N-G, please take juror

13   seat No. 1.

14          THE COURT:  Ms. Sung, where do you live, ma'am?

15          THE PROSPECTIVE JUROR:  Long Beach.

16          THE COURT:  For about how long?

17          THE PROSPECTIVE JUROR:  Ten years.

18          THE COURT:  What is your occupation?

19          THE PROSPECTIVE JUROR:  Teacher.

20          THE COURT:  What school district do you work for?

21          THE PROSPECTIVE JUROR:  Little Lake City School

22   District.

23          THE COURT:  Are you married?

24          THE PROSPECTIVE JUROR:  I am.

25          THE COURT:  And what is your spouse's occupation?
```

```
 1              THE PROSPECTIVE JUROR:  Cinematography.

 2              THE COURT:  And where is your spouse employed?

 3              THE PROSPECTIVE JUROR:  He is freelance.

 4              THE COURT:  Do you have children?

 5              THE PROSPECTIVE JUROR:  No.

 6              THE COURT:  Have you ever served on a jury?

 7              THE PROSPECTIVE JUROR:  Close, and then they

 8    settled.

 9              THE COURT:  I see.  You never deliberated.

10              THE PROSPECTIVE JUROR:  No.

11              THE COURT:  What is your educational background

12    generally?

13              THE PROSPECTIVE JUROR:  Master's degree in ed

14    tech.

15              THE COURT:  Can you be fair and impartial to both

16    sides?

17              THE PROSPECTIVE JUROR:  Yes.

18              THE COURT:  Thank you, Ms. Sung.  Next challenge

19    is with the defendant.

20              MR. REED:  Your Honor, we ask the Court to thank

21    and excuse Juror No. 3, Ms. Wharton.

22              THE COURT:  Okay.

23              THE CLERK:  Robert Johnson, J-O-H-N-S-O-N.  Please

24    take jury seat No. 3.

25              THE COURT:  Mr. Johnson, where do you live, sir?
```

```
1              THE PROSPECTIVE JUROR:  Burbank.

2              THE COURT:  For about how long?

3              THE PROSPECTIVE JUROR:  Eighteen years.

4              THE COURT:  And what is your occupation?

5              THE PROSPECTIVE JUROR:  Music composer and

6     producer.

7              THE COURT:  And are you employed by a company or

8     are you self-employed?

9              THE PROSPECTIVE JUROR:  Self-employed.

10             THE COURT:  Are you married?

11             THE PROSPECTIVE JUROR:  Yes.

12             THE COURT:  What is your spouse's occupation?

13             THE PROSPECTIVE JUROR:  She does a lot of -- a few

14    things.  Producer basically of various things.  Works for

15    the Television Academy.  Freelance.

16             THE COURT:  I see.  Do you have any children?

17             THE PROSPECTIVE JUROR:  No.

18             THE COURT:  Have you ever served on a jury?

19             THE PROSPECTIVE JUROR:  Yes.  I was an alternate.

20             THE COURT:  Did you deliberate?  I mean as an

21    alternate, you didn't deliberate but --

22             THE PROSPECTIVE JUROR:  No.  I was out in the

23    hallway the whole time.

24             THE COURT:  But you sat through the trial?

25             THE PROSPECTIVE JUROR:  Yes.
```

```
 1          THE COURT:  I see.  What is generally is your

 2   educational background?

 3          THE PROSPECTIVE JUROR:  I didn't finish high

 4   school.

 5          THE COURT:  I see.  Can you be fair and impartial

 6   to both sides?

 7          THE PROSPECTIVE JUROR:  I think so.

 8          THE COURT:  I mean, you have to know so --

 9          THE PROSPECTIVE JUROR:  Yes.

10          THE COURT:  Thank you, Mr. Johnson.

11             The next challenge is with the government.

12          MR. DAHLQUIST:  The government would like to thank

13   and excuse Juror No. 8, Mr. Sebastian.

14          THE COURT:  Okay.

15          THE CLERK:  Ryan Branta, B-R-A-N-T-A.  Please take

16   jury seat No. 8.

17          THE COURT:  Ms. Branta, where do you live, ma'am?

18          THE PROSPECTIVE JUROR:  Los Angeles.

19          THE COURT:  For about how long?

20          THE PROSPECTIVE JUROR:  Ten years.

21          THE COURT:  What is your occupation?

22          THE PROSPECTIVE JUROR:  I am a teacher.

23          THE COURT:  Where are you a teacher?

24          THE PROSPECTIVE JUROR:  Redondo.

25          THE COURT:  School district?
```

```
 1          THE PROSPECTIVE JUROR:  Yes.  Redondo Beach School
 2   District.
 3          THE COURT:  Are you married?
 4          THE PROSPECTIVE JUROR:  Yes.
 5          THE COURT:  What is your spouse's occupation?
 6          THE PROSPECTIVE JUROR:  He is a creative at Hulu.
 7          THE COURT:  Do you have children?
 8          THE PROSPECTIVE JUROR:  Yes.
 9          THE COURT:  Are they living at home?
10          THE PROSPECTIVE JUROR:  Yes.  He is a toddler.
11          THE COURT:  Have you ever served on a jury?
12          THE PROSPECTIVE JUROR:  Yes.
13          THE COURT:  Was it in federal court or state
14   court?
15          THE PROSPECTIVE JUROR:  It was state.  It was
16   civil.
17          THE COURT:  Did the jury reach a verdict?
18          THE PROSPECTIVE JUROR:  We were released.
19          THE COURT:  What generally is your educational
20   background?
21          THE PROSPECTIVE JUROR:  I have two masters.
22          THE COURT:  In what fields?
23          THE PROSPECTIVE JUROR:  History and education.
24          THE COURT:  Can you be fair and impartial to both
25   sides?
```

```
 1          THE PROSPECTIVE JUROR:  Yes.
 2          THE COURT:  Thank you, ma'am.  The next challenge
 3   is with the defendant.
 4          MR. REED:  Your Honor, we would ask the Court to
 5   thank and excuse Juror No. 10, Ms. Serrano.
 6          THE CLERK:  John Wong, W-O-N-G.  Please take juror
 7   seat No. 10.
 8          THE COURT:  Mr. Wong, where do you live, sir?
 9          THE PROSPECTIVE JUROR:  I live in Azusa.
10          THE COURT:  For about how long?
11          THE PROSPECTIVE JUROR:  For about five years.
12          THE COURT:  What is your occupation?
13          THE PROSPECTIVE JUROR:  I am a funeral planner.
14          THE COURT:  Are you working for an organization or
15   a company?
16          THE PROSPECTIVE JUROR:  It's a company.  Rose
17   Hills Mortuary and Memorial Park.
18          THE COURT:  Are you married?
19          THE PROSPECTIVE JUROR:  Yes, I am.
20          THE COURT:  What is your spouse's occupation?
21          THE PROSPECTIVE JUROR:  She does not work.
22          THE COURT:  Do you have children?
23          THE PROSPECTIVE JUROR:  No.
24          THE COURT:  Have you ever served on a jury?
25          THE PROSPECTIVE JUROR:  Yes, I have.
```

1        THE COURT:  In federal court or state court?

2        THE PROSPECTIVE JUROR:  State court.  It was a

3   civil case but it was settled.  We never deliberated.

4        THE COURT:  What generally is your educational

5   background?

6        THE PROSPECTIVE JUROR:  Master's in business

7   administration.

8        THE COURT:  Can you be fair and impartial to both

9   sides?

10        THE PROSPECTIVE JUROR:  Yes.

11        THE COURT:  Thank you, sir.

12            Next challenge is with the defendant.

13        MR. REED:  We would ask the Court to thank and

14   excuse Juror No. 10, Mr. Wong.

15        THE CLERK:  Hagop Topalian, T-O-P-A-L-I-A-N.

16   Please take juror seat No. 10.

17        THE COURT:  Mr. Topalian, where do you live, sir?

18        THE PROSPECTIVE JUROR:  Whittier.

19        THE COURT:  For about how long?

20        THE PROSPECTIVE JUROR:  Fifteen years.

21        THE COURT:  What is your occupation?

22        THE PROSPECTIVE JUROR:  I am in the waste

23   management industry.

24        THE COURT:  And is it your business or are you

25   working for a company?

```
 1            THE PROSPECTIVE JUROR:  It is a company I work
 2    for.
 3            THE COURT:  I see.  Are you married?
 4            THE PROSPECTIVE JUROR:  Yes.
 5            THE COURT:  What is your spouse's occupation?
 6            THE PROSPECTIVE JUROR:  She does not work.
 7            THE COURT:  Do you have children?
 8            THE PROSPECTIVE JUROR:  Yes.
 9            THE COURT:  Are any of your children employed?
10            THE PROSPECTIVE JUROR:  No.
11            THE COURT:  Have you ever served on a jury?
12            THE PROSPECTIVE JUROR:  No.
13            THE COURT:  What generally is your educational
14    background?
15            THE PROSPECTIVE JUROR:  High school.
16            THE COURT:  Can you be fair and impartial to both
17    sides?
18            THE PROSPECTIVE JUROR:  Yes.
19            THE COURT:  Thank you, sir.
20            Next challenge is with the government.
21         MR. DAHLQUIST:  The United States would like to
22    thank and excuse Juror No. 10, Mr. Topalian.
23            THE CLERK:  Deanna Wigert, W-I-G-E-R-T.  Please
24    take jury seat No. 10.
25            THE COURT:  Did we pronounce your name properly?
```

```
1              THE PROSPECTIVE JUROR:  Wigert.

2              THE COURT:  And where do you live, ma'am?

3              THE PROSPECTIVE JUROR:  Glendora.

4              THE COURT:  For about how long?

5              THE PROSPECTIVE JUROR:  Twenty-one years.

6              THE COURT:  What is your occupation?

7              THE PROSPECTIVE JUROR:  X-ray tech.

8              THE COURT:  Who is your employer?

9              THE PROSPECTIVE JUROR:  Inter-Community Hospital

10     in Covina.

11             THE COURT:  Are you married?

12             THE PROSPECTIVE JUROR:  Live-in boyfriend.

13             THE COURT:  I see.  And what does your boyfriend

14     do for a living?

15             THE PROSPECTIVE JUROR:  He works for San Gabriel

16     Valley Water Company.

17             THE COURT:  Have you ever served on a jury?

18             THE PROSPECTIVE JUROR:  No.

19             THE COURT:  What generally is your educational

20     background?

21             THE PROSPECTIVE JUROR:  Associate's in science.

22             THE COURT:  Can you be fair and impartial to both

23     sides?

24             THE PROSPECTIVE JUROR:  Yeah.

25             THE COURT:  Thank you.
```

```
 1              Next challenge is with the defendant.
 2         MR. REED:  We would ask the Court to thank and
 3    excuse Juror No. 10, Ms. Wigert.
 4         THE CLERK:  Ryan Rochel, R-O-C-H-E-L.  Please take
 5    seat No. 10.
 6         THE COURT:  Mr. Rochel, where do you live, sir?
 7         THE PROSPECTIVE JUROR:  In Tarzana for my whole
 8    life.
 9         THE COURT:  What is your occupation?
10         THE PROSPECTIVE JUROR:  I do life and long-term
11    care insurance with New York Life.
12         THE COURT:  I see.  Are you married?
13         THE PROSPECTIVE JUROR:  No.
14         THE COURT:  Have you ever served on a jury?
15         THE PROSPECTIVE JUROR:  No.
16         THE COURT:  What generally is your educational
17    experience?
18         THE PROSPECTIVE JUROR:  I have a bachelor's in
19    real estate.
20         THE COURT:  Can you be fair and impartial to both
21    sides?
22         THE PROSPECTIVE JUROR:  Yes.
23         THE COURT:  Thank you.  Next challenge is with the
24    defendant.
25         MR. REED:  We would ask the Court to thank and
```

```
 1    excuse Juror No. 10, Mr. Rochel.

 2           THE CLERK:  Rolando Gonzalez, G-O-N-Z-A-L-E-Z.

 3    Please take juror seat No. 10.

 4           THE COURT:  Mr. Gonzalez, where do you live, sir?

 5           THE PROSPECTIVE JUROR:  Downey.

 6           THE COURT:  For about how long?

 7           THE PROSPECTIVE JUROR:  Twenty-four years.

 8           THE COURT:  What is your occupation?

 9           THE PROSPECTIVE JUROR:  QC inspector at a plastics

10    company.

11           THE COURT:  Are you married?

12           THE PROSPECTIVE JUROR:  No.  My wife passed away.

13           THE COURT:  Do you have children?

14           THE PROSPECTIVE JUROR:  No.

15           THE COURT:  Have you ever served on a jury?

16           THE PROSPECTIVE JUROR:  As an alternate.

17           THE COURT:  Did you sit through the trial?

18           THE PROSPECTIVE JUROR:  Yes, sir.

19           THE COURT:  But you didn't deliberate?

20           THE PROSPECTIVE JUROR:  No.

21           THE COURT:  What generally is your educational

22    experience?

23           THE PROSPECTIVE JUROR:  High school and then

24    United States Army.

25           THE COURT:  Can you be fair and impartial to both
```

```
 1   sides?

 2           THE PROSPECTIVE JUROR:  Yes.

 3           THE COURT:  Thank you, sir.

 4              Next challenge is with the defendant.

 5           MR. REED:  Your Honor, I think it is with the

 6   government.

 7           THE COURT:  Sorry.  Okay.  Government.

 8           MR. DAHLQUIST:  Your Honor, the United States is

 9   satisfied with the panel.

10           THE COURT:  The government accepts the jury panel.

11              Defendant?

12           MR. REED:  Your Honor, we would ask the Court to

13   thank and excuse Juror No. 7, Ms. Embray.

14           THE COURT:  Okay.

15           THE CLERK:  Fernando Solano, S-O-L-A-N-O.  Please

16   take jury seat No. 7.

17           THE COURT:  Mr. Solano, where do you live, sir?

18           THE PROSPECTIVE JUROR:  In Venice.

19           THE COURT:  For about how long?

20           THE PROSPECTIVE JUROR:  My whole life.

21           THE COURT:  What is your occupation?

22           THE PROSPECTIVE JUROR:  U.S. Postal Service.

23           THE COURT:  Are you married?

24           THE PROSPECTIVE JUROR:  No.

25           THE COURT:  Have you ever served on a jury?
```

```
 1              THE PROSPECTIVE JUROR:  No.

 2              THE COURT:  What generally is your educational

 3    experience?

 4              THE PROSPECTIVE JUROR:  Some college.

 5              THE COURT:  Can you be fair and impartial to both

 6    sides?

 7              THE PROSPECTIVE JUROR:  Yes.

 8              THE COURT:  Next challenge is with the defendant.

 9              MR. REED:  Your Honor, forgive me, I didn't get

10    Juror No. 1's name, but that would be the choice that we

11    have.

12              THE COURT:  Number 1 is Ms. Sung; is that correct?

13              THE CLERK:  Yes.  The person who was just seated.

14              THE COURT:  All right.  You are excused.  Thank

15    you, ma'am.

16              MR. DAHLQUIST:  Your Honor, I think there may have

17    been some confusion.

18              MR. REED:  I'm sorry, not 1, but Juror No. 7, the

19    one we just seated.

20              THE COURT:  Ms. Sung, would you come back?

21              No. 7 is Mr. Solano.

22              Is this the person you wanted to excuse?

23              MR. REED:  Yes, your Honor.

24              THE COURT:  All right.  Thank you.

25              THE CLERK:  Robyn Zucchino, Z-U-C-C-H-I-N-O.
```

```
 1    Please take jury seat No. 7.
 2          THE COURT:  Ms. Zucchino, where do you live,
 3    ma'am.
 4          THE PROSPECTIVE JUROR:  In Burbank.
 5          THE COURT:  For about how long?
 6          THE PROSPECTIVE JUROR:  Twenty-three years.
 7          THE COURT:  What is your occupation?
 8          THE PROSPECTIVE JUROR:  Happily retired.  Formerly
 9    a vice president of sales for Clinque Cosmetics.
10          THE COURT:  Are you married?
11          THE PROSPECTIVE JUROR:  Widowed.
12          THE COURT:  Do you have children?
13          THE PROSPECTIVE JUROR:  No.
14          THE COURT:  Have you ever served on a jury?
15          THE PROSPECTIVE JUROR:  No, I have not.
16          THE COURT:  What is your educational background?
17          THE PROSPECTIVE JUROR:  I have an MBA, marketing.
18          THE COURT:  I see.  Can you be fair and impartial
19    to both sides?
20          THE PROSPECTIVE JUROR:  Yes, sir.
21          THE COURT:  Thank you, ma'am.
22              The next challenge is -- is that 7 for the
23    defendant?  Is that what we are up to now?
24          THE CLERK:  Defendant's 7.
25          MR. REED:  Your Honor, I believe I have exercised
```

```
 1   7.

 2            THE COURT:  So it is government's 5.

 3            MR. REED:  They passed on theirs, your Honor.

 4            THE COURT:  They can still make a challenge if

 5   they want to.

 6            MR. REED:  Yes, I know that.

 7            THE COURT:  What is your preference?

 8            MR. DAHLQUIST:  The United States is satisfied

 9   with the panel, your Honor.

10            THE COURT:  So you accept the jury panel.

11               Now, defendant.

12            MR. REED:  Your Honor, we would ask the Court to

13   thank and excuse Juror No. 7, Ms. Zucchino.

14            THE COURT:  Thank you, Ms. Zucchino.

15            THE CLERK:  Melissa Bailon, B-A-I-L-O-N.  Please

16   take jury seat No. 7.

17            THE COURT:  Ms. Bailon, where do you live, ma'am?

18            THE PROSPECTIVE JUROR:  Whittier.

19            THE COURT:  For about how long?

20            THE PROSPECTIVE JUROR:  All my life.

21            THE COURT:  What is your occupation?

22            THE PROSPECTIVE JUROR:  Insurance verifier at Los

23   Alamitos Medical Center Hospital.

24            THE COURT:  Are you married?

25            THE PROSPECTIVE JUROR:  No.
```

```
 1          THE COURT:  Have you ever served on a jury?

 2          THE PROSPECTIVE JUROR:  No.

 3          THE COURT:  What generally is your educational

 4   background?

 5          THE PROSPECTIVE JUROR:  Bachelor's in science.

 6          THE COURT:  Can you be fair and impartial to both

 7   sides?

 8          THE PROSPECTIVE JUROR:  Yes.

 9          THE COURT:  Thank you, ma'am.

10              Next challenge is with the defendant.

11          MR. REED:  We would ask the Court to thank and

12   excuse Juror No. 7, Ms. Bailon.

13          THE CLERK:  Michael Macdonald, M-A-C-D-O-N-A-L-D.

14   Please take jury seat No. 7.

15          THE COURT:  Mr. Macdonald, where do you live, sir?

16          THE PROSPECTIVE JUROR:  I live in Camarillo,

17   California.

18          THE COURT:  For about how long?

19          THE PROSPECTIVE JUROR:  About 16 years.

20          THE COURT:  And what is your occupation?

21          THE PROSPECTIVE JUROR:  I am an electrical

22   technician for Naval Systems Command out of Port Hueneme.

23          THE COURT:  I see.  Are you married?

24          THE PROSPECTIVE JUROR:  I am in a long-term

25   relationship.
```

```
1         THE COURT:  Have you ever served on a jury?

2         THE PROSPECTIVE JUROR:  Yes.  Two.

3         THE COURT:  Was it in this courthouse or the state

4    court?

5         THE PROSPECTIVE JUROR:  State court.

6         THE COURT:  Were they civil or criminal cases or a

7    combination?

8         THE PROSPECTIVE JUROR:  Both criminal.

9         THE COURT:  In each case did the jury reach a

10   verdict?

11        THE PROSPECTIVE JUROR:  Yes.

12        THE COURT:  What generally is your educational

13   background?

14        THE PROSPECTIVE JUROR:  I have an AA and a

15   bachelor's.

16        THE COURT:  Can you be fair and impartial to both

17   sides?

18        THE PROSPECTIVE JUROR:  Yes, sir.

19        THE COURT:  Thank you.  Next challenge is with the

20   government.

21        MR. DAHLQUIST:  The United States is satisfied

22   with the panel, your Honor.

23        THE COURT:  The government accepts the panel.

24          Defendant?

25        MR. REED:  We are satisfied as well, your Honor.
```

```
 1          THE COURT:  All right.  I will select two
 2   alternates and give each side one challenge with the
 3   alternates.
 4          THE CLERK:  Jenniefer Amaro, A-M-A-R-O.  Please
 5   take alternate seat number 1.
 6             And Janet Hernandez, H-E-R-N-A-N-D-E-Z.
 7   Please take alternate seat No. 2 in the second row.
 8          THE COURT:  Ms. Amaro, where do you live, ma'am?
 9          THE PROSPECTIVE JUROR:  Lakewood.
10          THE COURT:  For about how long?
11          THE PROSPECTIVE JUROR:  Five years.
12          THE COURT:  What is your occupation?
13          THE PROSPECTIVE JUROR:  Para educator.
14          THE COURT:  What exactly is that?
15          THE PROSPECTIVE JUROR:  It is a teacher's aide.
16          THE COURT:  I am not hearing you.
17          THE PROSPECTIVE JUROR:  It is a teacher's aide.
18          THE COURT:  And where are you performing that
19   function?
20          THE PROSPECTIVE JUROR:  ABC Unified School
21   District.
22          THE COURT:  Are you married?
23          THE PROSPECTIVE JUROR:  No.
24          THE COURT:  Have you ever served on a jury?
25          THE PROSPECTIVE JUROR:  No.
```

```
 1          THE COURT:  What generally is your educational
 2   experience?
 3          THE PROSPECTIVE JUROR:  High school with some
 4   college.
 5          THE COURT:  Can you be fair and impartial to both
 6   sides?
 7          THE PROSPECTIVE JUROR:  Yes.
 8          THE COURT:  Thank you, ma'am.
 9             Ms. Hernandez, where do you live, ma'am?
10          THE PROSPECTIVE JUROR:  I live in Whittier.
11          THE COURT:  For about how long?
12          THE PROSPECTIVE JUROR:  Twenty-three years.
13          THE COURT:  What is your occupation?
14          THE PROSPECTIVE JUROR:  I teach adult ESL.
15          THE COURT:  I see.  And where do you teach that?
16          THE PROSPECTIVE JUROR:  In Rowland Unified.
17          THE COURT:  Are you married?
18          THE PROSPECTIVE JUROR:  No.
19          THE COURT:  Have you ever served on a jury?
20          THE PROSPECTIVE JUROR:  I did many, many years ago
21   and we were dismissed.
22          THE COURT:  I see.  You didn't deliberate.
23          THE PROSPECTIVE JUROR:  No.
24          THE COURT:  What generally is your educational
25   experience?
```

```
 1              THE PROSPECTIVE JUROR:  I have a master's in
 2     TESLs, which is teaching English to speakers of other
 3     languages.
 4              THE COURT:  Can you be fair and impartial to both
 5     sides?
 6              THE PROSPECTIVE JUROR:  Thank you, ma'am.
 7              THE COURT:  All right.  We have a jury.  Would the
 8     jury please stand and be sworn.
 9              MR. REED:  Your Honor, we didn't exercise our
10     challenges as to the alternates.
11              THE COURT:  I'm sorry.  Did you want to?
12              MR. REED:  Yes, your Honor.
13              THE COURT:  I'm sorry about that.
14              MR. REED:  The government goes first.
15              THE COURT:  Go ahead.  Does the government want to
16     exercise a challenge?
17              MR. DAHLQUIST:  The government is satisfied, your
18     Honor.
19              THE COURT:  Defense.
20              MR. REED:  We would ask the Court to thank and
21     excuse Alternate 1, Ms. Amaro.
22              THE CLERK:  Margery James, J-A-M-E-S.  Please take
23     alternate seat No. 1.
24              THE COURT:  Could you move one over, ma'am?
25                   Thank you.
```

```
 1              Ms. James, where do you live, ma'am?

 2         THE PROSPECTIVE JUROR:  I live in Redondo Beach.

 3         THE COURT:  For about how long?

 4         THE PROSPECTIVE JUROR:  All my life.

 5         THE COURT:  What is your occupation?

 6         THE PROSPECTIVE JUROR:  I am in aerospace.  I work

 7    for MAG.  We manufacture drive shafts for --

 8         THE COURT:  And what type of work do you do?

 9         THE PROSPECTIVE JUROR:  I am in supply chain,

10    purchasing.

11         THE COURT:  I see.  Are you married?

12         THE PROSPECTIVE JUROR:  Divorced.

13         THE COURT:  Do you have children?

14         THE PROSPECTIVE JUROR:  No.

15         THE COURT:  Have you ever served on a jury?

16         THE PROSPECTIVE JUROR:  Yes.

17         THE COURT:  Was it in this courthouse or the state

18    court?

19         THE PROSPECTIVE JUROR:  State.

20         THE COURT:  Was it a civil or criminal case?

21         THE PROSPECTIVE JUROR:  Criminal.

22         THE COURT:  Did the jury reach a verdict?

23         THE PROSPECTIVE JUROR:  Yes.

24         THE COURT:  What generally your educational

25    background?
```

```
 1              THE PROSPECTIVE JUROR:  Bachelor's degree.

 2              THE COURT:  Can you be fair and impartial to both

 3     sides?

 4              THE PROSPECTIVE JUROR:  Yes.

 5              THE COURT:  Thank you, ma'am.  All right, the jury

 6     can now stand to be sworn.

 7                   (The jurors were sworn.)

 8              THE COURT:  Now you may be seated.  With respect

 9     to the prospective jurors in the spectator part of the

10     courtroom, thank you for your willingness to serve.

11     Would you please report back to the jury clerk.

12                   Thank you again.

13                   We are going to begin the case by allowing

14     each side to make a brief opening statement.  I have

15     cautioned the lawyers not to argue anything to you

16     because there is no evidence at this point.  It is just

17     an opportunity to make a preview of what they think the

18     evidence will be in a rather straightforward way.

19                   When the case is over and there is evidence,

20     the parties can argue the inferences that you ought to

21     draw from the evidence.

22                   But before we begin, we have been here a

23     while.  I am going to declare a brief eight or ten-minute

24     recess so you can refresh yourselves and then we will

25     begin.
```

```
 1              (Recess from 11:06 a.m. to 11:17 a.m.)

 2              (The following proceedings were held in the

 3               presence of the jury:)

 4              THE COURT:  We will first hear from the

 5     government.

 6              MR. TRISOTTO:  "I am going to come to your office

 7     and kill you, you miserable little cunt."  Those are the

 8     words of defendant Robert Stahlnecker to a legislative

 9     intern for Senator Sharrod Brown.

10              Ladies and gentlemen of the jury, you are here

11     today because the defendant is charged with violating

12     federal laws for threatening to kill two congressional

13     staffers, and in addition for harassing and abusing three

14     other congressional staffers, and doing so at times

15     anonymously.

16              Throughout the course of this trial, you are

17     going to hear from all five of these congressional

18     staffers.  They are going to tell you about phone calls

19     and conversations that they had with the defendant.

20              You see, the defendant is a veteran, and the

21     defendant was calling congressmen, congresswomen and

22     senators across the country, from the East Coast in

23     Tennessee to the West Coast in California.  Defendant

24     claimed to be raising personal issues that he had with

25     the VA, the Department of Veteran Affairs.
```

```
 1              But the evidence is going to show when you
 2    listen to these five congressional staffers testify that
 3    defendant's calls quickly escalated to profanity, vulgar
 4    language, belittling language and distasteful language.
 5              The first congressional staffer that defendant
 6    threatened to kill was Raghda Karajah.  Ms. Karajah works
 7    as a field representative for Congresswoman Jackie
 8    Speier.  Ms. Speier is a congresswoman in northern
 9    California.  She represents the people of San Francisco
10    and San Mateo.  And Ms. Karajah will tell you about three
11    phone calls that she had with the defendant on
12    August 29th of last year.
13              She is going to tell you how defendant first
14    called up, asked about issues -- or the congresswoman's
15    position with respect to medical malpractice at the VA.
16    And she is going to tell you how those calls quickly
17    escalated.  And amidst doing that, defendant hung up and
18    called over and over again until the third call, when it
19    escalated to defendant threatening to kill Ms. Karajah.
20              His words, he said, "I am coming to your
21    fucking office and I am going to kill you.  Fuck you."
22              Ms. Karajah was concerned for her safety and
23    the safety of others in her office.  And you are going to
24    hear from her about her reactions to these statements.
25              In addition to Ms. Karajah, you are also going
```

1    to hear from a legislative intern who worked for Senator

2    Sherrod Brown, Ms. Leah Uhrig.  Ms. Uhrig is the second

3    congressional staffer that defendant threatened to kill.

4           Ms. Uhrig is going to tell you about some

5    calls she began having with the defendant in September of

6    last year.  During those calls defendant's conduct would

7    escalate.  It would begin with him starting about an

8    issue or a personal concern with the VA and quickly shift

9    to vulgar, profane language.

10           On September 26th, 2019, defendant called

11    Senator Sherrod Brown's office eight times and Ms. Uhrig

12    answered two of those phone calls.  And on those calls,

13    after defendant asked to speak to someone who could help

14    him, Ms. Uhrig was trying to direct his call, and the

15    calls quickly escalated to defendant yelling at her,

16    screaming at her and ultimately threatening to kill her.

17           He said, "I am going to come to your office

18    and kill you, you miserable little cunt."

19           After having these two calls with the

20    defendant, Ms. Uhrig, shaken up, frightened, nervous,

21    signals to another intern to go get their supervisor.

22    She is frightened and she is scared.  She steps outside

23    and takes a minute to breathe.  Her heart is racing.  Her

24    adrenaline is rushing.  And her supervisor sees her

25    immediately, right after she gets off the call saw her.

1    She looked pale white, sheet white.

2         Now, in addition to these congressional

3    staffers, these two that defendant threatened to kill,

4    defendant also harassed and abused three other

5    congressional staffers, in violation of federal law, and

6    did so anonymously at times.

7         You see, defendant would call repeatedly,

8    persistently.  He would call and then hang up.  Call and

9    then hang up.  Use vulgar language.  And he wouldn't give

10   basic information.  He wouldn't give his name.  He

11   wouldn't give his contact information.  In fact he gave

12   fake names.

13        Now, the first of these three congressional

14   staffers you are going to hear from is Ms. Kylie Jo

15   Rutherford.  And Ms. Rutherford is a staff assistant who

16   worked for another senator, Senator Shelley Capito, who

17   represents the people of West Virginia.

18        Now, Ms. Rutherford is going to tell you about

19   calls that she had in October of last year, October 21,

20   when defendant called the office twice, and by the second

21   call, defendant said to her that she was a cunt and told

22   her that the senator should be assassinated.

23        Now, in addition to Ms. Rutherford, you are

24   also going to hear from Alison Feinswog.  Ms. Feinswog

25   works as a staff assistant for Congressman Mike Levin, a

 1   congressman here in southern California.

 2              She is going to tell you about how she got on

 3   the phone with the defendant four days after

 4   Ms. Rutherford on October 25th.  And during those calls,

 5   he called seven times the office within a matter of

 6   minutes; seconds, sometimes.  He called so quickly after

 7   he would hang up that she didn't even have time to

 8   process what he was saying from the screaming and the

 9   yelling.

10              Ms. Feinswog was asking the defendant how she

11   could help him.  And defendant told her to die, to go

12   die, scaring her.  She takes out her phone and she

13   records the next two times he calls because at that point

14   she felt that he crossed the line from aggressive to

15   threatening.

16              You are going to hear those recordings during

17   the course of this trial.

18              (Audio played.)

19              That was just said in response to her asking

20   how she could help him.  And you will hear the full

21   recordings.

22              Now, defendant kept a journal of the calls he

23   was making and he kept it at his home.  And this journal

24   was recovered after a search warrant was executed at his

25   home.

```
1              And in that journal he kept notes.  And these

2    are his own words as he said it a congressional staffer,

3    "a list of the bitches" that were hanging up on him.

4              And after speaking with Ms. Feinswog, after

5    speaking with her defendant also took notes on her in his

6    journal.

7              Defendant wrote, "Alison arrow cunt."  Now,

8    Ms. Rutherford and Ms. Feinswog aren't the only two

9    people you are going to hear from that defendant

10   anonymously harassed and abused, in violation of federal

11   law.

12             You are also going to hear from a gentleman

13   named Daryl Brady.  Mr. Brady works for Congressman Phil

14   Roe.  He is a congressman out in Tennessee.  Now,

15   Mr. Brady works in his local branch office in Morristown,

16   Tennessee, while some of the other congressional staffers

17   you will hear from worked in the Washington, D.C.,

18   offices.

19             Mr. Brady speaks with a southern accent.  And

20   so when defendant called Mr. Brady, Mr. Brady asked for

21   his name, as was protocol, procedure, so that way he

22   could try to help him, direct his call, get information,

23   log his thoughts.  But by simply asking defendant for his

24   name, defendant said that is irrelevant, you fucking

25   cunt, you are Tennessee dumb, simply because he spoke a
```

1    southern accent.

2             Now, after you hear from all five of these

3    congressional staffers, my colleague is going to get up

4    here and walk you through the eight counts that defendant

5    is charged with for violating federal laws for his

6    threatening, harassing and abusive phone calls.

7             And it is at that time, at the end of this

8    case, when you have heard all the evidence and after my

9    colleague has had a chance to come up here and speak to

10   you again, that he is going to ask you to return the only

11   verdict consistent with the facts here, a verdict of

12   guilty.

13            Thank you.

14        THE COURT:  Mr. Reed, do you wish to make an

15   opening statement now?

16        MR. REED:  Yes, your Honor.  Thank you.

17        MR. DAHLQUIST:  Your Honor, before the defense

18   counsel speaks, as to a stipulation I wanted to ask the

19   Court's permission at this time to move to admit into

20   evidence the trial stipulation the parties have regarding

21   admissibility of facts and exhibits.

22        THE COURT:  Yes, it is admitted.

23        MR. REED:  Thank you.

24        THE COURT:  Okay.  Go ahead, Mr. Reed.

25        MR. REED:  Mr. Stahlnecker grew up on the East

1    Coast.  And while he was growing up, there were just two

2    things that he wanted to do.  The first thing was he

3    wanted to join the Marines.  And the second thing is he

4    wanted to make his parents proud by becoming a Marine.

5              In 1995, he was able to join the Marines.  And

6    he did very well.  He finished basic training.  He was

7    stationed at various locations.  And then in 1998, three

8    years after he joined, while on a training exercise out

9    here at Twentynine Palms –– this is in California, where

10   the Marines trained –– he injured his ankle.  He injured

11   it severely.

12             He went to the doctor.  The doctors looked at

13   Mr. Stahlnecker.  They asked him what was wrong with him,

14   and he indicated that he had severely injured his ankle.

15   They gave him an x-ray.

16             Well, Mr. Stahlnecker knew that the ankle was

17   really severely hurt, and he asked the doctors, can I

18   have an MRI.  And they refused.  They gave him an x-ray

19   and told him to go back to his unit.

20             Mr. Stahlnecker followed orders, but the pain

21   got worse and worse.  And then, in 1999, the pain was so

22   bad that he was allowed to discharge from the Marines

23   honorably.  He was never given an MRI, and he knew that

24   his ankle was in trouble.  That is where this saga

25   actually begins, with that jury.

1          Good morning, ladies and gentlemen.  It is

2     still morning.  I am David Reed.  I represent

3     Mr. Stahlnecker in this case.  And some of the evidence

4     that you are going to hear in this case is as follows.

5          Over time Mr. Stahlnecker, with this very

6     painful ankle, went to the VA administration -- that is

7     the administration of Veterans Affairs.  And he expected

8     that he could get adequate medical care from the VA.  And

9     he also was applying for disability through the VA

10    because his ankle was really hurting.

11         And you will hear about the long-running

12    struggle and frustration that Mr. Stahlnecker had in

13    order to get simple proper medical treatment from the VA.

14    You will hear about his long personal battle that he had,

15    not with our country's enemies, but this battle that he

16    had with the VA Administration to get help, just simple

17    medical help.

18         Now, Mr. Stahlnecker when he was asking for

19    help was very respectful.  When his pleas for help

20    started off, he was a respectful person, and the VA would

21    keep turning him down.  They would even deny that his

22    injury was caused in the Marines and that they covered

23    the injury.

24         And as a result of this long-running battle,

25    the respect that Mr. Stahlnecker had over the telephone

1  and dealing with the VA Administration, it did morph into

2  something a little bit more aggressive.

3         He started to use swear words.  And he noticed

4  that when he used swear words in trying to get medical

5  care that that kind of helped.  People would respond to

6  him.  It was kind of like the squeaky wheel gets the

7  grease.

8         So as he tells his story, we hope that you

9  have tough skins because there are going to be swear

10  words that are going to be talked about in this case that

11  you will hear about.

12         One of your jobs as jurors in this case is to

13  differentiate dirty words and foul language between words

14  that become threatening and harassing.  That is going to

15  be one of your duties in this case, to differentiate

16  between the two.

17         But why does Mr. Stahlnecker call?  Why does

18  he repeatedly call the VA Administration.  And then later

19  in this saga that he had with the VA, why does he start

20  calling congressional offices?

21         His plight evolved from trying to get medical

22  care from the VA to calling congressional offices to

23  complain about the health care that vets get and to

24  complain about the legislation, that they should be

25  writing to help all the vets in the United States.

1          That is why he is making these telephone

2     calls.

3          Why is it important for you to understand the

4     factual background of why he makes these telephone calls?

5     The reason is that in a federal case, it is not enough to

6     determine what the actual facts are concerning what was

7     said over these telephone calls.

8          But the second very important thing that you

9     are going to be required to do is determine what the

10    mental intent of Mr. Stahlnecker was when he was making

11    these calls.

12         We will talk about that more later at the end

13    of the case.  I wanted to flag that issue for you so that

14    as you are hearing the evidence you are going to be

15    called upon to not only determine what was said during

16    these calls, what were the circumstances of these calls,

17    but why, what was Mr. Stahlnecker's intent in making

18    these telephone calls.

19         Now, there are three different kinds of

20    charges that are charged in this case.  The first two

21    involve threats against government employees or

22    officials.  Those were the staffers that were working at

23    the congressional offices.

24         One of the other counts, I believe, was to

25    make threatening calls, what is called a true threat

```
 1    against an individual.  And the rest of the counts
 2    involve what we call harassment telephone calls.
 3              So there are three different types of charges
 4    that you are going to be analyzing in this case.
 5              One of my colleagues in this case read off the
 6    indictment to you at the beginning of the case.  And I
 7    wanted you to flag that issue, that there are three
 8    different types of crimes that you are going to be
 9    analyzing in this case.
10              They all have different various types of
11    elements that are required to be proven by before a
12    person can be convicted in a federal court.
13              They all have different mental intents that
14    you will have to analyze when you are rendering your
15    verdicts.
16              Mr. Stahlnecker is going to testify.  He is
17    going to actually get up in this court and he is going to
18    testify about his story.  No doubt had that ankle been
19    properly treated back in 1998, we wouldn't be here in the
20    first place, but he never got proper treatment from the
21    Marines.
22              I ask you to listen carefully to
23    Mr. Stahlnecker as he testifies.  Listen to him.  Listen
24    to his pent up frustrations and anger.  Listen to what he
25    tells you his mental intent was when he was making these
```

```
 1   telephone calls.
 2           At the end of the case, after you analyze all
 3   the evidence and you are instructed about the law from
 4   our Court, we will ask you to acquit Mr. Stahlnecker of
 5   all of these charges.
 6           Thank you.
 7       THE COURT:  Government, call its first witness.
 8       MR. DAHLQUIST:  Yes, your Honor.  The United
 9   States called Raghda Karajah.
10       (The witness was sworn.)
11       THE CLERK:  Please be seated.
12           Please state your full name and spell it for
13   the record.
14       THE WITNESS:  My name is Raghda Karajah.  That is
15   spelled R-A-G-H-D-A.  Last name is K-A-R-A-J-A-H.
16       THE CLERK:  Thank you.
17
18                   RAGHDA KARAJAH,
19              having been duly sworn,
20          was examined and testified as follows:
21
22                 DIRECT EXAMINATION
23   BY MR. DAHLQUIST:
24   Q    Ms. Karajah, where do you work?
25   A    I work for Congresswoman Jackie Speier in her
```

1   district office in San Mateo.

2   Q     And who is Congresswoman Jackie Speier?

3   A     Congresswoman Jackie Speier was elected as the

4   representative to Congress from the 14th District of

5   California.

6   Q     And can you just describe what you mean when you

7   say she is a representative of Congress.  Which Congress?

8   A     The United States Congress.  Essentially she writes

9   federal laws and legislation.

10  Q     And what is your role in Congresswoman Speier's

11  office?

12  A     I am a field worker and case -- or sorry, field

13  representative and caseworker.  And I work on military

14  and veterans' issues.  And then I also manage our

15  internship program.

16  Q     And are you a federal employee?

17  A     Yes, I am.

18  Q     How do you know you are a federal employee?

19  A     So even though I work for Congresswoman Speier, I

20  am actually employed by the U.S. House of

21  Representatives.

22  Q     And can you describe some of the specific

23  responsibilities that you have as a field representative

24  and caseworker?

25  A     Sure.  So as a field representative, my job is to

1    go to local governments and agencies and things in our

2    district and figure out if there are federal solutions to

3    some of their issues, and then to also figure out some of

4    the problems that our constituents are facing.

5            And as a caseworker I take on issues that

6    veterans and service members are having with their

7    federal agencies for veterans.  That is usually something

8    along the lines of they are not getting their benefits,

9    so disability benefits, those kind things.

10           And so it is really as like an advocate for

11   the veteran against -- or with the agency, which also,

12   you know, has its flaws.

13           I think in the last -- been there about a year

14   and 10 months -- doing that kind of casework has gotten

15   almost half a million dollars back in entitled benefits

16   to veterans.

17   Q    And, Ms. Karajah, how do you learn about these

18   issues that voters or veterans are having?

19   A    They call our office and tell me what issues they

20   are having, and I have them fill out a privacy release,

21   and then I go directly to the agency to figure out what

22   is going on.

23   Q    And can you just describe generally what happens

24   when a constituent calls your office?

25   A    Sure.  So when a constituent calls our office, they

```
 1  are experiencing some kind of issue that is either with a
 2  federal agency, sometimes it's local.
 3            And then there is this thing called
 4  congressional courtesy, where if the issue they are
 5  experiencing is outside of the district, that you defer
 6  to their representative, but if they actually are a
 7  veteran or service member, we take those cases on
 8  directly since the congresswoman sits on the Armed
 9  Services Committee.
10  Q    I wanted to back up and ask you a little bit more
11  about your office where you work.  Where is your office
12  located?
13  A    It is in San Mateo.
14  Q    Is the address of your office public?
15  A    Yes, it is.
16  Q    And can any member of the public walk into the
17  office?
18  A    Yes, they can.  When you enter the building, there
19  is no security.  You just walk right in, take the
20  elevator up to our floor.  And then when they get to our
21  office, there are security cameras and a buzzer to buzz
22  people in, but we essentially let everyone in and then
23  everyone is greeted in person at the second door as well.
24  Q    So now I wanted to direct your attention to a
25  specific phone call that you received on August 29th,
```

1    2019.  Do you remember receiving a call on that day?

2    A    Yes, I do.

3    Q    And can you describe what you were working on that

4    day?

5    A    Yes, I was preparing for our military academy

6    nomination information night.  Essentially the high

7    school students that want to go to a military academy

8    need nomination from a Member of Congress or the Senate.

9         So we set up this night and bring

10   representatives from the academies and local officials to

11   kind of explain to students what that process is and how

12   they can go about getting the nomination.

13   Q    And as you were working on preparing for that

14   event, did you receive a concerning phone call?

15   A    I did.

16   Q    And can you describe what happened in that phone

17   call?

18   A    Yeah.  So I believe the phone call was originally

19   answered by someone else in the office.  And then when a

20   person indicates that it is a veterans' or military

21   issue, it is immediately transferred to me.

22        So I picked up the call, and I believe I said

23   this is Raghda, because they already knew they were

24   talking to Congresswoman Jackie Speier's office.

25        The person said they lived in Rep Paul Cook's

1    district and they wanted to know what the congresswoman

2    was going to do about the issues at the Loma Linda VA

3    Hospital.  I said I wasn't aware of what those issues

4    were since it's outside of our district.

5          THE COURT:  Can you speak a little more slowly?

6          THE WITNESS:  Of course.  They asked what the

7    congresswoman was going to do about the issues at the

8    Loma Linda VA Hospital.  I said that I wasn't aware of

9    what those issues were since it is outside of our

10   district, and I offered to call their representative to

11   find out more.

12          This made the person very angry.  They started

13   yelling about how the congresswoman clearly doesn't care

14   about veterans, that if he was an illegal that she would

15   be more than happy to help him, and that it doesn't

16   matter that she helped a veteran with the Feres Doctrine.

17   She clearly doesn't care.

18          He then hung up and called back the office,

19   which I picked up.

20   BY MR. DAHLQUIST:

21   Q    Ms. Karajah, let me interrupt you real quick, just

22   for context about some of the things he was saying.

23          First, can you describe the tone of his voice

24   after you offered to assist him by calling his

25   representative?  Can you describe how he responded?

```
1   A      Yes.  He was very angry and distraught.

2   Q      And you mentioned that he said something about the

3   Feres Doctrine.  Do you know what the Feres Doctrine is?

4   A      Yes.  So the Feres Doctrine is a law that

5   essentially prevents anyone that is hurt or killed during

6   their military service or at a VA Hospital from being

7   able to sue the federal government.

8          The congresswoman has been working to overturn

9   that for a very long time.  And a month prior to this

10  call, she had -- a bill had passed the National Defense

11  Authorization Act that would essentially exclude VA

12  malpractice from -- medical malpractice from that law.

13  Q      You also mentioned that before he got really angry

14  you had asked to call his representative.  Why did you do

15  that?

16  A      So just as congressional courtesy we always want to

17  see if their representative is already working on a case

18  for the person, and then also because their

19  representative is going to know the local agencies and

20  offices better than we will.

21  Q      And after speaking with a local representative, is

22  it possible that you still might be willing to assist a

23  constituent that doesn't live in your district?

24  A      Absolutely.  Especially if they are veterans or

25  service members, we actually help -- I currently have
```

1    cases from all over the United States.

2    Q    And so when you answered this call, were you

3    willing to assist the caller?

4    A    Yes, I was.

5    Q    You mentioned after he said something about the

6    Feres Doctrine he hung up.  Can you describe what

7    happened next?

8    A    Yes.  He called back.  I answered the phone again

9    because I recognized the phone number.  And he said that

10    if we are not going to do anything about these issues we

11    needed to call the president so that he could do

12    something about it.  And then told me that if I don't

13    care about veterans then I should find another job.  And

14    then told me to fuck off and then hung up again.

15    Q    And you said you recognized the number.  How did

16    you recognize the number?

17    A    Just the area code, the 760.

18    Q    And then what happened -- after he told you to fuck

19    off, what happened?

20    A    He called back a third time and this time said

21    that -- stated, "I am going to come to your fucking

22    office and kill you.  Fuck you," and then hung up again.

23    Q    And what did you understand that statement to mean,

24    that he was coming to your office?

25    A    I mean, I don't know this person so I took it

1    literally.  I understood it to mean exactly what he said.

2    Q     And what was his tone like when he said these

3    words?

4    A     He was extremely angry.  Very loud on the phone.

5    Q     Did you understand it to be a serious statement?

6    A     Yes.

7    Q     Did he ever say anything that led you to believe

8    that it might have been a joke?

9    A     No.

10   Q     What thoughts came to your mind when you heard him

11   make that statement?

12   A     I was just thinking about what my responsibility

13   was in the office.  Generally with any kind of phone

14   call, we need to immediately report calls like this, even

15   if it is -- whether it is a veiled threat or a direct

16   threat.  Or sometimes if it is a repeat aggressive caller

17   as well we report those to Capitol Police.

18   Q     And did you have any thoughts or concerns about

19   safety?

20   A     Yeah, absolutely.  So when you enter our building

21   and then to the lobby, your first line of contact is our

22   interns, who are both college and high school students.

23   So their safety and making sure that they were okay,

24   given that they were under my responsibility, was my

25   first concern.  And then of course the rest of the staff

1    in the office as well.

2    Q     And you mentioned your reporting responsibilities

3    in receiving a threat.  So what did you do after you

4    received the threat?

5    A     I took my notes from the call and went to the

6    office of my district director and let him know what

7    happened.

8    Q     And then what happened next?

9    A     Well, he -- I sat down at his computer and typed up

10   my notes, put my name at the end of them and then he

11   e-mailed them to Capitol Police.

12   Q     Did you make any other statements to law

13   enforcement?

14   A     Yes.  San Mateo Police was also called and I gave

15   them an account of what had happened as well.

16   Q     Do you report any call that involves frustration or

17   venting?

18   A     No.

19   Q     What made this call different?

20   A     The direct threat.

21   Q     And you testified earlier that you are working on

22   the academy night project. How did this call impact your

23   ability to work on the project?

24   A     Well, it was already a pretty frustrating project

25   to work on.  We decided to do it fairly last minute.  We

```
 1    were doing it on a Tuesday.  The Monday was a federal
 2    holiday.  So I essentially had to get everything put
 3    together that day.  And it set me back quite a couple of
 4    hours and I ended up having to stay late that night to
 5    finish what I needed to get done.
 6    Q    Changing topics, does the congresswoman have a list
 7    of her staff members that is available to the public?
 8    A    I believe so.  I have never looked for it myself,
 9    but my name, my title and my salary is all public
10    information, so it has to be out there.
11    Q    Are there any other employees in Congresswoman
12    Speier's office with the first name Raghda?
13    A    No.
14    Q    Did you know where the caller was physically
15    located when he made the call?
16    A    No.
17         MR. DAHLQUIST:  Nothing further, your Honor.
18         THE COURT:  Cross-examination.
19
20                    CROSS-EXAMINATION
21    BY MR. REED:
22    Q    Good morning.
23    A    Good morning.
24    Q    Now, before coming to court today, did you review
25    any kind of notes to refresh your memory as to what took
```

```
 1   place?
 2   A     Yes.  The e-mail with the -- my notes of the call.
 3   Q     And who did you receive that information from?
 4   A     Those are our own records.  It is from our e-mails
 5   in my office.
 6   Q     Did you review any reports of this event in order
 7   to refresh your recollection for your testimony today?
 8   A     No.
 9   Q     Did you sit with the prosecutors prior to coming in
10   to court today and talk to them about your testimony?
11   A     Yes.
12   Q     About how many times have you done that?
13   A     Just once.
14   Q     I can't hear you.
15   A     Just once.
16   Q     Twice?
17   A     Once.
18   Q     Oh, once.
19   A     During this week, yes.
20   Q     Was that within the last two weeks?
21   A     Yes.
22   Q     When you answered the telephone and took these
23   calls from this individual, did he identify himself?
24   A     No, he did not.
25   Q     Did you tell him your full name?
```

```
 1    A      I said my first name.

 2    Q      And what was the name that you gave him?

 3    A      Raghda.

 4    Q      But you didn't give him your last name?

 5    A      No, I did not.

 6    Q      Is there some kind of policy that your office has

 7    that you don't give out full names when people are

 8    calling in?

 9    A      It is not a policy.  I've just gotten into the

10    habit of answering, "Office of the Congresswoman Jackie

11    Speier, Raghda speaking."

12    Q      Now, Congresswoman Speier is a Democrat; correct?

13    A      Yes, she is.

14    Q      And she works on the Committee for Veterans

15    Affairs?

16    A      Yes, she does.

17    Q      And when this person first called, the first call

18    that you took from this person, you say it was an angry

19    type of call; is that right?

20    A      Yes.

21    Q      Did the person make any comments about not being

22    able to get adequate medical care with the Veterans

23    Administration?

24    A      He did not, but I assumed that was the issue.

25    Q      Did you feel that he was complaining about events
```

1    that were taking place at the Loma Linda Hospital, which

2    is in California?

3    A    Yes.

4    Q    And did he specifically state that actual name of

5    the hospital, the Loma Linda Veterans Hospital?

6    A    Yes.

7    Q    Were you aware at that time that that is a veterans

8    hospital?

9    A    No.

10   Q    Is that the first time that you herd about Loma

11   Linda Hospital?

12   A    Yes.

13   Q    Did you do any research after you received this

14   call to try to find out what he was talking about?

15   A    Yeah.  I looked up just Loma Linda Hospital and

16   then tried to figure out, you know, which district it was

17   out of; where in California it was.

18   Q    Now, he also made some kind of negative comments

19   about the fact that if he was an illegal, something to

20   that effect, an illegal, that he would be getting better

21   service than he was getting.

22         Do you remember that?

23   A    Yes.

24   Q    Can you recall more specifically what he said in

25   that regard?

1    A      I believe it was if I was an illegal she would be

2    more than willing to help me.

3    Q      Now, is it true that Ms. Speier has been fighting

4    for legislation to get all illegal aliens health care?

5    A      I don't think it is legislation specific to them

6    getting health care.  That is a State of California law,

7    not a federal law.  We don't have any bills in our office

8    that propose that.

9    Q      Are there any kind of meetings that your

10   congressional staff have in terms of working on

11   legislation to get free health care for all illegals in

12   the United States?

13        MR. DAHLQUIST:  Objection, your Honor.  Relevance.

14        THE COURT:  Overruled.

15        THE PROSPECTIVE JUROR:  No, we have not.

16   BY MR. REED

17   Q      And does she subscribe to the Democratic platform

18   that all illegals should have free health care?

19   A      I don't believe we have discussed it.  No, I don't

20   know, to be honest.

21   Q      Now, when people call in, especially vets, have you

22   handled veterans' calls in the past?

23   A      I handle multiple veteran calls per day, many of

24   whom have mental illnesses or are also angry, but

25   continue to assist all of them.

```
1   Q      So this is not the first time that you have dealt

2   with a veteran over the telephone; correct?

3   A      Oh, absolutely not.  No.

4   Q      And some of the calls from veterans are complaining

5   telephone calls?

6   A      Yes, absolutely.  I mean, the VA has quite a bit of

7   issues when it comes to providing services to veterans.

8   Q      Can you in a nutshell just briefly describe some of

9   these issues?

10  A      Yeah.  I think --

11         MR. DAHLQUIST:  Objection, your Honor.  Relevance.

12         THE COURT:  Overruled.

13         THE WITNESS:  So there seems to be a lot of just

14  bureaucracy and paperwork when trying to file a claim for

15  benefits with the VA.  In our district we have issues in

16  which it can take sometimes a year, sometimes two, three

17  years for the VA to be able to find evidence that the

18  veteran is indeed entitled to those benefits.  So it --

19  you know, it takes quite a bit of time.

20  BY MR. REED:

21  Q      And you can understand, as a person who works for

22  the United States government, why that would make people

23  frustrated?

24  A      Yes.

25  Q      Now, that telephone that you were answering that
```

1   day wasn't a cell phone; right?

2   A      No.

3   Q      Can you briefly describe what kind of telephone it

4   was?

5   A      Yeah.  It is just an office phone and generally

6   interns pick up calls and then transfer them to the

7   appropriate person.  Of course we get a lot of calls, so

8   a lot of the time staff is directly picking up the phone.

9   Q      And does it have the ability to go onto voice

10  speaker so that other people can hear what is being said

11  by the person?

12  A      It does, but the intercom is actually broken on my

13  phone so it does not do that in my office.

14  Q      Did you when this person was calling you have some

15  kind of capability to record the telephone call of this

16  person?

17  A      No.  Only handwritten notes.

18  Q      I can't hear you.

19  A      No.  Only handwritten notes.

20  Q      So in this particular case, there is no recording

21  of that call that Mr. Stahlnecker allegedly made to you

22  that day?

23  A      No.

24  Q      And what about the handwritten notes.  Did you

25  bring those handwritten notes with you today to prove to

1    us what he said on the telephone call?

2    A     I did not.  We typed them up.  And I don't know --

3    I looked for them after that, and I may have thrown them

4    out, to be honest, since there was an electronic record.

5    I didn't think we would be where we are today.

6    Q     So the actual notes that you made of the telephone

7    call were discarded by you?

8    A     Yes.

9    Q     In the calls that were made to you, how many calls

10   were made to you from this person that day where you

11   recognize that person's voice?

12   A     I didn't recognize his voice the first time because

13   I didn't know him, but the next two calls I did recognize

14   his voice.

15   Q     So three all together?

16   A     Yes.

17   Q     And it is in this third call where he uses the word

18   kill?

19   A     Uh-huh.

20   Q     Do you specifically remember the word kill?  Did he

21   say kill?

22   A     Yeah.  I wrote that word down.  If he didn't say

23   it, I wouldn't have written it down.

24   Q     And you say that your phone has the capability of

25   finding out which phone number is calling your phone;

```
 1   right?

 2   A      Yes.  It does have caller ID.

 3   Q      Did you write down that phone number?

 4   A      I did.

 5   Q      Did you pass that phone number out to other staff

 6   members that day and kind of warn them, be on the lookout

 7   for this particular number if it happens to call in?

 8   A      I did not.  My director may have.

 9   Q      And you noticed that that phone number that was

10   called -- what was the area code you said?

11   A      I believe it was 760.

12   Q      And do you know where that is?

13   A      No.

14   Q      Did you know it at the time?

15   A      No.

16   Q      Now, after that third call, this person didn't call

17   back again; right?

18   A      I don't believe so, no.

19          MR. REED:  I have no further questions.

20          THE COURT:  All right.  Anything further?

21          MR. DAHLQUIST:  Yes, your Honor.  Briefly.

22

23                     REDIRECT EXAMINATION

24   BY MR. DAHLQUIST

25   Q      Ms. Karajah, why did you report this call to your
```

1   supervisor?

2   A     Our security protocol is to report all threats made

3   over the phone.

4   Q     And in your other calls with veterans, when they

5   are complaining do they threaten to kill you?

6   A     No, they do not.

7   Q     And when he said that he was going to come to your

8   office and kill you, did you understand him to be

9   complaining about any particular issue?

10  A     No.

11  Q     And the notes that you took, did you transcribe

12  those verbatim into an e-mail that you sent to Capitol

13  Police?

14  A     Yes.  Word for word.

15  Q     What was your objective when Mr. Stahlnecker called

16  the first time?

17  A     The first time it was to figure out was going on

18  and what issues he might be facing so I could see if

19  there was something our office could do to assist.

20        MR. DAHLQUIST:  Nothing further, your Honor.

21        THE COURT:  Thank you.  Anything further?

22        MR. REED:  Just a few questions, your Honor.

23        THE COURT:  Yes.  Go ahead.

24  ///

25  ///

```
 1                    RECROSS-EXAMINATION
 2  BY MR. REED:
 3  Q      More specifically with respect to the comments that
 4  this person made about the Loma Linda Hospital, did he
 5  actually tell you that the reason he was calling because
 6  of the Legionnaires outbreak that occurred at that
 7  hospital?
 8  A      No.
 9  Q      Did he talk to you about wanting to discuss the
10  Feres Doctrine with you?
11  A      No.  He mentioned the Feres Doctrine, but did not
12  ask me any questions about it.
13  Q      And did he want to talk to you about the Loma Linda
14  Hospital retaliating against whistleblowers for revealing
15  the fact that there was an outbreak of Legionnaires'
16  disease?
17  A      No.
18  Q      He never brought those subjects up to you?
19  A      He did not.
20         MR. REED:  I have nothing further.
21         THE COURT:  Thank you, ma'am.  You are excused.
22  We will take the lunch recess and resume promptly at
23  1:15.
24             A cautionary note.  The only evidence that is
25  relevant to your consideration is the evidence that you
```

1   hear in this courtroom.  So don't make any effort to

2   access any Internet or similar device.

3           I don't think you will find anything there,

4   but in any event, don't do any independent research.

5   Your consideration is limited to the evidence that is

6   admitted in this trial.  And don't talk to each other

7   about the case until you have the case for decision.

8           So we will see you at 1:15.  Thank you.

9

10      (Lunch recess from 12:09 p.m. to 1:15 p.m.)

11

12      (The following proceedings were held in the

13       presence of the jury:)

14

15      THE COURT:  The government calls its next witness.

16      MR. DAHLQUIST:  Your Honor, the United States

17   calls Brian Perkins.

18      (The witness was sworn.)

19      THE CLERK:  Please be seated.

20          State your full name and spell it for the

21   record.

22      THE WITNESS:  Brian Vance Perkins.  B-R-I-A-N,

23   Vance, V-A-N-C-E, Perkins, P-E-R-K-I-N-S.

24   ///

25   ///

```
 1                    BRIAN VANCE PERKINS,

 2                   having been duly sworn,

 3             was examined and testified as follows:

 4

 5                      DIRECT EXAMINATION

 6    BY MR. DAHLQUIST:

 7    Q     Mr. Perkins, where do you work?

 8    A     I work for Congresswoman Jackie Speier in her

 9    district office.

10    Q     And do you work with Ms. Raghda Karajah?

11    A     I do.  She is one of our field representatives.

12    Q     How long have you worked with Ms. Karajah?

13    A     I think about a year and a half to two years.  I

14    would have to go back and check the records.

15    Q     Have you observed her demeanor in different

16    contexts?

17    A     Yes, I have.

18    Q     How often do you interact with her?

19    A     I interact with her daily throughout the week.

20    Q     How do would you describe her demeanor generally?

21    A     Generally speaking she is very calm and she is

22    quite professional.  She is also detail-oriented.

23    Q     Directing your attention to the afternoon of

24    August 29th, 2019, did Ms. Karajah report to you that she

25    had received a disturbing phone call?
```

```
 1   A      She did.
 2   Q      Where were you when you talked to Ms. Karajah about
 3   the disturbing phone call?
 4   A      I was in my office.
 5   Q      About what time did she come into your office?
 6   A      Sometime between 3 and 4:00 o'clock that day.
 7   Q      Can you describe her demeanor on that day?
 8   A      She was agitated.
 9   Q      Why do you say she was agitated?
10   A      She was speaking very quickly.  She indicated that
11   someone had threatened her life and that she had gotten
12   as much down as she possibly could about the threat.  And
13   I say in general she speaks very quickly when she is
14   upset.  And she also was talking about, you know, whether
15   or not the person would come and kill her.
16   Q      Based on the report that you received from
17   Ms. Karajah, were you familiar with the caller?
18   A      Yes.  I think that I had had that caller call me
19   within that prior two-week period.  I am not exactly sure
20   when, but the details of the call that she got, with the
21   exception of the death penalty -- excuse me, the death
22   threat, very closely matched what I had already had in
23   terms of a conversation with someone.
24   Q      And can you describe the nature of that
25   conversation that you had with the caller?
```

```
 1              MR. REED:  Objection.  Relevancy.

 2              THE COURT:  I mean, is this going to -- this is

 3    not one of the counts, is it?

 4              MR. DAHLQUIST:  No, your Honor.

 5              THE COURT:  Sustained.

 6              MR. DAHLQUIST:  Very well.  Nothing further from

 7    this witness, your Honor.

 8              THE COURT:  Okay.

 9

10                   CROSS-EXAMINATION

11    BY MR. REED:

12    Q     Good afternoon, Mr. Perkins.

13    A     Good afternoon.

14    Q     Now, when you interacted with Ms. Karajah in the

15    afternoon at approximately 3:00 o'clock, you noticed her

16    physical condition; is that right?

17    A     Yes.

18    Q     Did she give you a piece of paper in which she

19    represented to you that these were the words that the

20    person said?

21    A     She showed me a paper.  I don't know if she

22    physically handed it to me, but she showed me the paper.

23    Yes.

24    Q     Did you keep it as evidence or anything like that?

25    A     I did not.
```

```
 1   Q     Do you know whatever became of that paper?
 2   A     Well, I only know what she told me.  She told me
 3   that she recently was clearing out records or something
 4   and it was probably part of something that she cleared
 5   out.
 6   Q     Do your telephones have the capacity to tape
 7   record?
 8   A     No.
 9         MR. REED:  I have nothing further.
10         THE COURT:  Thank you, sir.  You can step down.
11         MR. DAHLQUIST:  May I ask one more question?
12         THE COURT:  No.
13         MR. DAHLQUIST:  Very well.
14         THE COURT:  Call the next witness.
15         MR. DAHLQUIST:  United States calls Special Agent
16   Matthew Flood.
17         (The witness was sworn.)
18         THE CLERK:  Please be seated.
19         Please state your name and spell it for the
20   record.
21         THE WITNESS:  Matthew Flood.  M-A-T-T-H-E-W,
22   Flood, F-L-O-O-D.
23
24                    MATTHEW FLOOD,
25               having been duly sworn,
```

```
 1                was examined and testified as follows:

 2

 3                      DIRECT EXAMINATION

 4    BY MR. DAHLQUIST:

 5    Q     Special Agent Flood, how are you employed?

 6    A     I work for the United States Capitol Police.

 7    Q     Can you describe for the jury what it is that the

 8    United States Capitol Police does?

 9    A     Sure.  The United States Capitol Police is a

10    federal law enforcement agency.  Their primary

11    jurisdiction covers the legislative branch.  They conduct

12    investigations into crimes that are committed against

13    Members of Congress, congressional staff and visitors to

14    the congressional buildings and the capitol building.

15    Q     I am now going to direct your attention to the

16    investigation in this particular case.  How did you

17    become involved in this case?

18    A     I received a report from Congresswoman Perkin's

19    office.  It was a report that came in from --

20    Q     Did you mean Congresswoman Speier's office?

21    A     Yes, I'm sorry, Congresswoman Speier's office.  It

22    was reported to me by Brian Perkins, who is the district

23    director of that office.  I received an e-mail from the

24    office with details about a phone call and -- a

25    threatening phone call that she had received on
```

```
1    August 29th, 2019.

2    Q     And what did you do with that information?

3    A     So I looked over the information that was provided

4    in the e-mail.  And I had contacted the office to confirm

5    the information that was in the e-mail.  There was a

6    phone number that they provided to me saying that they

7    had received these incoming phone calls from a specific

8    phone number.

9    Q     And what did you do based on the information

10   provided about the specific phone number?

11   A     So I took that phone number and I searched it in a

12   case management system that we use.  This is a

13   computer-based system that we document all of our

14   investigative findings and cases in.  And so I searched

15   this phone number and the phone number returned to a

16   Robert Stahlnecker in Twentynine Palms, California.

17   Q     What did you do next in your investigation?

18   A     So after I had this phone number, I contacted

19   Verizon, which was the operator of this phone number.

20   They have a dedicated law enforcement line that you can

21   use if there is an emergency that you feel there is a

22   threat to life.

23          I contacted this number and gave the statement

24   that was provided to me from the congressional staff.

25   And after they evaluated it, they provided me with the
```

1  information which I requested, which was the outgoing

2  phone calls from this number and also location data as to

3  where the phone number -- where that phone was currently.

4  Q     And what did you do with that information?

5  A     So that information I checked against some of

6  our -- an address that we had for Mr. Stahlnecker in

7  Twentynine Palms.  I also was able to call the

8  congressional office back and give them information as to

9  who I believe the caller was.

10        So I provided them with a photo sheet, which

11 is basically -- it is a basic sheet that has a photo of

12 the individual and a general description of them so that

13 they have awareness of who it is.

14        I also contacted the San Mateo Police

15 Department, which is responsible for the area that the

16 congressional office is in.

17        I requested that they conduct additional

18 patrols around this congressional office as well as the

19 Member of Congress' residence, which is in the area.

20 Q     And then moving on to further investigation, did

21 you do any further investigation with respect to that

22 specific phone number that was used to make the calls?

23 A     Yes.

24 Q     What further investigation did you conduct?

25 A     So I submitted a request to a federal grand jury,

1    which has the power to issue a subpoena.  This would

2    compel a company to produce business records.  In this

3    instance I requested the records for this specific phone

4    number through Verizon.  And they provided me the call

5    records as well as subscriber information, which is, you

6    know, information which pertains to the operator of the

7    phone.

8    Q     Can you retrieve -- right there in front of you

9    there is a binder of exhibits.  Can you flip through to

10   the exhibit that has been marked as Exhibit No. 1?

11            What is that, Special Agent Flood?

12   A     This is a photocopy of -- it is a picture of a CD

13   which I viewed yesterday, and it contains the call

14   records which I received from Verizon for the subpoena

15   results.

16            MR. DAHLQUIST:  Your Honor, based on the

17   stipulation of the party and the testimony, the

18   government offers Exhibit No. 1.

19            THE COURT:  Received.

20            (Exhibit 1 received in evidence.)

21   BY MR. DAHLQUIST:

22   Q     Can you flip now to Exhibit No. 2.  And what is

23   that?

24   A     So this is the subscriber information which was

25   provided by TracPhone from the subpoena that was issued

1    by the grand jury.

2          MR. DAHLQUIST:  Your Honor, based on the

3    stipulation and the testimony, the government offers

4    Exhibit No. 2.

5          THE COURT:  Received.

6          (Exhibit 2 received in evidence.)

7          MR. DAHLQUIST:  May I publish?

8          THE COURT:  Yes.  Well, I mean, what does it show?

9          MR. DAHLQUIST:  It shows who the phone is

10   subscribed to, your Honor.

11         THE COURT:  And who is the phone subscribed to?

12         MR. DAHLQUIST:  Robert Stahlnecker.

13         THE COURT:  Right.  Well, if that is what it says,

14   there is no need to show it.

15         MR. DAHLQUIST:  Okay.  Very well, your Honor.

16   BY MR. DAHLQUIST:

17   Q    Special Agent Flood, is there an anomaly in the way

18   that the name is spelled in Exhibit No. 2?

19   A    Yes.  The last name that was provided for this

20   phone was Stahlmecker, which is with an M, instead of

21   Stahlnecker, which would be with an N.

22   Q    And is there also an anomaly in the way the e-mail

23   address is written?

24   A    Yes.  The same replacement of the M with an N is

25   present in the e-mail account that is listed on this.

```
 1  Q     Very well.  And turning to Exhibit 3.

 2           THE COURT:  Is that stipulated to also?

 3           MR. DAHLQUIST:  Yes, your Honor.

 4           THE COURT:  Then it is received in evidence.

 5           MR. DAHLQUIST:  Very well, your Honor.

 6                Can we offer Exhibits 1 through 12, your

 7  Honor.  They are all stipulated.

 8           THE COURT:  They are received.

 9           (Exhibits 3 through 12 received in evidence.)

10           MR. DAHLQUIST:  Very well, your Honor.

11                Can we turn to Exhibit No. 5?

12                Your Honor, may I publish this exhibit?

13           THE COURT:  What is it?

14           MR. DAHLQUIST:  This is a summary of only the

15  relevant calls that are charged.  It shows the times that

16  the calls were made and the phone numbers.

17           THE COURT:  He should testify to it.  What is the

18  point of showing these things on the screen?

19           MR. DAHLQUIST:  It is just helpful for the jury to

20  understand what he is testifying about.

21           THE COURT:  Why can't they hear him?

22           MR. DAHLQUIST:  They can hear him, your Honor.

23           THE COURT:  He is going to give some times and

24  dates.

25           MR. DAHLQUIST:  That's correct, your Honor.
```

```
 1              THE COURT:  Go ahead.

 2              MR. DAHLQUIST:  Do I have permission to publish,

 3   your Honor, or would you like me to proceed with the

 4   testimony?

 5              THE COURT:  Proceed with the testimony.  If it is

 6   sufficiently complex, I will alter my ruling.

 7              MR. DAHLQUIST:  Very well, your Honor.

 8   BY MR. DAHLQUIST:

 9   Q     So the first page of that exhibit, what does that

10   pertain to?

11   A     This pertains to phone calls that were received

12   from -- that were received on August 29th, 2019.  They

13   were received at Congresswoman Jackie Speier's San Mateo

14   office.

15              These records show the time that the phone

16   call was received.  It shows the number that was making

17   the call.  It shows the number that was called.  And it

18   shows the length of the phone call.

19   Q     What time was the first phone call made?

20   A     The first phone call was made at 4:01 p.m. Pacific

21   time.

22   Q     And what was the phone number that was called?

23   A     The phone number that was called was 650-32 -- I am

24   sorry, 650-342-0300.

25   Q     And do you recognize that phone number?
```

```
 1   A      I recognize this phone number as the main line

 2   phone number.

 3          THE COURT:  Counsel, approach the bench.

 4          MR. DAHLQUIST:  Yes, your Honor.

 5          (The following proceedings were held at sidebar

 6             outside the presence of the jury:)

 7          THE COURT:  What is the point of this?  If this is

 8   stipulated to, if you want to contest this, Mr. Reed, I

 9   will allow this to be done in a full way.  It seems like

10   the point of this is simply to establish that it was the

11   defendant who made all these calls.  You are not

12   disputing that.

13          MR. REED:  No.

14          THE COURT:  So let's not go through the show and

15   tell.  Just that's a fact.  Tell the jury that.  We are

16   wasting time.

17          MR. DAHLQUIST:  Very well, your Honor.

18          (The following proceedings were held in the

19             presence of the jury:)

20          THE COURT:  If you want to at this point, you can

21   read from the documents when a phone call was made from a

22   certain number to a certain number.  And I am

23   understanding that there is not going to be a dispute

24   that the defendant made these phone calls at these times.

25          MR. REED:  That's correct, your Honor.
```

```
 1              THE COURT:  Yes.

 2              MR. DAHLQUIST:  Okay.  Very well, your Honor.

 3   BY MR. DAHLQUIST

 4   Q      The records reflect that on September 26, 2019, the

 5   defendant's phone made eight phone calls from his phone

 6   number to Senator Brown's office, and the call durations

 7   were in various length.  The calls originated in the

 8   Central District of California and were made to an office

 9   in Washington, D.C.

10              On September 27th, 2019, between approximately

11   2:14 p.m. and 2:22 p.m., the Verizon records for

12   defendant's phone reflect that it made three calls from

13   the Central District of California to Washington, D.C.,

14   to Senator Brown's office.

15              On October 21, 2019, between approximately

16   9:23 a.m. and 9:27 a.m., the records reflect that the

17   defendant's telephone made two calls from the Central

18   District of California to the Washington, D.C., office of

19   Senator Capito.

20              And then on October 25th, 2019, between

21   12:12 p.m. and 12:15 p.m., the records reflect that the

22   defendant made seven telephone calls from the Central

23   District of California to the Washington, D.C., office of

24   Congressman Mike Levin.

25              And then finally, November 18th, 2019, between
```

```
 1   approximately 11:29 a.m. and 11:34 a.m., Sprint telephone
 2   records reflect that the defendant's phone made six
 3   telephone calls from the Central District of California
 4   to the Tennessee office of Congressman Phil Roe.
 5            Special Agent Flood, moving on to Exhibit
 6   No. 6.  Can you please turn to Exhibit No. 6?
 7            During the course of your investigation, did
 8   you receive two voicemail messages?
 9   A    Yes, I did.
10   Q    And do you recognize the voice on the voicemail
11   messages?
12   A    Yes.  Yes, I did.
13   Q    And are the exhibits that have been admitted as
14   Exhibits 6 and 7, are those voicemail messages that you
15   recognize the defendant's voice?
16   A    Yes.
17        MR. DAHLQUIST:  Your Honor, may I play the
18   voicemail messages?
19        THE COURT:  Yes.
20        MR. DAHLQUIST:  We will start with Exhibit 6.
21            (Audio played.)
22   BY MR. DAHLQUIST:
23   Q    Special Agent Flood, do you also recognize Exhibit
24   7 as being the voice of the defendant?
25   A    Yes.
```

```
 1          MR. DAHLQUIST:  Your Honor, may I play that
 2   voicemail message?
 3          THE COURT:  Yes.
 4              (Audio played.)
 5   BY MR. DAHLQUIST:
 6   Q    Special Agent Flood, I am now going to change
 7   topics and direct your attention to a search warrant that
 8   you executed.
 9              As part of your duties as a special agent, do
10   you execute search warrants?
11   A    Yes.
12   Q    And what is a search warrant generally?
13   A    So a search warrant is -- it is a legal document
14   that is signed by a judge, and it basically allows law
15   enforcement to search a specific place for specific items
16   or evidence that we believe will be found in that place.
17   Q    And then did you receive authorization to search a
18   specific place in this case?
19   A    Yes, I did.  So we received a search warrant for a
20   structure that was at -- for Stahlnecker's -- for
21   Mr. Stahlnecker's residence.
22   Q    And what did you expect to find?
23   A    So we expected to find electronics, cell phones,
24   documents that would pertain to the cell phone records
25   and other documents that would -- documents or
```

1    handwritten notes pertaining to government officials.

2    Q      And then ultimately before executing the search

3    warrant, did you go to the defendant's residence and

4    conduct surveillance?

5    A      Yes, I did.

6    Q      And what did you observe while conducting

7    surveillance?

8           MR. REED:  Objection.  Relevancy.

9           THE COURT:  Sustained.

10   BY MR. DAHLQUIST

11   Q      Could we direct your attention to Exhibit No. 10.

12   What is Exhibit No. 10?

13   A      This is a notebook that was seized during the

14   execution of the search warrant.  And I notice -- this

15   handwritten note says "H.C. 11," which I interpreted to

16   mean House Committee because Congressman Levin sits on

17   the Veterans Affairs Committee for the House of

18   Representatives.

19          MR. DAHLQUIST:  Your Honor, may we publish this

20   picture?

21          THE COURT:  Picture of what?

22          MR. DAHLQUIST:  It is a picture of the journal

23   that was seized during the execution of the search

24   warrant.

25          THE COURT:  But ask him what was in it.  Is that

```
1    what was in it?

2           MR. DAHLQUIST:  Yes, your Honor.

3           THE COURT:  Is there something else in it?

4           MR. DAHLQUIST:  Well, there are some handwritten

5    notes and then also some marks.

6           THE COURT:  Well, ask him what those are.

7    BY MR. DAHLQUIST:

8    Q    Could you please describe the handwritten marks?

9    A    So the handwritten note pertains to what I believe

10   to be Congressman Levin.  Beneath that there is a name

11   that says Alison with an arrow and it says cunt.  And the

12   significance of this was we received --

13          MR. REED:  Objection.  Calls for a conclusion.

14          THE COURT:  Sustained.

15          MR. DAHLQUIST:  Then with Exhibit No. 11, your

16   Honor, may I read into the record the factual stipulation

17   relating to Exhibit Nos. 11 and 12?

18          THE COURT:  What was the exhibit he just testified

19   to?

20          MR. DAHLQUIST:  This was a picture of a journal

21   that was seized.

22          THE COURT:  And what exhibit was that?

23          MR. DAHLQUIST:  That was Exhibit No. 10, your

24   Honor.

25          THE COURT:  You can publish 10.
```

```
 1              MR. DAHLQUIST:  All right.  Very well.

 2              Your Honor, may I read the relevant facts

 3    related to Exhibit Nos. 11 and 12?

 4         THE COURT:  You mean the stipulated facts?

 5         MR. DAHLQUIST:  Yes, your Honor.

 6              The phone -- your Honor, may I publish Exhibit

 7    11?

 8         THE COURT:  What is Exhibit 11?

 9         MR. DAHLQUIST:  It is a picture of the phone that

10    was seized, your Honor.

11         THE COURT:  No.

12         MR. DAHLQUIST:  Very well.  The phone number

13    corresponding to the phone identified in Government's

14    Exhibit 11 is (760) 881-5528.

15    BY MR. DAHLQUIST:

16    Q    Special Agent Flood, do you recognize that phone

17    number?

18    A    Yes, I do.

19    Q    And what is that phone number?

20    A    That was the phone number that was reported to me

21    initially.  And it was the phone number which I had

22    requested the subpoena be served on.

23         MR. DAHLQUIST:  Your Honor, may I read from the

24    stipulation of facts relating to Exhibit No. 12.

25         THE COURT:  Yes.
```

1      MR. DAHLQUIST:  The phone number corresponding to

2  that phone identified in Government's Exhibit No. 12 is

3  (442) 440-6484.

4  BY MR. DAHLQUIST:

5  Q      And, Special Agent Flood, do you recognize that

6  phone number?

7  A      Yes.  I recognize that phone number correlating to

8  a phone that was seized during the search warrant.  And

9  it was the phone that was operated by Sprint.

10 Q      And was it the phone that was used to call the

11 congressman in Tennessee's office?

12 A      Yes, it was.

13 Q      And now, are you familiar with the defendant's

14 voice?

15 A      Yes.

16 Q      And did you recognize the defendant's voice in the

17 two voicemails that were played as Exhibit 7 and Exhibit

18 6?

19 A      Yes, I do.

20 Q      And have you also heard the defendant's voice in

21 person?

22 A      Yes.

23 Q      And is that the same voice?

24 A      Yes, it is.

25 Q      And do you recognize the defendant here in court

1    today?

2    A     Yes, I do.

3    Q     Please point him out and identify something he is

4    wearing.

5    A     He is sitting at the defendant's table.  He is

6    wearing a kind of multi-colored tie.

7         MR. DAHLQUIST:  Your Honor, may the record reflect

8    that the case agent has correctly identified the

9    defendant.

10        THE COURT:  Yes.

11        MR. DAHLQUIST:  Thank you, your Honor.  No more

12   questions.

13        MR. REED:  May I approach your clerk, your Honor?

14        THE COURT:  Yes.

15        MR. REED:  I have marked for identification

16   Exhibit 100, and this has been provided to the

17   government.

18        (Exhibit 100 marked for identification.)

19        THE CLERK:  Exhibit 100 placed before the witness.

20

21                    CROSS-EXAMINATION

22   BY MR. REED:

23   Q     Good afternoon, Agent Flood.

24   A     Good afternoon.

25   Q     On the day that you served the search warrant, do

1   these photographs accurately depict the area of where

2   Mr. Stahlnecker was living?

3   A     Yes, I do.

4   Q     Now, take a look at the very first picture that is

5   on the top.  When you went to serve the search warrant,

6   did you find out information that the people who actually

7   owned or were renting the property there were living in a

8   different building than this outback garage area?

9        MR. DAHLQUIST:  Your Honor, objection.  Vague and

10  calls for hearsay.

11       THE COURT:  It is without foundation at this

12  point.  So if you -- ask it a different way.

13  BY MR. REED:

14  Q     Did you personally go and serve the search warrant?

15  A     I was not present for the search warrant.

16  Q     Okay.

17       MR. REED:  I have nothing further then at this

18  time, your Honor.

19       THE COURT:  Thank you, sir.  Are you offering this

20  exhibit into evidence?

21       MR. REED:  I will later.

22       THE COURT:  There was no foundation for it now,

23  but you will offer it later?

24       MR. REED:  It will be.

25       THE COURT:  Thank you, sir.  Thank you for being

```
 1    here.
 2                Call the next witness.
 3            MR. TRISOTTO:  Your Honor, the government would
 4    like to call Ms. Leah Uhrig.
 5            (The witness was sworn.)
 6            THE CLERK:  Please be seated.
 7                State your full name and spell it for the
 8    record.
 9            THE WITNESS:  Yes, sir.  My name is Leah Uhrig.
10    L-E-A-H, last name is U-H-R-I-G, as in George.
11
12                        LEAH UHRIG,
13                   having been duly sworn,
14              was examined and testified as follows:
15
16                     DIRECT EXAMINATION
17    BY MR. TRISOTTO:
18    Q     Good afternoon, Ms. Uhrig.
19    A     Thank you.  Good afternoon.
20    Q     Can you tell us how old are you?
21    A     I am 25.
22    Q     And can you tell what your education is?
23    A     Sure.  I have three degrees from Ohio State.  My
24    undergraduate is in social work with minors in public
25    policy studies and leadership.  And I have my dual
```

```
 1    masters also from Ohio State in social work and clinical

 2    mental health counseling and substance abuse.

 3          THE COURT:  Again, you are talking so quickly, I

 4    can't hear what you're saying.

 5          THE WITNESS:  Sorry, sir.  My second degree is a

 6    master's in social work, specifically mental health

 7    counseling and substance abuse.  My second master's is in

 8    public administration.

 9    BY MR. TRISOTTO:

10    Q     And when did you graduate with your dual masters?

11    A     I graduated with a social work degree in May of

12    2018 and the public admin degree in May of 2019.

13    Q     And after graduating did you go on to work in

14    Washington, D.C.?

15    A     Yes.

16    Q     Can you tell us a little bit about where you

17    worked?

18    A     Yeah.  So I moved to D.C. in July of 2019, began

19    applying for jobs and internships on Capitol Hill knowing

20    that I wanted to go into public service and policy.  I

21    started my internship with Senator Sherrod Brown from

22    Ohio at the end of August.

23    Q     And how long did you work for Senator Sherrod

24    Brown?

25    A     I finished my internship with him on January 17th
```

1    of this year, when I was offered a full-time position on

2    Capitol Hill in a different office.

3    Q    What was the title of your position for Senator

4    Sherrod Brown?

5    A    I was a legislative intern.

6    Q    Can you tell us a little bit about what a

7    legislative intern does for a senator?

8    A    Yeah.  So part of our responsibility is constituent

9    services.  So that includes answering calls, logging the

10   information that we receive from those calls if they are

11   from the state that the senator represents and then

12   processing those calls appropriately if there is a

13   response needed.

14            We also monitor and respond to the faxes, the

15   voicemails, and we process all hard mail that comes

16   through our office as well.

17            I also attended briefs to write memos.  I

18   wrote cosponsorship memos, so recommending what bills the

19   senator should sign on to.  And then I wrote

20   correspondence for him as well.  So if a constituent

21   wrote in on an issue that I was well educated on or I was

22   passionate about, I could write the response on behalf of

23   the senator to send back to our constituents.

24   Q    Did part of your roles and responsibilities include

25   answering voter phone calls?

```
 1   A      Yes.

 2   Q      Now, were you a paid legislative intern?

 3   A      Yes, sir.

 4   Q      What were your hours?

 5   A      I worked 9 to 6, 9:00 a.m. to 6:00 p.m. Monday

 6   through Friday when the Senate was in session.  And then

 7   when the Senate was in district work period, so the

 8   senator was back in Ohio, I would work 9:00 a.m. to

 9   5:00 p.m. Monday through Friday.

10   Q      And you were an employee of the Senate; is that

11   correct?

12   A      Yes.

13          MR. REED:  Objection.  Calls for a conclusion.

14          THE COURT:  Well, you can ask it by laying a

15   foundation.  In other words, who paid her salary, what

16   did her checks show.

17   BY MR. TRISOTTO:

18   Q      Ms. Uhrig, could you please tell us -- you

19   mentioned you were paid intern.  Can you tell us who paid

20   you?  Where did your paycheck come from?

21   A      I believe the Senate disbursing office.

22   Q      Did you have federal taxes withheld from your

23   paychecks?

24   A      Yes, sir.

25   Q      Was it your understanding that you were an employee
```

1    the Senate?

2    A     Yes, we swore an oath the first day.

3    Q     So you were appointed by the Senate; is that

4    correct?

5    A     Yes, sir.

6    Q     Now, I want to understand a little bit about -- you

7    mentioned one of your roles was answering voter phone

8    calls.  And I want to understand a little bit about where

9    that took place and the setup.

10            Can you just kind of describe for me when you

11   are answering phone calls from voters, where are you and

12   what are you doing?

13   A     Definitely.  So in Senator Brown's office, at any

14   given time there were five to eight of us answering

15   phones.  So every intern work station would have a phone

16   that you would press a button to log in to the main line.

17   And then anyone who called our office, it would rotate

18   through which phone it went to.

19            There were five intern desks in the upstairs

20   part of Senator Brown's office in an area together.  So

21   we are all, you know, within five feet of each other.

22   Two staff assistants in our downstairs front office were

23   also logged on to the main line phones.  Sometimes

24   interns would be at those desks.

25            And then when phone calls came through it

```
1    would rotate through by phone, and you would pick up if
2    it came to your phone and go from there.
3    Q     And so you are upstairs by five other -- five desks
4    with interns answering phone calls; is that correct?
5    A     Yes, sir.
6    Q     And where is your supervisor?
7    A     Uh-huh.  Our intern coordinator sits right around
8    the corner from our desks.  She is in her own cubicle
9    maybe five feet away.  And then our systems admin,
10   systems administrator, sits right behind her.
11            And then our admin director, so kind of the
12   person over all of us higher up the chain, sat in an
13   office again five feet away, maybe a little to the left
14   of our intern coordinator.
15   Q     And I'm sorry.  So you mentioned these positions.
16   What were their names?
17   A     Yeah.  So our intern coordinator is Ms. Nishops
18   [phon.].  Our assistant administrator is Ms. Sarah Harms.
19   And our admin director is Ms. Mary Teblinski [phon.].
20   Q     So when a voter calls and you answer the phone
21   call, can you describe for me like what -- how does the
22   phone call proceed?  Like how does it take place?
23   A     So we always pick up and answer, "Thank you for
24   calling the office of Senator Sherrod Brown.  How can we
25   help you today."  Typically, somebody will discuss the
```

1    issue that they are calling about, whatever is on their

2    mind that day.

3            Usually it follows the news cycle or, you

4    know, personal things they might be going through.  We

5    always ask for the ZIP code, because like I said, we are

6    in a representative democracy and Senator Brown responds

7    to his constituents if they are from Ohio.

8            If they weren't from Ohio, we would encourage

9    them -- we would thank them for their call and we would

10   encourage them to get in contact with their elected

11   officials and provide the contact information as

12   appropriate.

13           Sometimes people would be calling about

14   casework, and then we would give them the contact

15   information for the caseworkers who work for Senator

16   Brown in the state.

17   Q    One piece of information you mentioned was the ZIP.

18   Was there any other contact information you asked for?

19   A    Not unless somebody wanted a response.  So the ZIP

20   code is all you need for our tracking system to log

21   opinions so that the senator sees then each week to know

22   what people are calling about.

23           But sometimes people would want a response

24   from the senator, especially if we weren't able to

25   provide an answer to their question, at which point we

1    would ask for a name and either a mailing address or an

2    email.

3    Q      And did you provide your name when you answered the

4    phone call?

5    A      That was at our discretion.

6          MR. REED:  Objection.  Vague.

7          THE COURT:  What was --

8          MR. REED:  It wasn't asked.  It wasn't answered,

9    your Honor.

10         THE COURT:  I thought she answered.  He said did

11   she provide her name and she said it was at her

12   discretion.  So that is an answer.  You may want to

13   follow up on it, but that is her answer.

14   BY MR. TRISOTTO:

15   Q      And to follow up on your response, can you tell us

16   a little bit about how you exercise your discretion about

17   whether to provide -- and to be clear, maybe you can also

18   tell us, when you say name, referring to first name, last

19   name, both.

20   A      Yes.  So the office policy, what we are trained on

21   in our first week of our internship is we never share our

22   whole name.  So we do not give our first name and our

23   last name.  If a caller asks for a name, which sometimes

24   they do, we are able to give our first name if we feel

25   comfortable.

1          You can usually tell early on in the call if

2     somebody is really angry or if they're going through

3     something really difficult.  That kind of anonymous

4     shield of not sharing your name can feel like much more

5     comfortable.

6          And we are allowed to say, oh, you know, we

7     don't share our name, but I am happy to support you

8     however I can.  So if we felt that the call were going to

9     become difficult, we didn't need to share our name, which

10    is what I meant by at our discretion.

11    Q     Thank you for clarifying that.

12          Now, why did you -- you mentioned that would

13    you needed the information, like their ZIP code and other

14    information.  You mention like logging their thoughts.

15    What do you mean by that?

16    A     Yeah.  So every office on Capitol Hill, as far as I

17    am aware, uses a couple of different systems to log calls

18    from voters and to also help process constituent mail.

19    Senator Brown serves 10.9 million people in the State of

20    Ohio.

21          MR. REED:  Objection.  Narrative and relevancy.

22          THE COURT:  Sustained.

23    BY MR. TRISOTTO:

24    Q     I will ask another question.  Ms. Uhrig, the phone

25    number for Senator Sherrod Brown's office in Washington,

1    D.C., which you were answering in September 2019, that

2    phone number is (202) 224-2315; is that correct?

3    A      Yes, sir.

4    Q      Now, I want to shift your attention to September of

5    2019.  During that time was one of your responsibilities

6    answering voter phone calls?

7    A      Yes, sir.

8    Q      Now, did there become a time in September of 2019

9    when a male caller began repetitively calling you?

10   A      Yes, sir.

11   Q      And can you describe those phone calls to us?

12   A      Yeah.  There was always a pretty clear narrative.

13   Usually the same caller would call seven to ten times a

14   day when did he call.  The caller ID on our Senate phones

15   would always show up as outside caller, which we didn't

16   really see outside of this call.

17          I don't remember seeing that caller ID except

18   for with this caller.  Whoever would answer -- the first

19   phone call, whoever got it among the staff and all the

20   interns -- like I said, five to eight people answering

21   phones -- it would usually start out just asking about

22   veterans' issues and then escalate pretty quickly to a

23   lot of cussing, a very threatening tone, yelling, talking

24   very quickly.

25          And the end the phone calls would escalate.

1    They would either end -- our office policy if we are

2    being cussed at or insulted we are allowed to give a

3    warning saying, you know, if this language continues then

4    I will have to end the phone call.  I want to help you.

5    You know, please stop using this language.

6              So either we would end up hanging up after our

7    warning or the caller would hang up and then call again

8    moments later.  And like I said, this usually happened

9    within a shorter window, maybe an hour of multiple calls.

10   Q    And so one thing you mentioned was yelling and a

11   louder demeanor.  Can you just give us some examples, to

12   the extent you are comfortable, of the things that this

13   caller would say to you?

14   A    Yeah.  I was told that I was the reason that

15   homeless veterans were killing themselves all over

16   America.  I will called a miserable little C-U-N-T

17   multiple times.  It usually followed a train of, you

18   know, saying that we had to take these phone calls and

19   yelling at us, calling us the B word.  The F word was

20   used with a lot of regularity.  F-U-C-K usually with

21   I-N-G at the end of it.  And those are kind of the areas

22   that they stuck to, a lot of homeless veterans, you are

23   the reason for all of this.  Yeah.

24   Q    And what was your understanding -- of the calls

25   that you had in September of 2019, when these calls first

```
 1    started, what was your understanding of the purpose of

 2    these phone calls?

 3    A      Intimidation.  It didn't -- in my experience with

 4    all of the phone calls I took -- I continued taking as I

 5    worked on Capitol Hill, there wasn't a policy goal or a

 6    political goal.  This person was calling to threaten us

 7    and they seemed to enjoy it.

 8            MR. REED:  Objection.  Calls for a conclusion,

 9    your Honor.

10            THE COURT:  Sustained.

11    BY MR. TRISOTTO:

12    Q      You mentioned this person, the male voice would

13    call you seven to ten times.  How much time was there

14    between phone calls?

15    A      It was usually in a short window.

16    Q      Seconds or minutes?

17    A      Minutes.

18    Q      And did he -- did the caller hang up on you or did

19    you hang up on him?

20    A      It varied.  Like I said, we always gave a warning,

21    but there were multiple times where they concluded the

22    call before I did.

23    Q      And the only reason would you hang up on the caller

24    is if they were screaming or yelling or cursing at you;

25    correct?
```

```
 1   A      Correct.

 2   Q      So otherwise it was the caller who called you that

 3   would hang up on you?

 4   A      Yes.  And typically after a warning, like I

 5   mentioned.

 6   Q      And did the caller ever provide his name to you on

 7   those initial calls?

 8   A      After he threatened to kill me, I knew that I would

 9   need to get more information from him for the police

10   report.  So when he kept asking for my name, I asked for

11   his.  He provided a name that after my adrenaline dropped

12   I knew not to be true.

13   Q      Let me actually stop you there.  So you mentioned

14   he threatened to kill you.  Maybe at this point I would

15   like to just direct your attention to the date of

16   September 26, 2019.

17          Did you have phone calls with the defendant

18   on -- I apologize.  Did you have phone calls with the

19   same male caller on September 26th?

20   A      Yes, sir.

21   Q      And how many calls?

22   A      Two.

23   Q      And during those two calls, can you -- let's start

24   with the first call.  Can you walk us through on

25   September 26th, when you are in the front office upstairs
```

1   at your intern desk, what happened when you answered the

2   phone the first time?

3   A       Yeah.  So I called -- or he called.  I answered.

4   You know, gave the intro of offices of Sherrod Brown.

5   And he pretty quickly asked if I was a lowly intern who

6   didn't fucking matter.  And I said I am an intern.  How

7   can I help you today, though.

8           And he said he wanted to speak with someone

9   who actually could help him.  He wanted to speak with a

10  staff member who could help him.  And I said I would love

11  to get you in contact with whoever that could be, but I

12  need more information, because that is our job, right, to

13  get people in touch with who can help them as interns.

14  So I asked if I could get his ZIP code.

15          And he pretty quickly escalated into saying he

16  was from California.  So it didn't -- again F word, among

17  other things, and demanding to speak with people, saying

18  that, you know, he was calling the office of Senator

19  Sherrod Brown because Sherrod Brown sits on the Veterans

20  Committee, which he does.  He is very proud of that.

21  Very proud of that work.

22          And I believe at that point I warned him that

23  due to the profanity I was going to have to conclude the

24  call.

25          And, yeah, he continued cursing, and then he

1   said that his Social Security number was go fuck

2   yourself, which we never ask for Social Security numbers.

3   Those aren't useful to any of the work we do as interns.

4   Q     And I just want to follow up on a few things that

5   you said.  So you -- when he said these things to you,

6   what was his tone and demeanor towards you?

7   A     Very threatening.  So definitely as he went on he

8   would talk faster.  His voice would increase.  And like

9   he would speak more rapidly and he would be yelling.  So

10  very threatening.

11           And it would just get worse as time went on.

12  Like he would clearly escalate from the beginning of the

13  call to the end of the call.  And, you know, then the

14  next five to seven or however many more times he called

15  that day, he wouldn't calm back down at the beginning of

16  those calls typically, if that makes sense.

17  Q     While these calls are going on, what is going on in

18  your mind while you are trying to respond to him?

19  A     Yeah.  So definitely, we are going -- we have great

20  training in Senator Brown's office.  So sticking to the

21  things that we are told to use when managing difficult

22  callers, this was definitely in my experience with calls

23  much worse than like the things that we typically

24  experience or the things we are trained for, but it was

25  also known that we are going to need to report these just

1     because of the amount of times he had been calling.

2             By the end of September we were pretty well

3     acquainted with these calls coming in.  We would see

4     outside caller and be pretty certain of who this was

5     going to be.  So trying to be helpful in the sense of

6     maybe not having him escalate, maybe getting more

7     information that we could provide.  Those are kind of the

8     pieces.

9     Q    So now you are thinking those thoughts in your

10    head?

11    A    Uh-huh.

12    Q    And I understand you said he hangs up on you; is

13    that correct?

14    A    Yes.

15    Q    And then what happens next?

16    A    So he would call again moments later.  I again

17    answered the phone.  Kind of same process.  And he asked

18    for my name.  Clearly I knew who it was at this point and

19    was not going to give my name.

20            He then said that he had already spoken with

21    Sarah, Alison and some bitch named Frances, who almost

22    cried just moments ago.  These are people who work in our

23    office.  Those are people that answer the phones.

24            So that was pretty concerning to me.  And I

25    said, you know, I'm sorry, sir, I am not willing to share

```
 1   my name.  And he said -- like he became really aggravated
 2   at that and said he was going to come to my office and --
 3   I'm sorry, he said I am going to fucking come to your
 4   office and kill you, you miserable little C-U-N-T.
 5           And then he said he was -- he wanted my name
 6   because he was keeping a list of the bitches who hung up
 7   on him.  At that point, like my heart was racing
 8   obviously.  It was a pretty upsetting thing to be told,
 9   especially considering our capitol has suffered attacks
10   from shooters and people with bombs.  That is something
11   we are trained on early on, is active shooter drills and
12   anthrax drills and biological weapons.  We go through all
13   of that training as interns and as staffers.
14        MR. REED:  Objection.  Narrative, your Honor.
15        THE WITNESS:  Apologies.
16   BY MR. TRISOTTO:
17   Q    I will ask a followup question.  And thank you for
18   providing that detail.
19           So when you -- you mentioned based on your
20   training that you were instinctively thinking to yourself
21   that you needed to get more information out of the
22   caller.  Did you ask for his name at that point?
23   A    I asked for his phone number and his name, if he
24   was willing to share it.
25   Q    Did he provide you with his name?
```

```
 1   A      He gave me the name Ben Dover.

 2   Q      What did you understand that to mean at the time?

 3   A      At the time, I wrote it down in my notes to report

 4   it.  You know, I was trying to be help.

 5   Q      And at that time you believed it was his name?

 6   A      Yes.

 7   Q      Did he provide you his phone number?

 8   A      No.

 9   Q      And then what happens next after he threatens to

10   kill you and gives you this fake name?

11   A      So while it was happening, I grabbed one of the

12   other interns right behind me and had them go get Sarah

13   Harms, who is our systems administrator.  She deals with

14   all of the threats that come through our office.

15          So she came over once he hung up on me.  Sarah

16   and I talked and she had me start writing up a report of

17   these interactions.

18   Q      And so I want to kind of back up to the moment when

19   you are getting off the phone with him.  Can you kind of

20   walk us through what is going on in your mind.  How do

21   you feel?

22   A      Yeah.  I mean, my heart was racing and I was just

23   thinking like what do I do now; right?  Part of that was

24   talking to Sarah.  But it was fear, concern, concern for

25   the senator, concern for our office.  Just general like
```

1  fear, anxiety.  My heart was racing.

2  Q     And did you have -- did you understand defendant to

3  be joking at all with you?

4  A     No.

5  Q     So you thought he was being serious with you?

6  A     Yes.

7  Q     And you were frightened that he was going to come

8  to your office and potentially kill me?

9  A     I was afraid he would target the capitol and our

10  office, yeah.  I was thankful I didn't give him my name.

11  Q     Okay.  Now, you mentioned that Sarah Harms came

12  over.  And Sarah Harms was your systems administrator; is

13  that correct?

14  A     Yes, sir.

15  Q     And when she comes over -- now, I want to kind of

16  understand where you are at this point.  You are right

17  outside your office; is that correct?

18  A     We got up and walked into the hallway just outside

19  our office.

20  Q     And this is seconds after the phone hung up?

21  A     Uh-huh.

22  Q     And can you kind of tell us what happens next when

23  you are there with Sarah -- or Mrs. Harms?

24  A     Yeah.  She was kind of just helping calm me down,

25  saying this is why we have Capitol Police.  This is why

```
 1    these buildings are secure.  This is why we go through

 2    the trainings that we go through.

 3              You know, just in general being a good

 4    supervisor, trying to support us and saying we are now

 5    going to make these police reports.  You know, here is

 6    what we are going to do next and are you okay, and also

 7    reinforcing that in the future when this caller would

 8    call that everything should be transferred directly to

 9    her if we were able to.

10    Q    And so after this happens -- can you tell us, were

11    you taking notes during these calls?

12    A    Yes.

13    Q    And what did you do with these notes?

14    A    So every intern is given a Senate -- official

15    Senate notebook that we leave in our office every day

16    because it can have sensitive information.  Our

17    constituents' addresses, all of these things.

18              So the initial calls on the 26th especially

19    was just like jotting notes in there.  But then the calls

20    that happened after the 26th, because we were well

21    acquainted and I now had been through the process of

22    reporting the calls, I would type into my e-mail

23    directly.

24    Q    And so you mentioned that you had other calls after

25    September 26.
```

```
 1   A      Yes, sir.

 2   Q      Did these threatening calls continue the next day?

 3   A      Yes.

 4   Q      And can you briefly describe them to us?

 5   A      Yeah.  So on September 27th, I received two more

 6   calls from this caller.

 7          The first one, I believe it was his first call

 8   to our office of the day.  He was much calmer initially.

 9   I actually wasn't sure it was the same person, but it

10   said outside caller so I answered with some trepidation.

11   And he stated -- or he just kind of started talking about

12   or asking about Senator Brown's position on medical

13   marijuana, medical cannabis for veterans.

14          That's not an issue I work on.  So I asked him

15   to if I could put him on hold to look up Senator Brown's

16   position, which is standard operating procedure when

17   constituents ask about different positionings of the

18   senator.

19          So I, you know, looked into all of his public

20   statements and all of our correspondence, found the best

21   answer I could, gave that answer that, you know, Senator

22   Brown only works on the banking side of medical

23   marijuana.  He doesn't work on the legalization part.

24   Medical marijuana is legal in Ohio.  That kind of stuff.

25          And then he kind of launched into -- which is
```

1    when I realized who it was, because it went into the --

2    you know, I am a homeless veteran.  You are the reason

3    veterans are killing themselves.  Started cussing, all of

4    this.

5            And I said no.  Kind of standard, like can I

6    get your ZIP code so I can record this for the senator.

7    I am happy to try to get you a response.  And he again

8    went into, you know, I live in California, but I can take

9    up your phone lines.  This is Senator Brown's Washington,

10   D.C., office.  What are you going to do, sue me?

11           It doesn't matter if you hang up on me because

12   I can just keep calling you back and you have to answer,

13   and that's what I'll do, with F words sprinkled in a

14   multitude of times.  And I believe in that phone call he

15   hung up on me.

16   Q    Now, during those phone calls, you mentioned the

17   F word.  And so he was using the word -- and excuse my

18   language.  He was saying the word fuck to you multiple

19   times?

20   A    Yes.

21           THE COURT:  We know what the F word is.

22   BY MR. TRISOTTO:

23   Q    And did he also use the word cunt with you?

24   A    Yes.  That was on the 26th in both calls.  Once in

25   the death threat, and then the call before that just more

```
 1    generally.

 2    Q      And when you said that defendant said that he would

 3    just keep calling back and you have to answer, what was

 4    your understanding of what he was telling you at this

 5    point?

 6    A      It didn't matter if I hung up or he hung up because

 7    we would hear from him again.

 8    Q      What was your understanding of the purpose of these

 9    phone calls?

10           MR. REED:  Objection.  Calls for a conclusion.

11           THE COURT:  Sustained.

12    BY MR. TRISOTTO:

13    Q      When he is saying these words to you, can you

14    describe the defendant's tone?

15    A      Menacing.

16    Q      Are there any other words that you would use as

17    well?

18    A      Degrading.  Full of contempt.  Hatred.

19    Q      And now, once these calls end on September 27th,

20    can you tell us what happens next?

21    A      He did call again moments later, like he said he

22    would.

23    Q      And what happened on that call?

24    A      I think I would have to refresh my memory for that

25    call.
```

```
 1   Q     Are there any documents that would refresh your
 2   recollection?
 3   A     The e-mails I wrote directly after the call.
 4         MR. TRISOTTO:  Your Honor, may I approach the
 5   witness?
 6         THE COURT:  All right.
 7   BY MR. TRISOTTO:
 8   Q     If you can just take a moment and review that.  And
 9   after you are done if you can just set it aside and flip
10   it over.
11   A     He again was demanding my name, knew who it was
12   when I answered.  Again, listed people in our office,
13   Alison, Frances and Sarah, and said he was keeping a list
14   of names, that he wouldn't provide a ZIP code because he
15   was from California, not Ohio.
16              So again, the same train of things as all of
17   the other calls we took.
18   Q     Did he ask for your name on these calls?
19   A     Yes.
20   Q     And did you provide it?
21   A     Not on the 27th.
22   Q     And why weren't you comfortable providing your name
23   to him?
24   A     I knew he had threatened to kill me the day before,
25   and he made so many calls to our office that were always
```

1   threatening, unpleasant, rude without purpose.  I was not

2   comfortable sharing any of my information.

3   Q     And after September 27th, did you have any calls

4   with the defendant, in the beginning of October?

5   A     Yes.

6   Q     And was that call on October 9th?

7   A     Yes.

8   Q     Was that multiple calls or one call?

9   A     One call.

10  Q     And would you mind describing that call on

11  October 9th to us?

12  A     I would have to refresh my memory again, I'm sorry,

13  for my e-mail I immediately sent.

14  Q     So after you had the call with defendant on

15  October 9th, you took down some notes on that call?

16  A     Yes.

17  Q     And would reviewing that refresh your recollection?

18  A     Yes.

19        MR. REED:  I am going to object on relevancy

20  grounds, your Honor.

21        THE COURT:  I don't know what is coming up.  I

22  take it you are going to ask her what he said.

23        MR. TRISOTTO:  That's correct, your Honor.

24        THE COURT:  Ask her that and then maybe I will be

25  able to determine the relevance.

```
 1          MR. TRISOTTO:  And, your Honor, she has testified
 2   that she doesn't recall and I would like to refresh her
 3   recollection.
 4          THE COURT:  Well, what she is looking at, she is
 5   now refreshed.
 6          MR. TRISOTTO:  Well, I haven't given her the
 7   document.
 8          THE COURT:  Give her the document.
 9          MR. TRISOTTO:  Thank you, your Honor.
10          MR. DAHLQUIST:  Your Honor, may I approach the
11   witness?
12          THE COURT:  Yes.
13   BY MR. TRISOTTO:
14   Q     If you can just review that and when you are done
15   just turn it over and let me know.
16   A     Yeah.
17   Q     Does that refresh your recollection?
18   A     Yes, sir.
19   Q     Can you tell us -- on the call on October 9th, can
20   you describe that phone call that you had with defendant?
21   A     Yeah.  So the caller immediately launched into --
22   he told me he wanted me to repeat everything back to him,
23   and he launched into a rant about homeless veterans.
24   Again, went on for a while.
25          When he finished, I gave him a synopsis of
```

 1   what he said to me and he became enraged at that and said

 2   that I was the reason that veterans were committing

 3   suicide all over our country.

 4            That was concerning to me because I was afraid

 5   that was a threat to his own life.  And I again reported

 6   it to our assistant administrator, Sarah Harms.

 7   Q      And what was your understanding of why he said that

 8   you were killing veterans?

 9   A      Because I didn't repeat back to him the exact words

10   that he said to me.

11   Q      On this call did he raise any personal concerns

12   with the Department of Veteran Affairs?

13   A      Not that I recall.

14        MR. TRISOTTO:  No further questions at this time,

15   your Honor.

16        THE COURT:  Cross-examination.

17

18                     CROSS-EXAMINATION

19   BY MR. REED:

20   Q      Good afternoon.

21   A      Good afternoon.

22   Q      Before coming to court today, did you have a chance

23   to review various reports to refresh your recollection?

24   A      My e-mails.  Yes.

25   Q      Did you review any kind of police reports that were

```
1    written by the Capitol Police?

2    A    No.

3    Q    Did you have a chance to talk to other witnesses in

4    this case?

5    A    We didn't discuss the matter.

6    Q    Well, tell me a little bit about that.  Did you

7    come into contact with people who were represented to you

8    to be other victims in this case?

9    A    So, I know Sarah Harms from Senator Brown's office

10   is here.  We were on the same flight along with someone I

11   met Sunday night when we arrived in L.A. named Kylie Jo

12   from a West Virginia senator's office.

13   Q    And did you share stories about what had happened

14   to everybody when you met with these people?

15   A    We briefly stated that we were here because of the

16   unpleasant calls.

17   Q    Did you talk about what one person heard as opposed

18   to what another person heard?

19   A    Just that Kylie and I had been called the C word a

20   multiple amount of times.

21   Q    And did anybody talk about what was said to them?

22   A    Just that Kylie and I were both called the C word.

23   Q    So did that discussion with these people carry over

24   after that one night?  Did you see these people again?

25   A    We are all staying on the same floor at the hotel.
```

1    Yes.

2    Q      Have you been meeting together to compare what

3    everybody was told over the telephone?

4    A      No.  We were told not to do that.

5    Q      How many times have you met with the prosecutor to

6    prepare for your testimony in this case?

7    A      We had one phone call and then they met with us

8    yesterday in the hope of diminishing our anxiety before

9    today.

10   Q      And did they go over what they said that the

11   questions were going to be when they talked to you?

12   A      No.  They gave us general topics that could come

13   up.

14   Q      Did they do anything such as, let's start from the

15   beginning.  We are going to ask you where you work, what

16   your education is, anything like that?

17   A      Yes.

18   Q      And so you kind of knew what the questions were

19   going to be before you became here to testify; is that

20   right?

21   A      A broad understanding.  Yes.

22   Q      And were there any other witnesses in that same

23   meeting that were listening to you as you were

24   interviewed?

25   A      No.  The lawyer from Senate legal counsel was on

1    the phone when we were here in L.A.  And then he and I

2    were together for the phone call when we were in D.C.,

3    but no.

4    Q     In other words, was Ms. Harms with you when you

5    were going over the testimony that was going to be asked

6    of you?

7    A     No.  The prosecutor separated us for that.

8    Q     Did you have any handwritten notes yourself of what

9    was said by this individual to you?

10   A     Well, I was in the internship with Senator Brown's

11   office.  It would have been in my notebook.

12   Q     This notebook, I am a little curious about it.

13   A     Okay.

14   Q     I'll ask you some questions about it.

15   A     Okay.

16   Q     A person calls in and you have some sort of

17   notebook; right?

18   A     Yes, sir.

19   Q     It seems to be some sort of official notebook where

20   you have to log in what people say to you over the

21   telephone?

22   A     I mean, it is like Senate notebook with the State

23   of Ohio on it, but it's -- just the only rule is that we

24   have to leave our notebook at our desk each night.

25   Q     And do you put down what people say to you in this

1   notebook?

2   A      If we need to.

3   Q      And in this particular case, were you putting down

4   information on this notebook as to what this person was

5   saying to you?

6   A      On which call?

7   Q      On any of them.

8   A      On the 26th I was writing like quick snippets in my

9   notebook.  Yes.

10   Q      Where is that notebook?

11   A      I believe it was shredded at the conclusion of my

12   internship, as is typical with our office.

13   Q      I didn't hear that.  It was shredded, you say?

14   A      Yes.

15   Q      Are there any tape recorded calls of you and this

16   person when he was saying words to the effect that he was

17   going to come and kill you?

18   A      I did not record phone calls.  I believe he told me

19   once that he was recording the phone call to prove that I

20   was killing veterans.

21   Q      I am talking about the one where you received the

22   call where he threatened to kill you.

23   A      I did not record that phone call.

24   Q      Now, are you sure that the person used the word

25   kill?

```
1   A     Yes.

2   Q     Do you know whether Ms. Harms has one of those

3   notebooks that still is in existence?

4   A     I am not sure.

5   Q     Does she typically have a notebook where she puts

6   down telephone calls too?  Does she answer telephones,

7   Ms. Harms?

8   A     Not typically.

9         MR. DAHLQUIST:  Objection.  Foundation, your

10  Honor.

11        THE COURT:  Overruled.

12  BY MR. REED:

13  Q     Does she answer telephone calls from time to time?

14  A     Not typically.  Only if we forward them to her due

15  to threats.

16  Q     So she more or less is a supervisor of the interns;

17  is that true?

18  A     Yes.

19  Q     Now, when you get telephone calls from people,

20  sometimes they are from vets, aren't they?

21  A     Yes, sir.

22  Q     And the senator is on one of these vet committees;

23  isn't that true?

24  A     Yes.

25  Q     And that committee is formed to introduce
```

1   legislation to improve the conditions of the Veterans

2   Affairs Administration; right?

3   A     I don't know their specific mission, as I don't

4   work on these issues, but I would assumes that broadly

5   correct.

6   Q     And the calls that you take from vets, are some of

7   them angry telephone calls when people call in?  These

8   vets I am talking about.

9   A     I mean, those phone calls, to be frank, aren't

10  super memorable.  That is why we log them.  People are

11  often disappointed at the treatment of veterans coming

12  home, but Senator Brown has worked hard on those issues,

13  so oftentimes it's honestly veterans calling to thank

14  Senator Brown for the work that he does.

15  Q     From time to time, do you get phone calls from vets

16  who are angry?

17  A     I can't recall specific instances outside of the

18  calls discussed today where veterans were extremely

19  angry.

20  Q     Do you get phone calls from veterans who are

21  outside your district of Ohio calling in to want to talk

22  to the senator about issues that are on the committee,

23  the Veterans Affairs Committee?

24  A     Not typically.  There is a committee phone number

25  they can reach out to, but I have no interaction with

```
1   that staff and those interns to answer that.

2   Q    Now, the person called on the 26th of -- September

3   26th of last year; correct?

4   A    Uh-huh.

5   Q    There were multiple calls; correct?

6   A    Yes.

7   Q    And he called on the 27th; is that right?

8   A    Yes, sir.

9   Q    Had you ever talked to this person before on

10  previous calls?

11  A    Yes, sir.

12  Q    And in previous months?

13  A    I would not say in previous months.  I believe the

14  call started mid September, in my recollection.

15  Q    And when you were trying to get identifying

16  information as to this person, what his name was, did he

17  say that his name was Ben Dover?

18  A    On the call on the 26th in which he threatened to

19  kill me, that is the name he gave me.

20  Q    Did he ever give you any other names when you

21  talked to him at any other time?

22  A    No, sir.

23  Q    After the call was made to you in which he said his

24  name was Ben Dover, at the time that he was making it,

25  did you understand that to be a joke?
```

```
 1   A      I did not.  It wasn't until my adrenaline dropped
 2   down that I was like, that's gendered and sexual.
 3   Q      But joking, in poor taste?
 4   A      If you consider that a joke, sure.  In line with
 5   the other things he had said to me, including the C word.
 6   Q      Well, the name Ben Dover you learned later is not
 7   this person's name; right?
 8   A      Right.  I just personally don't consider that a
 9   joke.
10          MR. REED:  I have no further questions, your
11   Honor.
12          THE COURT:  Okay.  Anything further?
13          MR. DAHLQUIST:  May I ask a few questions to
14   follow up?
15          THE COURT:  Follow up on what?  What did he say
16   that you hadn't covered.
17          MR. TRISOTTO:  For example, he was asking about a
18   notebook.
19          THE COURT:  All right.  You can ask about that.
20          MR. TRISOTTO:  And I also have one other line of
21   questioning I would like to ask about other veteran calls
22   that I didn't question her about.
23          THE COURT:  All right.
24          MR. TRISOTTO:  Thank you, your Honor.
25
```

```
 1                    REDIRECT EXAMINATION

 2   BY MR. TRISOTTO:

 3   Q      Just a few questions for you.  The first one is

 4   defense counsel mentioned a notebook that you kept.  If

 5   you put notes in that notebook with respect to the calls

 6   you had with defendant when he threatened to kill you,

 7   would that have been memorialized in the e-mail that you

 8   sent immediately after?

 9   A      Yes.  That e-mail is completely based on any notes

10   I took.

11   Q      So would there be any information in the notebook

12   that was not in your e-mail?

13   A      No.

14   Q      Now, defense counsel was asking you about your

15   phone calls with other veterans.  Has any other veteran

16   who might have grown angry threatened to kill you?

17   A      No.

18   Q      And so this was your first death threat?

19   A      And only in my lifetime.

20          THE COURT:  All right.  We have to take a brief

21   recess a little early.  We will take the afternoon

22   recession now for 10 minutes and then about to five

23   o'clock.

24               So we are finished with this witness.  Have

25   another witness on the stand when we come back.
```

```
 1                    (Recess from 1:30 p.m. to 2:47 p.m.)

 2                    (The following proceedings were held in the

 3                    presence of the jury:)

 4                    (The witness was sworn.)

 5          MR. DAHLQUIST:  The United States calls Sarah

 6     Harms.

 7          THE CLERK:  Please be seated.

 8                    State your full name and spell it for the

 9     record.

10          THE WITNESS:  My name is Sarah Harms.  S-A-R-A-H,

11     H-A-R-M-S.

12

13                         SARAH HARMS,

14                    having been duly sworn,

15             was examined and testified as follows:

16

17                      DIRECT EXAMINATION

18     BY MR. TRISOTTO:

19     Q     Good afternoon, Ms. Harms.

20          THE COURT:  My suggestion, subject to defense

21     counsel's approval, is that we go through the operation

22     of the office and her duties with a little more dispatch

23     because the prior witness has recounted the procedures.

24                    Unless there is some difference, I think the

25     jury understands essentially what the process is in these
```

```
 1    offices.
 2            MR. TRISOTTO:  Yes, your Honor.  And that is what
 3    I did plan to do.
 4            THE COURT:  All right.  Go ahead.
 5            MR. TRISOTTO:  I did want to did one background
 6    question that is specific to her --
 7            THE COURT:  Yes.  You can.
 8            MR. TRISOTTO:  Thank you.
 9    BY MR. TRISOTTO:
10    Q    Ms. Harms, are you familiar with Senator Sherrod
11    Brown?
12    A    Yes.
13    Q    And do you work for Senator Brown?
14    A    I do.
15    Q    What is your position?
16    A    I am the system administrator.
17    Q    How long have you been in that position?
18    A    About a year and a half.
19    Q    Now, I want to focus you in on your roles and
20    responsibilities as to threats specifically and
21    threatening phone calls.  Can you just kind of describe
22    what your roles and responsibilities are focusing on the
23    threats aspect of your job?
24    A    Absolutely.  So broadly speaking, I take care of
25    all of our electronic equipment.  This also includes our
```

```
 1    cyber security as well.  That was sort of a natural
 2    dovetail into taking care of our threats portfolio.
 3    Q     And do the interns report to you if they receive a
 4    threatening phone call?
 5    A     Yes.
 6    Q     Are you familiar with a young woman named Leah
 7    Uhrig?
 8    A     Yes.
 9    Q     And who is she?
10    A     She is a former intern in my office.
11    Q     Was she an intern in September of last year?
12    A     Yes.
13    Q     I want to shift your attention now to the date of
14    September 26th, 2019.  On that day, did Ms. Uhrig report
15    any phone calls to you?
16    A     She -- yes.
17    Q     And when you -- or maybe to back up, how did you
18    learn about the phone call?
19    A     I was sitting at my desk.  It was about mid
20    morning, and one of the other interns kind of came around
21    the corner at a fast speed and said, hey, Leah is on a
22    weird phone call.  You should come.
23          So I got up.  The intern bull pen is about 30
24    seconds away from my desk.  So I walked over and came
25    around the corner, and Leah was sitting at her desk and
```

```
 1   kind of sort of staring at the phone, like looking at the
 2   receiver in her hand.  And that is how I learned that she
 3   had been on this odd phone call.
 4   Q    Can you describe Ms. Uhrig's demeanor at that time?
 5   A    Yes.  I sort of looked at her and I said what
 6   happened.  She was like sheet pale, super duper white.
 7   She looked scared and kind of in shock.  She was like
 8   staring at the phone receiver.  And so I asked her what
 9   happened.
10   Q    When you got over there or when you first saw
11   Mrs. Uhrig, how long had it been since she got off the
12   phone with the defendant -- with the caller?
13   A    I -- it was the 30 seconds I was like traveling
14   over to her desk is when she had been hung up on, from my
15   understanding.
16   Q    And that day on September 26th, the caller -- did
17   the caller call back?
18   A    Yes, multiple times.
19   Q    Did you answer any of those phone calls?
20   A    I caught the last one.
21   Q    And can you describe that phone call that you had
22   with the caller on September 26th, 2019?
23   A    Absolutely.  So I was aware that after he hung up
24   on Leah, he pinged a bunch of the other interns' phones.
25   The way the Senate phone system works is that people can
```

```
 1   log in -- we have a number of interns and our staff
 2   assistant is logged into the main line, and so the phone
 3   switchboard randomly assigns it so you can't just call
 4   one phone.
 5            It is just randomly signed out to interns or
 6   staff assistants.  So he kept popping -- the same unknown
 7   caller ID kept popping up on different people's phones.
 8   And so they finally -- the last call, the interns, they
 9   had to transfer it to me.
10   Q    And you said it kept popping up.  How much time was
11   passing between the first time and the second time it
12   would pop up?
13   A    Seconds.
14   Q    And what did the -- and how did you know it was the
15   same caller?
16   A    So sometimes if people call directly into the main
17   congressional switchboard, it will say it is being
18   transferred from the main switchboard, which you can also
19   call direct.  And then sometimes people have different
20   caller ID's.  And this one just said unknown caller, and
21   it was the same person over and over and over.
22   Q    Now, did you know the person's name who was calling
23   at that time?
24   A    Not at that time.
25   Q    Did you think you knew the person's name at that
```

```
1   time?
2   A     He did give a name.  He gave his name as Ben Dover.
3   Q     And is that his correct name, or did you understand
4   that to be his correct name at the time?
5   A     I understood it to be an obscene pun.
6   Q     When you answered the phone, did you refer to the
7   caller as Mr. Dover?
8   A     I did.
9   Q     And then what happens next?
10  A     He sort of chuckled and said that that wasn't his
11  real name.  And so I asked him what his correct name was
12  so I could address him correctly.  And he asked for my
13  name, so I told him my name was Sarah.  And then he asked
14  why we were killing veterans for profit.
15          And I was confused by this so I asked him to
16  sort of clarify what he meant.  And he said something
17  about how -- like he said he was recording the phone
18  call.  And then I asked him if he had any message that he
19  wanted to leave, and he said something about how that is
20  not how this game is played, then kind of chuckled and
21  hung up.
22  Q     So I just want to back up and walk through that
23  call.
24  A     Sure.
25  Q     After you referred to him as Mr. Dover, what was
```

```
 1   his response?

 2   A     He sort of chuckled and said that is not my name.

 3   Q     And what did you understand his laughter to mean?

 4   A     That it was amusing to him that I was repeating his

 5   pun back to him.

 6   Q     And now, you mentioned he said something to the

 7   effect of that is not how this game is played.  What was

 8   your understanding of that statement?

 9         MR. REED:  Objection.  Calls for speculation and

10   conclusion.

11         THE COURT:  Sustained.

12   BY MR. TRISOTTO:

13   Q     And what was your understanding of the purpose of

14   this call that you had with the defendant?

15   A     He seemed like he was --

16         MR. REED:  Objection.  Calls for a conclusion.

17         THE COURT:  Sustained.

18   BY MR. TRISOTTO:

19   Q     Did defendant -- I apologize.  Did the caller raise

20   any personal concerns with respect to the Department of

21   Veteran Affairs on this call?

22   A     All he was saying was that we were killing veterans

23   for a profit.

24   Q     What is your understanding of what he meant by

25   that?
```

```
 1   A      I honestly don't know.

 2           MR. TRISOTTO:  No further questions at this time,

 3   your Honor.

 4           THE COURT:  Cross-examination.

 5           MR. REED:  No questions.

 6           THE COURT:  Thank you, ma'am.  You are excused.

 7   Call the next witness.

 8           MR. DAHLQUIST:  The United States calls Kylie Jo

 9   Rutherford.

10        (The witness was sworn.)

11           THE CLERK:  Please be seated.

12              State your full name and spell it for the

13   record.

14           THE WITNESS:  Kylie Jo Rutherford.  K-Y-L-I-E,

15   J-O, R-U-T-H-E-R-F-O-R-D.

16

17                   KYLIE JO RUTHERFORD,

18                 having been duly sworn,

19            was examined and testified as follows:

20

21                   DIRECT EXAMINATION

22   BY MR. TRISOTTO:

23   Q    Ms. Rutherford, where do you work?

24   A      I work in the United States Senate for Shelley

25   Moore Capito.
```

```
1    Q      How long have you worked there?

2    A      Since May, 2019.

3    Q      And did you work for Senator Capito before?

4    A      I was an intern for her in the summer of 2017.

5    Q      What is your current role?

6    A      I am a staff assistant in her office.

7    Q      And what are your responsibilities as a staff

8    assistant?

9    A      So I help coordinate flags and I am an intern

10   coordinator, so I oversee all the interns in their

11   duties.  And then I also help with tours and mail.  And

12   then I have a small portfolio of handling Congress and

13   election letters and student letters.

14   Q      Can you describe what you would typically do when

15   you receive a call from a constituent?

16   A      So if it is a call of a constituent that just has a

17   statement to make, we say, hello, my name is Kylie --

18   Senator Capito's office, this is Kylie.  And then they

19   state their concern or their comment and we write it

20   down.

21          Well, if it is very in demand, we put a tally

22   and then e-mail those to the senator at the end of the

23   day.  If it is a more specific comment, then we write it

24   down, take their information, their address and phone

25   number, put it into our system and it goes straight to
```

1    the staffer that would handle that issue.

2    Q    I want to direct your attention to the morning of

3    October 21, 2019.  Did you receive a call that morning

4    that was out of the ordinary?

5    A    Yes.

6    Q    Do you remember what time of day?

7    A    It was around 9:30-ish.  Anywhere between 9:15 and

8    9:45 because everyone else was still in the staff

9    meeting.  And that is where the staff -- when the staff

10   meetings take place on Monday mornings.

11   Q    And is the phone number for Senator Capito's office

12   (202) 224-6472?

13   A    Yes.

14   Q    And could you describe what occurred when you

15   received that call on October 21, 2019?

16   A    So at first one of other interns answered.  And

17   normally if it is a very hostile caller -- our interns

18   are very young, 18 or 19 years old, so I have them

19   transfer them to me if they don't know what to do.

20          So she came into the front office and she was

21   telling me about the call and the situation, so I just

22   told her to transfer it to me.  And then as soon as she

23   transferred it to me, the caller instantly started asking

24   questions and demanding things.  And it just escalated

25   from there.

```
 1   Q      When the call was transferred to you, did you
 2   observe the phone number?
 3   A      Yes.
 4   Q      Did you remember the area code and the phone
 5   number?
 6   A      I don't know the exact numbers, but I did Google it
 7   and it was from California.
 8   Q      And was the voice of the caller, in your opinion
 9   was it a male voice or female voice?
10   A      A male voice.
11   Q      And what did the caller say?
12   A      So as soon as I answered the phone I was like, this
13   is Kylie.  And he instantly started demanding things and
14   was very hostile.  And once I finally got out of him what
15   he wanted, I tried directing him to one of our state
16   offices because it had to do with a VA hospital in the
17   State of West Virginia.  And normally we have a staffer
18   in state at our Martinsburg office that handles that.
19          And he said that that did nothing, and he
20   started asking further questions and asking why the
21   senator didn't really care.  And I stated that she did
22   care.  And he was saying that she didn't care at all.
23   Q      And did he say anything directed to you
24   specifically?
25   A      He did use some comments directed towards me.  Yes.
```

```
1    Q      What specifically did he say to you?

2    A      He asked me -- after I tried helping him, he told

3    me why are you being such a fucking bitch.  And then

4    after that I told him that, sir, we do not use that kind

5    of language on our line.  If you do again I am going to

6    have to let you go.  And so he said, well, the senator

7    should be assassinated and you are a C-U-N-T.

8    Q      And before he said those words, did he say anything

9    to you about your education level?

10   A      Yes.

11   Q      What did he say?

12   A      So whenever I was trying to help him, he said I

13   sounded like a child, and that he said I probably don't

14   have any form of higher education.  And I informed him of

15   my age, and I told him that I had two bachelors degrees

16   and I graduated in the top 10 percent of in my college

17   class.

18   Q      What did he say in response?

19   A      That is when he said why are you being such a

20   fucking bitch.

21   Q      Did he ever any comments for you about your

22   specific job title?

23   A      Yes.  He said that my job title meant nothing in

24   the office.  And I tried telling him that an LA or an LC

25   would tell him the same things, and he did not like that
```

 1   answer at all.

 2   Q      What is an LA or a LC?

 3   A      An LA is a legislative aide.  So they would be the

 4   person in the office that would handle the issue of

 5   overseeing -- for example, like appropriations.  An LC is

 6   right under -- the LA is pretty much their assistant that

 7   helps to correspond with everything with the

 8   constituents.

 9   Q      And you said that he did not like your response.

10   What makes you conclude that?

11   A      His tone was very hostile and at times he was kind

12   of mocking my voice.

13   Q      What do you mean by that, he was mocking your

14   voice?

15   A      Making it more high-pitched.

16   Q      Oh, he was mimicking you?

17   A      Uh-huh.

18   Q      At any point did he call you worthless?

19   A      Yes.

20   Q      In what context did he call you worthless?

21   A      He -- whenever he was talking about my job title,

22   he said I was pretty much worthless to the office.

23   Q      And you had mentioned that you had warned him not

24   to use profanity.  Why did you do that?

25   A      Because whenever -- we understand constituents get

1    angry about certain things so they may swear on the line,

2    but it is not directly towards us, because we are all

3    human.  We all say things we don't mean sometimes.  But

4    whenever it is directed towards a specific person, it is

5    meant, and he was using that language directed towards

6    me.

7    Q     And when he used the C word, can you describe what

8    his tone of voice was?

9    A     Whenever he said it, it started off as a really

10   hard C and ended with a really hard T.

11   Q     And how did it make you feel to hear him say words?

12   A     Very belittled.

13   Q     Did the caller ever identify what county he was

14   from?

15   A     No.  He said he was from West Virginia, but I tried

16   to ask what county he was from and he wouldn't tell me.

17   So that is when I Googled the area code and it said

18   California.

19   Q     Did he ever disclose his name to you?

20   A     No.

21   Q     Did he ever provide you with the information that

22   you would have needed to pass the information on to the

23   senator?

24   A     No.

25   Q     So based on the call were you able to input any

```
 1    information into your database?

 2    A      No.

 3    Q      Why not?

 4    A      Because all I had was a phone number.  I didn't

 5    have a name or anything.

 6           MR. DAHLQUIST:  I don't have any other questions,

 7    your Honor.

 8           THE COURT:  Cross-examination.

 9

10                    CROSS-EXAMINATION

11    BY MR. REED:

12    Q      Good afternoon.

13    A      Good afternoon.

14    Q      When you were on the phone with this individual,

15    were you writing down what he was saying?

16    A      I was taking notes.  Yes.

17    Q      Where are those notes?

18    A      I believe they are still in a notebook, but I can't

19    guarantee where the notebook is.

20    Q      You didn't bring them with you?

21    A      No, sir.

22    Q      And you didn't give them to the prosecutors in this

23    case?

24    A      No.  All I provided was the e-mail.

25    Q      Now, when the person called, I believe you
```

```
1    indicated that one of his first statements over the call
2    was that the senator should be assassinated.  Is that
3    what you said?
4    A     Yes.
5    Q     That is not correct.  That is a mistake, isn't it?
6    A     No.
7    Q     Isn't that what he said, was the senator should be
8    arrested and executed?  He didn't say assassinated?
9    A     No.  He said assassinated.
10   Q     Would it refresh your recollection to look at the
11   e-mail in which this language is quoted?  Would that
12   refresh your recollection?
13   A     Yes.
14         MR. REED:  Your Honor, may I approach your clerk.
15         THE COURT:  Yes.
16         THE CLERK:  The e-mail is placed before the
17   witness.
18   BY MR. REED:
19   Q     And the area is highlighted in yellow ink.
20         MR. DAHLQUIST:  Objection, your Honor.
21   Foundation.  This isn't this witness' e-mail.
22         THE COURT:  Well, I will sustain the objection
23   regarding foundation.  You have to lay a foundation for
24   this e-mail, something like did she see this e-mail
25   before.  Does it reflect what she informed -- what she
```

```
 1    wrote in her notes or something like that so we know.
 2    BY MR. REED:
 3    Q     Do you see that page?
 4    A     Yes.
 5    Q     Is this one of the e-mails that we are talking
 6    about?
 7    A     No.
 8    Q     Okay.  What does that piece of paper reflect?
 9          MR. DAHLQUIST:  Objection, your Honor.
10    Foundation.
11          THE COURT:  Sustained.
12    BY MR. REED:
13    Q     Have you ever seen that piece of paper before?
14    A     I have never -- I don't believe I have seen this.
15    Q     Did you talk to a police officer in the case, like
16    a Capitol Police officer, and tell them what this person
17    said?
18    A     Yes.
19    Q     And when telling them what he said, did you say "he
20    should be arrested and executed"?
21    A     No.
22    Q     Did you record the telephone call?
23    A     No.
24    Q     Did you record any of the telephone calls that were
25    made by this individual?
```

```
 1    A      No.  I do not believe we record phone calls in our

 2    office.

 3    Q      Is the senator on the Veterans Affairs Committee?

 4    A      No.

 5    Q      The senator has nothing do with the Veterans

 6    Administration?

 7    A      She is not on the committee but she does serve with

 8    veterans within the State of West Virginia.

 9    Q      Now, is there a veterans' hospital at Clarksburg in

10    the State of Virginia?

11    A      In West Virginia.  Yes.

12    Q      And did this person say he wanted to talk about

13    issues related to the Clarksburg veterans hospital?

14    A      Yes.

15    Q      And you were going to pass him off to somebody else

16    to talk to about that?

17    A      Yes.  The staff person who handles veterans

18    hospitals is in our Martinsburg office.

19    Q      So he would have to be transferred in order to talk

20    to that person; right?

21    A      I would have provided him the number.  Yes.

22           MR. REED:  I have nothing further, your Honor.

23           THE COURT:  Thank you, ma'am.  You can step down.

24               Okay.  Call the next witness.

25           MR. TRISOTTO:  Your Honor, the government calls
```

```
 1   Alison Feinswog.

 2          (The witness was sworn.)

 3          THE CLERK:  Please be seated.

 4              State your full name and spell it for the

 5   record.

 6          THE WITNESS:  Alison Jessica Feinswog.

 7   A-L-I-S-O-N, J-E-S-S-I-C-A, F, as in Frank, E-I-N-S, as

 8   in Sam, W-O-G.

 9

10                  ALISON JESSICA FEINSWOG,

11                  having been duly sworn,

12           was examined and testified as follows:

13

14                    DIRECT EXAMINATION

15   BY MR. TRISOTTO:

16   Q     Good afternoon, Ms. Feinswog.

17   A     Afternoon.

18   Q     Can you tell us your age?

19   A     I am 25 years old.

20   Q     Can you describe your education for us?

21   A     I grew up in -- actually right by LAX airport and

22   went to Tufts University right outside Boston for

23   college.

24   Q     And do you work for a congressman?

25   A     Yes.
```

```
1    Q     Who do you work for?

2    A     Congressman Mike Levin, California's 49th District.

3    Q     What is your position?

4    A     I am legislative correspondent/staff assistant.

5    Q     Now, I would like to focus on your roles and

6    responsibilities but with respect specifically to

7    answering voter phone calls.  Can you describe for us

8    those specific roles and responsibilities?

9    A     Absolutely.  So I am in charge of a variety of

10   things, ranging from any kind of -- I run the

11   congressman's mail program, so anytime someone writes in,

12   I read the responses and help draft responses.

13            I run the intern program and hire all the

14   interns.  I arrange tours of the capital, and I am in

15   charge of answering incoming calls and supervising

16   interns who are answering incoming calls.

17   Q     When you receive incoming calls, who are they from?

18   A     Most of the time they are from constituents.  It

19   will be people from the 49th District calling in with

20   some kind of policy opinion, essentially just trying to

21   express their views to their Member of Congress.  And

22   then we obviously take down that information and pass it

23   along to the congressman.

24   Q     And what type of information do you generally need

25   to be able to pass a message along to the congressman?
```

```
 1   A       Absolutely.  So we always ask -- in addition
 2   obviously to whatever the opinion is, we ask for full
 3   name, first and last name and the ZIP code, which just
 4   helps identity who the person is in our constituent
 5   database so that we can make sure we know who is calling
 6   in.
 7   Q       I want to direct your attention to the timeframe of
 8   September 2019.  In September of 2019, did you begin
 9   receiving repetitive phone calls from any male callers?
10   A       Yes.
11   Q       Now, can you describe those phone calls to us?
12   A       So the phone calls started -- as you said, some
13   point in September I started receiving phone calls and it
14   would be in repetitive succession, where essentially
15   either my intern or I would pick up the phone and we
16   would start a conversation.
17           And sometimes it started with some sort of,
18   you know, point to it, at least in terms of -- usually it
19   would start with some sort of question about a veteran's
20   backlog scandal.  But when someone tried to either press
21   for any kind of information or, you know -- like I am
22   personally not an expert in veterans' issues so I want to
23   be able to get some more information on what the caller
24   was talking about.
25           They would quickly escalate into expletives
```

1    and anger and phrases including you kill veterans for a

2    paycheck and a lot of uses of the F word and the C word.

3              And usually what would happen is that, you

4    know, the call would happen.  At some point during the

5    call, the caller would hang up and immediately call back.

6    And that would happen in rapid succession, five or more

7    times.

8    Q    And so I have a few followup questions about these

9    calls you were receiving from this caller.

10             What information -- because you said you

11   normally would ask callers for specific information so

12   you could log their calls, what information would this

13   caller provide?

14   A    Nothing.  I was -- anonymous caller.  I would

15   usually ask -- in order to sort of be able to help the

16   caller, I would need some more information about the

17   issue.  So I would ask do you mind if I take down your

18   name, your ZIP code.  And it was never offered to me.

19   Q    And did you do -- on your phone system, do you have

20   a caller ID?

21   A    Yes.

22   Q    And what did the caller ID say?

23   A    I don't remember what it said every time, but I

24   remember most of the times it would come up as Rayburn

25   225, which is essentially what comes up when we have --

```
 1   from my understanding, that is what comes up when we have
 2   a blocked number calling our office.
 3   Q    And you mentioned that the caller would hang up and
 4   call again and it would just keep happening five or six
 5   times.  What was your understanding of why the caller was
 6   doing that?
 7   A    I am not sure.  I think --
 8        MR. REED:  Objection.  Calls for an opinion, your
 9   Honor.
10        THE COURT:  Sustained.
11   BY MR. TRISOTTO:
12   Q    I would like to at this time direct your attention
13   to October 25th, 2019.  On October 25th, did you receive
14   any phone calls from this same male caller?
15   A    Yes.
16   Q    And how did you know it was the same caller?
17   A    Because it was coming from a blocked number again
18   and because I -- over the course of the month had come to
19   recognize this individual's voice.
20   Q    You were working in the Washington, D.C., office at
21   this time?
22   A    Correct.
23   Q    And do you know where the calls were coming from?
24   A    I wasn't sure.  I gathered generally that the
25   individual was from California.  I am not sure how I came
```

1    about that information, if that was in my conversations

2    with him or not.

3    Q    And on October 25th, how many times did the

4    individual call?

5    A    I don't remember the specific number.  I believe --

6    I seem to remember it was close to around the usual five.

7    Q    Now, I want to focus on those calls you were

8    receiving on October 25th.  Was there anything different

9    about the calls you got that day from the calls you were

10   getting in September?

11   A    Yes.  So I -- the calls I had been receiving

12   previously were all, you know, belligerent and including

13   expletives and a lot of anger and frustration, but they

14   never escalated into anything involving talks about

15   death.

16            And that was sort of the turning point, at

17   least for me, in why these calls were different.

18   Q    And can he just elaborate a little more.  What was

19   said about death?

20   A    Yeah.  So I picked up the call.  And by this point

21   the caller recognized me by voice, by my first name.

22   And, you know, I picked up the phone, and some point in

23   the conversation he actually he said "go die."  And at

24   that point, I took out my -- I was on the landline, my

25   office landline, and I took out my cell phone and

```
 1    immediately started recording, which is office protocol
 2    for any kind of threatening phone call.
 3    Q    And what caused the caller to say this to you?
 4    A    I am not sure.
 5    Q    What were you saying to the caller?
 6    A    I was trying to get more information and trying to,
 7    you know, ask how can I best help you.  Do you mind if I
 8    take down your name.  Just trying to get more information
 9    so we could have a productive conversation.
10    Q    And this condition continued over the course of
11    multiple calls; is that correct?
12    A    Yes.
13    Q    About how many?
14    A    I believe -- so the first time he said probably
15    also about five or so.  I got two on tape.
16    Q    So you recorded two of your calls?
17    A    Yes.
18    Q    Why were there multiple calls?  Did you hang up or
19    did he hang up?
20    A    He hung up.
21    Q    I would like to direct your attention to the binder
22    that is next to you.  It's a little black binder on the
23    side.
24          If you could turn to what is tabbed as Exhibit
25    8.  Can you tell me, do you recognize what is in front of
```

1    you in Exhibit 8?

2    A     Yes.  I do.

3    Q     And what is that?

4    A     It is a photocopy of a CD that I signed yesterday.

5    Q     And what is on that CD?

6    A     Recording of a phone call between the caller and

7    me.

8    Q     And can I direct your attention to the next page,

9    Exhibit 9.  On Exhibit 9, do you recognize that?

10   A     Yes.  It is also a CD signed by me yesterday with

11   the other call recorded on it.

12   Q     And so Exhibits 8 and 9 are the two calls that you

13   recorded?

14   A     Yes.

15        MR. TRISOTTO:  Your Honor, at this time I would

16   like permission to publish Exhibits 8 and 9.

17        THE COURT:  You can.

18        MR. TRISOTTO:  Thank you very much.

19           (Audio played.)

20   BY MR. TRISOTTO:

21   Q     I just want to stop there because -- do you

22   understand what the caller said at that point?

23   A     It sounds like he said something along the lines of

24   do you kill veterans for a paycheck, or you kill veterans

25   for a paycheck.  That was a common phrase that he used.

1    Q      Okay.

2                 (Audio played.)

3    BY MR. TRISOTTO:

4    Q    I just want to stop and ask you a followup question

5    at this point.  The caller there said why Alison has been

6    treating a veteran like garbage for the entire month of

7    September.  When he says Alison, is that caller referring

8    to you?

9    A      Yes.

10   Q      And what is your understanding of what the caller

11   means by treating a veteran like garbage?

12   A      I am not sure.  Through all of the calls, I try my

13   best to help the caller and try to see what our office

14   could do.  But as you know, often the conversations kind

15   of descended into the unproductive conversations.

16                (Audio played.)

17   BY MR. TRISOTTO:

18   Q      Now, at that point the caller says to you I don't

19   want to give you a message of anything.  What is your

20   understanding of that statement?

21   A      I don't know.

22   Q      And is that consistent with your understanding that

23   there was -- with respect to the -- what was your

24   understanding with respect to the reason the caller had

25   these calls in the first place?

```
 1    A      I am not sure I quite understand.

 2    Q      I apologize.  Let me try rephrasing the question.

 3   What was your understanding of the purpose of this phone

 4   call to you that day?

 5    A      On this particular day, I wasn't sure what the

 6   point of the phone call was.  In previous phone calls, he

 7   had discussed a veterans backlog scandal, but had never

 8   really given me the chance to help him in any way or try

 9   to tease out what specifically he meant by that and

10   what -- but at this point it felt like he was taking out

11   frustration.

12    Q      And on these calls did the defendant raise any

13   personal concerns he had with the Department of Veterans

14   Affairs on the October 25th calls?

15    A      On the October 25th calls, I don't believe so.

16             (Audio played.)

17   BY MR. TRISOTTO:

18    Q      Now, before I play the next recording I just want

19   to ask, at this moment what is going object on in your

20   head?

21    A      Shock certainly.  You know, I have taken a lot of

22   phone calls before from people on all sides of any kind

23   of issue and dealt with a lot of frustrated people, but I

24   have never had those words spoken to me before.

25    Q      When you say "those words," can you just clarify?
```

```
 1   A     Specifically go die.  And I hope go you die.
 2   Q     And what was your understanding of what the caller
 3   meant by those words?
 4        MR. REED:  Objection.  Calls for a conclusion.
 5        THE COURT:  You mean what he meant or how she
 6   perceived it?
 7        MR. TRISOTTO:  Your Honor, I would like to know
 8   her understanding of what the defendant meant by those
 9   words.
10        THE COURT:  Sustained.
11        MR. TRISOTTO:  Your Honor, may I follow up with a
12   question of how she perceived it?
13        THE COURT:  Yes.
14        MR. TRISOTTO:  Thank you, your Honor.
15   BY MR. TRISOTTO:
16   Q     How did you perceive those words?
17   A     I was certainly frightened by them.  Sort of I
18   think, you know, in the context of specifically the fact
19   that he had been calling in repeatedly for a long time,
20   and in this kind of, you know, insistent, one call after
21   another after another.  Hearing those words was
22   definitely scary.
23            And then the fact that previously in the call
24   he had said that -- you know, he had asked who are you.
25   And that had been something that he had asked a lot in
```

```
 1    other calls, you know.  I provided my first name, and as
 2    I do to any caller, but he kept asking, sort of insisting
 3    on my last name.  And that was sort of the combination of
 4    wanting to know my identity and, you know, saying I hope
 5    you go die did not make me feel great.
 6    Q     And so you mentioned how he would call incessantly.
 7    And so how much time passed before you had the next call
 8    with him that you recorded?
 9    A     Several seconds.  I pretty much just put down the
10    receiver after he had hung up and the phone rings again.
11    Q     Okay.  I am going to play that recording now.
12           (Audio played.)
13    BY MR. TRISOTTO:
14    Q     Now, it seems like that call cut off.  Was that a
15    complete recording?
16    A     Yeah.  That was complete recording.  You know, he
17    said that and I started saying thank you so much for your
18    call and he hung up.
19    Q     So that is an example of how he would just hang up
20    on you?
21    A     Yes.
22    Q     Now, after he repeats those words of telling you to
23    go die very painfully, can you tell us how you perceived
24    those words?
25    A     Would you mind rephrasing?
```

1   Q     Maybe tell us what is going on in your head.  How

2   did you feel?

3   A     Yeah.  I mean certainly, as I said, shock and fear.

4   I, you know, was prepared to handle the situation because

5   we had -- as stated in our protocols what would happen,

6   but this situation never happened before, so I was

7   definitely shaken by it.

8   Q     And just one final question, shifting subjects.  I

9   just wanted to -- I don't think I asked you before.

10  Congressman Mike Levin's office in Washington, D.C., that

11  phone number is (202) 225-3906?

12  A     Yes.

13       MR. TRISOTTO:  Thank you.  I have no further

14  questions at this time.

15       THE COURT:  Cross-examination?

16       MR. REED:  No questions.

17       THE COURT:  Thank you, ma'am.  You are excused.

18           Call your next witness.

19       MR. DAHLQUIST:  Your Honor, the United States

20  calls Daryl Brady.

21       (The witness was sworn.)

22       THE CLERK:  Please be seated.

23           State your full name and spell it for the

24  record.

25       THE PROSPECTIVE JUROR:  Daryl Brady, D-A-R-Y-L,

1    Brady, B-R-A-D-Y.

2

3                      DARYL BRADY,

4                having been duly sworn,

5            was examined and testified as follows:

6

7                    DIRECT EXAMINATION

8    BY MR. DAHLQUIST:

9    Q     Mr. Brady, where do you work?

10   A     I work for Congressman Phil Roe in the district

11   office in Morristown, Tennessee.

12   Q     How long have you worked in that office?

13   A     Approximately two and a half years.

14   Q     And how long have you worked in politics?

15   A     In different roles as volunteers or things like

16   that, probably 20, 25 years.

17   Q     And what is your specific job title?

18   A     My job is a field representative.  So I attend

19   meetings whenever the congressman cannot be there.  I

20   also attend civic clubs, organizational meetings, speak

21   to schools.

22             In addition I do constituent services.  I go

23   to different counties, and I will be there for two hours,

24   and I will meet with different constituents if they have

25   problems with Social Security/Disability or veterans

1    issues or things like that.  I record that, write it down

2    and take it back to our caseworkers in our office.

3    Q     And are you familiar with the phone number for the

4    office?

5    A     In Morristown?

6    Q     Yes.

7    A     Yes.  (423) 254-1400.

8    Q     And as part of your responsibilities as a field

9    representative, do you ever answer phone calls from

10   voters?

11   A     I occasionally do, yes, sir.

12   Q     And now I want to direct your attention to a

13   specific call from September 19th, 2019.  Do you remember

14   that call?

15   A     Yes, sir.

16   Q     Can you describe what happened in that call?

17   A     Well, somehow the phone call got transferred to me.

18   The call was very abusive, a lot of profanity.  I ask --

19   I always ask everyone what is your name and address.  And

20   when I asked for the name, the person on the other end of

21   the phone said homeless veteran.  And I said, well, where

22   are you at.  And there was no response on that.

23          And then it was just -- I really didn't get a

24   lot of comments in because it was just constant F this, F

25   that.  Phil Roe is bad.  He hates all veterans.

1    Q      Mr. Brady, why did you ask him where he was at?

2    A      Well, initially -- initially -- in our district we

3    place a high value on trying to help veterans because my

4    boss was the ranking member of the Veteran Affairs

5    Committee.

6    Q      When you say my boss, you mean?

7    A      Congressman Roe.  So he was the chairman of the

8    Veteran Affairs Committee.  And now he is the ranking

9    member.  So initially I thought, well, I could just

10   Google up and if somebody is homeless I could give them

11   directions to a place that serves homeless people.  We

12   have one in Knoxville called Knoxville Area Rescue

13   Mission.  And I thought, well, maybe there's one in his

14   area or something like that and I can say, hey, you need

15   to go here to get some help or something like that.

16   Q      Did you have an opportunity to offer assistance?

17   A      I tried, but not much.

18   Q      Why was your attempt unsuccessful?

19   A      Mostly because I couldn't get in a word edgewise.

20   It was just constant barrage and complaining and cussing.

21   Q      And then after that call, did you ultimately learn

22   the suspected identity of the caller?

23   A      I did.  I remember talking to a person in our

24   office who handles veterans casework.  And then they

25   said, well, we got a lot of abusive calls from this

```
 1   person here and you need to go look at your notes in our
 2   computer software.
 3   Q     And on that call, did the -- did the caller say
 4   anything about coming to the office?
 5   A     Yes.  He said you are going to show up -- he said
 6   you are going to show up at the office one day and I am
 7   going to be in a plastic body bag on your doorstep.
 8   Q     And how did you feel about that?
 9   A     Well, initially I was a little bit confused.  Did
10   he mean like you are going to show up and there is going
11   to be bodies on the doorstep or is it going to be you or
12   is it going to be my colleagues.  I didn't quite
13   understand exactly what he was getting at, but I didn't
14   really much care for that.
15   Q     What do you mean you didn't much care for that?
16   A     Well, it kind of made me angry and everything
17   because I took it as a threat.
18   Q     Now I want to talk to you about a specific call --
19   actually, let me get back to one thing.  Did you mention
20   to him that -- the comment when he was saying that your
21   boss, Congressman Roe, doesn't care about veterans, did
22   you respond to him in any way?
23   A     Yes.  Naively, I said that is not true.
24   Congressman Roe is an army veteran himself.  He cares
25   about veterans.  He passed the VA Mission Act.  He passed
```

1    the VA Choice Act.  He passed the Forever GI Bill, where

2    veterans can go to college if they were in the military

3    after 9/11.  I said that is not true.  Congressman Roe

4    cares deeply about veterans.

5    Q     Did that satisfy the caller?

6    A     No.

7    Q     Why do you say that?

8    A     Because he just kept cursing.

9    Q     Now I want to direct your attention to the morning

10   of November 18th, 2019.  Did you receive a call that

11   morning that was out of the ordinary?

12   A     Yes, sir.

13   Q     And can you describe that call?

14   A     That call was much like many others, a lot of F

15   bombs, cursing.  That call was one like medical cannabis.

16   And he said veterans should have it and he said what is

17   your position.  I said, look, Congressman Roe is a

18   medical doctor.  We would like to see more research on it

19   to determine if it is viable or legitimate.

20          And that just seemed to -- he said, well, Phil

21   Roe is trash.  And he started naming off a bunch of other

22   senators and stuff.  And that wouldn't go anywhere.  Just

23   F bomb this and F bomb that.

24   Q     And at that point did you suspect that you knew the

25   name of the caller, the first name of the caller?

```
 1    A     I suspected it was the same person.  And I said, is
 2    this you, Robert?  And he said F you.  And I said what is
 3    your address.  And I said is this you, Robert, from Los
 4    Angeles, California?  And he said you got the state
 5    right.  And then after that, it was just --
 6    Q     What did he say when you asked him for his address.
 7    How did he respond?
 8    A     That was an F you.
 9    Q     At any point, did he make any comment about
10    Tennessee?
11    A     Oh, yeah.  Should I say verbatim?
12    Q     Please go ahead.
13    A     He looked at me and he said fuck you, cunt.  He
14    said you are Tennessee dumb.
15    Q     And how did you feel about hearing that?
16    A     Well, I was pretty angry.  Nobody has never called
17    me that before.  Must be a West Coast thing or something.
18    But nobody ever called me that before, and I was pretty
19    angry.  I felt insulted.  He is questioning my heritage,
20    my background, you know, and stereotyping us like we are
21    all dumb hillbillies or something.
22    Q     In your years of government service, has anyone
23    ever used those words with you?
24    A     No.
25    Q     During the call did he ever disclose his true
```

1    identity?

2    A      No.

3           MR. DAHLQUIST:  I don't have any other questions,

4    your Honor.

5           THE COURT:  Cross-examination?

6

7                      CROSS-EXAMINATION

8    BY MR. REED:

9    Q      Good afternoon, Mr. Brady.

10   A      Good afternoon, sir.

11   Q      Now, on the phone system that you have, do you have

12   the ability to record telephone calls?

13   A      No, sir.  Not to my knowledge.

14   Q      Has anybody at the office discussed the policy that

15   if angry callers come in that we should record these

16   telephone calls?

17   A      Not to my knowledge.

18   Q      Did you think when these calls were coming in to

19   use your cell phone to record the telephone calls?

20   A      No.

21   Q      Was anybody there with you when you were listening

22   to these telephone calls, in the immediate vicinity?

23   A      No.  They were in other offices.

24   Q      Your phone does have the ability to go onto speaker

25   phone?

```
 1    A      Yes, sir.

 2    Q      You said that you received several of these kinds

 3    of phone calls; is that right?

 4    A      Yes, sir.

 5    Q      Did you ever think when you were receiving one to

 6    have one of your colleagues there at the office come in

 7    and listen to the call along with you by pressing the

 8    voice button on your phone?

 9    A      No.  Because I think the other staff people wanted

10    me to take care of it.  So there was at least one of

11    those calls that was referred to me from a colleague in

12    my office.

13    Q      So with respect to all the calls that you have

14    talked about, nobody else heard these but you?

15    A      Other people in our office have received phone

16    calls.

17    Q      No, the ones I said.

18    A      The ones you say, only me.  But I did not record

19    them.

20    Q      Nor did you have anybody else come and listen to

21    the calls along with you; right?

22    A      That is correct.

23    Q      Now, Senator Roe, that is who you work with?

24    A      Congressman Roe.

25    Q      I'm sorry, Congressman Roe.  And he is very
```

```
 1   influential in the Veterans Administration Committee;

 2   isn't that true?

 3   A     That is correct.

 4   Q     He has worked his way up to be one of the top

 5   members of the committee?

 6   A     He was chairman of the Veteran Affairs Committee.

 7   Q     And when this person was calling in to talk to you,

 8   were predominantly these called centered around things

 9   that had to do with veterans affairs?

10   A     One call might have mentioned the Constitution.

11   Another call was like medical cannabis for veterans.

12   Q     Okay.  But that was for veterans; correct?

13   A     Yes, sir.

14   Q     Is there any legislation that is being discussed

15   with respect to making it legal for veterans to obtain

16   prescriptions for cannabis through the VA Administration?

17   A     I am not sure of that.  I do not know.

18   Q     You understand that cannabis or medical marijuana

19   is legal in several states.  You are aware of that;

20   right?

21         MR. DAHLQUIST:  Objection.  Relevance, your Honor.

22         THE COURT:  Sustained.

23   BY MR. REED:

24   Q     In any case, this person wanted to know about the

25   possibility of having the Veterans Affairs Committee
```

```
 1   legalize cannabis marijuana.  Was that your understanding
 2   of what he was trying to get at?
 3   A     That was -- I think what he was trying to get at
 4   was to curse and scream.  And basically that was one of
 5   his points, I would suppose, yes.
 6   Q     Have you taken calls from other veterans before?
 7   A     Yes.
 8   Q     Have you ever had the experience of having a
 9   veteran who is angry and talking with you about some of
10   the issues he goes through?
11   A     I have not.  Not to that extent.  No, sir.
12   Q     Well, have you had a veteran complaint about wait
13   times to see a doctor at the Veterans Administration?
14   A     I have had that one time.
15        MR. REED:  I have nothing further.
16        THE COURT:  Thank you, sir.
17        MR. DAHLQUIST:  Your Honor, may I ask one followup
18   question based on the recording?
19
20                  REDIRECT EXAMINATION
21   BY MR. DAHLQUIST:
22   Q     Defense counsel asked you about recording -- the
23   plausibility of recording the calls.  Why do you remember
24   his words so clearly?
25   A     Well, one thing that was unique about that was it
```

```
 1    just wasn't singling out Congressman Roe.  What was odd
 2    about it was he was yelling and cussing about Kamala
 3    Harris, who is in California, Arlen Specter, who is dead
 4    and gone now but was a senator for Pennsylvania, Toomey
 5    from Pennsylvania and Rick Sanatorium from Pennsylvania.
 6              So I couldn't quite figure out that it was
 7    solely veterans' things because it was just kind of all
 8    across the board, if that makes any sense.  I thought it
 9    was unique that different elected officials were
10    mentioned.
11    Q    Was the language he used also particularly
12    memorable?
13    A    Oh, yeah, because I have never heard so many F
14    bombs in a row like that.
15         MR. DAHLQUIST:  Nothing further, your Honor.
16         THE COURT:  Okay.  Thank you.
17              Thank you, sir.  You are excused.
18              Call the next witness.
19         MR. DAHLQUIST:  The government rests, your Honor.
20         THE COURT:  Approach the sidebar.
21         MR. REED:  Your Honor, may I make that motion at
22    another time?
23         THE COURT:  Yes, you may.  I will assume that you
24    have made the appropriate motion.
25         MR. REED:  Thank you, your Honor.  May we take
```

```
 1    just a very brief recess before Mr. Stahlnecker takes the

 2    witness stand?

 3         THE COURT:  Okay.  Brief, five minutes.

 4         MR. REED:  Very well.

 5         THE COURT:  Six minutes.

 6         MR. REED:  Very well, your Honor.

 7         (Recess from 3:42 p.m. to 3:50 p.m.)

 8         (The following proceedings were held in the

 9          presence of the jury:)

10         MR. DAHLQUIST:  Your Honor, I just want to clarify

11    that the stipulation we have numbered was Exhibit 13 that

12    was admitted at the start of our case.

13         THE COURT:  Yes.

14         MR. DAHLQUIST:  Thank you, your Honor.

15         MR. REED:  May I proceed, your Honor?

16         MR. DAHLQUIST:  Your Honor, the witness hasn't

17    been sworn.

18         (The witness was sworn.)

19         THE CLERK:  Please state your full name and spell

20    your last name for the record.

21         THE WITNESS:  Robert Stahlnecker,

22    S-T-A-H-L-N-E-C-K-E-R.

23         THE CLERK:  You may be seated.

24

25                   ROBERT STAHLNECKER,
```

```
 1                      having been duly sworn,

 2              was examined and testified as follows:

 3

 4                      DIRECT EXAMINATION

 5   BY MR. REED:

 6   Q     Mr. Stahlnecker, how old are you?

 7   A     Forty-eight.

 8   Q     Where did you grow up?

 9   A     New Jersey.

10   Q     And when you graduated from high school, did you

11   want to do a couple of things?

12   A     I did.

13   Q     What was that?

14   A     Essentially I wanted to serve my country and have a

15   bright future.

16   Q     And did you want to also make your parents proud?

17   A     Of course.  Yes, I did.  I thought by enlisting in

18   the Marine Corps I would do that.

19   Q     Did you enlist in the Marine Corps?

20   A     I did.

21   Q     What year?

22   A     '95.

23   Q     And where did you start your service, what state?

24   A     In -- my first duty station was Iwakuni, Japan.

25   Q     And did you go through basic training?
```

```
1    A     I did.

2    Q     Where did you do your basic training?

3    A     Parris Island.

4    Q     And what state is that in?

5    A     North Carolina.

6    Q     Now, over the course of being a Marine, what jobs

7    did you do?

8    A     I am a supply administrator.  I essentially keep

9    track of records and materials.

10   Q     Did there come a point in time where you were doing

11   duty in California at the Twentynine Palms station?

12   A     Yes, sir.  That was my second duty station.

13   Twentynine Palms Marine Corps Air Ground Combat Center.

14   Q     Did there come a time when you suffered an injury

15   there?

16   A     Yes, sir.

17   Q     What year?

18   A     It was middle of 1998.

19   Q     What happened?

20   A     During a training exercise, I sustained an

21   osteochondral defect in my left ankle.

22   Q     And what did you do?

23   A     I reported it to my commanding officer and he sent

24   me to the naval hospital on base, where they did an

25   x-ray.
```

1    Q     Did you know the exact nature of what your injury

2    was at that time?

3    A     I believed I broke my foot because my toes were

4    black and blue, but because of the x-ray I was told it

5    had just been sprained.

6    Q     And then much later did you eventually find out

7    what that injury was?

8    A     Yes, sir.

9    Q     And what was it again?

10   A     A stage IV osteochondral defect where I had --

11   broke my talar dome and femur.

12   Q     After you were given an x-ray, did you seek to get

13   an MRI?

14   A     Yes, sir.  After about six months of being off and

15   on again to full duty -- I was off duty for a little

16   while.  They gave me a little bit of physical therapy at

17   the time, you know, and light duty.  And then about three

18   months in, they said, you know, okay, it is time to go

19   back to full-duty status.

20         So I went to full-duty status.  I, you know,

21   did a PFT -- it was a physical fitness test -- with my

22   broken ankle.  And then we did a forced march.  And so,

23   you know, throwing a rucksack and did a forced march.

24         Afterwards I essentially couldn't bear the

25   pain any longer, and I asked me CO to once again send me

1    to the hospital, where I was --

2    Q     Mr. Stahlnecker, I am a little hard of hearing so

3    could you move that microphone a little bit closer to

4    you?

5    A     Yes.

6    Q     There, that is better.  Were you honorably

7    discharged?

8    A     Yes, sir, I was.

9    Q     What year?

10   A     1999.

11   Q     What took place then?

12   A     Well, I was married and so my wife and I went to

13   Pennsylvania.  And I went to the Wilkes-Barre Medical

14   Center for health care and filled out a claim for

15   Disability through the American Legion.

16   Q     And what happened?

17   A     My claim for disability was denied at that time.  I

18   was told that my service-connected injury was as likely

19   as not connected to my service.  And the Wilkes-Barre

20   Medical Center essentially said that I had already been

21   provided with a surgery and I had been healed and I just

22   need to give it some time.

23   Q     And how did you feel?

24   A     I felt as though my ankle was in a lot of

25   discomfort and I needed more attention.  I felt every

1    step of the way, you know, it was like stepping on a

2    nail.

3    Q      And can you discuss what actions you took to try to

4    get Disability from the VA over the course of the next

5    four or five years?

6    A      I went to the VA Medical Center regularly in

7    Wilkes-Barre, where I went from one doctor to the next

8    doctor to the next doctor.  And they didn't have a

9    podiatrist on campus there in Wilkes-Barre, so I never

10   saw an actual foot doctor.

11           I had always seen doctors that would

12   continuously say, you know, there is nothing wrong.

13   There is no injury.  That I have to let the surgery heal.

14   And they gave me Motrin, and then naproxen eventually.

15   Q      I would like to talk about the surgery.  You say

16   you did obtain surgery?

17   A      In 1999 in the Marine Corps Air Ground Combat

18   Center, I was given a surgery.  They did an MRI

19   eventually.  It took several months to get it, but

20   eventually they did do an operation.  And it didn't

21   actually correct the problem fully.  So I felt I needed

22   to do a separation.

23   Q      Now, how hard did you fight just to get an

24   operation?

25   A      Very -- it was tough.  It was very difficult.  I

```
 1    felt that I was not being taken seriously.  You know,
 2    that my injury wasn't severe enough essentially because
 3    the x-ray didn't show that it was an actual injury.  It
 4    was the cartilage that had been broken so the x-ray
 5    didn't show it.  I felt as though -- I felt very
 6    belittled, you know, not that I mattered very much.
 7    Q     Over the course of 1999 through let's say 2002,
 8    three years, were you still living back on the East Coast
 9    at that time?
10    A     Yes, sir.  In Wilkes-Barre, Pennsylvania.
11    Q     How did this injury affect your marriage?
12    A     It was -- it was a complication.  Sometimes it
13    would cause us not be able to do some things.  Active,
14    you know, I am a very -- I used to be very active, you
15    know, sports.  And so a lot of the times my wife wanted
16    to go hiking or we wanted to go out and do things, it
17    was, you know, a pain.  It was very, very -- it hurt.
18              I couldn't walk.  I couldn't run.  And if I
19    did walk for a long period of time, I wouldn't sleep that
20    night.  It would be a very disturbing --
21    Q     At least did the VA tell you that the surgery was
22    going to be paid for by them?
23    A     The VA in later years did approve for a fee basis
24    surgery, yes, sir.
25    Q     And where did the actual surgery take place?
```

1   A     Once again, the Wilkes-Barre Medical Center didn't

2   have a surgeon, so I went to the Allentown facility,

3   where I had seen a Dr. Michael Busch.  He is a sports

4   medicine specialist.  And he did his own surgery there

5   through the Sacred Heart Hospital.

6   Q     And did you expect that the VA was going to pay for

7   it?

8   A     It is fee basis service so the VA should have paid

9   for it, yes.

10  Q     Did you receive confirmation from the VA that they

11  covered your surgery?

12  A     Eventually, yes.  But initially I was contacted by

13  Sacred Heart Hospital for several months -- nine months

14  actually -- with bills, telling me that they were looking

15  to collect for what the VA was not paying.

16  Q     How much?

17  A     9,800 and change.

18  Q     Did you feel betrayed?

19  A     Certainly.

20  Q     Did that have an effect on your marriage?

21  A     Eventually.  We were, you know, two years into

22  having a newborn child.  My son Quinn was born in 2007.

23  So we had a new child to raise and it became very taxing

24  on our relationship to have this bill, as we just bought

25  a house.

```
 1              So she was very frustrated with me and this
 2    whole situation that I had, you know, not gotten taken
 3    care of sooner, I guess you could say.
 4    Q    Did the VA eventually pay that bill from the
 5    hospital?
 6    A    Eventually they did.  I had -- I had gone into the
 7    Wilkes-Barre VA Medical Center, and I got in a meeting
 8    with the director's second in command, I guess you can
 9    call her.  She was my point of contact.  Her name was
10    Patty Delisle, and she assisted with getting the
11    fee-based services paid.
12    Q    Now, as you are fighting with the VA for Disability
13    to get them to pay for the surgery, things of that nature
14    over these years, were you respectful when you went in
15    and asked for services?
16    A    I tried my best not to get frustrated and express
17    how upsetting things could be, you know.  And so
18    initially very much respect was given to the VA, and
19    consideration, and I gave them a lot of time to recognize
20    my problems and treat me with respect.
21    Q    Did there come a point in time where you moved back
22    out to California?
23    A    In 2014, my wife and I had been divorced for two
24    years, and she wanted to get back in contact with her
25    family.  Her mom was ill, and so I had agreed at that
```

```
 1    time that it would be best for me to accompany her and
 2    allow, you know, the family to stay together.
 3              I didn't want to keep Quinn in Pennsylvania
 4    and I didn't want to let Quinn go to California without
 5    me.  So we moved together and lived in separate places.
 6    Q    Now, did there come a point in time when you were
 7    in California where you did start to make calls to the
 8    Veterans Administration, and some of these calls involved
 9    profanity on your part?
10    A    Yes, sir.
11    Q    When did that evolution occur?  When did that
12    start?
13    A    I would assume around 2000 --
14    Q    Pardon?
15    A    I believe 2012, 2013.  Having a difficult time.  I
16    wasn't provided with Disability benefits for the first
17    nine years out of the service because my injury was not
18    diagnosed.
19              You see, Wilkes-Barre eventually provided me
20    with the surgery through Dr. Busch in Allentown, but they
21    didn't diagnose it until 2009.  Actually, Dr. Busch
22    diagnosed it.  And so the disability was never provided
23    for the first nine years out of the service.
24              And so, I began to essentially fight for my
25    back pay, equaling nearly a hundred and some odd thousand
```

```
 1    dollars.
 2    Q      Did you eventually get some form of Disability?
 3    A      I am currently disabled.  Yes, sir.
 4    Q      But they never have paid you your back pay, have
 5    they?
 6    A      I am still owed nine years of disability.
 7    Q      When did you start making telephone calls to the
 8    people at the Veterans Administration in Loma Linda?
 9    A      I started calling for various reasons when I was
10    first -- the Board of Veterans' Appeals requested to have
11    an EMG.  I was going through an appeals process.  And so
12    the Board of Veterans' Appeals apparently requested for a
13    neuropathy study to see if there was nerve and muscle
14    damage in my leg where I was experiencing severe
15    discomfort still five years after my operation.  My foot
16    is going numb.  My leg's got weird sensations going
17    through it and I can't sleep.
18             And so I go and I found out that the Loma
19    Linda Veterans Hospital was sending me for a
20    questionnaire in Hemet.  And I asked for the privacy
21    officer to do a FOIA request to enable me to get copies
22    of the documents that required the EMG study.
23             And at that time things started getting kind
24    of complicated there, where Greg Curtis, the Freedom of
25    Information Act officer, he said, you know, we're not
```

```
 1   going to provide you with these documents and he had me

 2   police escort out of the hospital.

 3   Q     Were you starting to use profanity when you were

 4   interacting with the VA?

 5   A     I use profanity when I get frustrated, yes.  I

 6   can't say exactly at what time.  You know, I can tell you

 7   that it is something that sometimes I feel is necessary

 8   to express how upset I am.

 9   Q     Do you find that by using profanity sometimes it

10   gets you someplace?

11   A     I do.  You know, I get my point across, and I think

12   that people take me more seriously.  They recognize that

13   this isn't just some kind of little issue.  You know,

14   between the tenacity of constantly going to the hospital

15   or constantly calling the hospital or -- you know, being

16   very upset seems to work a lot better than being very

17   calm and just, oh, you know I have got a problem, can you

18   help me, because that just gets brushed underneath the

19   rug for years.

20          And that has been the standard operating

21   procedure, where I am brushed aside.  And it doesn't seem

22   as though I matter to the VA very much at all when it

23   takes time for the simplest things to get done and now

24   you have got years gone by and my ankle is just

25   exasperating.
```

```
 1              You know, I can't sleep at night.  I ended up
 2   with sleep apnea as a secondary condition because the VA
 3   did not take care of my ankle.
 4              And, you know, that is a big problem, sleep
 5   apnea.  That is not something that is going to go away.
 6   That is something that I have now for life.  And it is a
 7   secondary condition.  I get 40 percent disability for my
 8   ankle and I have 50 percent disability for sleep apnea,
 9   with -- the VA math makes me 70 percent disabled.
10   Q    Does it make you stressful and angry, the way that
11   you are dealt with by the VA?
12   A    It is very frustrating.  It is one of those -- you
13   know, I agree it is a very strong word.  I don't
14   particularly think of myself as an angry person.  I think
15   of myself as a very hurt and frustrated.
16   Q    Now, over the course of fighting with the VA -- now
17   we are in -- let's bring our time line up now to
18   approximately 2015, around that time period.  You are
19   divorced now; right?
20   A    Yes, sir.
21   Q    You have a son; right?
22   A    Yes, sir.
23   Q    Your wife and son live in the same general area?
24   A    In Twentynine Palms.
25   Q    And where were you living in 2015 through 2019?
```

1   A      Between 2015 and 2019 we are within 10 miles of

2   each other.

3   Q      And what have you been doing these years to support

4   yourself besides the Disability?

5   A      I taught myself how to blow glass and I make, you

6   know, all kinds of objects out of glass.  Borosilicate on

7   a hand torch.

8   Q      Would you consider yourself to be a rich person?

9   A      I am a homeless person.

10  Q      Tell us about that.  How did that occur?

11  A      I was in a house for a little while.  I was placed

12  by Lighthouse.  They are an advocate for homeless people.

13  They placed me in a place where the property was sold in

14  2000 and I believe '17.  Property was sold.  And I had a

15  new landlord who decided that he didn't want low-income

16  residents.

17          And upon his ownership, he went through the

18  eviction process and eliminated all the tenants on the

19  block.  There was about seven families and all of us were

20  removed.  And so I became homeless.

21          I lived on my friend's couch first, and then I

22  needed to have a better place where I could work, and so

23  Colleen, my friend, allowed me to move into her garage.

24  Q      Can you take a look at Exhibit No. 100.  It should

25  be in front of you.

```
 1              I am not sure if the clerk has that before
 2   you.
 3   A      Not yet, sir.  No.
 4           MR. REED:  Your Honor, may I approach the witness?
 5           THE COURT:  Yes.
 6           MR. REED:  I have a copy and I believe the Court
 7   has a copy.
 8           THE COURT:  I have one.
 9           MR. REED:  And since the clerk is not here, your
10   Honor, may I hand this to the witness?
11           THE COURT:  Yes.
12   BY MR. REED:
13   Q      Do these pictures describe where you have been
14   living for the last couple of years?
15   A      Yes.  This is Colleen's garage in the first picture
16   here.
17   Q      Don't show the jury yet.
18   A      Sorry, sir.
19   Q      I have to get this admitted first.  Are these
20   accurate representations of where you live?
21   A      Yes.  This is Colleen's garage.
22   Q      Is that the first picture?
23   A      Yes.
24   Q      And this is a group exhibit.  So there are four
25   pictures here.  Do you understand that?
```

```
 1    A      Yes.

 2    Q      Take a look at the second page.

 3    A      Okay, sir.  This would be Colleen's house.

 4    Q      So her house is disconnected from her garage?

 5    A      Right.  She lives in the main house and I was

 6    staying in the garage.

 7    Q      And that is a distinct, separate building?

 8    A      Yes.  There is two different buildings.

 9    Q      And she lets you stay there?

10    A      Yes, she does.

11    Q      Take a look at page 3.

12    A      This is the inside of the garage.  You can see a

13    lot of her personal belongings, some windows that they

14    had planned to install, and then that is my bed.

15    Q      And is that an accurate depiction of what your bed

16    looks like?

17    A      Yes.

18    Q      Last picture, please.  Last page.  Or is that the

19    last page?

20    A      That is it.  The three pages, sir.

21           MR. REED:  Your Honor, I would move that into

22    evidence.

23           THE COURT:  Received.

24           (Exhibit 100 received in evidence.)

25           MR. REED:  And I don't want to take the time to
```

1    set up the Elmo, your Honor.  May I just have him hold up

2    the pictures?

3            THE COURT:  Yes.

4    BY MR. REED:

5    Q      Just kind of hold them up and flip through them.

6    The jury is going to get them and see them later.

7                  That is the garage where you lived.

8                  Turn to the next page.

9                  And that is the house where Colleen lives,

10   which is close to where the garage is; correct?

11   A      Yes, sir.

12   Q      Next page.  That is the little garage inside and

13   your bed where you live; right?

14   A      This is my bed inside the garage, yes, sir.

15   Q      Do you have a car?

16   A      No, sir.

17   Q      Have you some way to get around town?

18   A      I walk.  My friend drives me if I need to go to the

19   grocery store.

20   Q      Do you have a bike?

21   A      I did at a time, but I put so many miles on it that

22   it fell apart.

23   Q      Now we are going to focus on the years 2018 to

24   2019, the general time period of this case.  Okay?

25   A      Yes, sir.

```
1   Q      Were you still living there at that exhibit?

2   A      Yes, sir.  I have been in the garage since 2000 --

3   middle of 2018.

4   Q      Do you have the financial ability to travel to any

5   of these district offices where these legislators are?

6   A      No, sir.

7          MR. DAHLQUIST:  Objection.  Relevance, your Honor.

8          THE COURT:  Overruled.

9          THE WITNESS:  I have Disability.  I told you I

10  have a 70 percent disability.  Every month I get 1,481.72

11  for my disability, which essentially provides for Colleen

12  and I.  I give her money for electric and water and gas

13  if I need a ride.  And I help my son.  I give him money.

14  And I spend money on food.

15         And, you know, the money doesn't really last

16  very long when you are eating out a lot, and it doesn't

17  go very well.

18  Q      You made phone calls in this case.  That is

19  undisputed.  Would you agree?

20  A      I have made a lot of phone calls.  Yes, sir.

21  Q      Now, how do you make phone calls if you -- you are

22  poor.  You don't have a car.  You don't have a bike.  You

23  are living homeless.  How can somebody like you have a

24  cell phone?

25  A      Well, Metro PCS provided a very good deal and I
```

1    jumped on it.  And then after Metro PCS fell apart, I

2    went to Wal-Mart and got a TracPhone, which again is a

3    very cheap phone.  And I would -- you know, $45 a month,

4    I had a phone.  And I mean, I needed to get in contact

5    with my son.  I needed to make calls.  I needed to be

6    able to survive, so I had a phone.

7    Q     Now, do you admit that you have been calling

8    different congressional offices, many telephone calls to

9    these congressional offices over the course of 2019?

10   A     I called because -- well, first -- I understand

11   that the Department of Veterans' Affairs can get away

12   with denying disability claims using what is called a

13   clear unmistakable error.

14            And I started calling probably 2007 to find

15   out how this could possibly be.  How are we as a country

16   allowing the VA to say, okay, there is a clear

17   unmistakable error.  And that is how we got involved with

18   this backlog scandal.  The claims were all piled up.

19   There was about a million claims in backlog at the VA at

20   this time.

21            And so I am calling and I am asking Members of

22   the Congress and the Senate, you know, what is being

23   done.  You know, how are you going to reflect upon this

24   and address the VA's capacity to simply rubber stamp

25   denials.

```
 1              I was told, you know, that it was based on --
 2   quality was not a necessity at the VA at that time.
 3              MR. DAHLQUIST:  Objection, your Honor.  Hearsay.
 4              THE COURT:  Sustained.
 5   BY MR. REED:
 6   Q     Why did you take it upon yourself to make these
 7   telephone calls?
 8   A     I called because my disability claim was denied and
 9   I was owed over a hundred thousand dollars.
10   Q     But then these calls, did they not evolve into
11   calling different congressional offices over time?
12   A     Yes.  I started calling because the Choice Act
13   legislation excludes durable medical equipment.  After
14   Loma Linda Veterans Hospital did not provide health care
15   and there was the wait time scandal, the wait time
16   scandal resulted in a lot of veterans dying with their
17   scheduled appointments being manipulated.  So the
18   government decided that veterans would have --
19              MR. DAHLQUIST:  Objection, your Honor.  Hearsay.
20   Foundation.
21              THE COURT:  Sustained.
22   BY MR. REED:
23   Q     So what makes you the person to carry the mantle to
24   help other veterans?
25   A     Well, I -- my prosthetic in my shoe comes through
```

1    the Choice program.  I have to go through the VA, not get

2    health care, and then eventually go to the

3    community-based health care provider, who in turn puts in

4    a prescription back to the VA and the VA sends me to

5    their third party.

6              And so through the Choice Act legislation, I

7    eventually got a prosthetic.  But it was my understanding

8    that Choice was going to provide veterans with a choice

9    to get health care outside of the VA.

10             And so when I called the legislation, I am

11   calling to find out why we were told we had a choice to

12   have health care outside of a system that had been

13   denying claims and health care and got caught up in this

14   problem, and then not get that choice, to only be

15   referred back to the VA, as my podiatrist in Yucca

16   Valley, through Choice he had to send me back to the VA.

17   It did not cover durable medical equipment.

18             So I am calling to find out why this

19   legislation that they are saying is such a great thing

20   for veterans after this Arizona wait time scandal came to

21   be, that, you know, it didn't cover the health care.  I

22   mean, how are you going to get a prosthetic limb, a

23   wheelchair?

24             I use a CPAP machine for my sleep apnea.  I

25   can't get any of that outside the VA.  Regardless of what

```
 1    Choice was for, it did not cover durable medical.
 2    Q     Just briefly describe what the Choice Act is and
 3    when did it come into being so that the jury can
 4    understand what you are talking about.
 5          MR. DAHLQUIST:  Objection, your Honor.
 6    Foundation.  Relevance.
 7          THE COURT:  Well, you can ask the question
 8    differently.  What was his understanding of the Choice
 9    Act.
10    BY MR. REED:
11    Q     Did you hear the judge?
12    A     Yes, sir, I did.
13    Q     What was your understanding?
14    A     My understanding is that the Arizona wait time
15    scandal, which was exclusive to Arizona wait time, is --
16    was veterans hospitals getting caught manipulating
17    schedules for veterans' medical care, resulting in
18    veterans dying, resulted in the Choice Act.
19          And the Choice Act provided veterans an
20    opportunity to receive community-based health care.  And
21    through the community, we were supposedly allowed to get
22    health care.  And it took me, I would have to say, at
23    least six months to get enrolled and into the Choice Act
24    to begin with.
25          Once I was in the Choice Act, I found myself
```

1   scheduled for appointments at empty offices.  But, you

2   know, to get back on to what it was for, it was for

3   providing health care outside of a system that was --

4   that was called a systemic failure by Jeff Miller.  He

5   was the chairman of the House committee in I believe

6   2018.

7          MR. DAHLQUIST:  Objection, your Honor.  Hearsay.

8          THE WITNESS:  It is a fact.  He was --

9          THE COURT:  Well, this testimony is being admitted

10  solely for his perception.  It is not -- there is no

11  foundation for being factual at this point.

12         MR. REED:  Yes, your Honor.

13  BY MR. REED

14  Q    Now, these calls that are being made to these

15  legislators that are the subject of this trial, I want to

16  ask you some questions about those.  Okay?

17  A    Yes.

18  Q    Now, you have heard testimony from witnesses;

19  right?

20  A    Yes, sir.

21  Q    You have been sitting here and hearing these

22  witnesses; correct?

23  A    Yes.

24  Q    I want to talk to you about your mental intent when

25  you were making these telephone calls.  Okay?

```
1    A      Okay.

2    Q      Now, count 1 charges with you issuing a death

3    threat to kill a person who worked at the legislative

4    offices of Congressman Speier.  That is count 1.

5            When you were on the telephone, did you

6    actually say you were going to come up there and to

7    murder that person?

8    A      No, sir.

9    Q      Tell us what you said to that person.

10   A      They -- the calls generally start out with me

11   asking about whether or not the Member of Congress or the

12   Senate is going to address the whistleblowers being

13   retaliated at the Loma Linda Veterans Hospital.

14           This is a concern of mine because this is

15   where I get my health care supposedly.

16           So I needed to get an understanding of what

17   the government's intentions were going to be to help

18   veterans, so I called the Senate committee and the House

19   committee, the Congress committees, and I am asking the

20   person who answers the phone some basic information.

21           You know, what is being done to address the

22   Choice Act not providing durable medical equipment.  What

23   is being done about the Clarksburg veterans hospital.

24   There was 10 veterans that were injected with insulin.

25   Now they are dead.  These are serious problems.
```

```
 1              Down in San Diego, the La Jolla hospital, they
 2    did biopsies on alcoholic veterans without their
 3    knowledge.  And they had whistleblowers retaliated
 4    against there too.
 5              So, you know, we have this Whistleblower
 6    Protection Act, which is supposed to provide protection
 7    for whistleblowers so that this doesn't occur.  It occurs
 8    anyway.
 9              So I am asking various people across the
10    state, whether they are in the district or in the
11    hospital or on the committees, what they are doing to
12    address these issues that have put veterans lives at
13    risk.
14    Q     But you are not calling Congress people that aren't
15    on the Veterans Committee, right, that have nothing to do
16    with Veterans Affairs; right?
17    A     No.  In fact, Dr. Roe was mentioned as being the
18    chairman, which he was.  Before Jeff Miller he absolutely
19    was.  You know, he is a democratic congressman, and when
20    the Democrats had the House he was the chairman.
21              And so I am calling people who are
22    legitimately in a position to assist with veterans'
23    needs, and I am told, you know, you don't live in the
24    district.  You don't get representation from us and we
25    are not going to be able to help you.
```

```
1    Q     But this witness said that you threatened to come
2    up there and kill her.  Did you hear her say that?
3    A     Yes, sir, but --
4    Q     What were the words that you said that you recall?
5    A     I never threatened to kill anybody.  I had said,
6    you know, that I felt as though they were obstructing
7    justice.  I felt as though the Member of the Congress was
8    not upholding the oath of office and that if the intern
9    was going to continue to be very disruptive towards me,
10   not provide me with any assistance by putting me through
11   to the veterans liaison -- this is who I am calling for.
12   I am not calling to talk to an intern.  I am not trying
13   to leave messages with an intern.
14              I have tried that for years.  It doesn't
15   provide me with any assistance.  Now I am trying to get
16   through to somebody that is, you know, a little bit more
17   up the chain of command that has answers and that is a
18   veterans liaison.
19              And so for this, you know, calls, I am trying
20   to get through to a liaison.  And when I don't get
21   through to the liaison, I find that I say things like,
22   you know, I am going to sit outside your office in
23   garbage bag.
24   Q     Say that again.  I didn't hear that.
25   A     I've said, you know, I am going to come out to the
```

```
 1    office and I would sit in a garbage bag on the sidewalk
 2    and demonstrate how I am being treated, as garbage.
 3    Q     Now let's talk about count 2, another similar type
 4    threat, where the person said that you were coming up to
 5    kill them.  Do you remember that?
 6    A     I remember hearing it but I never said it.
 7    Q     Did you have the intent to ever assault or murder
 8    anybody on these first two counts?
 9          MR. DAHLQUIST:  Objection, your Honor.  Relevance.
10          THE COURT:  Overruled.
11          THE WITNESS:  I never intended.  No, sir.  In
12    fact, I never actually intended to go to their office and
13    sit in a garbage bag.  This is something I would say to
14    get them to understand just how frustrating it is to be
15    on the phone with them, to not get through and get
16    answers about simple things, like how come the Choice Act
17    doesn't provide for durable medical equipment.  How come
18    veterans can be dying waiting for their health care and
19    nobody at the VA is being held accountable.  As far as I
20    know no one has been held accountable.
21          The backlog scandal, these claims for
22    disability, no one has been held accountable.  It is a
23    travesty.  I don't understand it.  I don't get it.
24    Q     Does it frustrate you and anger you when you are
25    sluffed off and you are not allowed to go through and
```

1   talk to somebody who has got some power?

2   A      It does.  It is a waste of my time.  I have to call

3   back and hope that somebody else answers the phones that

4   is a little bit more cooperative and I don't get hung up

5   on or, you know, I get transferred out of the office to

6   somebody that is not going to be helpful.

7              I do.  I get very frustrated.  Yes, sir.

8   Q      Is that what why you hang up and then call again,

9   thinking you might get a different person?

10  A      I rarely hang up on anybody.  That is not what

11  happens.  I get transferred to the Capitol Police and I

12  ask the Capitol Police why they think it is appropriate

13  for me to be transferred to them.  And then I will

14  naturally hang up on the Capitol Police and call back to

15  the office or call a different office.  You know, it all

16  depends.

17             But I do call, hoping that somebody else comes

18  on the phone, as has been my experience with the VA and

19  other offices, that if you, you know, try hard enough,

20  that eventually you will get help.

21  Q      Now, count 3 has you threatening somebody that is

22  not an employee of the government.  It is just a straight

23  threat to commit an assault or murder.

24       MR. DAHLQUIST:  Objection, your Honor.

25  Argumentative.

```
1              THE COURT:  Sustained.
2   BY MR. REED:
3   Q       What was your intent in calling the person in
4   count 3?
5   A       Can you refresh my memory as to which office that
6   was, please?
7   Q       Yes.  That is Roe.
8   A       Okay.  That is Dr. Phil Roe, the congressman.
9   Q       I'm sorry.  That is Brown.
10  A       That is Sherrod Brown.  He is a senator on the
11  Veterans Committee.
12  Q       That's correct.
13  A       And I'm calling this office with every other
14  senator who is on the -- I didn't just call Sherrod
15  Brown.  I called every single senator's office on the
16  committee, every single congressional office on the
17  congressional committee.
18              And I called his office explicitly to find out
19  what this particular member is doing to address the
20  limitations of the Choice Act.  This is my health care.
21  I am not getting it at this VA.  My primary care
22  physician is now being removed.  I had a prescription for
23  a prosthetic that is not getting any attention.  So I am
24  calling to find out what is happening.  You know, who is
25  going to be held accountable.  Where is this legislation
```

```
 1   going to come from so that veterans can have some

 2   recourse other than just dying quietly without health

 3   care?

 4   Q     Now, the last few counts, counts 4 through 8,

 5   involve you making harassing telephone calls to various

 6   congressional offices.  You understand that charge;

 7   right?

 8   A     I understand that when they hang up on me I call

 9   them back and they consider that harassment, yes.

10   Q     Do you intend to harass these people?

11   A     I intend to get information about a lot of

12   different things, like the Choice Act.  I called about

13   H.R. 2191.  This is the veterans safe access to cannabis

14   act.  When I was talking about retaliation against

15   whistleblowers.

16              If a veteran lives in a state like California,

17   where marijuana is state-provided, okay, and we go to the

18   veterans hospital for our health care, the hospital says,

19   you know what, we are not going to give you

20   prescriptions.  You can decide to use cannabis, you can

21   use cannabis, but you can't have access to our cannabis

22   and our prescriptions.

23              So we are retaliated against all sorts of

24   different kinds of ways.  That is one of them.  So I am

25   calling to find out do these Members of Congress, first
```

1    of all, support any kind of cannabis as medicine or not.

2           And if they do support it as medicine, are

3    they going to cosponsor this very important piece of

4    legislation that -- you know, there is actually a

5    congressman here in California who does support it, and

6    it was written by him and a Florida congressman.  And I

7    believe there is eight total cosponsoring it.

8           So when I call I am asking, you know, are you

9    able to tell me as an intern what this person that is,

10   you know, representing the people, what their intentions

11   are.

12          And, you know, for what it is worth, if I just

13   said to them, you know, what is your position on

14   abortion, they are right up there and telling me they are

15   or they are not.  But when I ask things about cannabis,

16   it's like, oh, you know, I don't know.  I can't speak on

17   behalf of the member.

18   Q    You used profanity over these telephone calls.  You

19   use the word fuck?

20   A    I have.

21   Q    Do you use the word cunt?

22   A    I have.

23   Q    Why?

24   A    Well, I -- you know, Joe Biden when he was

25   vice-president used fuck on the television.  He used it

```
 1   when the president was signing the Affordable Care Act,

 2   and nobody cared about that.  And I asked the interns why

 3   it is such a big deal if I use it if they are not

 4   addressing the vice-president saying it.

 5            And the same thing can go for the Senate

 6   committee, the judiciary committee chairman.  He was

 7   reading a statement on the television that was in regards

 8   to the president, President Trump.  And some people had

 9   called him a fucking stupid.  And so he read that

10   statement on the television and apologized to the

11   children.

12            So when I hear that people use this language,

13   I don't understand how come somebody takes such offense

14   to it.  And, you know, I apologized on many occasions.  I

15   say, you know, I am very sorry that you are offended.  If

16   I am on the phone with a child, then, you know, why don't

17   you put somebody on the phone who is an adult and they

18   are not going to be so offended by the use of adult

19   language.

20   Q    Okay.  Now I want to ask you a few questions and we

21   are going to finish.  Okay?

22   A    Yes, sir.

23   Q    Now, you said something to the effect that you lost

24   your primary care doctor at the vet.

25   A    Yes, sir.  As far as I believe 2019, the beginning,
```

```
 1  my primary care physician was just removed.  I don't know

 2  why.  I tried to call the director's office and get an

 3  answer on why it was removed, but I didn't get a straight

 4  answer.  I was never told.

 5          I was just told, you know, you don't have a

 6  primary care physician.  So without a primary care

 7  physician, I can't get community-based health care.  I

 8  cannot self -- you know, I am supposed to be able to just

 9  call up a doctor and request an appointment and it would

10  get referred back to my primary care and they would

11  approve it.

12          Without a primary care, I have to get all of

13  my health care through Loma Linda, no Choice Act ever

14  being provided.

15  Q    Did you make several phone calls to the VA to try

16  to set up appointments to talk to the actual director of

17  the VA at Loma Linda?

18  A    I have.  Yes, sir.  I made many phone calls.  And,

19  you know, for what it is worth, they were transferring me

20  to Capitol Police and -- I'm sorry, the veterans police

21  right there in Loma Linda.

22          And I would beg somebody there in the police

23  department to assist me.  And after months of calling and

24  getting rerouted down to the VA police, they went on

25  upstairs and they made sure that I was provided with
```

1    assistance through the director's office, yes, sir.

2    Q     Are you actually saying that you got after all this

3    fighting a meeting with the director at the Loma Linda

4    facility?

5    A     I ended up having a conversation on the phone with

6    the current director that occurred early December, the

7    first week of December.  And had about a 45-minute

8    conversation where I spoke with the director and we

9    discussed all kinds of things, from me not having a

10   primary care to my concerns that I could not get enough

11   acupuncture.  It is, you know, 10 acupuncture

12   appointments per year at the hospital in Loma Linda.  But

13   I get one acupuncture treatment per week.

14              So I would be getting way less if I had to go

15   back to Loma Linda for my health care.  So I needed to

16   get back into the Choice, which unfortunately became the

17   MISSION Act.  And because my primary care physician was

18   removed, I wasn't getting referred out and I ended up

19   losing my providers.  And they didn't want to actually

20   get involved with MISSION Act.

21   Q     How far away is Twentynine Palms or Yucca Valley

22   from the Loma Linda facility?

23   A     It's an hour and probably an hour and a half.  It

24   has got to be close to a hundred miles.

25   Q     By car?

1   A      By car.

2   Q      But you don't have a car; right?

3   A      No.  Colleen drives me.

4   Q      So after fighting and getting into this

5   conversation with the director, were you polite over the

6   telephone with the director?

7   A      Absolutely.  Absolutely.  I didn't offend him.  And

8   I felt as though the conversation was very productive.

9   He said that I would be receiving a call in regards to my

10  homelessness and my primary care and that he is going to

11  get on it and assist me and that I should receive it by

12  December the 6th.

13  Q      And did he indicate something about sending you an

14  e-mail?

15  A      Yes.

16  Q      Whether you were going to get the primary care

17  doctor?

18  A      Yes, sir.

19  Q      And when was that e-mail supposed to come through?

20  A      December the 6th.

21  Q      And what happened before that date?

22  A      I was arrested on December the 6th at about

23  6:00 a.m.

24  Q      So you never found out what the result of that

25  e-mail is?

```
 1   A     I don't know what the result is.  I have to take
 2   into consideration that he followed through with his
 3   word.  And so I don't know.
 4         MR. REED:  I have no further questions, your
 5   Honor.
 6         THE COURT:  Cross-examination.
 7
 8                  CROSS-EXAMINATION
 9   BY MR. DAHLQUIST:
10   Q     Mr. Stahlnecker, you were using the phone number
11   (442) 400-6484 in November, 2019; is that correct?
12   A     It would be right around the middle of November.
13   Yes.
14   Q     And before that, you were using the phone number
15   (760) 881-5528; is that correct?
16   A     Actually, before the 442 number, I had a different
17   number that was provided through Wal-Mart in Yucca
18   Valley.  The 881, that was the Metro PCS line, but after
19   the T -- the TracPhone -- see, I went into Wal-Mart, you
20   know, and I didn't want to get a TracPhone.  I wanted to
21   get --
22   Q     Does this phone number belong to you, (760)
23   881-5528?
24   A     Yes, it does.
25   Q     And when you filled out your subscriber information
```

1   you listed your name as Robert Stahlnecker; is that

2   correct?

3   A      Stahlnecker.  Yes, sir.

4   Q      Well, on the form itself you didn't spell your name

5   correctly; isn't that right?

6   A      That is a misspelling but it's not my misspelling.

7   Q      And your e-mail address on that same form is also

8   misspelled?

9   A      That is not my doing.  I have an e-mail address and

10   it is my last name, RE@Gmail.com.

11   Q      So that address on the subscriber information is

12   not a real address -- not a real e-mail address?

13   A      I don't know where that came from.

14   Q      From August, 2019 to December, 2019, you lived at

15   that residence with the pictures in the exhibits; is that

16   correct?

17   A      Yes, sir.

18   Q      And the congressman for your district is

19   Congressman Paul Cook; is that correct?

20   A      Yes.

21   Q      Sir, you were a Marine; is that right?

22   A      Yes, sir.

23   Q      1994 to 1999?

24   A      '95.

25   Q      1995 to 1999.  So you know that Paul Cook also

1   served in the Marine Corps?

2   A     He was a Marine Corps colonel who was denied for

3   his disability benefits.  He has also got two purple

4   hearts and he was denied for his disability.  That is a

5   fact.

6   Q     Were you aware that he is also is a bronze star

7   recipient?

8   A     No, sir.  I was not told that by Marlene Steinbeck,

9   but I was told that he had been denied his disability

10  benefits and he never challenged it.  He was also on the

11  veterans house committee and he is on YouTube.  He has

12  got a lot of frustrating videos there.

13  Q     And you reached out to Congressman Paul Cook to

14  assist you several years ago; isn't that right?

15  A     In regards to a Dr. Adelman [phon.] and the fact

16  that they were not paying for my surgery through Sacred

17  Heart Hospital, yes, sir.  He did the casework.

18  Q     And he used his authority as a congressman to

19  conduct an inquiry into what you reported; isn't that

20  right?

21  A     He -- well, Marlene Steinbeck -- I don't know if he

22  is aware, but I know his staffer did a congressional

23  request and it was responded by Dr. Adelman in regards to

24  the fee basis services not being paid.

25  Q     You made phone calls to Congresswoman Jackie

```
1    Speier's office in August 29, 2019; isn't that right?

2    A     Yes, sir.

3    Q     You spoke to Raghda Karajah; isn't that correct?

4    A     I believe I spoke to an intern and that is what her

5    name is, according to this court case, yes, sir.  I

6    didn't know it at the time who I was on the phone with.

7    Q     She identified herself as Raghda.

8    A     I believe that is what her name was when she spoke

9    on the phone, yes.

10   Q     And she is a veterans liaison; isn't that right?

11   A     I don't know what her tasks are actually.

12   Q     You spoke to Kylie Jo Rutherford from Senator

13   Capito's office; isn't that correct?

14   A     I'm sorry, what was the name?

15   Q     You called Senator Capito's office on October 25th,

16   2019; isn't that correct?

17   A     Okay.

18   Q     And you spoke to Kylie Jo Rutherford; isn't that

19   right?

20   A     I spoke to a person who provided me with their

21   first name, maybe.  Sometimes they do not even provide

22   you with their name.

23   Q     She provided you her name is Kylie.  She said,

24   hello, this is Kylie.

25   A     If you insist.  I don't -- I don't recall.  A lot
```

```
 1    of the times the interns don't provide me with their name
 2    at all.  And I ask them, you know, what office policy
 3    provides them the right not to provide their name.
 4    Q     Ms. Rutherford, she is not an intern, though;
 5    right?
 6    A     I don't know.
 7    Q     And she tried to connect you with a veterans
 8    liaison; isn't that right?
 9    A     I do not believe she connected me with anybody.
10    Q     She tried to connect you with a veterans liaison;
11    isn't that right.
12    A     I do not believe so, no.  I don't believe I spoke
13    to anybody that was an actual liaison for veterans ever
14    in the past year.
15    Q     And it is your view that it is not a big deal to
16    call somebody and use the word fuck; isn't that right?
17    A     I believe that if I am on the phone with somebody
18    who is an adult, that if they provoke such behavior,
19    negativity tends to breed negativity, and so
20    unfortunately I express myself.
21    Q     Do you also think it is not offensive to call a
22    25-year-old female intern a miserable cunt?
23    A     Do you say that I don't feel like it is offensive?
24    Q     That is the question.
25    A     I don't know if she found it offensive, no.
```

```
 1    Q      Do you agree that it is offensive to call a
 2    25-year-old female intern a miserable cunt?
 3    A      No.
 4    Q      Isn't it true that calling an intern a cunt doesn't
 5    help other veterans?
 6    A      I believe that it damages our reputation.  Yes,
 7    sir.
 8    Q      When you called Senator Sherrod Brown's office, you
 9    speak with Ms. Uhrig; isn't that right?
10    A      Okay.
11    Q      And you called her a miserable cunt; is that
12    correct?
13    A      I might have.  Yes, sir.
14    Q      And she warned you not to use that profane
15    language; isn't that correct?
16    A      If I used that language, the general response is
17    that they asked me not to say that.  Yes, sir.
18    Q      So you used this language often, and the responses
19    often request that you don't use the profane language; is
20    that right?
21    A      When I call somebody a rude name, they generally
22    take offense to it.
23    Q      And in fact, in some cases they transfer your calls
24    to the Capitol Police; isn't that right?
25    A      Yes.
```

```
1    Q      And Capital Police tell you you have been
2    transferred because your calls are harassing and
3    menacing?
4    A      They may not be so specific, but I do -- I do get
5    transferred to the Capitol Police.  And I asked for
6    actually being told -- and I sent them an e-mail.  I
7    asked the Capitol Police through e-mail to provide me
8    with a report why my calls are being transferred.  And I
9    also made it relatively clear that I felt that being
10   transferred to somebody that is holstering a sidearm is a
11   terroristic threat and that the people that are
12   obstructing justice should be held accountable and
13   charged with obstruction of justice.
14   Q      And when you talked to Mrs. Uhrig in Senator
15   Brown's office, you also told her that you had made some
16   bitch named Frances almost cry; isn't that correct?
17   A      I don't recall that no, sir.
18   Q      Do you know who Frances is?
19   A      No, sir.
20   Q      Do you know who Sarah is?
21   A      I know a lot of Sarahs.  There's, you know --
22   Q      I apologize if the question is unclear.  In the
23   call to Ms. Uhrig, you stated that you had spoken with
24   Alison, Sarah and some bitch named Frances.
25   A      I don't know who Eric is.
```

```
 1   Q      Do you know who Alison is from Senator Brown's
 2   office?
 3   A      Sherrod Brown?
 4   Q      That's correct.
 5   A      I don't know any of these people by name, no, sir.
 6   A lot of the times when I get on the phone, the interns
 7   are very uncooperative.  They don't necessarily provide
 8   me with their name.
 9   Q      You did have the name Alison at some point, right;
10   isn't that correct?
11   A      I don't know that it is with Sherrod Brown.  I
12   thought that was for House Committee Levin.
13   Q      So you are familiar with at least one employee's
14   name, and it was Alison; isn't that right?
15   A      I have gotten employees' names or staffers' names
16   or interns' names.  I don't know what these people's
17   actual roles are, but sometimes they give me their first
18   name, and when I asked them what their full identity is
19   they say they don't have to provide it.
20           And I ask for the office policy that says that
21   they don't have to provide it, and I generally get
22   transferred to the Capitol Police, which causes me to be
23   aggravated.
24   Q      And you remember Alison's name because you wrote it
25   down in your journal; isn't that right?
```

1  A     Well, that is not why I remember it, but, no --

2  yeah, it is written down in my log book.

3  Q     And in your log book you also wrote a note to

4  yourself that she was a cunt; right?

5  A     It was a note so that I could remind myself that

6  that had occurred.  If she was not cooperative, that was

7  my very general note.  I mean, I could have wrote I had a

8  conversation with this person and the details of the

9  conversation and so on and so forth.  But it just got to

10  be very quick in my notes by this point, where I would

11  just leave a definition for what I felt about that

12  person.

13  Q     And you actually told Ms. Uhrig that you were

14  keeping a list of bitches; isn't that right?

15  A     No.

16  Q     But you did have a list of the call recipients that

17  you had talked to?

18  A     I have spoken to a lot of people.  And so I can

19  keep track of who I am on the phone with, I do keep

20  notes.

21  Q     And the call to Senator Capito's office, that was

22  at 6:23 in the morning your time; isn't that right?

23  A     Okay.

24  Q     And you told her that she was worthless?

25  A     I might have.  I can't recall the conversation

```
 1   precisely, but if I had spoken to her before and she was
 2   not helping me and she wasn't providing me with
 3   information and had just transferred me to the Capitol
 4   Police, because that is what they do when they don't want
 5   to assist somebody, I might have told her that I felt
 6   that she was, you know, rather worthless for me to be
 7   talking to her.
 8   Q    And that is your view generally of interns, is that
 9   they are worthless; right?
10   A    Not generally speaking, no.
11   Q    But of this particular intern, she was worthless?
12   A    If she made me feel as though she was not helping
13   me, I might have told her that she was worthless to talk
14   to.  Yes, sir.
15   Q    I want to talk to you specifically about the call
16   you had with Ms. Karajah and the person who identified
17   herself as Raghda.  She offered to call your
18   representative on your behalf; isn't that right?
19   A    I heard her testify to that.  Yes, sir.
20   Q    And you never asked her for any assistance with
21   benefits; isn't that right?
22   A    What representative does she work for?
23   Q    Congresswoman Speier.
24   A    Okay.  For Speier's office I am calling about the
25   Feres Doctrine.  As you heard in my testimony, I was
```

```
 1    injured during my service and I did not receive proper

 2    care from the Marine Corps Air Ground Combat Center's

 3    naval base hospital right there.

 4              Because of that, I felt as though I would be

 5    able to be -- somehow get some help because she is going

 6    to do an amendment to the Feres Doctrine.

 7    Q    So my question, Mr. Stahlnecker, is did you ask her

 8    about any specific benefits as it related to you?

 9    A    Yes, sir.  And also I asked her about the Choice

10    Act legislation.  I asked about the Feres Doctrine.  I

11    asked probably why there was no addressing of the

12    whistleblowers being retaliated at the Loma Linda

13    Veterans Hospital exposed to Legionnaires' outbreak.

14              And I most likely asked in regards to her

15    position on cannabis and whether or not she was going to

16    support the H.R. 2191 legislation, where veterans

17    wouldn't be retaliated against for using cannabis.

18    Q    And you told her to fuck off multiple times?

19    A    I don't recall that, no, sir.

20    Q    And you told her that you were going to come to her

21    office and kill her?

22    A    No, sir.

23    Q    You never said the word kill?

24    A    I might have said they are killing veterans for a

25    paycheck, but I never said that I am going to go get
```

1    anybody.

2    Q    Mr. Stahlnecker, you testified on direct exam that

3    the police escorted you out of the hospital in Loma

4    Linda; is that correct?

5    A    Yes.  When I was in a conversation with Marg

6    Romero -- she was the representative for the prosthetics

7    department along with Craig Curtis.  He was the director

8    for the privacy department.  I put in a FOIA request.

9              I wanted to get the documents from the Board

10   of Veterans' Appeals, and I wanted to know what the Loma

11   Linda Veterans Hospital was sending me to Hemet to have a

12   questionnaire for.  So I thought if I could get those

13   documents through FOIA I would be able to understand more

14   clearly how this whole delay process -- because I am

15   going through an appeal.  I am about four years into an

16   appeal at this point.

17   Q    What year were you escorted out of the Loma Linda

18   Hospital?

19   A    It would have been 2006 maybe.

20   Q    And so you knew at that time that your abusive

21   behavior was unacceptable?

22   A    I didn't have to wait that long to know that

23   abusive behavior is unacceptable.

24   Q    I want to talk to you about your call to Daryl

25   Brady.  You called him a fucking cunt; isn't that

```
 1   correct?

 2   A      Maybe.

 3   Q      You told him he was Tennessee dumb?

 4   A      I have never used that statement in my entire life.

 5   Q      Ms. Rutherford, you told her she sounded like a

 6   child?

 7   A      I believe that she acted like a child and was very

 8   uncooperative, arrogant and disrespectful.

 9   Q      And for that reason you told her that she was a

10   child?

11   A      I do believe so, yes, sir, because she acted like a

12   child and was very disrespectful.

13   Q      And you mocked her voice because you believed she

14   was acting like a child?

15   A      I never mocked anybody's voice.

16   Q      So at the time you were making these particular

17   calls in the summer of 2019, the fall of 2019, you were

18   receiving disability benefits; isn't that right?

19   A      I am 70 percent disabled.  Yes, sir.

20   Q      You were receiving over $1,400 a month?

21   A      $1,482.71.

22   Q      And over -- you have received over $128,000 from

23   the VA in disability payments; isn't that right?

24   A      I haven't done the math, but I am owed 120

25   something thousand dollars from the years 2000 through
```

```
 1   2009.
 2          MR. DAHLQUIST:  Your Honor, may I play
 3   Government's Exhibit 6?
 4          THE COURT:  What is that?
 5          MR. DAHLQUIST:  It is a voicemail recording.
 6          THE COURT:  Yes.
 7          MR. DAHLQUIST:  I want the defendant to identify.
 8          (Audio played.)
 9   BY MR. DAHLQUIST:
10   Q    That is your voice; right?
11   A    Yes.  And I was actually outside and it was very
12   windy and that is probably why I was speaking so loud.
13   But, yeah.  Julia Brown is the subcommittee on health
14   chairwoman for the Department of Veterans' Affairs.
15          MR. DAHLQUIST:  Your Honor, may I play
16   Government's Exhibit 9.
17          THE COURT:  Is it another tape?
18          MR. DAHLQUIST:  This is the recording with the
19   witness --
20          THE COURT:  All right.  You can.
21          MR. DAHLQUIST:  This is the shorter recording.
22          (Audio played.)
23   BY MR. DAHLQUIST
24   Q    Do you recognize your voice?  That is you; right?
25   A    Yes, sir.
```

```
1   Q      Were you outside during that call?

2   A      I do not believe so.

3          MR. DAHLQUIST:  Nothing further, your Honor.

4          THE COURT:  Any redirect examination?

5          MR. REED:  No, your Honor.

6          THE COURT:  Thank you, sir.

7          Are there any other witnesses from either

8   side?

9          MR. REED:  We rest, your Honor.

10         MR. DAHLQUIST:  No, your Honor.

11         THE COURT:  All right.  Then, the evidence in the

12  case is now complete.  Both sides have presented the

13  evidence that they intend to have you consider.

14         If my eyes are right, it is almost

15  5:00 o'clock.  Is that right?  Sometimes I can see that

16  clock and sometimes I cannot.  So I am going to dismiss

17  you for the evening.

18         And tomorrow -- we are a little ahead of

19  schedule.  I always try to be a little cautious in

20  estimating the time because I know you are taking time

21  from your lives and it is better to overestimate than

22  under.  But it is very likely that you will have the case

23  for decision before lunch tomorrow and you can

24  deliberate.

25         And so when you come back tomorrow, I will
```

```
 1   have to instruct you as to the law you must follow in the
 2   case.
 3           I emphasize must.  In other words, you have to
 4   follow the law.  How you perceive the evidence, that is
 5   your job, but the law is something you have to follow as
 6   I give it to you.
 7           Then the lawyers will deliver their final
 8   arguments.  Their arguments will be different in style
 9   than their opening statements because now there is
10   evidence and they can argue as they deem fit how you
11   should view the evidence and the inferences and
12   credibility and all those sorts of things.  But
13   ultimately it is your call.
14           So that will be the rest of the case.  Again,
15   the cautionary note, don't talk to each other about the
16   case.  Don't talk to anyone at home.  Don't make an
17   effort to access any other information, the Internet or
18   whatever people do these days.
19           And we will see you tomorrow.  I will say -- I
20   said 9:00 o'clock.  I am going to say 9:30 because I
21   think we are ahead of schedule and it gives us all more
22   time.
23           We can't start until you are all here, so if
24   somebody -- if 11 of you are here and someone gets caught
25   in traffic, we have to wait for that person.  So make the
```

```
1    extra effort.  I will too.  Okay.
2              Thank you.  Have a pleasant evening.
3         (The following proceedings were held outside the
4          presence of the jury:)
5         THE COURT:  You can all be seated.  What I would
6    like to do is try and resolve the jury instructions
7    before we begin tomorrow.  So I am going to take a recess
8    and try and prepare something that you can consider and
9    discuss with me.
10             Like I said, we are a little ahead of schedule
11   so it may take me 15 or 20 minutes to get something
12   together for discussion.  So let's say between -- it is
13   now 5:00 o'clock.  Let's say we resume at 5:20.  Okay?
14        MR. REED:  Yes, your Honor.  Does the defendant
15   need to be here for the discussions?
16        THE COURT:  He doesn't have to be here if he
17   doesn't want to.
18        MR. REED:  I would like to see him get back on the
19   bus.
20        THE COURT:  All right.  Then he can do that.
21        THE WITNESS:  I don't want to hold up the whole
22   bus.
23        MR. REED:  He would prefer to go back to San
24   Bernardino.
25        THE COURT:  All right.  Then let's have the
```

```
 1   marshals take him back.  Are the marshals here?

 2          Yes.  Go ahead.

 3       MR. REED:  Your Honor, before I do that, may I

 4   just make a brief rule 29?

 5       THE COURT:  Yes.  Go ahead.

 6       MR. REED:  The two major points I wanted to make,

 7   your Honor, are just on those first two counts.

 8   Consistent with my arguments and my briefing, we don't

 9   think the government proved that Mr. Stahlnecker knew the

10   particular identities of these people when he was talking

11   to them.

12          Therefore we would ask the Court to dismiss

13   those counts as a matter of law.  And I would submit on

14   the other counts.

15       THE COURT:  All right.  Thank you.  The motion is

16   denied.  I have considered that argument in the pretrial,

17   and I found no authority that would support that

18   argument; no authority that would be applicable to the

19   facts here.

20          All right.  5:20.  Okay?

21       MR. DAHLQUIST:  Very well.  Your Honor, just make

22   a finding that the defendant indeed waived his right to

23   be here, his intent to be present.

24       THE COURT:  Yes, he has.

25       MR. REED:  I do agree, your Honor.
```

```
 1          (Recess from 4:59 p.m. to 5:47 p.m.)

 2          THE COURT:  Okay.  We are back with counsel.  I

 3   will go over the jury instructions with you.

 4              First, I will say that I do agree with the

 5   joint proposed general instructions, most of which come

 6   from the Ninth Circuit book.  I did review them and I had

 7   a few comments.  Let me just get to them.

 8              Regarding the instruction about witness

 9   testifying, it was sort of left open at the time the

10   proposed instructions were given, but now that he has

11   testified, I will just give the part that he has

12   testified and you should treat his testimony as you would

13   any other testimony.

14          MR. REED:  Your Honor, do you have the numbers of

15   the instructions so that we can keep up with you?

16          THE COURT:  Yes.  I am looking -- in that regard,

17   I was looking at --

18          MR. REED:  Number 8, it looks like?

19          THE COURT:  Just one second.  No. 8.  That's

20   right.

21              And then proposed 12, there was no testimony

22   about other wrongs.  I don't recall any testimony in that

23   regard.  It is more or less a pro-defendant instruction.

24   I mean, what other wrongs, acts not charged here could

25   you think of?
```

```
 1            MR. DAHLQUIST:  Your Honor, the defendant
 2   testified that he was escorted out of the VA Medical
 3   Center by police.
 4            THE COURT:  That is not a crime or a wrong.  I
 5   don't know it is sort of -- it doesn't -- I would prefer
 6   not to give that instruction.
 7            MR. REED:  I agree, your Honor.
 8            THE COURT:  All right.  Then I am not going to
 9   give that.
10            MR. DAHLQUIST:  Very well, your Honor.
11            THE COURT:  And then No. 13, there is proposed
12   testimony about impeachment.  I didn't hear any part of
13   the case which would justify that instruction.
14            MR. REED:  I agree, your Honor.
15            MR. DAHLQUIST:  Agreed, your Honor.
16            THE COURT:  Okay.  Then there was No. 14, opinion
17   testimony.  I didn't hear any opinion testimony.  So that
18   is not going to be given.
19            MR. REED:  I didn't either, your Honor.
20            THE COURT:  Okay.  So now I am going to turn to
21   the substantive instructions.
22            Government proposed No. 15 I find appropriate.
23   No. 15, I intend to give.
24            I am not going to give the part about the
25   victim in count 1 and 2.  You can argue that.
```

```
 1                    And then I have it marked maybe for your

 2       benefit.  Court's instruction No. 2, I find that to be

 3       appropriate.  That defines the first element of 115.

 4            MR. REED:  But you are going to take out that

 5       identifying victim stuff I had in there.

 6            THE COURT:  Yes.  That's right.  And you have

 7       preserved your objection.

 8                    And then still on 115.

 9            MR. REED:  Your Honor, may I clarify that just so

10       that everybody is on the same page?

11            THE COURT:  Yes.

12            MR. REED:  On defense instruction No. 2.

13            THE COURT:  Yes.  And the Court's instruction.

14       Defining the first element of 115.  That is what you are

15       talking about; right?

16            MR. REED:  Yes.  So that when we get to line 12,

17       everything is going to be read down to line 12.

18            THE COURT:  Yes.

19            MR. REED:  And then you agreed, "In addition,"

20       comma, "the defendant must have made the statement

21       intending it to be a threat," cross out that particular

22       defendant, "and with knowledge, the statement would be

23       viewed as a threat by that particular person."

24            THE COURT:  Yes.

25            MR. REED:  Okay.
```

```
 1          THE COURT:  Wait a second now.  Now I am confused
 2    because in the first element, in addition the defendant
 3    must have made the statement to a particular person.
 4    That is the subject of our discussion pre-trial, wasn't
 5    it?
 6          MR. REED:  Yes.  Just forget the particular.
 7          THE COURT:  Yes.  To a person.
 8             Yes.  Okay.
 9          MR. DAHLQUIST:  Your Honor, just briefly on that
10    instruction at the end, Mr. Reed included in his
11    instruction a definition of murder.
12          THE COURT:  Yes.
13          MR. DAHLQUIST:  Request that the Court use the
14    Ninth Circuit model for that.  Instead of using the term
15    malice aforethought, I think it uses the term -- it also
16    defines -- we would also request that it define assault
17    and it also define malice aforethought, because assault
18    is one of the --
19          THE COURT:  Oh, I see.  So use the Ninth Circuit
20    instruction for assault and malice.
21          MR. DAHLQUIST:  That's correct, your Honor.
22    Malice aforethought.  The assault instruction is 8.3.
23          THE COURT:  8.3.
24          MR. DAHLQUIST:  Yes, your Honor.
25          THE COURT:  And what is the murder instruction?
```

```
 1            MR. DAHLQUIST:  It is 8.107.

 2            THE COURT:  And what does that say?

 3            MR. DAHLQUIST:  It says, "To kill with malice

 4   aforethought means to kill either deliberately or

 5   intentionally or recklessly with extreme disregard for

 6   human life."

 7            THE COURT:  Okay.  All right.  Now, I am on to

 8   the -- just one moment.

 9            MR. DAHLQUIST:  And, your Honor --

10            THE COURT:  Just one second, now.  So I talked

11   about the first element of 115.  And then there is an

12   instruction.  It was submitted as Court's instruction

13   No. 7 regarding the third element of this crime; is that

14   right?

15            No.  That isn't right.  That is a different --

16   no.  That is so.  The third element of this crime

17   requires defendant to intend to abuse or threaten or

18   harass any person at the called number.

19            That pertains to 115; correct?

20            MR. DAHLQUIST:  I believe that pertains to the

21   Title 47 defense.

22            THE COURT:  I see.  So are there any other

23   instructions other than those we discussed regarding 115?

24            MR. DAHLQUIST:  I just wanted to clarify there are

25   two references to the particular person in that paragraph
```

```
 1    of the proposed.

 2              THE COURT:  115?

 3              MR. DAHLQUIST:  Yes, your Honor.

 4              THE COURT:  Where is the other particular?

 5              MR. DAHLQUIST:  I see one in line 14 and then I

 6    see one in line 16.

 7              THE COURT:  Okay.  I took them out myself both

 8    places.  Okay.  So, now we are on to --

 9              MR. DAHLQUIST:  And, your Honor, I'm sorry to

10    interrupt.  Are you going to give the instruction that

11    the law protects an employee or does that need to be

12    defined?

13              THE COURT:  Well, that is a question I had

14    because -- generally speaking, even though there does

15    seem to be undisputed evidence that the victims were

16    employees, that there is no instruction -- I mean, in

17    light of the testimony, would you want an instruction in

18    that regard?

19              MR. REED:  Your Honor, I am going to waive that

20    particular issue.  They were employees.

21              THE COURT:  Yes.  Okay.  So now, we are turning to

22    count 3.  And count 3, I agree with.  That is the Court's

23    joint proposed instruction No. 18.

24              And it related to count 3 or joint proposed

25    instructions No. 19 and No. 20, which I also agree with
```

1   and will give.

2          And then I am going to give Court's

3   instruction No. 6.  That relates to count 3.  That was

4   the defendant's proposed instruction; correct?  That

5   starts with, "With respect to your analysis of whether

6   defendant is guilty of count 3 of the first superseding

7   indictment, you must, just as in counts 1 and 2,

8   determine if the defendant intended his communication to

9   be a true threat that was defined for you in the previous

10  instructions."

11      MR. REED:  Exactly right, your Honor.  It applies

12  to that.

13      THE COURT:  I do not see any reason to then

14  restate what I already stated in count 1, so I am going

15  to just say that and strike the rest of it.

16          Okay.  Now, I am finally at the counts 4

17  through 8.  Joint proposed instruction No. 21 I agree

18  with.

19          And then there is an instruction proposed

20  regarding the third element of counts 4 through 8, the

21  223(a) violation of Title 47.

22          And there, I am going to give the -- I take it

23  it is the defendant's proposed instruction, Court's

24  instruction No. 2.  I have page 20 on my -- but it may be

25  a different page 20.

1    In any event, it starts, "The third element of

2    this crime requires defendant to abuse or threaten or

3    harass any person at the called number."  That is your

4    proposed instruction.

5    MR. REED:  Yes, your Honor.

6    THE COURT:  And I am going to give that with these

7    modifications.  "Here you are not required to find that

8    defendant intended to abuse, threaten or harass any

9    particular person."  And I am taking out "as you must

10   find in count 1," because I reject that.

11   And I am going to give the rest of that -- the

12   last sentence of that paragraph is, "Defendant had to

13   have the intent to provoke adverse reactions to the

14   called party."

15   And I am going to take out "any other bad

16   motives are not enough" because that is argument.

17   And I am going to include the dictionary

18   definitions for abuse and threaten.

19   I am going to take out the language in the

20   final paragraph, "You may also consider whether defendant

21   made the statements in jest."

22   It is specific intent -- we talked so much

23   about that.  Is that in the instructions, specific

24   intent?

25   MR. REED:  You don't have to say specific.  Just

```
 1    intent.
 2         THE COURT:  But where is the intent instruction
 3    again?
 4         MR. REED:  Okay.  The 223 instruction is the one
 5    that we agreed on.
 6         THE COURT:  But I mean, didn't the Court indicate
 7    at pretrial that it was the same mens rea for all three
 8    crimes?
 9         I thought I did.  Did you argue that?
10         MR. REED:  I kind of argued that mens rea is
11    different for each of the crimes.
12         THE COURT:  Well, how is it different?
13         MR. REED:  The mens rea for the first two counts,
14    the -- and the 875, require an intent to murder or
15    assault, which is the Amolnes(Phon.) case.
16         THE COURT:  But, no.  I was talking about this
17    subjective/objective thing.
18         MR. REED:  That is what I am talking about too.
19         THE COURT:  But I mean, how does the jury process
20    that?  That seems at the heart of your argument.  The way
21    I understood your argument pretrial, you were going to
22    argue that it isn't enough for them to conclude that the
23    alleged victim thought they were intimidated, harassed or
24    threatened, but that the defendant had to intend it.
25         MR. REED:  And that is covered in instruction
```

```
 1   No. 2, which you are going to be giving.
 2           THE COURT:  Okay.
 3           MR. REED:  With respect to the first count.
 4           THE COURT:  I see.  And so now, but why isn't that
 5   same specific intent required for all three crimes?
 6           MR. REED:  Because it is a lesser type of crime,
 7   your Honor.  It doesn't require an intent to murder or
 8   assault.
 9           THE COURT:  I don't mean intent to murder or
10   assault, but specific intent to do whatever the statute
11   requires.
12           MR. TRISOTTO:  Your Honor, may I respond?
13           THE COURT:  Well, I want to hear Mr. Reed's first.
14   In other words, the crime here is -- maybe I
15   misunderstood.  Defendant is charged in counts 4 through
16   8 with anonymous telephone communications harassment.
17               The first element, defendant made an
18   interstate telephone call, did not disclose his identity,
19   second element, during the call.  And third, defendant
20   intended to abuse.
21               I see, so it is covered there.
22           MR. REED:  Yes.
23           THE COURT:  Yes.  Okay.
24           MR. REED:  It is the Tobin case.
25           THE COURT:  Okay.  And then this third element is
```

1    what I was getting at.  And I think that -- I think we

2    are getting a little repetitive.  I think after the

3    first -- defense proposed instruction as to the third

4    element, the first paragraph is okay.

5         The second paragraph, which begins, "Here you

6    are not required," et cetera, I am going to take out the

7    language "as you must find in counts 1 through 3."

8         And at Line 15, I am taking out the language

9    "any of the bad motives are not enough."  And I am going

10   to insert the dictionary definitions for abuse and

11   threaten.

12        But I find lines 17 through 25 unnecessary

13   because they are covered in other parts of the

14   instructions quite thoroughly.

15        MR. REED:  Okay.

16        THE COURT:  And then we turn to the last thing.

17   All of you agree, instruction regarding 223(a).  I agree

18   with the defendant that a unanimity instruction should be

19   given, but not in the form -- it is very verbose and

20   lengthy.

21        I think there are instructions in the Ninth

22   Circuit book which have much more straightforward

23   language.  In order to convict as to a certain crime that

24   has multi-prongs, you all have to agree unanimously as to

25   the same, whether it is assault, threaten or harass.

```
 1              And I will give that.  But not this.

 2              I think I have covered all of them except the

 3    final instructions about how they deliberate.  I will

 4    have a packet for you before you argue tomorrow.

 5              All right.

 6         MR. REED:  Thank you, your Honor.

 7         THE COURT:  Oh, and the verdict form.

 8              In the proposed verdict form, does that

 9    require unanimity as to assault and murder?  What is the

10    position there?

11              I mean, how is the statute written?

12              Let me take a look at it.  We are talking

13    about 115.

14         MR. DAHLQUIST:  Your Honor, I think so because it

15    increases the statutory maximum penalty.

16         THE COURT:  Okay.  So then similarly, I am going

17    to have to give a unanimity instruction in that regard,

18    but I am going to alter the way you have proposed the

19    second part of that.

20              I am not going to say "having found the

21    defendant guilty."  I am going to say, "If you find the

22    defendant guilty as to count 1, you must" -- then I will

23    give the unanimity instruction with regard to the rest of

24    it, assault and murder.

25              In other words, I will tell them that you have
```

1    to unanimously find either that he assaulted or committed

2    the murder and then to check one of the two.

3           The jury instruction -- again, with the count

4    2 I am going to again say "if you find the defendant

5    guilty," not "having found."

6         MR. DAHLQUIST:  Your Honor, you could also cut

7    from that part the language about assisting a federal

8    employee.  That is not going to be disputed based on the

9    way the evidence came out.

10        THE COURT:  Let me see where that is.  I got a

11   little confused here as to count 3.

12          Where is the federal employee mentioned?  What

13   count.

14        MR. DAHLQUIST:  Your Honor, it is for count 2.

15        THE COURT:  Let me get to count 2.

16        MR. DAHLQUIST:  Yes, your Honor.

17        THE COURT:  Count 2.  What did you want me to

18   strike?

19        MR. DAHLQUIST:  I you could just strike the

20   language of "or a person assisting an employee of the

21   United States government."

22        THE COURT:  I think I will leave that.

23        MR. DAHLQUIST:  Very well, your Honor.

24        THE COURT:  There was some testimony.  It is "or"

25   anyway, so I don't think there is any harm.  All right.

```
 1              I will try to get this to you -- I will get it

 2    to you before the argument.  Get here a little before.

 3    Get here about 9:15 or 9:00 o'clock.

 4              MR. DAHLQUIST:  Would it be helpful for us to

 5    e-mail a Word version of the jury verdict form?

 6              THE COURT:  What?

 7              MR. DAHLQUIST:  Would it be useful for us to

 8    e-mail chambers a Word version of the verdict form for

 9    making edits to it?

10              THE COURT:  We will make the edits.

11              MR. DAHLQUIST:  Okay.  Very well.

12              (Proceedings concluded.)

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
1                        CERTIFICATE

2

3

4   I hereby certify that pursuant to Section 753, Title 28,

5   United States Code, the foregoing is a true and correct

6   transcript of the stenographically reported proceedings held

7   in the above-entitled matter and that the transcript page

8   format is in conformance with the regulations of the

9   Judicial Conference of the United States.

10  Date:  September 3, 2020

11

12   /s/ Katie Thibodeaux, CSR No. 9858, RPR, CRR

13

14

15

16

17

18

19

20

21

22

23

24

25
```

**MR. DAHLQUIST: [123]**  4/18
4/24 5/6 5/14 5/16 5/22 6/4
7/9 32/9 35/11 39/20 43/7
44/15 46/7 48/20 51/16 60/16
66/7 76/16 80/12 81/10 84/20
85/19 87/15 90/3 90/5 91/10
91/12 91/14 95/15 96/1 96/6
96/8 96/11 96/14 97/2 97/4
97/9 97/13 97/18 97/21 97/24
98/1 98/6 99/3 99/16 100/1
101/16 101/19 101/25 103/18
103/21 104/1 104/3 104/14
104/19 104/22 104/25 105/4
105/8 105/11 105/22 105/25
107/6 107/10 108/8 134/9
140/8 143/12 145/4 152/7
159/5 160/19 161/8 175/18
182/2 184/20 185/16 186/14
186/18 187/9 187/13 187/15
204/6 206/2 206/18 208/4
209/6 213/8 214/23 235/1
235/4 235/6 235/14 235/17
235/20 236/2 236/9 239/20
240/25 241/9 241/14 243/8
243/12 243/20 243/23 243/25
244/2 244/8 244/19 244/23
245/2 245/4 245/8 251/13
252/5 252/13 252/15 252/18
252/22 253/3 253/6 253/10
**MR. REED: [106]**  4/20 5/5
6/9 27/25 33/19 37/3 38/12
41/1 41/24 43/4 43/11 44/8
44/17 44/22 45/24 46/2 46/5
46/11 47/10 48/24 51/8 51/11
51/13 51/19 60/15 60/22
60/24 84/18 85/21 86/19
89/25 91/8 99/12 99/24 103/7
104/12 107/12 107/14 108/16
108/20 108/23 112/12 116/5
116/7 117/20 120/7 125/13
131/9 133/18 143/9 151/8
151/15 152/4 160/13 162/21
167/7 173/3 175/15 185/14
186/20 186/24 187/3 187/5
187/14 201/3 201/5 201/8
202/20 202/24 209/11 222/3
236/4 236/8 238/13 238/17
238/22 239/2 239/5 239/24
240/13 240/17 241/6 241/13
241/18 242/3 242/8 242/11
242/15 242/18 242/24 243/5
245/18 246/10 247/4 247/24
248/3 248/9 248/12 248/17
248/24 249/2 249/5 249/21
249/23 250/14 251/5
**MR. TRISOTTO: [23]**  54/5
109/2 132/3 133/22 133/25
134/5 134/8 135/13 143/16
143/19 143/23 146/1 146/4
146/7 152/1 162/24 170/14
170/17 173/6 173/10 173/13
175/12 249/11
**THE CLERK: [34]**  6/1 10/4
10/7 14/17 28/3 32/11 33/22
35/14 37/5 38/14 39/22 41/3
42/1 43/14 44/12 44/24 45/23
46/14 47/12 49/3 51/21 66/10
66/15 87/18 91/17 107/18
109/5 145/6 152/10 160/15
163/2 175/21 187/18 187/22
**THE COURT: [552]**
**THE DEFENDANT: [2]**  15/20
22/6
**THE PROSPECTIVE JUROR: [320]**

**THE WITNESS: [16]**  66/13
71/5 81/12 87/21 91/20 109/8

110/4 125/14 145/9 152/13
187/11 187/16 187/24 199/7
213/10 238/20

**$**
**$1,400 [1]**  234/20
**$1,482.71 [1]**  234/21
**$128,000 [1]**  234/22
**$45 [1]**  205/3

**'**
**'17 [1]**  200/14
**'95 [2]**  188/22 223/24

**/**
**/s [1]**  254/12

**0**
**0300 [1]**  98/24

**1**
**1's [1]**  44/10
**1,2 [1]**  3/23
**1,481.72 [1]**  204/10
**10 [21]**  15/13 15/24 17/18
37/5 37/7 38/14 38/16 39/22
39/24 41/3 41/5 42/1 42/3
68/14 103/11 103/12 104/23
104/25 144/22 210/24 220/11
**10 miles [1]**  200/1
**10 percent [1]**  156/16
**10.9 [1]**  117/19
**100 [6]**  3/24 107/16 107/18
107/19 200/24 202/24
**107 [3]**  3/9 3/24 3/24
**109 [1]**  3/11
**10:01 [1]**  5/24
**10th [1]**  2/5
**11 [12]**  1/16 4/1 15/15
103/15 104/15 104/17 105/3
105/7 105/8 105/14 180/3
237/24
**115 [8]**  242/3 242/8 242/14
244/11 244/19 244/23 245/2
251/13
**11:06 [1]**  54/1
**11:17 [1]**  54/1
**11:29 a.m [1]**  101/1
**11:34 a.m [1]**  101/1
**12 [13]**  3/24 14/16 14/20
15/16 97/6 97/9 104/17 105/3
105/24 106/2 240/21 242/16
242/17
**120 [1]**  234/24
**12:09 [1]**  87/10
**12:12 p.m [1]**  100/21
**12:15 p.m [1]**  100/21
**13 [2]**  187/11 241/11
**136 [1]**  3/11
**14 [2]**  241/16 245/5
**14-year-old [1]**  12/25
**1400 [1]**  177/7
**144 [1]**  3/12
**145 [1]**  3/13
**14th [1]**  67/4
**15 [4]**  238/11 241/22 241/23
250/8
**152 [1]**  3/15
**159 [1]**  3/15
**16 [2]**  47/19 245/6
**163 [1]**  3/17
**17 [1]**  250/12
**17-year-old [2]**  20/12 20/13
**176 [1]**  3/18
**17th [1]**  110/25
**18 [2]**  154/18 245/23
**182 [1]**  3/19
**185 [1]**  3/19

**188 [1]**  3/21
**189 [2]**  61/7 189/20 223/10
**19 [2]**  154/18 245/25
**19-394 [1]**  1/8
**1994 [1]**  223/23
**1995 [2]**  61/5 223/25
**1998 [3]**  61/7 65/19 189/18
**1999 [6]**  61/21 191/10 192/17
193/7 223/23 223/25
**19th [1]**  177/13
**1:15 [3]**  86/23 87/8 87/10
**1:30 [1]**  145/1
**1st [1]**  1/21

**2**
**20 [5]**  176/16 238/11 245/25
246/24 246/25
**20-year [1]**  14/7
**200 [1]**  2/6
**2000 [4]**  196/13 200/14 204/2
234/25
**2002 [1]**  193/7
**2006 [1]**  233/19
**2007 [2]**  194/22 205/14
**2009 [2]**  196/21 235/1
**2012 [1]**  196/15
**2013 [1]**  196/15
**2014 [1]**  195/23
**2015 [3]**  199/18 199/25 200/1
**2017 [1]**  153/4
**2018 [4]**  110/12 203/23 204/3
209/6
**2019 [47]**  7/12 7/22 8/9 8/18
8/25 9/7 9/14 9/21 56/10
70/1 88/24 93/1 98/12 100/4
100/10 100/15 100/20 100/25
110/12 110/18 118/1 118/5
118/8 119/25 121/16 147/14
148/22 153/2 154/3 154/15
165/8 165/8 167/13 177/13
180/10 199/25 200/1 203/24
205/9 218/25 222/11 223/14
223/14 225/1 225/16 234/17
234/17
**202 [3]**  118/2 154/12 175/11
**2020 [3]**  1/16 4/1 254/10
**21 [5]**  57/19 100/15 154/3
154/15 246/17
**2191 [2]**  216/13 232/16
**222 [1]**  3/21
**223 [3]**  246/21 248/4 250/17
**224-2315 [1]**  118/2
**224-6472 [1]**  154/12
**225 [1]**  166/25
**225-3906 [1]**  175/11
**2315 [1]**  118/2
**25 [4]**  109/21 163/19 176/16
250/12
**25-year-old [2]**  226/22 227/2
**254-1400 [1]**  177/7
**25th [10]**  9/14 58/4 100/20
167/13 167/13 168/3 168/8
172/14 172/15 225/15
**26 [4]**  8/18 100/4 121/16
128/25
**26th [15]**  7/22 8/9 56/10
121/19 121/25 128/18 128/20
130/24 139/8 142/2 142/3
142/18 147/14 148/16 148/22
**27th [7]**  8/25 100/10 129/5
131/19 132/21 133/3 142/7
**28 [1]**  254/4
**29 [2]**  225/1 239/4
**29th [7]**  7/12 9/7 55/12
69/25 88/24 93/1 98/12
**2:14 p.m [1]**  100/11
**2:22 p.m [1]**  100/11
**2:47 [1]**  145/1

**3**
**32 [1]**  98/23
**3404 [1]**  2/5
**350 [1]**  1/21
**3699 [1]**  2/11
**3906 [1]**  175/11
**394 [1]**  1/8
**3:00 o'clock [1]**  90/15
**3:42 [1]**  187/7
**3:50 [1]**  187/7

**4**
**40 percent [1]**  199/7
**400–6484 [1]**  222/11
**423 [1]**  177/7
**4311 [1]**  1/21
**440–6484 [1]**  106/3
**442 [3]**  106/3 222/11 222/16
**45–minute [1]**  220/7
**47 [2]**  244/21 246/21
**49th [2]**  164/2 164/19
**4:00 o'clock [1]**  89/6
**4:01 p.m [1]**  98/20
**4:59 [1]**  240/1

**5**
**50 percent [1]**  199/8
**5528 [3]**  105/14 222/15
 222/23
**5:00 [1]**  238/13
**5:00 o'clock [1]**  236/15
**5:00 p.m [1]**  112/9
**5:20 [2]**  238/13 239/20
**5:47 [1]**  240/1

**6**
**6472 [1]**  154/12
**6484 [2]**  106/3 222/11
**650–32 [1]**  98/23
**650–342–0300 [1]**  98/24
**66 [1]**  3/3
**6:00 a.m [1]**  221/23
**6:00 p.m [1]**  112/5
**6:23 [1]**  230/22
**6th [3]**  221/12 221/20 221/22

**7**
**70 percent [3]**  199/9 204/10
 234/19
**753 [1]**  254/4
**76 [1]**  3/4
**760 [5]**  73/17 84/11 105/14
 222/15 222/22

**8**
**8.107 [1]**  244/1
**8.3 [2]**  243/22 243/23
**84 [2]**  3/4 3/9
**850 [1]**  2/11
**86 [1]**  3/5
**875 [1]**  248/14
**88 [1]**  3/6
**881 [1]**  222/18
**881–5528 [3]**  105/14 222/15
 222/23

**9**
**9,800 [1]**  194/17
**9/11 [1]**  180/3
**90 [1]**  3/7
**90010 [1]**  2/12
**90012 [1]**  1/22
**92 [1]**  3/8
**92501 [1]**  2/6
**95 [1]**  3/23
**96 [1]**  3/23
**97 [2]**  3/24 3/24
**9858 [2]**  1/20 254/12

**9:00 a.m [2]**  112/5 112/8
**900 34 closed [2]**  253/20
 253/3
**9:15 [2]**  154/7 253/3
**9:23 a.m [1]**  100/16
**9:27 a.m [1]**  100/16
**9:30 [1]**  237/20
**9:30–ish [1]**  154/7
**9:35 [1]**  4/2
**9:39 [1]**  5/24
**9:45 [1]**  154/8
**9th [4]**  133/6 133/11 133/15
 134/19

**A**
**A–L–I–S–O–N [1]**  163/7
**A–M–A–R–O [1]**  49/4
**a.m [12]**  4/2 5/24 5/24 54/1
 54/1 100/16 100/16 101/1
 101/1 112/5 112/8 221/23
**AA [2]**  19/18 48/14
**ABC [1]**  49/20
**ability [5]**  75/23 82/9
 182/12 182/24 204/4
**able [20]**  61/5 72/7 78/22
 81/17 94/7 115/24 116/24
 128/9 133/25 158/25 164/25
 165/23 166/15 193/13 205/6
 211/25 217/9 219/8 232/5
 233/13
**abortion [1]**  217/14
**about [217]**
**above [1]**  254/7
**above–entitled [1]**  254/7
**absolutely [12]**  7/2 72/24
 74/20 81/3 81/6 146/24
 148/23 164/9 165/1 211/18
 221/7 221/7
**abuse [13]**  8/22 9/4 9/11
 9/18 9/25 110/2 110/7 244/17
 247/2 247/8 247/18 249/20
 250/10
**abused [2]**  57/4 59/10
**abusing [1]**  54/13
**abusive [5]**  60/6 177/18
 178/25 233/20 233/23
**academies [1]**  70/10
**academy [4]**  34/15 70/5 70/7
 75/22
**accent [2]**  59/19 60/1
**accept [1]**  46/10
**accepts [2]**  43/10 48/23
**access [4]**  87/2 216/13
 216/21 237/17
**accompany [1]**  196/1
**according [1]**  225/5
**account [4]**  7/20 8/7 75/15
 96/25
**accountable [5]**  213/19
 213/20 213/22 215/25 228/12
**accounting [1]**  17/1
**accurate [2]**  201/20 202/15
**accurately [1]**  108/1
**acquainted [2]**  124/3 128/21
**acquit [1]**  66/4
**across [4]**  54/22 186/8
 198/11 211/9
**act [23]**  72/11 179/25 180/1
 197/25 206/12 207/6 208/2
 208/9 208/18 208/19 208/23
 208/25 210/22 211/6 213/16
 215/20 216/12 216/14 218/1
 219/13 220/17 220/20 232/10
**acted [2]**  234/7 234/11
**acting [1]**  234/14
**actions [1]**  192/3
**active [3]**  125/11 193/13
 193/14
**acts [1]**  240/24

**actual [9]**  64/6 79/4 83/6
 85/3 86/3 95/6 193/21 213/16
 226/13 229/17
**actually [28]**  4/25 61/25
 65/17 67/20 69/6 72/25 82/12
 86/5 108/6 121/13 122/9
 129/9 163/21 168/23 179/19
 192/21 194/14 196/21 210/6
 213/12 217/4 220/2 220/19
 222/16 225/11 228/6 230/13
 235/11
**acupuncture [3]**  220/11
 220/11 220/13
**addition [8]**  54/13 55/25
 57/2 57/23 165/1 176/22
 242/19 243/2
**additional [1]**  94/17
**address [19]**  69/14 94/6
 96/23 116/1 150/12 153/24
 177/19 181/3 181/6 205/24
 210/12 210/21 211/12 215/19
 223/7 223/9 223/11 223/12
 223/12
**addresses [1]**  128/17
**addressing [2]**  218/4 232/11
**Adelman [2]**  224/15 224/23
**adequate [2]**  62/8 78/22
**admin [4]**  110/12 114/9
 114/11 114/19
**administration [15]**  38/7
 62/6 62/7 62/16 63/1 63/18
 78/23 110/8 141/2 162/6
 184/1 184/16 185/13 196/8
 197/8
**administrator [7]**  114/10
 114/18 126/13 127/12 135/6
 146/16 189/8
**admissibility [1]**  60/21
**admit [2]**  60/19 205/7
**admitted [6]**  60/22 87/6
 101/13 187/12 201/19 209/9
**adrenaline [3]**  56/24 121/11
 143/1
**adult [4]**  50/14 218/17
 218/18 226/18
**adverse [1]**  247/13
**advocate [2]**  68/10 200/12
**aerospace [2]**  29/18 52/6
**affairs [22]**  13/21 13/23
 13/23 13/25 54/25 62/7 78/15
 103/17 135/12 141/2 141/23
 151/21 162/3 172/14 178/4
 178/8 184/6 184/9 184/25
 205/11 211/16 235/14
**affect [1]**  193/11
**Affordable [1]**  218/1
**aforethought [4]**  243/15
 243/17 243/22 244/4
**afraid [2]**  127/9 135/4
**after [61]**  56/13 56/19 56/25
 58/3 58/6 58/24 59/4 59/4
 60/2 60/8 61/8 66/2 71/24
 72/21 73/5 73/18 75/3 79/13
 83/3 84/16 93/18 93/25
 110/13 119/6 121/4 121/8
 121/11 126/9 127/20 128/10
 128/20 128/24 132/3 132/9
 133/3 133/14 136/24 142/23
 144/8 148/23 150/25 156/2
 156/4 173/20 173/21 174/10
 174/22 178/21 180/3 181/5
 190/12 190/14 197/15 205/1
 206/13 207/20 219/23 220/2
 221/4 222/18 250/2
**afternoon [19]**  6/22 88/23
 90/12 90/13 90/15 107/23
 107/24 109/18 109/19 135/20
 135/21 144/21 145/19 159/12
 159/13 163/16 163/17 182/9

**A**

afternoon... [1]   182/10
Afterwards [1]   190/24
again [38]   53/12 55/18 60/10
 73/8 73/14 73/22 84/17 110/3
 114/13 119/7 122/16 124/16
 124/16 130/7 131/7 131/21
 132/11 132/12 132/16 133/12
 134/24 135/5 136/24 156/5
 167/4 167/17 174/10 190/9
 190/15 190/25 194/1 205/2
 212/24 214/8 237/14 248/3
 252/3 252/4
against [12]   7/19 8/6 64/21
 65/1 68/11 86/14 92/12 94/5
 211/4 216/14 216/23 232/17
age [2]   156/15 163/18
agencies [3]   68/1 68/7 72/19
agency [7]   10/15 10/18 10/24
 68/11 68/21 69/2 92/10
agent [13]   6/9 91/15 92/5
 95/11 96/17 101/5 101/23
 102/6 102/9 105/16 106/5
 107/8 107/23
aggravated [2]   125/1 229/23
aggressive [3]   58/14 63/2
 74/16
agitated [2]   89/8 89/9
ago [5]   10/18 19/9 50/20
 124/22 224/14
agree [13]   199/13 204/19
 227/1 239/25 240/4 241/7
 241/14 245/22 245/25 246/17
 250/17 250/17 250/24
agreed [4]   195/25 241/15
 242/19 248/5
ahead [11]   51/15 60/24 85/23
 98/1 146/4 181/12 236/18
 237/21 238/10 239/2 239/5
aide [3]   49/15 49/17 157/3
Aiona [2]   15/11 26/2
Air [3]   189/13 192/17 232/2
airport [1]   163/21
Alamitos [1]   46/23
alcoholic [1]   211/2
aliens [1]   80/4
ALISON [16]   3/16 9/20 57/24
 59/7 104/11 124/21 132/13
 163/1 163/6 163/10 171/5
 171/7 228/24 229/1 229/9
 229/14
Alison's [1]   229/24
all [112]   4/22 10/20 10/22
 12/9 12/22 14/3 14/4 14/9
 17/12 23/24 24/10 27/25 28/2
 44/14 44/24 46/20 49/1 51/7
 52/4 53/5 54/17 60/2 60/8
 63/25 65/10 65/13 66/2 66/5
 73/1 76/9 80/4 80/11 80/18
 80/25 83/15 84/20 85/2 93/13
 97/7 99/11 105/1 111/15
 113/21 114/12 115/20 118/19
 119/15 119/23 120/4 125/12
 126/14 127/3 128/17 129/19
 129/20 130/3 132/6 132/16
 135/3 136/25 143/19 143/23
 144/20 146/4 146/25 151/22
 153/10 155/22 157/1 158/2
 158/3 159/4 159/24 164/13
 168/12 171/12 172/22 177/25
 181/21 183/13 186/7 198/22
 200/6 200/18 200/19 205/18
 214/15 216/23 217/1 219/12
 220/2 220/9 226/2 235/20
 236/11 237/12 237/21 237/23
 238/5 238/20 238/25 239/15
 239/20 241/8 244/7 248/7
 249/5 250/17 250/24 251/2

**B (middle column)**

 251/5 252/25
alleged [2]   49/3
allegedly [1]   82/21
Allentown [2]   194/2 196/20
allow [5]   6/14 6/23 7/7 99/9
 196/2
allowed [6]   61/22 117/6
 119/2 200/23 208/21 213/25
allowing [2]   53/13 205/16
allows [1]   102/14
almost [5]   15/24 68/15
 124/21 228/16 236/14
along [8]   68/8 136/10 164/23
 164/25 170/23 183/7 183/21
 233/7
already [7]   70/23 72/17
 75/24 89/22 124/20 191/20
 246/14
also [62]   5/8 6/7 14/11 23/4
 55/25 57/4 57/24 59/5 59/12
 62/9 67/14 68/3 68/11 72/13
 72/18 75/14 79/18 80/24
 88/22 89/14 94/2 94/7 94/14
 96/22 97/2 101/23 104/5
 106/20 110/1 111/14 111/17
 113/23 116/17 117/18 123/25
 128/6 130/23 143/20 146/25
 149/18 153/11 169/15 170/10
 176/20 186/11 188/16 223/7
 223/25 224/3 224/6 224/10
 226/21 228/9 228/15 230/3
 232/9 243/15 243/16 243/17
 245/25 247/20 252/6
alter [2]   98/6 251/18
alternate [7]   34/19 34/21
 42/16 49/5 49/7 51/21 51/23
alternates [3]   49/2 49/3
 51/10
always [12]   7/5 72/16 114/23
 115/5 118/12 118/15 120/20
 132/25 165/1 177/19 192/11
 236/19
am [146]
Amaro [4]   12/13 49/4 49/8
 51/21
amendment [1]   232/6
America [6]   1/6 2/3 6/3 6/7
 7/10 19/16
American [1]   191/15
amidst [1]   55/17
Amolnes [1]   248/15
among [2]   118/19 122/16
amount [2]   124/1 136/20
amusing [1]   151/4
Anaheim [1]   11/7
analysis [1]   246/5
analyze [2]   65/14 66/2
analyzing [2]   65/4 65/9
ANGELES [9]   1/15 1/22 2/12
 4/1 21/6 23/22 28/8 35/18
 181/4
anger [4]   65/24 166/1 168/13
 213/24
angry [19]   71/12 72/1 72/13
 74/4 78/18 80/24 117/2 141/7
 141/16 141/19 144/16 158/1
 179/16 181/16 181/19 182/15
 185/9 199/10 199/14
ankle [13]   61/10 61/14 61/16
 61/24 62/6 62/10 65/18
 189/21 190/22 191/24 198/24
 199/3 199/8
anomaly [2]   96/17 96/22
anonymous [3]   117/3 166/14
 249/16
anonymously [3]   54/15 57/6
 59/10
another [13]   8/15 56/21
 57/16 73/13 117/24 136/18

**C (right column)**

 144/25 173/21 173/21 184/11
 197/4 213/3 216/13 216/18
answer [23]   10/10 10/13
 11/18 11/20 114/20 114/23
 115/25 116/12 116/13 118/18
 124/23 129/21 129/21 130/12
 131/3 140/6 140/13 142/1
 148/19 157/1 177/9 219/3
 219/4
answered [17]   14/5 56/12
 70/19 73/2 73/8 77/22 116/3
 116/8 116/10 122/1 122/3
 124/17 129/10 132/12 150/6
 154/16 155/12
answering [14]   78/10 81/25
 111/9 111/25 113/7 113/11
 113/14 114/4 118/1 118/6
 118/20 164/7 164/15 164/16
answers [4]   210/20 212/17
 213/16 214/3
anthrax [1]   125/12
anxiety [2]   127/1 137/8
any [108]   4/15 4/18 5/5 5/22
 10/10 13/19 13/23 13/25 17/2
 17/6 19/1 21/22 23/9 27/5
 28/22 30/25 32/3 34/16 39/9
 69/16 74/13 74/18 75/12
 75/16 76/11 76/25 77/6 78/21
 79/13 80/7 80/9 85/9 86/12
 87/1 87/2 87/4 87/4 94/21
 113/13 115/18 123/3 131/16
 132/1 133/2 133/3 135/11
 135/25 137/22 138/8 139/7
 139/15 142/20 142/21 144/9
 144/11 144/15 147/15 148/19
 150/18 151/20 156/14 156/21
 157/18 158/25 159/6 161/24
 164/10 165/9 165/21 167/14
 169/2 172/8 172/12 172/22
 174/2 179/22 181/9 181/9
 182/3 184/14 184/24 186/8
 190/25 204/4 207/25 212/10
 212/15 215/23 217/1 229/5
 231/20 232/8 236/4 236/7
 237/17 240/13 240/22 241/12
 241/17 244/18 244/22 246/13
 247/1 247/3 247/8 247/15
 250/9 252/25
anybody [10]   136/21 182/14
 182/21 183/20 212/5 213/8
 214/10 226/9 226/13 233/1
anybody's [1]   234/15
anyone [9]   10/14 10/22 11/22
 13/19 14/13 72/5 113/17
 181/22 237/16
anything [20]   5/21 13/7
 13/14 53/15 73/10 74/7 84/20
 85/21 87/3 90/24 137/14
 137/16 143/12 155/23 156/8
 159/5 168/8 168/14 171/19
 179/4
anytime [1]   164/11
anyway [2]   211/8 252/25
anywhere [2]   154/7 180/22
apart [2]   203/22 205/1
apnea [4]   199/2 199/5 199/8
 207/24
Apologies [1]   125/15
apologize [4]   121/18 151/19
 172/2 228/22
apologized [2]   218/10 218/14
apparently [1]   197/12
appeal [2]   233/15 233/16
appeals [4]   197/10 197/11
 197/12 233/10
appearances [2]   2/1 6/4
applicable [1]   239/18
applies [1]   246/11
applying [2]   62/9 110/19

**A**

**appointed [1]**  113/3
**appointment [1]**  219/9
**appointments [4]**  206/17
209/1 219/16 220/12
**approach [9]**  11/20 12/1 99/3
107/13 132/4 134/10 160/14
186/20 201/4
**appropriate [6]**  82/7 115/12
186/24 214/12 241/22 242/3
**appropriately [1]**  111/12
**appropriations [1]**  157/5
**approval [1]**  145/21
**approve [2]**  193/23 219/11
**approximately [6]**  90/15
100/10 100/15 101/1 176/13
199/18
**are [298]**
**area [13]**  73/17 84/10 94/15
94/19 108/1 108/8 113/20
155/4 158/17 160/19 178/12
178/14 199/23
**areas [1]**  119/21
**aren't [5]**  59/8 123/3 140/20
141/9 211/14
**argue [7]**  53/15 53/20 237/1
241/25 248/9 248/22 251/4
**argued [1]**  248/10
**argument [6]**  239/16 239/18
247/16 248/20 248/21 253/2
**Argumentative [1]**  214/25
**arguments [3]**  237/8 237/8
239/8
**Ariel [2]**  11/10 12/10
**Arizona [3]**  207/20 208/14
208/15
**Arlen [1]**  186/3
**Armed [1]**  69/8
**Armored [1]**  18/19
**army [2]**  42/24 179/24
**around [11]**  94/18 114/7
147/20 147/25 154/7 168/6
184/8 196/13 199/18 203/17
222/12
**arrange [1]**  164/14
**arrested [3]**  160/8 161/20
221/22
**arrived [1]**  136/11
**arrogant [1]**  234/8
**arrow [2]**  94/7 104/11
**arts [1]**  22/13
**Arvato [1]**  20/2
**as [170]**
**aside [2]**  132/9 198/21
**ask [60]**  10/4 10/9 14/17
33/20 37/4 38/13 41/2 41/25
43/12 46/12 47/11 51/20
60/10 60/18 65/22 66/4 69/10
86/12 91/11 103/25 104/6
108/12 112/14 115/5 116/1
117/24 123/2 125/17 125/22
129/17 132/18 133/22 133/24
137/15 138/14 143/13 143/19
143/21 158/16 165/1 165/2
166/11 166/15 166/17 169/7
171/4 172/19 177/18 177/19
178/1 185/17 208/7 209/16
214/12 217/15 218/20 226/2
229/20 232/7 239/12
**asked [42]**  55/14 56/13 59/20
61/13 61/17 71/6 72/14
115/18 116/8 121/10 122/5
122/14 124/17 125/23 129/14
138/5 148/8 150/11 150/12
150/13 150/15 150/18 156/2
173/24 173/25 175/9 177/20
181/6 185/22 190/25 195/15
197/20 218/2 227/17 228/5

228/7 229/18 231/20 232/9
232/11 251/13
**asking [20]**  7/9 20/8 58/10
58/19 59/23 62/18 118/21
121/10 129/12 143/17 144/14
154/23 155/20 155/20 174/2
205/21 210/11 210/19 211/9
217/8
**asks [1]**  116/23
**aspect [2]**  146/23
**assassinated [5]**  57/22 156/7
160/2 160/8 160/9
**assault [17]**  7/15 7/25 12/6
12/7 12/11 213/7 214/23
243/16 243/17 243/20 243/22
248/15 249/8 249/10 250/25
251/9 251/24
**assaulted [1]**  252/1
**assigns [1]**  149/3
**assist [10]**  71/24 72/22 73/3
80/25 85/19 211/22 219/23
221/11 224/14 231/5
**assistance [6]**  8/8 178/16
212/10 212/15 220/1 231/20
**assistant [13]**  6/8 24/1 24/6
30/18 57/15 57/25 114/18
135/6 149/2 153/6 153/8
157/6 164/4
**assistants [2]**  113/22 149/6
**assisted [1]**  195/10
**assisting [4]**  8/1 8/5 252/7
252/20
**associate [1]**  22/13
**Associate's [1]**  40/21
**assume [2]**  186/23 196/13
**assumed [1]**  78/24
**assumes [1]**  141/4
**attacks [1]**  125/9
**attempt [1]**  178/18
**attend [2]**  176/18 176/20
**attended [1]**  111/17
**attention [18]**  18/8 69/24
88/23 92/15 102/7 103/11
118/4 121/15 147/13 154/2
165/7 167/12 169/21 170/8
177/12 180/9 191/25 215/23
**Attorney [1]**  6/8
**ATTORNEY'S [1]**  2/4
**Audio [10]**  58/18 101/21
102/4 170/19 171/2 171/16
172/16 174/12 235/8 235/22
**August [9]**  7/12 55/12 69/25
88/24 93/1 98/12 110/22
223/14 225/1
**August 29 [1]**  225/1
**August 29th [6]**  7/12 55/12
69/25 88/24 93/1 98/12
**AUSA [1]**  2/5
**authority [3]**  224/18 239/17
239/18
**authorization [2]**  72/11
102/17
**automotive [2]**  22/24 23/5
**available [1]**  76/7
**aware [8]**  71/3 71/8 79/7
117/17 148/23 184/19 224/6
224/22
**awareness [1]**  94/13
**away [7]**  42/12 114/9 114/13
147/24 199/5 205/11 220/21
**Azusa [1]**  37/9

**B**

**B-A-B-U [1]**  14/22
**B-A-I-L-O-N [1]**  46/15
**B-I-R-D [1]**  15/3
**B-R-A-D-Y [1]**  176/1
**B-R-A-N-T-A [1]**  35/15
**B-R-I-A-N [1]**  87/22

**Babu [3]**  14/22 15/18 32/11
**bachelor [1]**  23/7
**bachelor's [6]**  23/15 32/2
41/18 47/5 48/15 53/1
**bachelors [1]**  156/15
**back [51]**  12/6 44/20 53/11
61/19 65/19 68/15 69/10
71/18 73/8 73/20 76/3 84/17
88/14 94/8 111/23 112/8
123/15 126/18 130/12 131/3
134/22 135/9 144/25 147/17
148/17 150/22 151/5 166/5
177/2 179/19 190/19 193/8
195/21 195/24 196/25 197/4
207/4 207/15 207/16 209/2
214/3 214/14 216/9 219/10
220/15 220/16 236/25 238/18
238/23 239/1 240/2
**background [25]**  16/25 18/5
19/17 20/20 22/11 24/16
25/21 26/22 29/2 29/25 31/5
32/1 33/11 35/2 36/20 38/5
39/14 40/20 45/16 47/4 48/13
52/25 64/4 146/5 181/20
**backlog [5]**  165/20 172/7
205/18 205/19 213/21
**bad [4]**  61/22 177/25 247/15
250/9
**bag [4]**  179/7 212/23 213/1
213/13
**Bailon [4]**  11/4 46/15 46/17
47/12
**banking [1]**  129/22
**barrage [1]**  178/20
**Barre [8]**  191/13 191/19
192/7 192/9 193/10 194/1
195/7 196/19
**base [2]**  189/24 232/3
**based [15]**  89/16 93/9 93/13
95/16 96/2 125/19 144/9
158/25 185/18 195/11 206/1
207/3 208/20 219/7 252/8
**basic [6]**  57/10 61/6 94/11
188/25 189/2 210/20
**basically [4]**  34/14 94/11
102/14 185/4
**basis [3]**  193/23 194/8
224/24
**battle [3]**  62/14 62/15 62/24
**be [192]**
**Beach [3]**  32/15 36/1 52/2
**bear [1]**  190/24
**became [7]**  91/1 125/1 135/1
137/19 194/23 200/20 220/16
**because [77]**  5/2 20/8 53/16
54/11 58/13 59/25 62/10 63/9
70/23 72/18 73/9 83/12 86/5
103/16 115/5 122/12 122/19
124/1 125/6 128/16 128/20
130/1 130/11 131/6 132/14
135/4 135/9 136/15 145/23
154/8 155/16 157/25 158/2
159/4 166/10 167/17 167/18
170/21 175/4 177/24 178/3
178/19 179/17 180/8 183/9
186/7 186/13 190/3 190/4
193/2 196/17 198/18 199/2
205/10 206/8 206/12 210/14
220/17 228/2 229/24 231/4
232/4 232/5 233/14 234/11
234/13 236/20 237/9 237/20
243/2 243/17 245/14 247/10
247/16 249/6 250/13 251/14
**become [4]**  63/14 92/17 117/9
118/8
**becoming [1]**  61/4
**bed [4]**  202/14 202/15 203/13
203/14
**been [57]**  11/22 12/10 12/20

**B**

**been... [54]**   18/25 24/6
44/17 53/22 65/18 66/19
68/13 72/8 74/8 80/3 88/2
91/25 95/10 101/13 107/16
109/13 124/1 128/21 136/19
137/2 138/11 144/7 145/14
146/17 148/3 148/11 148/14
152/18 163/11 168/11 171/5
173/19 173/25 176/4 187/17
188/1 190/5 191/20 191/21
193/4 195/23 198/20 200/3
201/13 204/2 205/7 207/12
209/21 213/20 213/22 214/18
224/9 228/1 233/19
**before [42]**   6/15 53/22 60/17
65/11 72/13 76/24 103/2
107/19 120/22 130/25 132/24
135/22 137/8 137/19 142/9
153/3 156/8 160/16 160/25
161/13 172/18 172/22 172/24
174/7 175/6 175/9 181/17
181/18 185/6 187/1 201/1
211/18 221/21 222/14 222/16
231/1 236/23 238/7 239/3
251/4 253/2 253/2
**beg [1]**   219/22
**began [4]**   56/5 110/18 118/9
196/24
**begin [9]**   7/8 15/17 53/13
53/22 53/25 56/7 165/8
208/24 238/7
**beginning [6]**   65/6 123/12
123/15 133/4 137/15 218/25
**begins [5]**   4/16 4/17 7/3
61/25 250/5
**behalf [7]**   2/3 2/9 6/6 6/11
111/22 217/17 231/18
**behavior [3]**   226/18 233/21
233/23
**behind [2]**   114/10 126/12
**being [39]**   17/3 24/4 27/6
72/6 78/21 82/10 101/24
108/25 119/2 127/5 128/3
149/17 156/3 156/19 184/14
189/6 190/14 193/1 198/15
198/16 205/22 206/17 208/3
209/9 209/11 209/14 210/12
210/21 210/23 211/17 213/2
213/19 215/22 219/14 224/24
228/6 228/8 228/9 232/12
**believe [47]**   19/12 27/16
27/16 45/25 64/24 70/18
70/22 74/7 76/8 80/1 80/19
84/11 84/18 94/9 102/16
104/9 112/21 122/22 129/7
130/14 139/11 139/18 142/13
159/18 159/25 161/14 162/1
168/5 169/14 172/15 196/15
200/14 201/6 209/5 217/7
218/25 225/4 225/8 226/9
226/12 226/12 226/17 227/6
234/7 234/11 236/2 244/20
**believed [3]**   126/5 190/3
234/13
**belittled [2]**   158/12 193/6
**belittling [1]**   55/4
**belligerent [1]**   168/12
**belong [1]**   222/22
**belongings [1]**   202/13
**Ben [5]**   126/1 142/17 142/24
143/6 150/2
**bench [1]**   99/3
**Beneath [1]**   104/10
**benefit [1]**   242/2
**benefits [11]**   68/8 68/9
68/15 81/15 81/18 196/16
224/3 224/10 231/21 232/8

234/18
**Bernardino [1]**   1/24
**besides [1]**   200/4
**best [6]**   6/19 129/20 169/7
171/13 195/16 196/1
**betrayed [1]**   194/18
**better [6]**   72/20 79/20 191/6
198/16 200/22 236/21
**between [14]**   63/13 63/16
89/6 100/10 100/15 100/20
100/25 120/14 149/11 154/7
170/6 198/14 200/1 238/12
**Biden [1]**   217/24
**big [3]**   199/4 218/3 226/15
**bike [2]**   203/20 204/22
**bill [4]**   72/10 180/1 194/24
195/4
**billing [1]**   10/22
**bills [3]**   80/7 111/18 194/14
**binder [3]**   95/9 169/21
169/22
**Biocompatability [1]**   31/17
**Biolabs [1]**   31/20
**biological [1]**   125/12
**biopsies [1]**   211/2
**Bird [2]**   15/3 19/22
**bit [15]**   63/2 69/10 81/6
81/19 110/16 111/6 113/6
113/8 116/16 136/6 179/9
190/16 191/3 212/16 214/4
**bitch [5]**   124/21 156/3
156/20 228/16 228/24
**bitches [3]**   59/3 125/6
230/14
**black [2]**   169/22 190/4
**block [1]**   200/19
**blocked [2]**   167/2 167/17
**blow [1]**   200/5
**blue [1]**   190/4
**board [4]**   186/8 197/10
197/12 233/9
**Bob [1]**   13/22
**Bobby [2]**   10/16 11/15
**bodies [1]**   179/11
**body [2]**   13/1 179/7
**bomb [2]**   180/23 180/23
**bombs [3]**   125/10 180/15
186/14
**book [4]**   230/2 230/3 240/6
250/22
**born [1]**   194/22
**Borosilicate [1]**   200/6
**boss [3]**   178/4 178/6 179/21
**Boston [1]**   163/22
**both [39]**   13/9 13/17 17/3
17/7 17/10 18/9 19/19 21/1
22/15 23/17 24/18 25/24
26/24 29/4 30/3 31/9 32/5
33/15 35/6 36/24 38/8 39/16
40/22 41/20 42/25 44/5 45/19
47/6 48/8 48/16 50/5 51/4
53/2 74/22 116/19 130/24
136/22 236/12 245/7
**bought [1]**   194/22
**Boulevard [1]**   2/11
**box [1]**   14/17
**boyfriend [3]**   11/7 40/12
40/13
**BRADY [16]**   3/18 10/2 59/13
59/13 59/15 59/19 59/20
59/20 175/20 175/25 176/1
176/3 176/9 178/1 182/9
233/25
**branch [2]**   59/15 92/11
**Branta [2]**   35/15 35/17
**breathe [1]**   56/23
**breed [1]**   226/19
**BRIAN [5]**   3/6 87/17 87/22
88/1 92/22

**brief [6]**   53/14 53/23 144/20
195/7 226/7 247/4
**briefing [1]**   239/8
**briefly [7]**   81/8 82/3 84/21
129/4 136/15 208/2 243/9
**briefs [1]**   111/17
**bright [1]**   188/15
**bring [4]**   70/9 82/25 159/20
199/17
**Brinks [1]**   18/19
**broad [1]**   137/21
**broadly [2]**   141/4 146/24
**broke [2]**   190/3 190/11
**broken [3]**   82/12 190/22
193/4
**bronze [1]**   224/6
**brought [1]**   86/18
**Brown [23]**   54/9 56/2 110/21
110/24 111/4 114/24 115/6
115/16 117/19 122/4 122/19
122/19 129/22 141/12 141/14
146/11 146/13 215/9 215/10
215/15 229/3 229/11 235/13
**Brown's [15]**   56/11 100/6
100/14 113/13 113/20 117/25
123/20 129/12 129/15 130/9
136/9 138/10 227/8 228/15
229/1
**brushed [2]**   198/18 198/21
**building [5]**   69/18 74/20
92/14 108/8 202/7
**buildings [3]**   92/14 128/1
202/8
**bull [1]**   147/23
**bunch [2]**   148/24 180/21
**Burbank [3]**   31/13 34/1 45/4
**burden [1]**   7/5
**bureaucracy [1]**   81/14
**bus [4]**   17/20 26/16 238/19
238/22
**Busch [3]**   194/3 196/20
196/21
**business [7]**   16/2 16/2 16/4
16/6 38/6 38/24 95/2
**button [2]**   113/16 183/8
**buzz [1]**   69/21
**buzzer [1]**   69/21

**C**

**C-U-N-T [3]**   119/16 125/4
156/7
**CA [3]**   1/22 2/6 2/12
**CALIFORNIA [42]**   1/2 1/15 4/1
7/14 7/24 8/11 8/20 9/2 9/9
9/15 9/23 11/5 22/25 47/17
54/23 55/9 58/1 61/9 67/5
79/2 79/17 80/6 93/16 100/8
100/13 100/18 100/23 101/3
122/16 130/8 132/15 155/7
158/18 167/25 181/4 186/3
189/11 195/22 196/4 196/7
216/16 217/5
**California's [1]**   164/2
**call [209]**
**called [54]**   10/12 55/14
55/18 56/10 57/20 58/5 58/6
59/20 64/15 64/25 66/9 69/3
71/12 73/8 73/20 75/14 78/17
84/10 85/15 98/17 98/22
98/23 113/17 119/16 121/2
122/3 122/3 123/14 136/19
136/22 142/2 142/7 159/25
178/12 181/16 181/18 184/8
205/10 205/12 206/8 207/10
209/4 210/18 215/15 215/18
216/12 218/9 225/15 227/8
227/11 233/25 244/18 247/3
247/14
**caller [73]**   73/3 74/16 76/14

**C**

**caller... [70]**  84/2 89/17 89/18 89/25 94/9 116/23 118/9 118/13 118/14 118/15 118/17 118/18 119/7 119/13 120/18 120/23 121/2 121/6 121/19 124/4 125/22 128/7 129/6 129/10 134/21 148/12 148/16 148/17 148/22 149/7 149/15 149/20 149/20 150/7 151/19 154/17 154/23 155/8 155/11 158/13 165/23 166/5 166/9 166/13 166/14 166/16 166/20 166/22 167/3 167/5 167/14 167/16 168/21 169/3 169/5 170/6 170/22 171/5 171/7 171/10 171/13 171/18 171/24 173/2 174/2 178/22 179/3 180/5 180/25 180/25

**callers [4]**  123/22 165/9 166/11 182/15

**calling [48]**  6/2 54/21 63/20 63/22 71/24 78/8 82/14 83/25 86/5 114/24 115/1 115/13 115/22 118/9 119/19 120/6 122/18 124/1 130/12 131/3 141/13 141/21 149/22 164/19 165/5 167/2 173/19 184/7 197/9 198/15 205/7 205/14 205/21 206/11 206/12 207/11 207/18 211/14 211/21 212/11 212/12 215/3 215/13 215/24 216/25 219/23 227/4 231/24

**calls [203]**

**calm [4]**  88/21 123/15 127/24 198/17

**calmer [1]**  129/8

**Camarillo [1]**  47/16

**came [13]**  74/10 92/19 113/25 114/2 126/15 127/11 147/20 147/24 154/20 167/25 207/20 223/13 252/9

**cameras [1]**  69/21

**Camp [2]**  11/10 12/10

**campus [1]**  192/9

**can [166]**

**can't [18]**  27/4 27/22 77/14 82/18 97/21 110/4 141/17 149/3 159/18 197/17 198/6 199/1 207/25 216/21 217/16 219/7 230/25 237/23

**cannabis [14]**  129/13 180/15 184/11 184/16 184/18 185/1 216/13 216/20 216/21 216/21 217/1 217/15 232/15 232/17

**cannot [5]**  27/23 27/24 176/19 219/8 236/16

**capability [2]**  82/15 83/24

**capacity [2]**  91/6 205/24

**capital [2]**  164/14 228/1

**Capito [4]**  57/16 100/19 152/25 153/3

**Capito's [5]**  153/18 154/11 225/13 225/15 230/21

**capitol [26]**  6/9 74/17 75/11 85/12 92/6 92/8 92/9 92/14 110/19 111/2 117/16 120/5 125/9 127/9 127/25 136/1 161/16 214/11 214/12 214/14 219/20 227/24 228/5 228/7 229/22 231/3

**car [5]**  203/15 204/22 220/25 221/1 221/2

**care [57]**  41/11 62/8 63/5 63/22 63/23 71/13 71/17 73/13 78/22 80/4 80/6 80/11 80/18 146/24 147/2 155/21 155/22 155/22 179/14 179/15

179/21 183/10 191/14 195/3 207/2 207/7 207/12 207/13 207/9 207/12 207/13 207/21 208/17 208/20 208/22 209/3 210/15 213/18 215/20 215/21 216/3 216/18 218/1 218/24 219/1 219/6 219/6 219/7 219/10 219/12 219/13 220/10 220/15 220/17 221/10 221/16 232/2

**cared [1]**  218/2

**carefully [1]**  65/22

**cares [2]**  179/24 180/4

**carjacked [1]**  12/21

**Carolina [1]**  189/5

**carry [2]**  136/23 206/23

**cartilage [1]**  193/4

**case [61]**  4/13 4/16 4/17 5/20 6/14 7/1 7/3 13/4 16/21 22/6 24/6 25/16 25/17 38/3 48/9 52/20 53/13 53/19 60/8 62/3 62/4 63/10 63/12 63/15 64/5 64/13 64/20 65/4 65/5 65/6 65/9 66/2 67/12 72/17 82/20 87/7 87/7 92/16 92/17 93/12 102/18 107/8 136/4 136/8 137/6 139/3 159/23 161/15 184/24 187/12 203/24 204/18 225/5 236/12 236/22 237/2 237/14 237/16 241/13 248/15 249/24

**cases [6]**  24/8 48/6 69/7 73/1 93/14 227/23

**casework [4]**  68/14 115/14 178/24 224/17

**caseworker [3]**  67/13 67/24 68/5

**caseworkers [2]**  115/15 177/2

**cast [1]**  13/1

**caught [4]**  148/20 207/13 208/16 237/24

**cause [1]**  193/13

**caused [2]**  62/22 169/3

**causes [1]**  229/22

**cautionary [2]**  86/24 237/15

**cautioned [1]**  53/15

**cautious [1]**  236/19

**CD [4]**  95/12 170/4 170/5 170/10

**cell [6]**  82/1 102/23 102/24 168/25 182/19 204/24

**Center [10]**  26/12 46/23 189/13 191/14 191/20 192/6 192/18 194/1 195/7 241/3

**Center's [1]**  232/2

**centered [1]**  184/8

**CENTRAL [14]**  1/2 7/13 7/23 8/10 8/19 9/1 9/8 9/15 9/22 100/8 100/13 100/17 100/22 101/3

**Cerritos [1]**  18/14

**certain [5]**  99/22 99/22 124/4 158/1 250/23

**certainly [4]**  172/21 173/17 175/3 194/19

**CERTIFICATE [1]**  254/1

**Certified [1]**  30/17

**certify [1]**  254/4

**cetera [1]**  250/6

**chain [3]**  52/9 114/12 212/17

**chairman [6]**  178/7 184/6 209/5 211/18 211/20 218/6

**chairwoman [1]**  235/14

**challenge [16]**  32/8 33/18 35/11 37/2 38/12 39/20 41/1 41/23 43/4 44/8 45/22 46/4 47/10 48/19 49/2 51/16

**challenged [1]**  224/10

**challenges [1]**  51/10

**chambers [1]**  253/8

**chance [2]**  13/22 36/23

172/8

**change [2]**  102/6 194/17

**Changing [1]**  76/6

**charge [6]**  6/25 13/15 13/15 164/9 164/15 216/6

**charged [7]**  54/11 60/5 64/20 97/15 228/13 240/24 249/15

**charges [4]**  64/20 65/3 66/5 210/2

**cheap [1]**  205/3

**check [3]**  29/13 88/14 252/2

**checked [1]**  94/5

**checks [1]**  112/16

**chemical [1]**  21/25

**child [10]**  5/20 156/13 194/22 194/23 218/16 234/6 234/7 234/10 234/12 234/14

**children [23]**  16/9 19/1 20/9 20/10 21/20 21/22 23/7 23/9 26/17 28/20 28/22 30/23 30/25 33/4 34/16 36/7 37/22 39/7 39/9 42/13 45/12 52/13 218/11

**choice [24]**  44/10 180/1 206/12 207/1 207/6 207/8 207/8 207/11 207/14 207/16 208/1 208/2 208/8 208/18 208/19 208/23 208/25 210/22 213/16 215/20 216/12 219/13 220/16 232/9

**Christie [2]**  10/25 15/5

**chuckled [3]**  150/10 150/20 151/2

**Cinematography [1]**  33/1

**Circuit [4]**  240/6 243/14 243/19 250/22

**circumstances [1]**  64/16

**City [2]**  24/23 32/21

**civic [1]**  176/20

**civil [9]**  16/21 22/6 24/10 24/11 25/16 36/16 38/3 48/6 52/20

**claim [4]**  81/14 191/14 191/17 206/8

**claimed [1]**  54/24

**claims [5]**  205/12 205/18 205/19 207/13 213/21

**clarify [5]**  150/16 172/25 187/10 242/9 244/24

**clarifying [1]**  117/11

**Clarita [2]**  15/21 29/9

**Clarksburg [3]**  162/9 162/13 210/23

**class [1]**  156/17

**clear [5]**  116/17 118/12 205/13 205/16 228/9

**cleared [1]**  91/4

**clearing [1]**  91/3

**clearly [7]**  10/13 71/13 71/17 123/12 124/18 185/24 233/14

**clerk [6]**  4/24 53/11 107/13 160/14 201/1 201/9

**clinical [1]**  110/1

**Clinque [1]**  45/9

**clock [1]**  236/16

**close [6]**  10/23 11/8 33/7 168/6 203/10 220/24

**closely [1]**  89/22

**closer [1]**  191/3

**clubs [1]**  176/20

**CNA [2]**  30/15 30/16

**CO [1]**  190/25

**Coast [5]**  54/22 54/23 61/1 181/17 193/8

**code [13]**  73/17 84/10 115/5 115/20 117/13 122/14 130/6

**C**

**code... [6]**  132/14 155/4 158/17 165/3 166/18 254/5
**coding [1]**  20/22
**cold [1]**  17/15
**colleague [3]**  60/3 60/9 183/11
**colleagues [3]**  65/5 179/12 183/6
**collect [1]**  194/15
**Colleen [4]**  200/23 203/9 204/11 221/3
**Colleen's [3]**  201/15 201/21 202/3
**college [13]**  16/14 16/15 18/7 19/18 20/21 24/17 30/2 44/4 50/4 74/22 156/16 163/23 180/2
**colonel [1]**  224/2
**colored [1]**  107/6
**Combat [3]**  189/13 192/17 232/2
**combination [2]**  48/7 174/3
**come [41]**  19/14 27/9 44/20 54/6 56/17 60/9 73/21 85/7 89/5 89/15 112/20 125/2 125/3 126/14 127/7 136/7 137/12 139/17 144/25 147/22 166/24 167/18 182/15 183/6 183/20 189/10 189/14 195/21 196/6 208/3 210/6 212/1 212/25 213/16 213/17 216/1 218/13 221/19 232/20 236/25 240/5
**comes [7]**  81/7 111/15 127/15 166/25 167/1 206/25 214/17
**comfortable [5]**  116/25 117/5 119/12 132/12 133/2
**coming [13]**  55/20 73/24 76/24 77/9 124/3 133/21 135/22 141/11 167/17 167/23 179/4 182/18 213/4
**comma [1]**  242/20
**command [3]**  47/22 195/8 212/17
**commanding [1]**  189/23
**comment [4]**  153/19 153/23 179/20 181/9
**comments [7]**  78/21 79/18 86/3 155/25 156/21 177/24 240/7
**commerce [1]**  8/14
**commit [1]**  214/23
**committed [2]**  92/12 252/1
**committee [28]**  69/9 78/14 103/16 103/17 122/20 140/25 141/22 141/23 141/24 162/3 162/7 178/5 178/8 184/1 184/5 184/6 184/25 209/5 210/18 210/19 211/15 215/11 215/16 215/17 218/6 218/6 224/11 229/12
**committees [3]**  140/22 210/19 211/11
**committing [1]**  135/2
**common [2]**  20/9 170/25
**communication [2]**  8/14 246/8
**communications [11]**  8/21 8/24 9/3 9/6 9/10 9/13 9/17 9/19 9/24 10/2 249/16
**community [6]**  25/3 40/9 207/3 208/20 208/21 219/7
**community-based [3]**  207/3 208/20 219/7
**company [9]**  23/5 34/7 37/15 37/16 38/25 39/1 40/16 42/10 95/2
**compare [1]**  137/2

**compel [1]**  95/2
**complain [2]**  19/23 79/24
**complaining [5]**  78/25 81/4 85/5 85/9 178/20
**complaint [1]**  185/12
**complete [4]**  6/20 174/15 174/16 236/12
**completely [1]**  144/9
**complex [1]**  98/6
**complicated [1]**  197/24
**complication [1]**  193/12
**composer [1]**  34/5
**computer [3]**  75/9 93/13 179/2
**computer-based [1]**  93/13
**concern [7]**  56/8 74/25 126/24 126/24 126/25 153/19 210/14
**concerned [1]**  55/22
**concerning [4]**  64/6 70/14 124/24 135/4
**concerns [5]**  74/18 135/11 151/20 172/13 220/10
**conclude [3]**  122/23 157/10 248/22
**concluded [2]**  120/21 253/12
**conclusion [8]**  104/13 112/13 120/8 131/10 139/11 151/10 151/16 173/4
**condition [4]**  90/16 169/10 199/2 199/7
**conditions [1]**  141/1
**conduct [6]**  56/6 92/11 94/17 94/24 103/4 224/19
**conducting [1]**  103/6
**confer [1]**  4/24
**Conference [1]**  254/9
**confirm [1]**  93/4
**confirmation [1]**  194/10
**conformance [1]**  254/8
**confused [4]**  150/15 179/9 243/1 252/11
**confusion [1]**  44/17
**Congress [14]**  67/4 67/7 67/7 67/8 70/8 92/13 153/12 164/21 205/22 210/11 210/19 211/14 212/7 216/25
**Congress' [1]**  94/19
**congressional [32]**  54/12 54/14 54/17 55/2 55/5 56/3 57/2 57/5 57/13 59/2 59/16 60/3 63/20 63/22 64/23 69/4 72/16 80/10 92/13 92/14 93/24 94/8 94/16 94/18 149/17 205/8 205/9 206/11 215/16 215/17 216/6 224/22
**congressman [33]**  57/25 58/1 59/13 59/14 100/24 101/4 103/16 104/10 106/11 163/24 164/2 164/23 164/25 175/10 176/10 176/19 178/7 179/21 179/24 180/3 180/17 183/24 183/25 186/1 210/4 211/19 215/8 217/5 217/6 223/18 223/19 224/13 224/18
**congressman's [1]**  164/11
**congressmen [1]**  54/21
**congresswoman [24]**  55/7 55/8 66/25 67/2 67/3 67/10 67/19 69/8 70/24 71/1 71/7 71/13 72/8 76/6 76/18 78/10 78/12 88/8 92/18 92/20 92/21 98/13 224/25 231/23
**congresswoman's [1]**  55/14
**congresswomen [1]**  54/21
**connect [2]**  226/7 226/10
**connected [3]**  191/18 191/19 226/9
**consider [7]**  143/4 143/8

**200/8 216/9 236/13 238/8**
**consideration [4]**  86/25 87/5 195/19 222/2
**considered [1]**  239/16
**considering [1]**  125/9
**consistent [3]**  60/11 171/22 239/8
**constant [2]**  177/24 178/20
**constantly [2]**  198/14 198/15
**constituent [10]**  68/24 68/25 72/23 111/8 111/20 117/18 153/15 153/16 165/4 176/22
**constituents [8]**  68/4 111/23 115/7 129/17 157/8 157/25 164/18 176/24
**constituents' [1]**  128/17
**Constitution [1]**  184/10
**contact [11]**  57/11 74/21 115/10 115/11 115/14 115/18 122/11 136/7 195/9 195/24 205/4
**contacted [5]**  93/4 93/18 93/23 94/14 194/12
**contained [1]**  8/15
**contains [1]**  95/13
**contempt [1]**  131/18
**contest [1]**  99/8
**context [3]**  71/22 157/20 173/18
**contexts [1]**  88/16
**continue [3]**  80/25 129/2 212/9
**continued [3]**  120/4 122/25 169/10
**continues [1]**  119/3
**continuously [1]**  192/12
**contractor [1]**  17/24
**conversation [13]**  89/23 89/25 165/16 168/23 169/9 220/5 220/8 221/5 221/8 230/8 230/9 230/25 233/5
**conversations [4]**  54/19 168/1 171/14 171/15
**convict [1]**  250/23
**convicted [1]**  65/12
**Cook [3]**  223/19 223/25 224/13
**Cook's [1]**  70/25
**cooperative [2]**  214/4 230/6
**coordinate [1]**  153/9
**coordinator [4]**  114/7 114/14 114/17 153/10
**copies [1]**  197/21
**copy [2]**  201/6 201/7
**corner [3]**  114/8 147/21 147/25
**Corps [7]**  188/18 188/19 189/13 192/17 224/1 224/2 232/2
**correct [51]**  5/15 44/12 78/12 81/2 97/25 99/25 112/11 113/4 114/4 118/2 120/25 121/1 124/13 127/13 127/17 133/23 141/5 142/3 142/5 150/3 150/4 150/11 160/5 167/22 169/11 183/22 184/3 184/12 192/21 203/10 209/22 215/12 222/11 222/15 223/2 223/16 223/19 225/3 225/13 225/16 227/12 227/15 228/16 229/4 229/10 233/4 234/1 243/21 244/19 246/4 254/5
**correctly [4]**  15/18 107/8 150/12 223/5
**correlating [1]**  106/7
**correspond [1]**  157/7
**correspondence [2]**  111/20

**C**

correspondence... **[1]** 129/20
correspondent **[1]** 164/4
correspondent/staff **[1]**
164/4
corresponding **[2]** 105/13
106/1
Cosmetics **[1]** 45/9
cosponsor **[1]** 217/3
cosponsoring **[1]** 217/7
cosponsorship **[1]** 111/18
couch **[1]** 200/21
could **[43]** 20/9 51/24 56/13
58/11 58/20 59/22 62/8 73/11
85/18 85/19 89/12 103/11
104/8 111/22 112/18 122/9
122/10 122/11 122/14 124/7
129/15 129/21 137/12 150/12
154/14 166/12 169/9 169/24
171/14 178/9 178/10 191/3
195/3 195/17 200/22 205/15
220/10 230/5 230/7 233/12
240/24 252/6 252/19
couldn't **[5]** 178/19 186/6
190/24 193/18 193/18
counsel **[11]** 2/1 4/10 6/4
6/7 60/18 99/3 137/25 144/4
144/14 185/22 240/2
counsel's **[1]** 145/21
counseling **[3]** 25/5 110/2
110/7
count **[28]** 7/12 7/22 8/9
8/18 8/25 9/7 9/21 210/2
210/4 213/3 214/21 215/4
241/25 245/22 245/22 245/24
246/3 246/6 246/14 247/10
249/3 251/22 252/3 252/1
252/13 252/14 252/15 252/17
count 3 **[1]** 215/4
counties **[1]** 176/23
country **[4]** 54/22 135/3
188/14 205/15
country's **[1]** 62/15
counts **[16]** 60/4 64/24 65/1
90/3 213/8 216/4 216/4 239/7
239/13 239/14 246/7 246/16
246/20 248/13 249/15 250/7
county **[12]** 7/13 7/23 8/10
8/19 9/1 9/8 9/15 9/22 11/2
11/16 158/13 158/16
couple **[5]** 12/20 76/3 117/17
188/11 201/14
course **[15]** 13/6 54/16 58/17
71/6 74/25 82/7 101/7 167/18
169/10 188/17 189/6 192/4
193/7 199/16 205/9
court **[44]** 1/1 1/20 4/24
6/11 6/20 16/18 16/19 16/19
16/20 19/11 22/4 25/13 25/14
25/15 27/13 33/20 36/13
36/14 37/4 38/1 38/1 38/2
38/13 41/2 41/25 43/12 46/12
47/11 48/4 48/5 51/20 52/18
65/12 65/17 66/4 76/24 77/10
106/25 135/22 201/6 225/5
239/12 243/13 248/6
Court's **[7]** 60/19 242/2
242/13 244/12 245/22 246/2
246/23
courtesy **[2]** 69/4 72/16
courthouse **[3]** 22/4 48/3
52/17
courtroom **[2]** 53/10 87/1
cousin **[1]** 11/13
cover **[3]** 207/17 207/21
208/1
covered **[7]** 62/22 143/16
194/11 248/25 249/21 250/13

251/2
Covina **[1]** 40/10
CPAP **[1]** 207/24
CR **[1]** 1/8
CR19 **[1]** 6/2
CR19-394-SVW **[1]** 6/2
Craig **[1]** 233/7
create **[1]** 27/3
creative **[1]** 36/6
credibility **[1]** 237/12
cried **[1]** 124/22
crime **[9]** 11/22 11/24 241/4
244/13 244/16 247/2 249/6
249/14 250/23
crimes **[6]** 12/20 65/8 92/12
248/8 248/11 249/5
criminal **[13]** 4/17 6/14
16/21 19/13 22/6 22/7 24/6
25/16 25/17 48/6 48/8 52/20
52/21
cross **[22]** 3/4 3/7 3/9 3/11
3/15 3/19 3/21 76/18 76/20
90/10 107/21 135/16 135/18
152/4 159/8 159/10 175/15
182/5 182/7 222/6 222/8
242/21
Cross-Examination **[21]** 3/4
3/7 3/9 3/11 3/15 3/19 3/21
76/18 76/20 90/10 107/21
135/16 135/18 152/4 159/8
159/10 175/15 182/5 182/7
222/6 222/8
crossed **[1]** 58/14
CRR **[1]** 254/12
cry **[1]** 228/16
CSR **[2]** 1/20 254/12
cubicle **[1]** 114/8
cunt **[15]** 54/7 56/18 57/21
59/7 59/25 104/11 130/23
181/13 217/21 226/22 227/2
227/4 227/11 230/4 233/25
curious **[1]** 138/12
currency **[1]** 18/18
current **[2]** 153/5 220/6
currently **[4]** 10/17 72/25
94/3 197/3
curse **[1]** 185/4
cursing **[4]** 120/24 122/25
180/8 180/15
Curtis **[2]** 197/24 233/7
cussed **[1]** 119/2
cussing **[4]** 118/23 130/3
178/20 186/2
cut **[2]** 174/14 252/6
cyber **[1]** 147/1
cycle **[1]** 115/3
Cynthia **[1]** 15/1

**D**

D-A-R-Y-L **[1]** 175/25
D.C **[12]** 59/17 100/9 100/13
100/18 100/23 110/14 110/18
118/1 130/10 138/2 167/20
175/10
DAHLQUIST **[7]** 2/5 3/3 3/6
3/8 3/18 3/21 6/6
daily **[1]** 88/19
damage **[1]** 197/14
damages **[1]** 227/6
DARYL **[7]** 3/18 10/2 59/13
175/20 175/25 176/3 233/24
data **[1]** 94/2
database **[2]** 159/1 165/5
date **[4]** 121/15 147/13
221/21 254/10
dates **[1]** 97/24
dating **[1]** 13/5
DAVID **[4]** 2/10 2/10 6/10

62/2
day **[25]** 1/14 40/10 73/4 76/3
80/23 82/1 82/22 83/10 84/6
89/6 89/7 107/25 113/2 115/2
118/14 123/15 128/15 129/2
129/8 132/24 147/14 148/16
153/23 154/6 168/9 172/4
172/5 179/6
Daypro **[1]** 29/16
days **[3]** 6/20 58/3 237/18
dead **[2]** 186/3 210/25
deal **[3]** 204/25 218/3 226/15
dealing **[1]** 63/1
deals **[1]** 126/13
dealt **[3]** 81/1 172/23 199/11
Deanna **[1]** 39/23
death **[7]** 89/21 89/21 130/25
144/18 168/15 168/19 210/2
December **[6]** 220/6 220/7
221/12 221/20 221/22 223/14
December the **[1]** 221/22
decide **[1]** 216/20
decided **[3]** 75/25 200/15
206/18
decision **[2]** 87/7 236/23
declare **[1]** 53/23
dedicated **[1]** 93/20
deem **[1]** 237/10
deeply **[1]** 180/4
defect **[2]** 189/21 190/10
defendant **[100]** 1/9 2/9 4/10
7/5 7/11 7/14 7/24 8/11 8/16
8/20 9/2 9/9 9/16 9/23 33/19
37/3 38/12 41/1 41/24 43/4
43/11 44/8 45/23 46/11 47/10
48/24 54/8 54/11 54/19 54/20
54/21 54/23 55/5 55/11 55/13
55/17 55/19 56/3 56/5 56/10
56/13 56/15 56/20 57/3 57/4
57/7 57/20 57/21 58/3 58/10
58/11 58/22 59/5 59/7 59/9
59/20 59/23 59/24 60/4 99/11
99/24 100/22 101/24 106/25
107/9 121/17 127/2 131/2
133/4 133/14 134/20 146/6
148/12 151/14 151/19 172/12
173/8 235/7 238/14 239/22
240/23 241/1 242/20 242/22
243/2 244/17 246/6 246/8
247/2 247/8 247/12 247/20
248/24 249/15 249/17 249/19
250/18 251/21 251/22 252/4
defendant's **[17]** 7/6 45/24
55/3 56/6 100/5 100/12
100/17 101/2 101/15 103/3
106/13 106/16 106/20 107/5
131/14 246/4 246/23
defender **[1]** 11/9
defense **[10]** 51/19 60/17
72/10 144/4 144/14 145/20
185/22 242/12 244/21 250/3
defer **[1]** 69/5
define **[2]** 243/16 243/17
defined **[2]** 245/12 246/9
defines **[1]** 242/3 243/16
Defining **[1]** 242/14
definitely **[6]** 113/13 123/7
123/19 123/22 173/22 175/7
definition **[2]** 230/11 243/11
definitions **[2]** 247/18
250/10
Degrading **[1]** 131/18
degree **[9]** 20/22 25/22 29/3
32/2 33/13 53/1 110/5 110/11
110/12
degrees **[2]** 109/23 156/15
delay **[1]** 233/14
deliberate **[6]** 34/20 34/21
42/19 50/22 236/24 251/3

D

**deliberated [2]** 33/9 38/3
**deliberately [1]** 244/4
**Delisle [1]** 195/10
**deliver [1]** 237/7
**demand [1]** 153/21
**demanding [4]** 122/17 132/11 154/24 155/13
**demeanor [6]** 88/15 88/20 89/7 119/11 123/6 148/4
**democracy [1]** 115/6
**Democrat [1]** 78/12
**democratic [2]** 80/17 211/19
**Democrats [1]** 211/20
**demonstrate [1]** 213/2
**denials [1]** 205/25
**denied [6]** 191/17 206/8 224/2 224/4 224/9 239/16
**deny [1]** 62/21
**denying [2]** 205/12 207/13
**department [14]** 2/4 13/20 13/24 23/5 54/25 94/15 135/12 151/20 172/13 205/11 219/23 233/7 233/8 235/14
**depends [1]** 214/16
**depict [1]** 108/1
**depiction [1]** 202/15
**deputy [1]** 11/1
**descended [1]** 171/15
**describe [34]** 67/6 67/22 68/23 70/3 70/16 71/23 71/25 73/6 81/8 82/3 88/20 89/7 89/24 92/7 104/8 113/10 114/21 118/11 129/4 131/14 134/20 146/21 148/4 148/21 153/14 154/14 158/7 163/20 164/7 165/11 177/16 180/13 201/13 208/2
**describing [1]** 133/10
**description [1]** 94/12
**designation [1]** 5/2
**desk [6]** 122/1 138/24 147/19 147/24 147/25 148/14
**desks [4]** 113/19 113/24 114/3 114/8
**detail [2]** 88/22 125/18
**detail-oriented [1]** 88/22
**details [3]** 89/20 92/24 230/8
**detective [1]** 11/11
**determine [7]** 27/15 64/6 64/9 64/15 133/25 180/19 246/8
**device [1]** 87/2
**devices [1]** 31/18
**Devin [1]** 6/8
**diagnose [1]** 196/21
**diagnosed [2]** 196/18 196/22
**dictionary [2]** 247/17 250/10
**did [296]**
**didn't [60]** 16/2 16/23 18/7 34/21 35/3 42/19 44/9 50/22 51/9 58/7 78/4 83/5 83/12 83/13 83/22 84/16 117/9 118/15 120/3 122/6 122/16 127/10 131/6 135/9 136/5 139/13 143/22 155/21 155/22 159/4 159/20 159/22 160/8 177/23 179/12 179/13 179/15 192/8 192/20 193/3 193/5 194/1 196/3 196/4 196/21 200/15 207/21 212/24 215/14 219/3 220/19 221/7 222/20 223/4 225/6 233/22 241/12 241/17 241/19 248/6
**die [7]** 58/11 58/12 168/23 173/1 173/1 174/5 174/23
**Diego [1]** 211/1

**difference [1]** 145/24
**different [65]** 32/25 65/7 65/8 65/10 65/11 65/13 75/19 88/15 108/8 108/12 111/2 117/17 129/17 149/7 149/19 168/8 168/17 176/15 176/23 176/24 186/9 202/8 205/8 206/11 214/9 214/15 216/12 216/24 222/16 237/8 244/15 246/25 248/11 248/12
**differentiate [2]** 63/13 63/15
**differently [1]** 208/8
**difficult [6]** 13/16 117/3 117/9 123/21 192/25 196/15
**Digital [1]** 20/2
**diminishing [1]** 137/8
**direct [36]** 3/3 3/6 3/8 3/11 3/13 3/15 3/17 3/18 3/21 56/14 59/22 66/22 69/24 74/15 75/20 88/5 92/3 92/15 102/7 103/11 109/16 121/15 145/17 149/19 152/21 154/2 163/14 165/7 167/12 169/21 170/8 176/7 177/12 180/9 188/4 233/2
**directed [4]** 155/23 155/25 158/4 158/5
**directing [2]** 88/23 155/15
**directions [1]** 178/11
**directly [8]** 61/21 69/8 82/8 128/8 128/23 132/3 149/16 158/2
**director [13]** 25/2 75/6 84/8 92/23 114/11 114/19 219/16 220/3 220/6 220/8 221/5 221/6 233/7
**director's [3]** 195/8 219/2 220/1
**dirty [1]** 63/13
**disability [25]** 62/9 68/9 176/25 191/15 191/17 192/4 195/12 196/16 196/22 197/2 197/6 199/7 199/8 200/4 204/9 204/10 204/11 205/12 206/8 213/22 224/3 224/4 224/9 234/18 234/23
**disabled [3]** 197/3 199/9 234/19
**disappointed [1]** 141/11
**disbursing [1]** 112/21
**discarded [1]** 83/7
**discharge [1]** 61/22
**discharged [1]** 191/7
**disclose [3]** 158/19 181/25 249/18
**disclosing [5]** 8/22 9/4 9/11 9/17 9/25
**discomfort [2]** 191/25 197/15
**disconnected [1]** 202/4
**discretion [4]** 116/5 116/12 116/16 117/10
**discuss [5]** 86/9 114/25 136/5 192/3 238/9
**discussed [7]** 80/19 141/18 172/7 182/14 184/14 220/9 244/23
**discussion [3]** 136/23 238/12 243/4
**discussions [1]** 238/15
**disease [1]** 86/16
**dismiss [2]** 236/16 239/12
**dismissed [1]** 50/21
**dispatch [1]** 145/22
**dispute [1]** 99/23
**disputed [1]** 252/8
**disputing [1]** 99/12
**disregard [1]** 244/5
**disrespectful [2]** 234/8

224/12
**distasteful [1]** 55/4
**distinct [1]** 202/7
**distraught [1]** 72/1
**district [45]** 1/1 1/2 1/4 7/13 7/23 8/10 8/19 9/1 9/8 9/15 9/22 21/19 32/20 32/22 35/25 36/2 49/21 67/1 67/4 68/2 69/5 71/1 71/4 71/10 72/23 75/6 79/16 81/15 88/9 92/22 100/8 100/13 100/18 100/23 101/3 112/7 141/21 164/2 164/19 176/10 178/2 204/5 211/10 211/24 223/18
**disturbing [3]** 88/25 89/3 193/20
**DIVISION [1]** 1/2
**divorced [5]** 18/21 18/25 52/12 195/23 199/19
**do [230]**
**doctor [10]** 61/12 180/18 185/13 192/7 192/8 192/8 192/10 218/24 219/9 221/17
**doctors [3]** 61/12 61/17 192/11
**Doctrine [10]** 71/16 72/3 72/3 72/4 73/6 86/10 86/11 231/25 232/6 232/10
**document [4]** 93/13 102/13 134/7 134/8
**documents [9]** 99/21 102/24 102/25 102/25 132/1 197/22 198/1 233/9 233/13
**does [48]** 10/14 11/7 16/6 34/13 37/21 39/6 40/13 51/15 63/17 63/19 63/19 76/6 78/16 80/17 82/9 82/12 82/13 84/2 92/8 96/8 98/9 111/7 114/22 122/20 134/17 140/5 140/6 140/13 141/14 160/25 161/8 162/7 182/24 199/10 202/10 213/24 214/2 217/5 222/22 222/24 231/22 238/14 244/2 245/11 245/14 248/19 251/8
**doesn't [20]** 30/22 71/13 71/15 71/17 72/23 129/23 130/11 134/2 179/21 198/21 204/15 204/16 211/7 212/14 213/17 227/4 238/16 238/17 241/5 249/7
**doing [11]** 54/14 55/17 68/14 76/1 113/12 167/6 189/10 200/3 211/11 215/19 223/9
**dollars [4]** 68/15 197/1 206/9 234/25
**dome [1]** 190/11
**domestic [1]** 12/15
**don't [94]** 4/22 5/19 5/22 10/17 11/11 11/18 27/1 27/2 27/5 27/7 73/12 73/25 78/7 80/5 80/7 80/19 80/19 83/2 84/18 87/1 87/3 87/4 87/6 90/21 117/7 118/17 133/21 141/3 141/3 143/8 152/1 154/19 155/6 156/13 158/3 159/6 161/14 166/23 168/5 171/18 171/21 172/15 175/9 182/3 199/13 201/17 202/25 204/22 204/22 211/23 211/24 212/20 213/23 213/23 214/4 217/16 218/13 218/16 219/1 219/5 221/2 222/1 222/3 223/13 224/21 225/11 225/25 225/25 226/1 226/6 226/12 226/23 226/25 227/19 228/17 228/25 229/5 229/7 229/11 229/16 229/19 229/21 231/4

**D**

**don't... [11]** 232/19 237/15 237/16 237/16 238/21 239/8 240/22 241/5 247/25 249/9 252/25

**done [10]** 76/5 77/12 99/9 132/9 134/14 198/23 205/23 210/21 210/23 234/24

**door [1]** 69/23

**doored [1]** 12/25

**doorstep [2]** 179/7 179/11

**doubt [1]** 65/18

**Dover [7]** 126/1 142/17 142/24 143/6 150/2 150/7 150/25

**dovetail [1]** 147/2

**down [30]** 13/1 62/21 75/9 83/22 83/23 84/3 89/12 91/10 123/15 126/3 127/24 133/15 138/25 139/3 140/6 143/2 153/20 153/24 159/15 162/23 164/22 166/17 169/8 174/9 177/1 211/1 219/24 229/25 230/2 242/17

**Downey [1]** 42/5

**downstairs [1]** 113/22

**Downtown [1]** 26/11

**Dr [1]** 194/3

**Dr. [6]** 196/20 196/21 211/17 215/8 224/15 224/23

**Dr. Adelman [2]** 224/15 224/23

**Dr. Busch [2]** 196/20 196/21

**Dr. Phil [1]** 215/8

**Dr. Roe [1]** 211/17

**draft [1]** 164/12

**draw [1]** 53/21

**drills [2]** 125/11 125/12

**drive [1]** 52/7

**driver [2]** 17/20 26/16

**drives [2]** 203/18 221/3

**dropped [3]** 18/8 121/11 143/1

**dual [2]** 109/25 110/10

**due [2]** 122/23 140/14

**duly [9]** 66/19 88/2 91/25 109/13 145/14 152/18 163/11 176/4 188/1

**dumb [4]** 59/25 181/14 181/21 234/3

**duper [1]** 148/6

**durable [5]** 206/13 207/17 208/1 210/22 213/17

**durations [1]** 100/6

**during [20]** 56/6 58/4 58/16 64/15 72/5 77/19 101/7 103/13 103/23 106/8 118/5 121/23 128/11 130/16 166/4 181/25 189/20 232/1 236/1 249/19

**duties [9]** 7/19 7/21 8/5 8/6 8/8 63/15 102/9 145/22 153/11

**duty [8]** 188/24 189/11 189/12 190/15 190/15 190/17 190/19 190/20

**dying [4]** 206/16 208/18 213/18 216/2

**E**

**E-I-N-S [1]** 163/7

**E-M-B-R-A-Y [1]** 15/8

**e-mail [29]** 77/2 85/12 92/23 93/4 93/5 96/22 96/25 128/22 133/13 144/7 144/9 144/12 153/22 159/24 160/11 160/16 160/21 160/24 160/24 221/14 221/19 221/25 223/7 223/9

**e-mailed [1]** 75/11

**e-mails [4]** 77/4 132/3 135/24 161/5

**each [10]** 48/9 49/2 53/14 87/6 113/21 115/21 138/24 200/2 237/15 248/11

**earlier [1]** 75/21

**early [4]** 117/1 125/11 144/21 220/6

**east [4]** 17/15 54/22 60/25 193/8

**eating [1]** 204/16

**ed [1]** 33/13

**Edgar [1]** 15/9

**edgewise [1]** 178/19

**editor [1]** 28/12

**edits [2]** 253/9 253/10

**educated [1]** 111/21

**education [6]** 36/23 109/22 137/16 156/9 156/14 163/20

**educational [28]** 16/25 18/4 19/16 20/19 22/10 23/13 24/15 25/20 26/21 29/1 29/24 31/4 31/25 33/11 35/2 36/19 38/4 39/13 40/19 41/16 42/21 44/2 45/16 47/3 48/12 50/1 50/24 52/24

**educator [1]** 49/13

**effect [5]** 79/20 139/16 151/7 194/20 218/23

**effort [3]** 87/1 237/17 238/1

**eight [8]** 53/23 56/11 60/4 100/5 113/14 118/20 188/7 217/7

**Eighteen [1]** 34/3

**either [10]** 69/1 116/1 119/1 119/6 165/15 165/20 236/7 241/19 244/4 252/1

**elaborate [1]** 168/18

**elected [3]** 67/3 115/10 186/9

**election [1]** 153/13

**electric [1]** 204/12

**electrical [1]** 47/21

**electronic [2]** 83/4 146/25

**electronics [1]** 102/23

**element [12]** 242/3 242/14 243/2 244/11 244/13 244/16 246/20 247/1 249/17 249/19 249/25 250/4

**elements [1]** 65/11

**elevator [1]** 69/20

**eliminated [1]** 200/18

**Elmo [1]** 203/1

**else [8]** 70/19 104/3 154/8 162/15 183/14 183/20 214/3 214/17

**email [1]** 116/2

**Embray [3]** 15/8 23/21 43/13

**emergency [1]** 93/21

**EMG [2]** 197/11 197/22

**emphasize [1]** 237/3

**employed [14]** 16/13 19/3 21/22 23/9 24/2 28/22 30/25 33/2 34/7 34/8 34/9 39/9 67/20 92/5

**employee [12]** 7/16 7/25 8/2 67/16 67/18 112/10 112/25 214/22 245/11 252/8 252/12 252/20

**employee's [1]** 229/13

**employees [4]** 64/7 76/11 245/16 245/20

**employees' [1]** 229/15

**employer [8]** 17/21 20/1 25/4 26/10 28/13 29/15 31/19 40/8

**empty [1]** 209/1

**enable [1]** 197/21

**encourage [2]** 128/7 231/10

**end [16]** 60/7 64/12 66/2 75/10 110/22 118/25 119/1 119/4 119/6 119/21 123/13 124/2 131/19 153/22 177/20 243/10

**ended [6]** 76/4 158/10 199/1 220/5 220/18

**enemies [1]** 62/15

**enforcement [7]** 10/15 10/18 10/24 75/13 92/10 93/20 102/15

**engaged [2]** 7/18 8/4

**engineer [3]** 20/7 20/25 22/1

**English [1]** 51/2

**enjoy [1]** 120/7

**enlist [1]** 188/19

**enlisting [1]** 188/17

**enough [7]** 64/5 193/2 214/19 220/10 247/16 248/22 250/9

**enraged [1]** 135/1

**enrolled [1]** 208/23

**enter [4]** 14/21 14/21 69/18 74/20

**entire [2]** 171/6 234/4

**entitled [3]** 68/15 81/18 254/7

**equaling [1]** 196/25

**equipment [5]** 146/25 206/13 207/17 210/22 213/17

**Eric [10]** 7/11 7/14 7/24 8/11 8/20 9/2 9/9 9/16 9/23 228/25

**Erica [1]** 15/7

**error [2]** 205/13 205/17

**escalate [6]** 56/7 118/22 118/25 123/12 124/6 165/25

**escalated [7]** 55/3 55/17 55/19 56/15 122/15 154/24 168/14

**escort [1]** 198/2

**escorted [3]** 233/3 233/17 241/2

**ESL [1]** 50/14

**especially [5]** 72/24 80/21 115/24 125/9 128/18

**essentially [17]** 67/8 69/22 70/6 72/5 72/11 76/2 145/25 164/20 165/14 166/25 188/14 189/8 190/24 191/20 193/2 196/24 204/11

**establish [1]** 99/10

**estate [1]** 41/19

**estimate [1]** 6/19

**estimating [1]** 236/20

**et [1]** 250/6

**evaluated [1]** 93/25

**even [6]** 58/7 62/21 67/19 74/14 225/21 245/14

**evening [2]** 236/17 238/2

**event [4]** 70/14 77/6 87/4 247/1

**events [1]** 78/25

**eventually [13]** 190/6 192/14 192/19 192/20 194/12 194/21 195/4 195/6 196/19 197/2 207/2 207/7 214/20

**ever [49]** 13/19 14/13 16/15 18/2 19/7 20/17 22/2 23/11 24/6 24/13 25/11 26/19 28/24 29/22 31/2 31/23 33/6 34/18 36/11 37/24 39/11 40/17 41/14 42/15 43/25 45/14 47/1 48/1 49/24 50/19 52/15 74/7 121/6 142/9 142/20 156/21 158/13 158/19 158/21 161/13 177/9 181/18 181/23 181/25 183/5 185/8 213/7 219/13

**E**

ever... [1]  226/13
every [10]  113/15 117/16
128/14 128/15 166/23 191/25
204/10 215/13 215/15 215/16
everybody [3]  136/14 137/3
242/10
everyone [5]  10/5 69/22
69/23 154/8 177/19
everything [6]  76/2 128/8
134/22 157/7 179/16 242/17
eviction [1]  200/18
EVID [1]  3/22
evidence [33]  27/12 27/15
27/17 53/16 53/18 53/19
53/21 55/1 60/8 60/20 62/3
64/14 66/3 81/17 86/24 86/25
87/5 90/24 95/20 96/6 97/4
97/9 102/16 108/20 202/22
202/24 236/11 236/13 237/4
237/10 237/11 245/15 252/9
evolution [1]  196/11
evolve [1]  206/10
evolved [1]  63/21
exact [3]  135/9 155/6 190/1
exactly [7]  11/12 49/14 74/1
89/19 179/13 198/6 246/11
exam [1]  233/2
examination [49]  3/3 3/4 3/4
3/5 3/6 3/7 3/8 3/9 3/9 3/11
3/11 3/12 3/13 3/15 3/15
3/17 3/18 3/19 3/19 3/21
3/21 66/22 76/18 76/20 84/23
86/1 88/5 90/10 92/3 107/21
109/16 135/16 135/18 144/1
145/17 152/4 152/21 159/8
159/10 163/14 175/15 176/7
182/5 182/7 185/20 188/4
222/6 222/8 236/4
examined [9]  66/20 88/3 92/1
109/14 145/15 152/19 163/12
176/5 188/2
example [3]  143/17 157/5
174/19
examples [1]  119/11
exasperating [1]  198/25
except [2]  118/17 251/2
exception [1]  89/21
exclude [1]  72/11
excludes [1]  206/13
exclusive [1]  208/15
excuse [16]  27/25 32/11
33/21 35/13 37/5 38/14 39/22
41/3 42/1 43/13 44/22 46/13
47/12 51/21 89/21 130/17
excused [6]  28/2 44/14 86/21
152/6 175/17 186/17
execute [1]  102/10
executed [4]  58/24 102/8
160/8 161/20
executing [1]  103/2
execution [2]  103/14 103/23
exercise [5]  51/9 51/16 61/8
116/16 189/20
exercised [1]  45/25
exhibit [47]  3/22 95/10
95/10 95/18 95/20 95/22 96/4
96/6 96/18 97/1 97/11 97/12
98/9 101/5 101/6 101/20
101/23 103/11 103/12 104/15
104/17 104/18 104/22 104/23
105/3 105/6 105/8 105/14
105/24 106/2 106/17 106/17
107/16 107/18 107/19 108/20
169/24 170/1 170/9 170/9
187/11 200/24 201/24 202/24
204/1 235/3 235/16
exhibits [9]  60/21 95/9 97/6

97/9 101/13 101/14 170/12
191/24

**F**

existence [1]  140/3
expect [2]  102/22 194/6
expectation [1]  6/17
expected [2]  62/7 102/23
experience [14]  13/20 23/14
24/5 27/6 41/17 42/22 44/3
50/2 50/25 120/3 123/22
123/24 185/8 214/18
experienced [1]  27/10
experiencing [3]  69/1 69/5
197/14
expert [1]  165/22
explain [1]  70/11
expletives [2]  165/25 168/13
explicitly [1]  215/18
exposed [1]  232/13
express [4]  164/21 195/16
198/8 226/20
extent [2]  119/12 185/11
extra [1]  238/1
extreme [1]  244/5
extremely [2]  74/4 141/18
eyes [1]  236/14

**F**

F word [1]  130/17
F-L-O-O-D [1]  91/22
F-U-C-K [1]  119/20
facility [3]  194/2 220/4
220/22
facing [2]  68/4 85/18
fact [12]  57/11 79/19 86/15
99/15 173/18 173/23 209/8
211/17 213/12 224/5 224/15
227/23
facts [8]  27/15 60/11 60/21
64/6 105/2 105/4 105/24
239/19
factual [3]  64/4 104/16
209/11
failure [1]  209/4
fair [33]  13/9 13/17 17/3
17/7 17/10 18/9 19/19 21/1
22/14 23/17 24/18 25/24
26/24 27/4 29/4 30/3 31/8
32/4 33/15 35/5 36/24 38/8
39/16 40/22 41/20 42/25 44/5
45/18 47/6 48/16 50/5 51/4
53/2
fairly [1]  75/25
fake [2]  57/12 126/10
fall [1]  234/17
familiar [6]  89/17 106/13
146/10 147/6 177/3 229/13
families [1]  200/19
family [3]  16/3 195/25 196/2
far [4]  117/16 213/19 218/25
220/21
fast [1]  147/21
faster [1]  123/8
faxes [1]  111/14
fear [3]  126/24 127/1 175/3
FEBRUARY [2]  1/16 4/1
federal [28]  7/1 11/9 16/18
16/19 19/10 25/13 36/13 38/1
54/12 57/5 59/10 60/5 64/5
65/12 67/9 67/16 67/18 68/2
68/7 69/2 72/7 76/1 80/7
92/10 94/25 112/22 252/7
252/12
fee [4]  193/23 194/8 195/11
224/24
fee-based [1]  195/11
feel [15]  78/25 93/21 116/24
117/4 126/21 158/11 174/5
175/2 179/8 181/15 191/23
194/18 198/7 226/23 231/12

feet [3]  113/21 114/9 114/13
114/18
57/24 57/24 58/10 59/4 59/8
163/1 163/6 163/10 163/16
fell [2]  203/22 205/1
felt [7]  58/14 117/8 172/10
181/19 191/24 191/25 192/21
193/1 193/5 193/5 212/6
212/7 221/8 228/9 230/11
231/5 232/4
female [3]  155/9 226/22
227/2
femur [1]  190/11
Feres [10]  71/16 72/3 72/3
72/4 73/6 86/10 86/11 231/25
232/6 232/10
Fernando [1]  43/15
few [10]  10/18 34/13 85/22
123/4 143/13 144/3 166/8
216/4 218/20 240/7
field [8]  55/7 67/12 67/12
67/23 67/25 88/11 176/18
177/8
fields [1]  36/22
Fifteen [1]  38/20
fight [2]  192/23 196/24
fighting [5]  80/3 195/12
199/16 220/3 221/4
figure [6]  68/2 68/3 68/21
79/16 85/17 186/6
file [1]  81/14
fill [1]  68/20
filled [2]  191/14 222/25
Film [1]  28/12
final [4]  175/8 237/7 247/20
251/3
finally [4]  100/25 149/8
155/14 246/16
financial [1]  204/4
find [26]  71/11 73/13 79/14
81/17 87/3 102/22 102/23
108/6 190/6 198/9 205/14
207/11 207/18 212/21 215/18
215/24 216/25 241/22 242/2
247/7 247/10 250/7 250/12
251/21 252/1 252/4
finding [2]  83/25 239/22
findings [1]  93/14
finish [3]  35/3 76/5 218/21
finished [5]  18/6 61/6
110/25 134/25 144/24
firm [1]  24/5
first [79]  10/10 10/14 14/19
32/8 51/14 54/4 55/5 55/13
57/13 61/2 64/20 65/20 66/7
71/23 74/21 74/25 76/12 78/1
78/17 78/17 79/10 81/1 83/12
85/16 85/17 98/9 98/19 98/20
108/4 113/2 116/18 116/21
116/22 116/24 118/18 119/25
121/24 122/2 129/7 129/7
144/3 144/18 148/10 149/11
154/16 160/1 165/3 168/21
169/14 171/25 174/1 180/25
188/24 196/16 196/23 197/10
200/21 201/15 201/19 201/22
205/10 213/8 216/25 220/7
225/21 229/17 239/7 240/4
242/3 242/14 243/2 244/11
246/6 248/13 249/3 249/13
249/17 250/3 250/4
fit [1]  237/10
fitness [1]  190/21
five [24]  21/8 31/15 37/11
49/11 54/17 55/2 60/2 113/14
113/19 113/21 114/3 114/3
114/9 114/13 118/20 123/14
144/22 166/6 167/4 168/6
169/15 187/3 192/5 197/15

**F**

five feet [2] 113/21 114/9
flag [2] 64/13 65/7
flags [1] 153/9
flaws [1] 68/12
flight [1] 136/10
flip [4] 95/9 95/22 132/9
203/5
FLOOD [15] 3/8 6/9 91/16
91/21 91/22 91/24 92/5 95/11
96/17 101/5 101/23 102/6
105/16 106/5 107/23
floor [2] 69/20 136/25
Florida [1] 217/6
focus [4] 146/19 164/5 168/7
203/23
focusing [1] 146/22
FOIA [3] 197/21 233/8 233/13
follow [11] 27/12 27/18
116/13 116/15 123/4 143/14
143/15 173/11 237/1 237/4
237/5
followed [3] 61/20 119/17
222/2
following [11] 4/7 5/25 12/2
13/2 54/2 87/12 99/5 99/18
145/2 187/8 238/3
follows [11] 62/4 66/20 88/3
92/1 109/14 115/3 145/15
152/19 163/12 176/5 188/2
followup [4] 125/17 166/8
171/4 185/17
food [1] 204/14
foot [3] 190/3 192/10 197/15
Foothill [1] 17/22
forced [2] 190/22 190/23
foregoing [1] 254/5
foreman [1] 23/6
Forever [1] 180/1
forget [1] 243/6
forgive [1] 44/9
form [9] 156/14 197/2 223/4
223/7 250/19 251/7 251/8
253/5 253/8
format [1] 254/8
formed [1] 140/25
former [2] 18/22 147/10
Formerly [1] 45/8
forth [1] 230/9
Forty [2] 21/8 188/7
Forty-eight [1] 188/7
Forty-five [1] 21/8
forum [1] 5/19
forward [1] 140/14
foul [2] 13/6 63/13
found [9] 102/16 129/20
197/18 208/25 221/24 226/25
239/17 251/20 252/5
foundation [11] 108/11
108/22 112/15 140/9 160/21
160/23 160/23 161/10 206/20
208/6 209/11
four [6] 22/22 42/7 58/3
192/5 201/24 233/15
Frances [5] 124/21 132/13
228/16 228/18 228/24
Francisco [1] 55/9
frank [2] 141/9 163/7
free [2] 80/11 80/18
Freedom [1] 197/24
freelance [3] 28/14 33/3
34/15
Friday [2] 112/6 112/9
friend [4] 10/23 11/9 200/23
203/18
friend's [1] 200/21
friends [1] 11/16
frightened [4] 56/20 56/22

127/7 173/17
fronts [4] 19/1 154/16
154/20 169/25 200/25
frustrate [1] 213/24
frustrated [7] 81/23 172/23
195/1 195/16 198/5 199/15
214/7
frustrating [4] 75/24 199/12
213/14 224/12
frustration [4] 62/12 75/16
168/13 172/11
frustrations [1] 65/24
fuck [11] 55/21 73/14 73/18
73/22 123/1 130/18 181/13
217/19 217/25 226/16 232/18
fucking [9] 55/21 59/24
73/21 122/6 125/3 156/3
156/20 218/9 233/25
full [19] 58/20 66/12 77/25
78/7 87/20 99/9 109/7 111/1
131/18 145/8 152/12 163/4
165/2 175/23 187/19 190/15
190/19 190/20 229/18
full-duty [2] 190/19 190/20
full-time [1] 111/1
fully [1] 192/21
function [1] 49/19
funeral [1] 37/13
further [24] 14/17 76/17
84/19 84/20 85/20 85/21
86/20 90/6 91/9 94/20 94/21
94/24 108/17 135/14 143/10
143/12 152/2 155/20 162/22
175/13 185/15 186/15 222/4
236/3
future [2] 128/7 188/15

**G**

G-A-Z-I-L [1] 15/11
G-O-N-Z-A-L-E-Z [1] 42/2
Gabriel [1] 40/15
game [2] 150/20 151/7
garage [12] 108/8 200/23
201/15 201/21 202/4 202/6
202/12 203/7 203/10 203/12
203/14 204/2
garbage [6] 171/6 171/11
212/23 213/1 213/2 213/13
gas [1] 204/12
gathered [1] 167/24
gave [17] 57/11 61/15 61/18
75/14 78/2 93/23 120/20
122/4 126/1 129/21 134/25
137/12 142/19 150/2 190/16
192/14 195/19
Gazil [2] 15/11 26/2
gendered [1] 143/2
general [10] 89/13 94/12
126/25 128/3 137/12 199/23
203/24 227/16 230/7 240/5
generally [46] 4/13 16/24
17/16 18/4 19/16 20/19 22/10
23/13 24/8 24/15 25/20 26/21
27/3 29/1 29/24 31/4 31/25
33/12 35/1 36/19 38/4 39/13
40/19 41/16 42/21 44/2 47/3
48/12 50/1 50/24 52/24 68/23
74/13 82/5 88/20 88/21
102/12 131/1 164/24 167/24
210/10 227/21 229/21 231/8
231/10 245/14
gentleman [1] 59/12
gentlemen [3] 14/18 54/10
62/1
George [1] 109/10
get [117] 4/22 17/5 44/9
56/21 59/22 60/3 62/8 62/13
62/16 63/4 63/21 63/23 65/17
69/20 76/2 76/5 78/22 80/4

80/11 82/7 115/10 121/9
116/22 116/23 122/22 124/11
125/21 126/12 130/6 130/7
140/19 141/15 141/20 142/15
157/25 165/23 169/6 169/8
177/23 178/15 178/19 179/19
185/2 185/3 190/12 192/4
192/19 192/23 195/13 195/16
195/24 197/2 197/21 198/5
198/11 198/23 199/7 201/19
203/6 203/17 204/10 205/4
205/11 207/1 207/9 207/14
207/22 207/25 208/21 208/23
209/2 210/15 210/16 211/24
212/15 212/20 212/20 213/14
213/15 213/15 213/23 214/4
214/5 214/7 214/9 214/11
214/20 216/11 219/2 219/3
219/7 219/10 219/12 220/10
220/13 220/16 220/20 221/11
221/16 222/20 222/21 228/4
229/6 229/21 232/5 232/25
233/9 233/12 238/11 238/18
240/7 242/16 252/15 253/1
253/1 253/2 253/3
gets [5] 56/25 63/6 198/10
198/18 237/24
getting [20] 68/8 70/12
79/20 79/21 80/6 124/6
126/19 168/10 179/13 195/10
197/23 208/16 215/21 215/23
219/24 220/14 220/18 221/4
250/1 250/2
Geyer [1] 11/6
GI [1] 180/1
give [44] 6/16 10/12 49/2
57/9 57/10 57/11 78/4 78/7
90/18 94/8 97/23 115/14
116/22 116/24 119/2 119/11
124/19 127/10 134/8 142/20
150/2 159/22 171/19 178/10
191/22 204/12 204/13 216/19
229/17 237/6 240/11 241/6
241/9 241/23 241/24 245/10
246/1 246/2 246/22 247/6
247/11 251/1 251/17 251/23
given [12] 61/23 74/24
113/14 128/14 134/6 172/8
190/12 192/18 195/18 240/10
241/18 250/19
gives [3] 27/13 126/10
237/21
giving [2] 17/7 249/1
glass [2] 200/5 200/6
Glen [1] 28/4
Glendora [1] 40/3
Gmail.com [1] 223/10
go [66] 8/16 14/3 14/9 14/11
16/22 51/15 56/21 58/11
60/24 61/19 68/1 68/21 70/7
70/12 82/9 85/23 88/14 98/1
99/14 103/3 108/14 110/13
110/20 114/2 123/1 125/12
126/12 128/1 128/2 137/10
145/21 146/4 156/6 168/23
173/1 173/1 174/5 174/23
176/22 178/15 179/1 180/2
180/22 181/12 182/24 188/25
190/18 193/16 193/16 196/4
197/18 199/5 203/18 204/17
207/1 207/2 213/12 213/25
216/17 218/5 220/14 232/25
238/23 239/2 239/5 240/3
goal [2] 120/5 120/6
goes [3] 51/14 153/25 185/10
going [155]
gone [3] 186/4 195/6 198/24
Gonzalez [3] 14/10 42/2 42/4
good [24] 4/9 6/5 6/10 6/12

## G

**good...** [20]   10/16 62/1
76/22 76/23 90/12 90/13
107/23 107/24 109/18 109/19
128/3 135/20 135/21 145/19
159/12 159/13 163/16 182/9
182/10 204/25
**Google** [2]   155/6 178/10
**Googled** [1]   158/17
**got** [31]   58/2 61/21 65/20
72/13 89/20 118/19 127/18
147/23 148/10 148/11 155/14
168/9 169/15 177/17 178/25
181/4 195/7 197/16 198/17
198/24 205/2 205/17 207/7
207/13 214/1 220/2 220/24
224/3 224/12 230/9 252/10
**gotten** [5]   68/14 78/9 89/11
195/2 229/15
**government** [39]   4/19 5/9
6/14 6/23 7/16 7/16 8/1 8/2
32/9 35/11 35/12 39/20 43/6
43/7 43/10 48/20 48/23 51/14
51/15 51/17 54/5 64/21 66/7
72/7 81/22 87/15 95/18 96/3
103/1 107/17 109/3 162/25
181/22 186/19 206/18 214/22
239/9 241/22 252/21
**government's** [6]   46/2 105/13
106/2 210/17 235/3 235/16
**governments** [1]   68/1
**grabbed** [1]   126/11
**graduate** [2]   25/22 110/10
**graduated** [5]   22/12 26/23
110/11 156/16 188/10
**graduating** [1]   110/13
**grand** [2]   94/25 96/1
**grease** [1]   63/7
**great** [3]   123/19 174/5
207/19
**greeted** [1]   69/23
**Greg** [1]   197/24
**grew** [2]   60/25 163/21
**grocery** [1]   203/19
**Ground** [3]   189/13 192/17
232/2
**grounds** [1]   133/20
**group** [2]   22/25 201/24
**grow** [1]   188/8
**growing** [1]   61/1
**grown** [1]   144/16
**guarantee** [1]   159/19
**guess** [3]   13/11 195/3 195/8
**guilt** [1]   7/6
**guilty** [5]   60/12 246/6
251/21 251/22 252/5
**gunpoint** [1]   12/21

## H

**H-A-R-M-S** [1]   145/11
**H-E-R-N-A-N-D-E-Z** [1]   49/6
**H.C** [1]   103/15
**H.R** [2]   216/13 232/16
**habit** [1]   78/10
**had** [124]   12/20 13/19 54/19
54/24 55/11 57/19 60/9 61/14
62/12 62/14 62/16 62/25
63/19 65/18 72/10 72/10
72/14 75/15 76/2 88/25 89/11
89/11 89/18 89/18 89/22
89/22 89/25 92/25 93/4 93/7
93/18 94/6 105/21 119/18
119/25 124/1 124/20 126/12
126/16 128/21 128/24 132/24
133/14 134/20 136/13 136/19
137/7 142/9 143/5 144/6
148/3 148/11 148/14 148/21
149/9 150/18 151/14 155/16
156/15 157/23 157/23 159/4
160/11 160/22 161/21 164/6
172/7 172/13 172/24 173/19
173/24 173/24 173/25 173/25
174/7 174/10 175/5 184/9
185/8 185/12 185/14 190/5
190/10 191/20 191/21 192/11
193/4 194/3 194/23 195/2
195/6 195/6 195/23 195/25
198/1 200/14 202/14 205/4
205/6 207/11 207/12 207/16
211/3 211/20 212/5 215/22
218/8 220/7 220/14 222/16
224/9 228/15 228/23 230/6
230/7 230/17 231/1 231/3
231/16 240/6 242/5 245/13
247/12 248/24
**hadn't** [1]   143/16
**Hagop** [3]   11/8 12/19 38/15
176/13 220/23
**half** [5]   68/15 88/13 146/18
176/13 220/23
**hallway** [2]   34/23 127/18
**hand** [5]   10/6 10/11 148/2
200/7 201/10
**handed** [1]   90/22
**handle** [4]   80/23 154/1 157/4
175/4
**handled** [1]   80/22
**handles** [3]   155/18 162/17
178/24
**handling** [1]   153/12
**handwritten** [10]   82/17 82/19
82/24 82/25 103/1 103/15
104/4 104/8 104/9 138/8
**hang** [18]   57/8 57/9 58/7
119/7 120/18 120/19 120/23
121/3 130/11 166/5 167/3
169/18 169/19 174/19 214/8
214/10 214/14 216/8
**hanging** [2]   59/3 119/6
**hangs** [1]   124/12
**happen** [4]   166/3 166/4 166/6
175/5
**happened** [19]   70/16 73/7
73/18 73/19 75/7 75/8 75/15
119/8 122/1 128/20 131/23
136/13 148/6 148/9 175/6
177/16 189/19 191/16 221/21
**happening** [3]   126/11 167/4
215/24
**happens** [9]   68/23 84/7
124/15 126/9 127/22 128/10
131/20 150/9 214/11
**Happily** [1]   45/8
**happy** [3]   71/15 117/7 130/7
**harass** [10]   8/23 9/5 9/12
9/18 10/1 216/10 244/18
247/3 247/8 250/25
**harassed** [3]   57/4 59/10
248/23
**harassing** [5]   54/13 60/6
63/14 216/5 228/2
**harassment** [3]   65/2 216/9
249/16
**hard** [8]   6/18 111/15 141/12
158/10 158/10 191/2 192/23
214/19
**harm** [1]   252/25
**HARMS** [16]   3/13 114/18
126/13 127/11 127/12 127/23
135/6 136/9 138/4 140/2
140/7 145/6 145/10 145/13
145/19 146/10
**Harris** [1]   186/3
**has** [49]   4/16 7/2 11/22
13/19 14/13 16/1 60/9 68/12
68/14 72/8 76/10 78/6 80/3
81/6 83/24 94/11 95/1 95/10
107/8 107/16 125/9 134/1
140/2 141/12 144/15 145/23
147/21 147/22 148/6
181/22 182/14 184/4 198/20
201/1 201/7 212/17 213/20
213/22 214/1 214/18 214/21
220/24 224/3 224/11 239/24
240/10 240/11 250/24
**hasn't** [1]   187/16
**hates** [1]   177/25
**Hatred** [1]   131/18
**have** [320]
**haven't** [2]   134/6 234/24
**having** [24]   56/5 56/19 66/19
68/6 68/18 68/20 76/4 88/2
91/25 109/13 124/6 145/14
152/18 163/11 176/4 184/25
185/8 188/1 194/22 196/15
220/5 220/9 251/20 252/5
**he** [409]
**head** [3]   124/10 172/20 175/1
**heal** [1]   192/13
**healed** [1]   191/21
**health** [28]   26/9 63/23 80/4
80/6 80/11 80/18 110/2 110/6
191/14 206/14 207/2 207/3
207/9 207/12 207/13 207/21
208/20 208/22 209/3 210/15
213/18 215/20 216/2 216/18
219/7 219/13 220/15 235/13
**hear** [34]   13/4 54/4 54/17
55/24 56/1 57/14 57/24 58/16
58/20 59/9 59/12 59/17 60/2
62/4 62/11 62/14 63/11 77/14
82/10 82/18 87/1 97/21 97/22
110/4 131/7 139/13 158/11
208/11 212/2 212/24 218/12
241/22 241/17 249/13
**heard** [11]   13/15 60/8 74/10
106/20 136/17 136/18 183/14
186/13 209/18 231/19 231/25
**hearing** [8]   13/7 49/16 64/14
173/21 181/15 191/2 209/21
213/6
**hearsay** [4]   108/10 206/3
206/19 209/7
**heart** [8]   56/23 125/7 126/22
127/1 194/5 194/13 224/17
248/20
**hearts** [1]   224/4
**held** [18]   4/7 5/25 12/2 13/2
14/14 54/2 87/12 99/5 99/18
145/2 187/8 213/19 213/20
213/22 215/25 228/12 238/3
254/6
**hello** [2]   153/17 225/24
**help** [38]   56/13 58/11 58/20
59/22 62/16 62/17 62/19
62/19 63/25 71/15 72/25 80/2
114/25 117/18 119/4 122/7
122/9 122/10 122/13 126/4
153/9 153/11 156/12 164/12
166/15 169/7 171/13 172/8
178/3 178/15 198/18 204/13
206/24 210/17 211/25 214/20
227/5 232/5
**helped** [2]   63/5 71/16
**helpful** [4]   97/19 124/5
214/6 253/4
**helping** [5]   16/2 127/24
156/2 231/2 231/12
**Helpline** [1]   25/5
**helps** [2]   157/7 165/4
**Hemet** [2]   197/20 233/11
**her** [94]   27/25 55/22 55/23
55/24 55/24 56/15 56/16
56/16 56/23 56/23 56/24
56/24 56/25 57/5 57/21 57/22
58/11 58/12 58/12 58/19 59/5
59/5 66/25 76/7 88/8 88/15

**H**

her... **[69]**  88/18 88/19
88/20 89/7 89/11 89/15 90/15
112/15 112/16 114/8 114/10
116/11 116/11 116/13 128/9
133/22 133/24 134/2 134/6
134/8 140/14 143/22 145/22
146/6 147/25 148/2 148/5
148/8 148/14 153/4 153/6
154/22 161/1 173/8 195/9
195/9 195/24 195/25 196/1
200/23 202/4 202/4 202/13
204/12 212/2 212/2 225/4
225/8 225/11 225/23 227/11
228/15 230/24 231/1 231/5
231/7 231/13 231/19 231/20
232/7 232/9 232/14 232/18
232/20 232/20 232/21 234/5
234/9 234/13
herd **[1]**  79/10
here **[47]**  4/9 6/13 10/15
10/22 11/22 13/19 14/13
14/20 14/21 27/9 53/22 54/10
58/1 60/4 60/9 60/11 61/9
65/19 106/25 109/1 128/5
136/10 136/15 137/19 138/1
176/9 178/15 179/1 201/9
201/16 201/25 209/21 217/5
237/23 237/24 238/15 238/16
239/1 239/19 239/23 240/24
247/7 249/14 250/5 252/11
253/2 253/3
hereby **[1]**  254/4
heritage **[1]**  181/19
Hernandez **[2]**  49/6 50/9
herself **[2]**  225/7 231/17
hey **[2]**  147/21 178/14
high **[12]**  18/6 20/16 30/1
35/3 39/15 42/23 50/3 70/6
74/22 157/15 178/3 188/10
high-pitched **[1]**  157/15
higher **[2]**  114/12 156/14
highlighted **[1]**  160/19
Highway **[1]**  11/5
hiking **[1]**  193/16
Hill **[4]**  110/19 111/2 117/16
120/5
hillbillies **[1]**  181/21
Hills **[1]**  37/17
him **[85]**  56/7 56/14 58/11
58/20 59/3 59/22 61/13 61/13
61/15 61/18 61/19 62/21 63/6
65/23 71/15 71/24 74/10 75/6
77/25 78/2 78/4 83/13 85/8
97/21 97/22 103/25 104/6
107/3 110/25 111/20 120/19
121/9 122/9 122/10 122/22
123/18 124/6 125/7 126/19
127/10 129/14 129/15 131/7
132/23 134/22 134/25 135/9
142/21 150/11 150/12 150/13
150/15 150/18 150/25 151/4
151/5 155/14 155/15 156/2
156/4 156/12 156/14 156/15
156/24 156/25 157/23 158/11
162/15 162/21 168/2 172/8
174/8 178/1 179/20 179/22
181/6 203/1 204/13 217/6
218/9 221/7 233/25 234/3
238/18 239/1
himself **[2]**  77/23 179/24
hire **[1]**  164/13
his **[95]**  8/22 9/4 9/11 9/18
9/25 55/20 56/14 57/10 57/11
58/23 58/24 59/2 59/5 59/15
59/21 59/22 59/23 59/23 60/5
61/4 61/10 61/14 61/19 61/24
62/10 62/14 62/19 62/21 63/8

63/21 65/18 65/24 65/25
67/15 68/7 73/22 83/9 83/12
83/12 83/14 100/5 115/7
121/6 121/11 122/14 123/1
123/6 123/8 125/22 125/23
125/23 125/25 126/5 126/7
129/7 129/19 135/5 142/16
142/17 142/23 150/2 150/3
150/4 150/10 150/11 151/1
151/3 151/4 157/11 158/8
158/19 160/1 178/13 181/6
181/25 184/4 185/5 185/24
194/4 200/17 208/8 209/10
215/18 222/2 223/4 224/4
224/9 224/18 224/22 239/22
239/23 240/12 243/10 246/8
249/18
history **[2]**  21/18 36/23
hold **[4]**  129/15 203/1 203/5
238/21
holiday **[1]**  76/2
holstering **[1]**  228/10
home **[8]**  12/20 16/11 20/13
36/9 58/23 58/25 141/12
237/16
homeless **[12]**  11/7 119/15
119/22 130/2 134/23 177/21
178/10 178/11 200/9 200/12
200/20 204/23
homelessness **[1]**  221/10
honest **[2]**  80/20 83/4
honestly **[2]**  141/13 152/1
Honor **[164]**
HONORABLE **[1]**  1/3
honorably **[2]**  61/23 191/6
hope **[5]**  63/8 137/8 173/1
174/4 214/3
hoping **[1]**  214/17
hospital **[40]**  40/9 46/23
71/3 71/8 72/6 79/1 79/5
79/5 79/8 79/11 79/15 86/4
86/7 86/14 155/16 162/9
162/13 189/24 191/1 194/5
194/13 195/5 197/19 198/2
198/14 198/15 206/14 210/13
210/23 211/1 211/11 216/18
216/18 220/12 224/17 232/3
232/13 233/3 233/11 233/18
hospitals **[2]**  162/18 208/16
hostile **[3]**  154/17 155/14
157/11
hotel **[1]**  136/25
hour **[4]**  6/21 119/9 220/23
220/23
hours **[4]**  6/20 76/4 112/4
176/23
house **[14]**  67/20 103/16
103/17 194/25 200/11 202/3
202/4 202/5 203/9 209/5
210/18 211/20 224/11 229/12
how **[116]**  15/22 17/16 18/15
19/24 21/7 22/20 23/23 24/24
26/6 28/9 29/10 30/11 31/14
32/16 34/2 35/19 37/10 38/19
40/4 42/6 43/19 45/5 46/19
47/18 49/10 50/11 52/3 55/13
55/16 58/2 58/10 58/20 67/18
68/17 70/11 71/13 71/25
73/15 75/22 77/12 83/9 88/12
88/18 88/20 92/5 92/16
109/20 110/23 114/21 114/22
114/24 116/16 120/13 121/21
122/6 126/20 137/5 146/17
147/17 148/2 148/11 149/10
149/14 150/17 150/19 150/20
151/7 153/1 158/11 167/16
167/25 168/3 169/7 169/13
173/5 173/12 173/16 174/6
174/7 174/19 174/23 175/1

176/12 176/14 176/8 181/7
187/7 187/22 192/17 192/23
193/11 194/16 195/17 198/8
200/5 200/10 204/21 204/23
205/15 205/15 205/17 205/23
207/22 213/2 213/14 213/16
213/17 218/13 220/21 233/14
237/4 237/10 248/12 248/19
251/3 251/11
however **[2]**  117/8 123/14
Hueneme **[1]**  47/22
huh **[6]**  83/19 114/7 124/11
127/21 142/4 157/17
Hulu **[1]**  36/6
human **[2]**  158/3 244/6
hundred **[3]**  196/25 206/9
220/24
hung **[18]**  55/17 71/18 73/6
73/14 73/22 125/6 126/15
127/20 130/15 131/6 131/6
148/14 148/23 150/21 169/20
174/10 174/18 214/4
hurt **[4]**  61/17 72/5 193/17
199/15
hurting **[1]**  62/10
husband **[3]**  16/1 16/7 18/23
husband's **[1]**  20/5

**I**

I'll **[2]**  130/13 138/14
I'm **[15]**  31/6 44/18 51/11
51/13 92/21 114/15 124/25
125/3 133/12 183/25 215/9
215/13 219/20 225/14 245/9
I've **[2]**  78/9 212/25
I-N-G **[1]**  119/21
I.D **[1]**  3/22
ID **[6]**  84/2 118/14 118/17
149/7 166/20 166/22
ID's **[1]**  149/20
identification **[2]**  107/15
107/18
identified **[6]**  5/19 105/13
106/2 107/8 225/7 231/16
identify **[6]**  5/12 5/22 77/23
107/3 158/13 235/7
identifying **[2]**  142/15 242/5
identities **[1]**  239/10
identity **[11]**  8/22 9/4 9/11
9/18 9/25 165/4 174/4 178/22
182/1 229/18 249/18
ill **[1]**  195/25
illegal **[5]**  71/14 79/19
79/20 80/1 80/4
illegals **[2]**  80/11 80/18
illnesses **[1]**  80/24
immediate **[1]**  182/22
immediately **[8]**  56/25 70/21
74/14 133/13 134/21 144/8
166/5 169/1
impact **[1]**  75/22
impartial **[30]**  13/17 17/3
18/9 19/19 21/1 22/14 23/17
24/18 25/24 26/24 27/4 29/4
30/3 31/8 32/5 33/15 35/5
36/24 38/8 39/16 40/22 41/20
42/25 44/5 45/18 47/6 48/16
50/5 51/4 53/2
impeachment **[1]**  241/12
impede **[2]**  7/17 8/3
important **[3]**  64/3 64/8
217/3
improve **[1]**  141/1
incessantly **[1]**  174/6
include **[2]**  111/24 247/17
included **[1]**  243/10
includes **[2]**  111/9 146/25
including **[3]**  143/5 161/1
168/12

**I**

**income [1]** 200/15
**incoming [4]** 93/7 164/15 164/16 164/17
**increase [1]** 123/8
**increases [1]** 251/15
**indeed [2]** 81/18 239/22
**independent [1]** 87/4
**indicate [2]** 221/13 248/6
**indicated [3]** 61/14 89/10 160/1
**indicates [1]** 70/20
**indictment [10]** 4/14 4/15 5/1 5/1 6/15 6/24 7/1 7/8 65/6 246/7
**individual [8]** 65/1 77/23 94/12 138/9 159/14 161/25 167/25 168/4
**individual's [1]** 167/19
**industry [2]** 29/19 38/23
**inferences [3]** 27/17 53/20 237/11
**influential [1]** 184/1
**information [57]** 6/16 57/10 57/11 59/22 70/6 76/10 77/3 93/2 93/3 93/5 93/9 94/1 94/4 94/5 94/8 95/5 95/6 95/24 108/6 111/10 115/11 115/15 115/17 115/18 117/13 117/14 121/9 122/12 124/7 125/21 128/16 133/2 139/4 142/16 144/11 153/24 158/21 158/22 159/1 164/22 164/24 165/21 165/23 166/10 166/11 166/12 166/16 168/1 169/6 169/8 197/25 210/20 216/11 222/25 223/11 231/3 237/17
**informed [2]** 156/14 160/25
**informing [1]** 4/13
**initial [2]** 121/7 128/18
**initially [8]** 105/21 129/8 178/2 178/2 178/9 179/9 194/12 195/18
**initials [2]** 5/10 5/14
**injected [1]** 210/24
**injure [1]** 8/15
**injured [4]** 61/10 61/10 61/14 232/1
**injury [11]** 62/22 62/23 189/14 190/1 190/7 191/18 192/13 193/2 193/3 193/11 196/17
**ink [1]** 160/19
**innocence [1]** 7/5
**input [1]** 158/25
**inquiry [1]** 224/19
**insert [1]** 250/10
**inside [3]** 202/12 203/12 203/14
**insist [1]** 225/25
**insistent [1]** 173/20
**insisting [1]** 174/2
**inspector [2]** 29/14 42/9
**install [1]** 202/14
**instance [1]** 95/3
**instances [1]** 141/17
**instantly [2]** 154/23 155/13
**instead [2]** 96/20 243/14
**instinctively [1]** 125/20
**instruct [2]** 27/19 237/1
**instructed [2]** 7/4 66/3
**instruction [34]** 240/8 240/23 241/6 241/13 242/2 242/12 242/13 243/10 243/11 243/20 243/22 243/25 244/12 244/12 245/10 245/16 245/17 245/23 246/3 246/4 246/17 246/19 246/23 246/24 247/4

248/2 248/4 248/25 250/3 248/11 249/12 249/25 250/4 252/3
**instructions [14]** 27/13 238/6 240/3 240/5 240/10 240/15 241/21 244/23 245/25 246/10 247/23 250/14 250/21 251/3
**insulin [1]** 210/24
**insulted [2]** 119/2 181/19
**insurance [2]** 41/11 46/22
**Intel [1]** 22/1
**intend [6]** 216/10 216/11 236/13 241/23 244/17 248/24
**intended [6]** 13/13 213/11 213/12 246/8 247/8 249/20
**intending [1]** 242/21
**intent [27]** 7/16 7/19 8/3 8/6 8/12 8/22 9/4 9/11 9/18 9/25 64/10 64/17 65/25 209/24 213/7 215/3 239/23 247/13 247/22 247/24 248/1 248/2 248/14 249/5 249/7 249/9 249/10
**intentionally [1]** 244/5
**intentions [2]** 210/17 217/10
**intents [1]** 65/13
**Inter [1]** 40/9
**Inter-Community [1]** 40/9
**interact [2]** 88/18 88/19
**interacted [2]** 13/25 90/14
**interacting [1]** 198/4
**interaction [1]** 141/25
**interactions [1]** 126/17
**intercom [1]** 82/12
**interfere [2]** 7/17 8/3
**intern [33]** 54/9 56/1 56/21 111/5 111/7 112/2 112/19 113/15 113/19 114/7 114/14 114/17 122/1 122/5 122/6 128/14 147/10 147/11 147/23 153/4 153/9 164/13 165/15 212/8 212/12 212/13 217/9 225/4 226/4 226/22 227/2 227/4 231/11
**Internet [2]** 87/2 237/17
**interns [25]** 74/22 82/6 113/24 114/4 118/20 122/13 123/3 125/13 126/12 140/16 142/1 147/3 147/20 149/1 149/5 149/8 153/10 154/16 154/17 164/14 164/16 218/2 226/1 229/6 231/8
**interns' [2]** 148/24 229/16
**internship [6]** 67/15 110/21 110/25 116/21 138/10 139/12
**internships [1]** 110/19
**interpreted [1]** 103/15
**interrupt [2]** 71/21 245/10
**interstate [7]** 8/14 8/21 9/3 9/10 9/16 9/24 249/18
**interviewed [1]** 137/24
**intimidate [2]** 7/17 8/3
**intimidated [1]** 248/23
**Intimidation [1]** 120/3
**intro [1]** 122/4
**introduce [1]** 140/25
**investigation [6]** 92/16 93/17 94/20 94/21 94/24 101/7
**investigations [1]** 92/12
**investigative [1]** 93/14
**involve [4]** 11/18 64/21 65/2 216/5
**involved [5]** 24/6 92/17 196/8 205/17 220/20
**involves [1]** 75/16
**involving [2]** 5/20 168/14
**irrelevant [1]** 59/24

**is [748]**
**Ish Qui [1]** 187/15
**Island [1]** 189/3
**isn't [36]** 140/23 160/5 160/7 160/21 184/2 198/13 223/5 224/14 224/19 225/1 225/3 225/10 225/13 225/16 225/18 226/8 226/11 226/16 227/4 227/9 227/15 227/24 228/16 229/10 229/14 229/25 230/14 230/22 231/18 231/21 233/25 234/18 234/23 244/15 248/22 249/4
**issue [21]** 4/18 8/12 27/3 56/8 64/13 65/7 69/1 69/4 70/21 78/24 85/9 95/1 111/21 115/1 129/14 154/1 157/4 166/17 172/23 198/13 245/20
**issued [1]** 95/25
**issues [25]** 54/24 55/14 67/14 68/3 68/5 68/18 68/19 71/2 71/3 71/7 71/9 73/10 81/7 81/9 81/15 85/18 118/22 141/4 141/12 141/22 162/13 165/22 177/1 185/10 211/12
**issuing [1]** 210/2
**it [468]**
**it's [9]** 37/16 69/2 71/4 138/23 141/13 169/22 217/16 220/23 223/6
**item [1]** 102/15
**items [1]** 102/15
**its [3]** 66/7 68/12 87/15
**itself [3]** 13/8 13/16 223/4
**IV [1]** 190/10
**Iwakuni [1]** 188/24

**J**

**J-A-M-E-S [1]** 51/22
**J-E-S-S-I-C-A [1]** 163/7
**J-O [1]** 152/15
**J-O-H-N-S-O-N [1]** 33/23
**Jackie [9]** 55/7 66/25 67/2 67/3 70/24 78/10 88/8 98/13 224/25
**James [2]** 51/22 52/1
**Janet [1]** 49/6
**January [1]** 110/25
**January 17th [1]** 110/25
**Japan [1]** 188/24
**Jeff [2]** 209/4 211/18
**Jenniefer [2]** 12/13 49/4
**Jennifer [1]** 15/16
**Jersey [1]** 188/9
**Jessica [2]** 163/6 163/10
**jest [1]** 247/21
**JO [9]** 3/14 9/13 57/14 136/11 152/8 152/14 152/17 225/12 225/18
**job [11]** 19/5 67/25 73/13 122/12 146/23 156/22 156/23 157/21 176/17 176/18 237/5
**jobs [3]** 63/12 110/19 189/6
**Jocelyn [1]** 15/12
**Joe [1]** 217/24
**John [1]** 37/6
**Johnson [4]** 12/24 33/23 33/25 35/10
**join [2]** 61/3 61/5
**joined [2]** 6/7 61/8
**joint [4]** 240/5 245/23 245/24 246/17
**joke [4]** 74/8 142/25 143/4 143/9
**joking [2]** 127/3 143/3
**Jolla [1]** 211/1
**jotting [1]** 128/19
**journal [7]** 58/22 58/23 59/1 59/6 103/22 104/20 229/25

**J**

**Jr [3]** 10/17 13/22 14/10
**judge [3]** 1/4 102/14 208/11
**Judicial [1]** 254/9
**judiciary [1]** 218/6
**Julia [1]** 235/13
**July [1]** 110/18
**jumped [1]** 205/1
**jurisdiction [1]** 92/11
**juror [26]** 12/12 12/18 12/23
14/19 15/6 15/7 27/6 27/11
27/20 32/11 32/12 33/21
35/13 37/5 37/6 38/14 38/16
39/22 41/3 42/1 42/3 43/13
44/10 44/18 46/13 47/12
**jurors [8]** 10/7 14/16 14/19
27/7 27/10 53/7 53/9 63/12
**jury [94]** 1/14 4/8 4/11 4/13
4/15 4/23 6/1 6/12 6/13
10/10 12/3 13/3 14/17 14/22
14/24 15/1 15/3 15/4 15/9
15/11 15/12 15/14 15/16
16/16 18/2 19/7 19/14 20/17
22/2 22/8 23/11 24/13 25/11
25/18 26/19 28/5 28/24 29/22
31/2 31/23 33/6 33/24 34/18
35/16 36/11 36/17 37/24
39/11 39/24 40/17 41/14
42/15 43/10 43/16 43/25 45/1
45/14 46/10 46/16 47/1 47/14
48/1 48/9 49/24 50/19 51/7
51/8 52/15 52/22 53/5 53/11
54/3 54/10 61/25 87/13 92/7
94/25 96/1 97/19 99/6 99/15
99/19 145/3 145/25 187/9
201/17 203/6 208/3 238/4
238/6 240/3 248/19 252/3
253/5
**just [128]**
**justice [4]** 2/4 212/7 228/12
228/13
**justify [1]** 241/13

**K**

**K-A-R-A-J-A-H [1]** 66/15
**K-Y-L-I-E [1]** 152/14
**Kamala [1]** 186/2
**KARAJAH [26]** 3/3 7/15 7/17
7/18 7/20 55/6 55/6 55/10
55/19 55/22 55/25 66/9 66/14
66/18 66/24 68/17 71/21
84/25 88/10 88/12 88/24 89/2
89/17 90/14 225/3 231/16
**Karajah's [1]** 7/21
**KATIE [2]** 1/20 254/12
**Kavitha [1]** 14/22
**keep [10]** 62/21 90/24 130/12
131/3 167/4 189/8 196/3
230/19 230/19 240/15
**keeping [3]** 125/6 132/13
230/14
**kept [10]** 58/22 58/23 59/1
121/10 144/4 149/6 149/7
149/10 174/2 180/8
**kill [40]** 8/17 54/7 54/12
55/6 55/19 55/21 56/3 56/16
56/18 57/3 73/22 83/18 83/20
83/21 85/5 85/8 89/15 121/8
121/14 125/4 126/10 127/8
132/24 139/17 139/22 139/25
142/19 144/6 144/16 166/1
170/24 170/24 210/3 212/2
212/5 213/5 232/21 232/23
244/3 244/4
**killed [1]** 72/5
**killing [7]** 119/15 130/3
135/8 139/20 150/14 151/22
232/24

**kind [54]** 29/12 63/5 63/6
76/25 78/6 79/18 80/9 82/3
82/15 84/6 107/6 113/10
114/11 117/3 119/21 124/7
124/17 126/18 126/19 127/15
127/22 127/24 129/11 129/24
129/25 130/5 135/25 137/18
146/21 147/20 148/1 148/7
150/20 156/4 157/11 164/10
164/20 165/21 169/2 171/14
172/22 173/20 179/16 186/7
197/23 198/13 203/5 217/1
248/10
**kinds [5]** 64/19 183/2 200/6
216/24 220/9
**knew [13]** 61/16 61/23 70/23
121/8 121/12 124/18 132/11
132/24 137/18 149/25 180/24
233/20 239/9
**know [174]**
**knowing [1]** 110/19
**knowingly [3]** 7/14 7/24 8/13
**knowledge [6]** 8/12 20/9
182/13 182/17 211/3 242/22
**known [2]** 5/18 123/25
**Knoxville [2]** 178/12 178/12
**KYLIE [16]** 3/14 9/13 57/14
136/11 136/19 136/22 152/8
152/14 152/17 153/17 153/18
155/13 225/12 225/18 225/23
225/24

**L**

**L-E-A-H [1]** 109/10
**L-E-E [1]** 15/16
**L.A [6]** 11/2 11/16 21/19
26/11 136/11 138/1
**LA [8]** 17/15 22/19 26/5
156/24 157/2 157/3 157/6
211/1
**ladies [3]** 14/18 54/10 62/1
**Lake [1]** 32/21
**Lakewood [2]** 30/10 49/9
**landline [2]** 168/24 168/25
**landlord [1]** 200/15
**language [30]** 13/4 13/6 13/6
13/7 13/12 55/4 55/4 55/4
56/9 57/9 63/13 119/3 119/5
130/18 156/5 158/5 160/11
186/11 218/12 218/19 227/15
227/16 227/18 227/19 247/19
250/7 250/8 250/23 252/7
252/20
**languages [1]** 51/3
**LAPD [2]** 11/14 11/16
**last [28]** 55/12 56/6 57/19
66/15 68/13 75/25 77/20 78/4
96/19 109/10 116/18 116/23
142/3 147/11 148/20 149/8
165/3 174/3 187/20 201/14
202/18 202/18 202/19 204/15
216/4 223/10 247/12 250/16
**late [1]** 76/4
**later [11]** 63/18 64/12
108/21 108/23 119/8 124/16
131/21 143/6 190/6 193/23
203/6
**laughter [1]** 151/3
**launched [3]** 129/25 134/21
134/23
**law [23]** 2/10 10/15 10/17
10/23 24/5 27/13 27/18 57/5
59/11 66/3 72/4 72/12 75/12
80/6 80/7 92/10 93/20 102/14
237/1 237/4 237/5 239/13
245/11
**laws [3]** 54/12 60/5 67/9
**lawyer [1]** 137/25

**lawyers [2]** 53/15 237/7
**lay [1]** 160/23
**laying [1]** 112/14
**LC [3]** 156/24 157/2 157/5
**leadership [1]** 109/25
**LEAH [13]** 3/10 7/25 8/16
8/24 9/6 56/2 109/4 109/9
109/12 147/6 147/21 147/25
148/24
**learn [3]** 68/17 147/18
178/21
**learned [2]** 143/6 148/2
**least [6]** 165/18 168/17
183/10 193/21 208/23 229/13
**leave [6]** 128/15 138/24
150/19 212/13 230/11 252/22
**led [1]** 74/7
**Lee [2]** 15/16 31/11
**left [3]** 114/13 189/21 240/9
**leg [1]** 197/14
**leg's [1]** 197/16
**legal [7]** 24/1 24/6 102/13
129/24 137/25 184/15 184/19
**legalization [1]** 129/23
**legalize [1]** 185/1
**legally [1]** 27/9
**Legion [1]** 191/15
**Legionnaires [1]** 86/6
**Legionnaires' [2]** 86/15
232/13
**legislation [15]** 63/24 67/9
80/4 80/5 80/11 141/1 184/14
206/13 207/6 207/10 207/19
215/25 217/4 232/10 232/16
**legislative [9]** 54/8 56/1
92/11 111/5 111/7 112/2
157/3 164/4 210/3
**legislators [2]** 204/5 209/15
**legitimate [1]** 180/19
**legitimately [1]** 211/22
**length [4]** 6/17 6/18 98/18
100/7
**lengthy [1]** 250/20
**less [3]** 140/16 220/14
240/23
**lesser [1]** 249/6
**let [15]** 6/16 69/22 71/21
75/6 121/13 134/15 156/6
172/2 179/19 192/13 196/4
240/7 251/12 252/10 252/15
**let's [9]** 99/14 121/23
137/14 193/7 199/17 213/3
238/12 238/13 238/25
**lets [1]** 202/9
**letters [2]** 153/13 153/13
**letting [1]** 6/24
**level [1]** 156/9
**Levin [6]** 57/25 100/24
103/16 104/10 164/2 229/12
**Levin's [1]** 175/10
**liaison [8]** 212/11 212/18
212/20 212/21 225/10 226/8
226/10 226/13
**life [17]** 17/17 21/9 21/10
23/24 29/11 41/8 41/10 41/11
43/20 46/20 52/4 89/11 93/22
135/5 199/6 234/4 244/6
**lifetime [1]** 144/19
**light [2]** 190/17 245/17
**Lighthouse [1]** 200/12
**like [93]** 5/21 32/11 35/12
39/21 63/6 68/10 74/2 74/14
90/24 98/3 99/9 109/4 114/21
114/22 115/5 117/4 117/13
117/14 118/20 119/8 120/20
121/4 121/15 123/8 123/12
123/23 125/1 125/7 126/23
126/25 128/19 130/5 131/21

like... [60]   134/2 137/16
138/22 139/8 143/2 143/21
148/1 148/6 148/7 148/13
150/17 151/15 155/12 156/13
156/25 157/5 157/9 160/24
161/1 161/15 164/5 165/21
167/12 169/21 170/16 170/23
171/6 171/11 172/10 173/7
174/14 176/15 177/1 178/14
178/15 179/10 180/14 180/15
180/18 181/20 184/11 186/14
192/1 192/15 202/16 204/23
212/21 213/16 216/12 216/16
217/16 226/23 234/5 234/7
234/11 234/14 238/6 238/10
238/18 240/18
likely [3]   191/18 232/14
236/22
limb [1]   207/22
limitations [1]   215/20
limited [1]   87/5
Linda [23]   71/2 71/8 79/1
79/5 79/10 79/15 86/4 86/13
197/8 197/19 206/14 210/13
219/13 219/17 219/21 220/3
220/12 220/15 220/22 232/12
233/4 233/11 233/17
line [19]   29/13 58/14 74/21
93/20 99/1 113/16 113/23
143/4 143/20 149/2 156/5
158/1 199/17 222/18 242/16
242/17 245/5 245/6 250/8
line 12 [2]   242/16 242/17
line 14 [1]   245/5
line 15 [1]   250/8
line 16 [1]   245/6
lines [4]   68/8 130/9 170/23
250/12
list [6]   59/3 76/6 125/6
132/13 230/14 230/16
listed [3]   96/25 132/12
223/1
listen [8]   27/11 55/2 65/22
65/23 65/23 65/24 183/7
183/20
listening [2]   137/23 182/21
literally [1]   74/1
little [38]   22/22 23/10
32/21 54/7 56/18 63/2 69/10
71/5 110/16 111/6 113/6
113/8 114/13 116/16 119/16
125/4 136/6 138/12 144/21
145/22 168/18 169/22 179/9
190/15 190/16 191/2 191/3
198/13 200/11 203/12 212/16
214/4 236/18 236/19 238/10
250/2 252/11 253/2
live [43]   15/20 15/21 17/13
17/15 18/13 19/22 21/5 22/18
23/21 24/22 26/4 26/5 28/6
29/8 29/9 30/9 31/12 32/14
33/25 35/17 37/8 37/9 38/17
40/2 40/12 41/6 42/4 43/17
45/2 46/17 47/15 47/16 49/8
50/9 50/10 52/1 52/2 72/23
130/8 199/23 201/20 203/13
211/23
Live-in [1]   40/12
lived [7]   15/22 22/20 70/25
196/5 200/21 203/7 223/14
lives [5]   202/5 203/9 211/12
216/16 236/21
living [11]   16/11 20/13 36/9
40/14 108/2 108/7 193/8
199/25 201/14 204/1 204/23
lobby [1]   74/21
local [6]   59/15 68/1 69/2

located [1]   94/2
locations [1]   61/7
log [10]   59/23 113/16 115/20
117/17 138/20 141/10 149/1
166/12 230/2 230/3
logged [2]   113/23 149/2
logging [2]   111/9 117/14
Loma [23]   71/2 71/8 79/1
79/5 79/10 79/15 86/4 86/13
197/8 197/18 206/14 210/13
219/13 219/17 219/21 220/3
220/12 220/15 220/22 232/12
233/3 233/10 233/17
long [45]   15/22 17/16 18/15
19/24 21/7 22/20 23/23 24/24
26/6 28/9 29/10 30/11 31/14
32/15 32/16 34/2 35/19 37/10
38/19 40/4 41/10 42/6 43/19
45/5 46/19 47/18 47/24 49/10
50/11 52/3 62/11 62/14 62/24
72/9 88/12 110/23 146/17
148/11 153/1 173/19 176/12
176/14 193/19 204/16 233/22
long-running [2]   62/11 62/24
long-term [2]   41/10 47/24
longer [1]   190/25
look [9]   108/4 129/15 160/10
179/1 180/17 200/24 202/2
202/11 251/12
looked [10]   57/1 61/12 76/8
79/15 83/3 93/3 129/19 148/5
148/7 181/13
looking [5]   134/4 148/1
194/14 240/16 240/17
lookout [1]   84/6
looks [2]   202/16 240/18
LOS [10]   1/15 1/22 2/12 4/1
21/6 23/22 28/8 35/18 46/22
181/3
losing [1]   220/19
lost [1]   218/23
lot [31]   14/8 34/13 81/13
82/7 82/8 118/23 119/20
119/22 166/2 168/13 172/21
172/23 173/25 177/18 177/24
178/25 180/14 191/24 193/15
195/19 198/16 202/13 204/16
204/20 206/16 216/11 224/12
225/25 228/21 229/6 230/18
loud [2]   74/4 235/12
louder [1]   119/11
love [1]   122/10
low [1]   200/15
low-income [1]   200/15
lowly [1]   122/5
lunch [4]   6/21 86/22 87/10
236/23
LVN [1]   26/23

M
M-A-C-D-O-N-A-L-D [1]   47/13
M-A-T-T-H-E-W [1]   91/21
M-O-N-T-G-O-M-E-R-Y [1]   28/4
ma'am [35]   15/20 17/13 18/13
19/22 21/4 21/5 22/18 23/21
24/21 26/4 29/8 30/6 30/9
31/11 32/7 32/14 35/17 37/2
40/2 44/15 45/3 45/21 46/17
47/9 49/8 50/8 50/9 51/6
51/24 52/1 53/5 86/21 152/6
162/23 175/17
Macdonald [3]   14/6 47/13
47/15
machine [1]   207/24
made [45]   8/21 9/3 9/10 9/17
9/24 71/12 75/19 76/15 79/18
82/21 83/6 83/9 83/10 85/2

100/12 100/17 100/22 101/2
132/25 142/23 161/25 179/16
186/24 204/18 204/20 209/14
219/18 219/25 224/25 228/9
228/15 231/12 242/20 243/3
247/21 249/17
MAG [1]   52/7
mail [33]   77/2 85/12 92/23
93/4 93/5 96/22 96/25 111/15
117/18 128/22 133/13 144/7
144/9 144/12 153/11 153/22
159/24 160/11 160/16 160/21
160/24 160/24 164/11 221/14
221/19 221/25 223/7 223/9
223/12 228/6 228/7 253/5
253/8
mailed [1]   75/11
mailing [1]   116/1
mails [4]   77/4 132/3 135/24
161/5
main [7]   99/1 113/16 113/23
149/2 149/16 149/18 202/5
major [1]   239/6
make [37]   11/20 11/25 13/8
13/16 46/4 53/14 53/17 60/14
61/4 64/25 74/11 75/12 78/21
81/22 87/1 94/22 128/5
153/17 158/11 165/5 174/5
181/9 186/21 188/16 196/7
199/10 200/5 204/21 205/5
206/6 219/15 237/16 237/25
239/4 239/6 239/21 253/10
makes [6]   64/4 123/16 157/10
186/8 199/9 206/23
making [16]   11/24 58/23 64/1
64/10 64/17 65/25 74/23
98/16 142/24 157/15 184/15
197/7 209/25 216/5 234/16
253/9
male [7]   118/9 120/12 121/19
155/9 155/10 165/9 167/14
malice [5]   243/15 243/17
243/20 243/22 244/3
malpractice [3]   55/15 72/12
72/12
manage [2]   18/18 67/14
management [2]   38/23 93/12
manager [2]   22/25 28/19
managing [1]   123/21
Manatt [1]   24/3
manipulated [1]   206/17
manipulating [1]   208/16
mantle [1]   206/23
manufacture [1]   52/7
many [20]   18/25 19/8 19/8
50/20 50/20 77/12 80/23 83/9
121/21 123/14 132/25 137/5
168/3 169/13 180/14 186/13
203/21 205/8 218/14 219/18
march [2]   190/22 190/23
Marg [1]   233/5
Margery [1]   51/22
marijuana [6]   129/13 129/23
129/24 184/18 185/1 216/17
Marine [10]   61/4 188/18
188/19 189/6 189/13 192/17
223/21 224/1 224/2 232/2
Marines [6]   61/3 61/5 61/10
61/22 62/22 65/21
marked [4]   95/10 107/15
107/18 242/1
market [1]   30/14
marketing [3]   22/25 28/18
45/17
marks [2]   104/5 104/8
Marlene [2]   224/8 224/21
marriage [2]   193/11 194/20

**M**

**married [28]**   17/25 18/20 20/3 21/14 23/1 24/11 25/9 26/13 28/15 29/20 30/19 31/21 32/23 34/10 36/3 37/18 39/3 40/11 41/12 42/11 43/23 45/10 46/24 47/23 49/22 50/17 52/11 191/12
**marshals [2]**   239/1 239/1
**Mart [3]**   205/2 222/17 222/19
**Martinsburg [2]**   155/18 162/18
**Mary [1]**   114/19
**master's [5]**   33/13 38/6 51/1 110/6 110/7
**masters [3]**   36/21 110/1 110/10
**matched [1]**   89/22
**Mateo [6]**   55/10 67/1 69/13 75/14 94/14 98/13
**materials [1]**   189/9
**math [2]**   199/9 234/24
**Matt [1]**   6/9
**matter [9]**   58/5 71/16 122/6 130/11 131/6 136/5 198/22 239/13 254/7
**mattered [1]**   193/6
**MATTHEW [4]**   3/8 91/16 91/21 91/24
**maximum [1]**   251/15
**may [46]**   11/18 13/4 44/16 53/8 83/3 84/8 91/11 96/7 97/12 101/17 102/1 103/19 104/16 105/2 105/6 105/23 107/7 107/13 110/11 110/12 116/12 132/4 134/10 143/13 153/2 158/1 160/14 173/11 185/17 186/21 186/23 186/25 187/15 187/23 201/4 201/10 203/1 228/4 235/2 235/15 238/11 239/3 242/9 246/24 247/20 249/12
**maybe [17]**   13/5 114/9 114/13 116/17 119/9 121/14 124/6 124/6 133/24 147/17 175/1 178/13 225/21 233/19 234/2 242/1 249/14
**MBA [1]**   45/17
**me [139]**
**mean [35]**   27/7 34/20 35/8 67/6 73/23 73/25 74/1 81/6 90/2 92/20 96/8 103/16 105/4 117/15 126/2 126/22 138/22 141/9 151/3 157/13 158/3 173/5 175/3 178/6 179/10 179/15 205/4 207/22 230/7 240/24 245/16 248/6 248/19 249/9 251/11
**means [3]**   7/3 171/11 244/4
**meant [9]**   117/10 150/16 151/24 156/23 158/5 172/9 173/3 173/5 173/8
**medical [32]**   20/22 26/11 31/18 46/23 55/15 62/8 62/13 62/17 63/4 63/21 72/12 78/22 129/12 129/13 129/22 129/24 180/15 180/18 184/11 184/18 191/13 191/20 192/6 194/1 195/7 206/13 207/17 208/1 208/17 210/22 213/17 241/2
**medicine [3]**   194/4 217/1 217/2
**meet [1]**   176/24
**meeting [5]**   137/2 137/23 154/9 195/7 220/3
**meetings [4]**   80/9 154/10 176/19 176/20
**Melissa [2]**   11/4 46/15

**member [12]**   69/7 69/16 70/8 77/24 78/4 178/3 178/7 178/9 210/11 212/7 215/19 217/17
**members [9]**   6/12 68/6 72/25 76/7 84/6 92/13 184/5 205/21 216/25
**memorable [2]**   141/10 186/12
**Memorial [1]**   37/17
**memorialized [1]**   144/7
**memory [4]**   76/25 131/24 133/12 215/5
**memos [2]**   111/17 111/18
**menacing [2]**   131/15 228/3
**mens [3]**   248/7 248/10 248/13
**mental [8]**   26/9 64/10 65/13 65/25 80/24 110/2 110/6 209/24
**mention [2]**   117/14 179/19
**mentioned [27]**   72/2 72/13 73/5 75/2 86/11 112/19 113/7 114/15 115/17 117/12 119/10 120/12 121/5 121/13 125/19 127/11 128/24 130/16 144/4 151/6 157/23 167/3 174/6 184/10 186/10 211/17 252/12
**message [4]**   102/2 150/18 164/25 171/19
**messages [5]**   101/8 101/11 101/14 101/18 212/13
**met [4]**   136/11 136/14 137/5 137/7
**Metro [3]**   204/25 205/1 222/18
**Michael [3]**   14/6 47/13 194/3
**Michelina [1]**   15/3
**microphone [1]**   191/3
**mid [2]**   142/14 147/19
**middle [3]**   189/18 204/3 222/12
**might [12]**   72/22 74/8 85/18 115/4 144/16 184/10 214/9 227/13 230/25 231/5 231/13 232/24
**Mike [4]**   57/25 100/24 164/2 175/10
**miles [3]**   200/1 203/21 220/24
**military [8]**   11/16 14/2 67/13 70/5 70/7 70/20 72/6 180/2
**Miller [2]**   209/4 211/18
**million [3]**   68/15 117/19 205/19
**mimicking [1]**   157/16
**mind [9]**   7/7 74/10 115/2 123/18 126/20 133/10 166/17 169/7 174/25
**mine [1]**   210/14
**minors [1]**   109/24
**minute [4]**   53/23 56/23 75/25 220/7
**minutes [7]**   58/6 120/16 120/17 144/22 187/3 187/5 238/11
**miserable [7]**   54/7 56/18 119/16 125/4 226/22 227/2 227/11
**mission [5]**   141/3 178/13 179/25 220/17 220/20
**misspelled [1]**   223/8
**misspelling [2]**   223/6 223/6
**mistake [1]**   160/5
**misunderstood [1]**   249/15
**mocked [2]**   234/13 234/15
**mocking [2]**   157/12 157/13
**model [1]**   243/14
**modifications [1]**   247/7
**mom [1]**   195/25

**moment [5]**   6/15 126/18 132/8 132/17 284/4
**moments [4]**   119/8 124/16 124/22 131/21
**Monday [4]**   76/1 112/5 112/9 154/10
**money [4]**   204/12 204/13 204/14 204/15
**monitor [1]**   111/14
**Montgomery [2]**   28/4 28/6
**month [6]**   72/9 167/18 171/6 204/10 205/3 234/20
**months [11]**   13/1 68/14 142/12 142/13 190/14 190/18 192/19 194/13 194/13 208/23 219/23
**Moore [1]**   152/25
**more [40]**   17/18 63/2 64/12 69/10 71/5 71/11 71/15 79/24 80/2 86/3 91/11 107/11 117/4 121/9 122/12 123/9 123/14 124/6 125/21 129/5 130/25 140/16 145/22 153/23 157/15 165/23 166/6 166/16 168/18 169/6 169/8 180/18 191/25 198/12 212/16 214/4 233/13 237/21 240/23 250/22
**Morgan [1]**   11/6
**morning [17]**   4/9 6/5 6/10 6/12 6/13 6/22 10/16 62/1 62/2 76/22 76/23 147/20 154/2 154/3 180/9 180/11 230/22
**mornings [1]**   154/10
**morph [1]**   63/1
**Morristown [3]**   59/15 176/11 177/5
**Mortuary [1]**   37/17
**most [7]**   11/15 27/7 27/9 164/18 166/24 232/14 240/5
**Mostly [1]**   178/19
**motion [3]**   186/21 186/24 239/15
**motives [2]**   247/16 250/9
**Motrin [1]**   192/14
**move [5]**   51/24 60/19 191/3 200/23 202/21
**moved [3]**   110/18 195/21 196/5
**moving [2]**   94/20 101/5
**Mr [19]**   3/3 3/4 3/6 3/7 3/8 3/9 3/11 3/13 3/13 3/15 3/15 3/17 3/18 3/19 3/21 3/21 35/13 187/1 239/9
**Mr. [57]**   6/11 24/22 28/6 33/25 35/10 37/8 38/14 38/17 39/22 41/6 42/1 42/4 43/17 44/21 47/15 59/13 59/15 59/19 59/20 59/20 60/14 60/24 60/25 61/13 61/16 61/20 62/3 62/5 62/12 62/18 62/25 63/17 64/10 64/17 65/16 65/23 66/4 82/21 85/15 88/7 90/12 94/6 99/8 102/21 108/2 150/7 150/25 176/9 178/1 182/9 188/6 191/2 222/10 232/7 233/2 243/10 249/13
**Mr. Brady [8]**   59/13 59/15 59/19 59/20 59/20 176/9 178/1 182/9
**Mr. Dover [2]**   150/7 150/25
**Mr. Gonzalez [1]**   42/4
**Mr. Johnson [2]**   33/25 35/10
**Mr. Macdonald [1]**   47/15
**Mr. Montgomery [1]**   28/6
**Mr. Perkins [2]**   88/7 90/12
**Mr. Reed [4]**   60/14 60/24 99/8 243/10

**M**

**Mr. Reed's [1]**   249/13
**Mr. Rochel [2]**   41/6 42/1
**Mr. Sebastian [1]**   24/22
**Mr. Solano [2]**   43/17 44/21
**Mr. Stahlnecker [24]**   6/11
  60/25 61/13 61/16 61/20 62/3
  62/5 62/12 62/18 62/25 63/17
  64/10 65/16 65/23 66/4 82/21
  85/15 94/6 108/2 188/6 191/2
  222/10 232/7 233/2
**Mr. Stahlnecker's [2]**   64/17
  102/21
**Mr. Topalian [2]**   38/17 39/22
**Mr. Wong [2]**   37/8 38/14
**MRI [4]**   61/18 61/23 190/13
  192/18
**Mrs. [3]**   127/23 148/11
  228/14
**Mrs. Harms [1]**   127/23
**Mrs. Uhrig [2]**   148/11 228/14
**Ms [9]**   7/18 44/20 49/8 88/12
  114/17 114/18 114/19 117/24
  140/2
**Ms. [85]**   7/17 7/20 7/21 8/3
  8/4 8/7 8/7 8/17 9/6 15/18
  17/13 18/12 19/22 21/5 22/17
  23/21 29/8 30/7 31/11 32/11
  32/14 33/18 33/21 35/17 37/5
  41/3 43/13 44/12 45/2 46/13
  46/14 46/17 47/12 50/9 51/21
  52/1 55/6 55/8 55/10 55/19
  55/22 55/25 56/2 56/2 56/4
  56/11 56/14 56/20 57/14
  57/15 57/18 57/23 57/24 58/4
  58/10 59/4 59/8 59/8 66/24
  68/17 71/21 80/3 84/25 88/10
  88/24 89/2 89/17 90/14 109/4
  109/18 112/18 138/4 140/7
  145/19 146/10 147/14 148/4
  152/23 163/16 226/4 227/9
  228/23 230/13 231/16 234/5
**Ms. Amaro [1]**   51/21
**Ms. Babu [2]**   15/18 32/11
**Ms. Bailon [2]**   46/17 47/12
**Ms. Bird [1]**   19/22
**Ms. Branta [1]**   35/17
**Ms. Embray [2]**   23/21 43/13
**Ms. Feinswog [5]**   57/24 58/10
  59/4 59/8 163/16
**Ms. Harms [4]**   138/4 140/7
  145/19 146/10
**Ms. Hernandez [1]**   50/9
**Ms. James [1]**   52/1
**Ms. Karajah [16]**   7/17 7/20
  55/6 55/10 55/19 55/22 55/25
  66/24 68/17 71/21 84/25
  88/24 89/2 89/17 90/14
  231/16
**Ms. Karajah's [1]**   7/21
**Ms. Kylie [1]**   57/14
**Ms. Leah [3]**   9/6 56/2 109/4
**Ms. Lee [1]**   31/11
**Ms. Nunally [1]**   30/7
**Ms. Raghda [1]**   88/10
**Ms. Ramos [1]**   17/13
**Ms. Rutherford [9]**   22/17
  57/15 57/18 57/23 58/4 59/8
  152/23 226/4 234/5
**Ms. Safier [1]**   21/5
**Ms. Serrano [2]**   29/8 37/5
**Ms. Speier [2]**   55/8 80/3
**Ms. Sung [3]**   32/14 33/18
  44/12
**Ms. Uhrig [15]**   8/3 8/4 8/7
  8/17 56/2 56/4 56/11 56/14
  56/20 109/18 112/18 147/14
  227/9 228/23 230/13

**Ms. Uhrig's [2]**   8/7 148/4
**Ms. Wartole [2]**   9/25 231/16
**Ms. Wigert [1]**   41/3
**Ms. Zucchino [3]**   45/2 46/13
  46/14
**much [23]**   89/12 117/4 120/13
  123/23 129/8 149/10 157/6
  157/22 170/18 174/7 174/9
  174/17 178/17 179/14 179/15
  180/14 190/6 193/6 194/16
  195/18 198/22 247/22 250/22
**multi [2]**   107/6 250/24
**multi-colored [1]**   107/6
**multi-prongs [1]**   250/24
**multiple [12]**   80/23 119/9
  119/17 120/21 130/18 133/8
  136/20 142/5 148/18 169/11
  169/18 232/18
**multitude [1]**   130/14
**Munoz [1]**   12/5
**murder [13]**   7/15 7/25 210/7
  213/7 214/23 243/11 243/25
  248/14 249/7 249/9 251/9
  251/24 252/2
**muscle [1]**   197/13
**Music [1]**   34/5
**must [9]**   181/17 237/1 237/3
  242/20 243/3 246/7 247/9
  250/7 251/22
**my [196]**
**Myers [1]**   6/8
**myself [9]**   13/5 76/8 199/14
  199/15 200/5 208/25 226/20
  230/5 245/7

**N**

**N-U-N-A-L-L-Y [1]**   15/14
**nail [1]**   192/2
**Naively [1]**   179/23
**name [118]**   3/2 5/19 10/12
  10/25 12/4 15/18 39/25 44/10
  57/10 59/21 59/24 66/12
  66/14 66/15 75/10 76/9 76/12
  77/25 78/1 78/2 78/4 79/4
  87/20 91/19 96/18 96/19
  104/10 109/7 109/9 109/10
  116/1 116/3 116/11 116/18
  116/18 116/19 116/22 116/22
  116/23 116/23 116/24 117/4
  117/7 117/9 121/6 121/10
  121/11 124/18 124/19 125/1
  125/5 125/22 125/23 125/25
  126/1 126/5 126/10 127/10
  132/11 132/18 132/22 142/16
  142/17 142/19 142/24 143/6
  143/7 145/8 145/10 149/22
  149/25 150/2 150/2 150/3
  150/4 150/11 150/11 150/13
  150/13 151/2 152/12 153/17
  158/19 159/5 163/4 165/3
  165/3 166/18 168/21 169/8
  174/1 174/3 175/23 177/19
  177/20 180/25 180/25 187/19
  187/20 195/9 223/1 223/4
  223/10 225/5 225/8 225/14
  225/21 225/22 225/23 226/1
  226/3 227/21 229/5 229/8
  229/9 229/14 229/18 229/24
**named [6]**   59/13 124/21
  136/11 147/6 228/16 228/24
**namely [5]**   8/24 9/6 9/13
  9/19 10/2
**names [11]**   5/3 5/4 5/10
  57/12 78/7 114/16 132/14
  142/20 229/15 229/15 229/16
**naming [1]**   180/21
**naproxen [1]**   192/14
**narrative [3]**   117/21 118/12
  125/14

**National [1]**   72/10
**naturally [1]**   214/14
**nature [5]**   11/23 13/14 89/24
  190/1 195/13
**naval [3]**   47/22 189/24 232/3
**Navy [1]**   14/7
**nearly [1]**   196/25
**necessarily [1]**   229/7
**necessary [1]**   198/7
**necessity [1]**   206/2
**need [18]**   70/8 74/14 96/14
  115/20 117/9 121/9 122/12
  123/25 139/2 164/24 166/16
  178/14 179/1 191/22 203/18
  204/13 238/15 245/11
**needed [14]**   73/11 76/5
  111/13 117/13 125/21 158/22
  191/25 192/21 200/22 205/4
  205/5 205/5 210/16 220/15
**needs [1]**   211/23
**negative [1]**   79/18
**negativity [2]**   226/19 226/19
**nerve [1]**   197/13
**nervous [1]**   56/20
**neuropathy [1]**   197/13
**never [31]**   33/9 38/3 61/23
  65/20 76/8 86/18 116/21
  123/2 161/14 166/18 168/14
  172/7 172/24 175/6 181/16
  186/13 192/9 196/22 197/4
  212/5 213/6 213/11 213/12
  219/4 221/24 224/10 231/20
  232/23 232/25 234/4 234/15
**new [4]**   41/11 188/9 194/23
  200/15
**newborn [1]**   194/22
**news [1]**   115/3
**next [45]**   11/17 12/12 12/18
  12/23 33/18 35/11 37/2 38/12
  39/20 41/1 41/23 43/4 44/8
  45/22 47/10 48/19 58/13 73/7
  75/8 83/13 87/15 91/14 93/17
  109/2 123/14 124/15 126/9
  127/22 128/6 129/2 131/20
  150/9 152/7 162/24 169/22
  170/8 172/18 174/7 175/18
  186/18 192/4 192/7 192/8
  203/8 203/12
**night [9]**   70/6 70/9 75/22
  76/4 136/11 136/24 138/24
  193/20 199/1
**nine [4]**   194/13 196/17
  196/23 197/6
**Ninth [4]**   240/6 243/14
  243/19 250/21
**Nishops [1]**   114/17
**no [171]**
**No. [69]**   14/19 14/23 14/25
  15/2 15/3 15/4 15/6 15/7
  15/10 15/11 15/13 15/15
  15/16 28/5 32/11 32/13 33/21
  33/24 35/16 37/5 37/7 38/14
  38/16 39/22 39/24 41/3 41/5
  42/1 42/3 43/13 43/16 44/18
  44/21 45/1 46/13 46/16 47/12
  47/14 49/7 51/23 95/10 95/18
  95/22 96/4 96/18 97/11 101/6
  101/6 103/11 103/12 104/15
  104/23 105/24 106/2 200/24
  240/19 241/11 241/16 241/23
  242/2 242/12 244/13 245/23
  245/25 245/25 246/3 246/17
  246/24 249/1
**No. 1 [7]**   14/19 14/23 32/11
  32/13 51/23 95/10 95/18
**No. 10 [14]**   15/13 37/5 37/7
  38/14 38/16 39/22 39/24 41/3
  41/5 42/1 42/3 103/11 103/12

**N**

No. 10... [1]   104/23
No. 100 [1]   200/24
No. 11 [2]   15/15 104/15
No. 12 [3]   15/16 105/24
106/2
No. 13 [1]   241/11
No. 14 [1]   241/16
No. 15 [1]   241/23
No. 18 [1]   245/23
No. 19 [1]   245/25
No. 2 [9]   14/25 49/7 95/22
96/4 96/18 242/2 242/12
246/24 249/1
No. 20 [1]   245/25
No. 21 [1]   246/17
No. 3 [3]   15/2 33/21 33/24
No. 4 [1]   15/3
No. 5 [2]   15/4 97/11
No. 6 [4]   15/6 101/6 101/6
246/3
No. 7 [11]   15/7 43/13 43/16
44/18 44/21 45/1 46/13 46/16
47/12 47/14 244/13
No. 8 [3]   15/10 35/16 240/19
No. 9 [2]   15/11 28/5
nobody [5]   181/16 181/18
183/14 213/19 218/2
nomination [3]   70/6 70/8
70/12
nonprofit [1]   25/7
normally [3]   154/17 155/17
166/11
North [1]   189/5
northern [1]   55/8
Norwalk [1]   24/23
Nos [1]   104/17
Nos. [1]   105/3
Nos. 11 [1]   105/3
not [189]
note [7]   86/24 103/15 104/9
230/3 230/5 230/7 237/15
notebook [19]   103/13 128/15
138/11 138/12 138/17 138/19
138/22 138/24 139/1 139/4
139/9 139/10 140/5 143/18
144/4 144/5 144/11 159/18
159/19
notebooks [1]   140/3
notes [28]   59/1 59/5 75/5
75/10 76/25 77/2 82/17 82/19
82/24 82/25 83/6 85/11 103/1
104/5 126/3 128/11 128/13
128/19 133/15 138/8 144/5
144/9 159/16 159/17 161/1
179/1 230/10 230/20
nothing [16]   76/17 85/20
86/20 90/6 91/9 108/17
155/19 156/23 162/5 162/22
166/14 185/15 186/15 192/12
211/15 236/3
notice [1]   103/14
noticed [3]   63/3 84/9 90/15
November [5]   9/21 100/25
180/10 222/11 222/12
November 18th [3]   9/21
100/25 180/10
now [111]   17/12 19/25 31/6
31/7 45/23 46/11 53/6 53/8
57/2 57/13 57/18 57/23 58/22
59/7 59/14 60/2 60/15 62/18
64/19 69/24 76/24 78/12
79/18 80/3 80/21 81/25 84/16
90/14 92/15 95/22 102/6
106/13 108/4 108/22 112/2
113/6 117/12 118/4 118/8
124/9 126/23 127/11 127/15
128/4 128/21 130/16 131/19

134/5 139/24 140/19 142/2
142/20 147/14 147/22 148/14
149/22 151/6 159/25 162/9
164/5 165/11 168/7 171/18
172/18 174/11 174/14 174/22
177/12 178/8 179/18 180/9
182/11 183/23 186/4 189/6
192/23 195/12 196/6 198/23
199/6 199/16 199/16 199/17
199/19 203/23 204/21 205/7
209/14 209/18 210/2 210/25
212/15 213/3 214/21 215/22
216/4 218/20 218/23 236/12
237/9 238/13 240/10 241/20
243/1 243/1 244/7 244/10
245/8 245/21 246/16 249/4
numb [1]   197/16
number [72]   8/23 9/5 9/12
9/19 10/1 44/12 49/5 73/9
73/15 73/16 83/25 84/3 84/5
84/7 84/9 93/6 93/8 93/10
93/11 93/15 93/15 93/18
93/19 93/23 94/2 94/3 94/22
95/4 98/16 98/17 98/22 98/23
98/25 99/1 99/2 99/22 99/22
100/6 105/12 105/17 105/19
105/20 105/21 106/1 106/6
106/7 117/25 118/2 123/1
125/23 126/7 141/24 149/1
153/25 154/11 155/2 155/5
159/4 162/21 167/2 167/17
168/5 175/11 177/3 222/10
222/14 222/16 222/17 222/22
240/18 244/18 247/3
numbered [1]   187/11
numbers [4]   97/16 123/2
155/6 240/14
Nunally [2]   15/14 30/7
nurse [1]   21/13
nursing [3]   17/14 22/12
30/17
nutshell [1]   81/8

**O**

o'clock [7]   89/6 90/15
144/23 236/15 237/20 238/13
253/3
oath [2]   113/2 212/8
object [2]   133/19 172/19
objection [31]   5/5 28/1
80/13 81/11 90/1 103/8
104/13 108/9 112/13 116/6
117/21 120/8 125/14 131/10
140/9 151/9 151/16 160/20
160/22 161/9 167/8 173/4
184/21 204/7 206/3 206/19
208/5 209/7 213/9 214/24
242/7
objective [3]   27/12 85/15
248/17
objects [1]   200/6
obligation [2]   27/11 27/18
obscene [1]   150/5
observe [2]   103/6 155/2
observed [1]   88/15
obstructing [2]   212/6 228/12
obstruction [1]   228/13
obtain [2]   184/15 192/16
obviously [3]   125/8 164/22
165/2
occasionally [1]   177/11
occasions [1]   218/14
occupation [39]   15/25 17/19
18/17 20/5 20/23 21/11 21/17
22/23 23/3 23/25 25/1 26/8
26/15 28/11 28/17 29/12
30/13 30/21 31/16 32/18
32/25 34/4 34/12 35/21 36/5
37/12 37/20 38/21 39/5 40/6

41/9 42/8 43/21 45/7 46/21
47/19 47/21 47/23 47/25
occur [3]   196/11 200/10
211/7
occurred [4]   86/6 154/14
220/6 230/6
occurs [1]   211/7
October [21]   9/7 9/14 57/19
57/19 58/4 100/15 100/20
133/4 133/6 133/11 133/15
134/19 154/3 154/15 167/13
167/13 168/3 168/8 172/14
172/15 225/15
October 21 [4]   57/19 100/15
154/3 154/15
October 25th [10]   9/14 58/4
100/20 167/13 167/13 168/3
168/8 172/14 172/15 225/15
October 29th [1]   9/7
October 9th [4]   133/6 133/11
133/15 134/19
odd [3]   148/3 186/1 196/25
off [15]   56/25 62/20 65/5
73/14 73/19 126/19 148/11
158/9 162/15 174/14 180/21
190/14 190/15 213/25 232/18
offend [1]   221/7
offended [2]   218/15 218/18
offense [2]   218/13 227/22
offensive [4]   226/21 226/23
226/25 227/1
offer [3]   97/6 108/23 178/16
offered [5]   71/10 71/24
111/1 166/18 231/17
offering [1]   108/19
offers [2]   95/18 96/3
office [147]
63/20 63/22 64/23 72/20
122/4 146/1 155/16 182/23
204/5 205/8 205/9 206/11
209/1 210/4 214/19 216/6
official [8]   1/20 7/19 7/21
8/5 8/6 8/8 128/14 138/19
officials [5]   64/22 70/10
103/1 115/11 186/9
often [5]   88/18 141/11
171/14 227/18 227/19
oftentimes [1]   141/13
oh [10]   77/18 81/3 117/6
157/16 181/11 186/13 198/17
217/16 243/19 251/7
Ohio [11]   109/23 110/1
110/22 112/8 115/7 115/8
117/20 129/24 132/15 138/23
141/21
okay [63]   5/3 10/3 11/17
12/12 32/7 33/22 35/14 43/7
43/14 60/24 74/23 90/8 96/15
100/2 108/16 127/11 128/6
138/13 138/15 143/12 161/8
162/24 171/1 174/11 184/12
186/16 187/3 190/18 202/3
203/24 205/16 209/16 209/25
210/1 215/8 216/17 218/20
218/21 225/17 227/10 230/23
231/24 238/1 238/13 239/20
240/2 241/16 241/20 242/25
243/8 244/7 245/7 245/8
245/21 246/16 248/4 249/2
249/23 249/25 250/4 250/15
251/16 253/11
old [9]   12/25 20/12 20/13
109/20 154/18 163/19 188/6
226/22 227/2
once [12]   77/13 77/15 77/17

**O**

once... [9]   77/18 126/15
 130/24 131/19 139/19 155/14
 190/25 194/1 208/25
one [72]   1/14 6/21 19/2 27/8
 40/5 44/19 49/2 51/24 63/12
 63/15 64/24 65/5 88/11 90/3
 91/11 113/7 115/17 118/5
 119/10 126/11 129/7 133/8
 133/9 136/17 136/24 137/7
 139/21 140/2 140/22 143/20
 144/3 146/5 147/20 148/20
 149/4 149/20 154/16 155/15
 160/1 161/5 173/20 175/8
 178/12 178/13 179/6 179/19
 180/15 183/5 183/6 183/10
 184/4 184/10 185/4 185/14
 185/17 185/25 192/7 199/12
 201/8 213/20 213/22 216/24
 220/13 229/13 240/19 243/18
 244/8 244/10 245/5 245/6
 248/4 252/2
one-hour [1]   6/21
ones [2]   183/17 183/18
only [76]   5/13 6/24 59/8
 60/10 64/15 82/17 82/19
 86/24 91/2 97/14 120/23
 129/22 138/23 140/14 144/19
 183/18 207/14
open [1]   240/9
opening [3]   53/14 60/15
 237/9
operated [1]   106/9
operating [2]   129/16 198/20
operation [4]   145/21 192/20
 192/24 197/15
operator [2]   93/19 95/6
opinion [6]   155/8 164/20
 165/2 167/8 241/16 241/17
opinions [1]   115/21
opportunity [3]   53/17 178/16
 208/20
opposed [1]   136/17
order [5]   62/13 77/6 162/19
 166/15 250/23
orders [1]   61/20
ordinary [2]   154/4 180/11
organization [4]   25/6 25/8
 29/17 37/14
organizational [1]   176/20
oriented [1]   88/22
originally [1]   70/18
originated [1]   100/7
osteochondral [2]   189/21
 190/10
other [73]   4/15 4/17 13/24
 17/9 27/8 27/14 51/2 54/14
 57/4 59/16 64/24 75/12 76/11
 82/10 84/5 85/4 87/6 102/25
 112/15 113/21 114/3 115/18
 117/13 122/17 126/12 128/24
 131/16 132/17 136/3 136/8
 137/22 138/4 142/20 142/21
 143/5 143/20 143/21 144/15
 144/15 147/20 148/24 154/16
 159/6 170/11 174/1 177/20
 180/21 182/3 182/23 183/9
 183/15 185/6 200/2 206/24
 214/19 215/13 216/2 227/5
 236/7 237/3 237/15 237/17
 239/14 240/13 240/22 240/24
 244/22 244/23 245/4 247/15
 249/14 250/13 251/25
others [2]   55/23 180/14
otherwise [2]   11/25 121/2
ought [1]   53/20
our [100]   51/9 62/15 66/4
 67/14 68/1 68/4 68/19 68/25

69/20 69/20 70/5 71/4 71/9
 71/18 72/1 72/18 74/21 80/11
 81/15 85/2 85/19 88/11 93/13
 94/6 111/8 111/16 111/23
 113/17 113/22 114/7 114/8
 114/9 114/11 114/14 114/17
 114/18 114/19 115/20 116/5
 116/21 116/21 116/21 116/22
 116/22 116/24 117/7 117/9
 117/10 118/14 119/1 119/6
 122/12 124/22 125/9 126/13
 126/14 126/25 127/9 127/19
 128/15 128/16 129/8 129/20
 132/12 132/25 135/3 135/6
 137/8 138/24 138/24 139/12
 146/25 146/25 147/2 149/1
 153/25 154/17 155/15 155/18
 156/5 162/1 162/18 165/4
 167/2 171/13 175/5 177/2
 177/2 178/2 178/23 179/1
 183/15 187/12 194/24 199/17
 216/18 216/21 216/22 227/6
 243/4
ours [1]   11/9
out [73]   17/23 18/8 34/22
 47/22 58/12 59/14 61/8 68/2
 68/3 68/20 68/21 71/11 76/10
 78/7 79/14 79/16 79/17 83/4
 83/25 84/5 85/17 91/3 91/5
 107/3 108/6 118/21 125/21
 141/25 149/5 154/4 155/14
 168/24 168/25 172/9 172/10
 180/11 186/1 186/6 190/6
 191/14 193/16 195/22 196/17
 196/23 197/18 198/2 200/6
 204/16 205/15 207/11 207/18
 210/10 212/25 214/5 215/18
 215/24 216/25 220/18 221/24
 222/25 224/13 233/3 233/17
 241/2 242/4 242/21 245/7
 247/9 247/15 247/19 250/6
 250/8 252/9
outback [1]   108/8
outbreak [3]   86/6 86/15
 232/13
outgoing [1]   94/1
outreach [1]   11/7
outside [24]   4/7 12/3 56/22
 69/5 71/4 71/9 99/6 118/15
 118/16 124/4 127/17 127/18
 129/10 141/17 141/21 163/22
 207/9 207/12 207/25 209/3
 212/22 235/11 236/1 238/3
over [47]   51/24 53/19 55/18
 55/18 62/5 62/25 64/7 73/1
 81/2 85/3 93/3 114/12 119/15
 126/15 127/12 127/15 132/10
 134/15 135/3 136/23 137/3
 137/10 138/5 138/20 147/24
 148/10 148/14 149/21 149/21
 149/21 160/1 167/18 169/10
 189/6 192/4 193/7 195/14
 199/16 205/9 206/9 206/11
 217/18 221/5 234/20 234/22
 234/22 240/3
overestimate [1]   236/21
Overruled [5]   80/14 81/12
 140/11 204/8 213/10
oversee [1]   153/10
overseeing [1]   157/5
overturn [1]   72/8
owed [3]   197/6 206/9 234/24
own [5]   59/2 77/4 114/8
 135/5 194/4
owned [1]   108/7
ownership [1]   200/17

**P**

P-E-R-K-I-N-S [1]   87/23

p.m [15]   87/10 87/10 98/20
 98/20 98/20 104/20 104/21
 112/5 112/9 145/1 145/1
 187/7 187/7 240/1 240/1
Pacific [1]   98/20
packet [1]   251/4
page [14]   3/2 98/9 161/3
 170/8 202/2 202/11 202/18
 202/19 203/8 203/12 242/10
 246/24 246/25 254/7
pages [1]   202/20
paid [9]   112/2 112/15 112/19
 112/19 193/22 194/8 195/11
 197/4 224/24
pain [4]   61/20 61/21 190/25
 193/17
painful [1]   62/6
painfully [1]   174/23
pale [2]   57/1 148/6
Palmdale [1]   19/23
Palms [7]   61/9 93/16 94/7
 189/11 189/13 199/24 220/21
Pamela [1]   15/4
panel [8]   6/13 10/10 43/9
 43/10 46/9 46/10 48/22 48/23
paper [6]   90/18 90/21 90/22
 91/1 161/8 161/13
paperwork [1]   81/14
Para [1]   49/13
paragraph [5]   244/25 247/12
 247/20 250/4 250/5
Pardon [1]   196/14
parents [2]   61/4 188/16
Park [1]   37/17
Parris [1]   189/3
part [16]   5/10 53/9 91/4
 102/9 111/8 111/24 113/20
 126/23 129/23 177/8 196/9
 240/11 241/12 241/24 251/19
 252/7
particular [18]   82/20 84/7
 85/9 92/16 139/3 172/5
 215/19 231/11 234/16 239/10
 242/21 242/23 243/3 243/6
 244/25 245/4 245/20 247/9
particularly [2]   186/11
 199/14
parties [4]   4/10 13/9 53/20
 60/20
parts [1]   250/13
party [4]   17/23 95/17 207/5
 247/14
pass [5]   84/5 158/22 162/15
 164/22 164/25
passed [7]   42/12 46/3 72/10
 174/7 179/25 179/25 180/1
passing [1]   149/11
passionate [1]   111/22
past [2]   80/22 226/14
Patrol [1]   11/5
patrols [1]   94/18
Patterson [3]   10/17 11/15
 13/22
Patty [1]   195/10
Paul [4]   70/25 223/19 223/25
 224/13
pay [5]   194/6 195/4 195/13
 196/25 197/4
paycheck [5]   112/20 166/2
 170/24 170/25 232/25
paychecks [1]   112/23
paying [2]   194/15 224/16
payments [1]   234/23
PCS [3]   204/25 205/1 222/18
pen [1]   147/23
penalty [2]   89/21 251/15
Pennsylvania [6]   186/4 186/5
 186/5 191/13 193/10 196/3
pent [1]   65/24

**p**

**people [56]** 5/21 27/9 55/9
57/17 59/9 63/5 69/22 78/7
80/21 81/22 82/10 108/6
115/13 115/22 115/23 117/19
118/20 122/13 122/17 124/22
124/23 125/10 132/12 136/7
136/14 136/23 136/24 138/20
138/25 140/19 141/7 141/10
148/25 149/16 149/19 164/19
172/22 172/23 178/11 183/9
183/15 197/8 198/12 200/12
211/9 211/14 211/21 216/10
217/10 218/8 218/12 228/11
229/5 230/18 237/18 239/10
**people's [2]** 149/7 229/16
**per [3]** 80/23 220/12 220/13
**perceive [2]** 173/16 237/4
**perceived [3]** 173/6 173/12
174/23
**percent [6]** 156/16 199/7
199/8 199/9 204/10 234/19
**perception [1]** 209/10
**performance [6]** 7/18 7/20
8/4 8/5 8/7 8/8
**performing [1]** 49/18
**period [5]** 89/19 112/7
193/19 199/18 203/24
**Perkin's [1]** 92/18
**PERKINS [8]** 3/6 87/17 87/22
87/23 88/1 88/7 90/12 92/22
**permission [3]** 60/19 98/2
170/16
**persistently [1]** 57/8
**person [84]** 8/1 8/15 8/23
9/5 9/12 9/18 10/1 44/13
44/22 62/20 65/12 69/23
70/20 70/25 71/12 72/18
73/25 78/17 78/18 78/21
81/21 82/7 82/11 82/14 82/16
83/10 84/16 86/4 89/15 90/20
106/21 114/12 120/6 120/12
129/9 136/17 136/18 138/16
139/4 139/16 139/24 142/2
142/9 142/16 149/21 157/4
158/4 159/25 161/16 162/12
162/17 162/20 165/4 177/20
178/23 179/1 181/1 184/7
184/24 199/14 200/8 200/9
206/23 210/3 210/7 210/9
210/20 213/4 214/9 215/3
217/9 225/20 230/8 230/12
231/16 237/25 242/23 243/3
243/7 244/18 244/25 247/3
247/9 252/20
**person's [4]** 83/11 143/7
149/22 149/25
**personal [9]** 13/19 54/24
56/8 62/14 115/4 135/11
151/20 172/13 202/13
**personally [3]** 108/14 143/8
165/22
**persuade [1]** 27/8
**pertain [2]** 98/10 102/24
**pertaining [1]** 103/1
**pertains [5]** 95/6 98/11
104/9 244/19 244/20
**PETER [2]** 2/5 6/5
**PFT [1]** 190/21
**Phelps [1]** 24/3
**Phil [6]** 59/13 101/4 176/10
177/25 180/20 215/8
**Phillips [1]** 24/3
**phon [4]** 114/18 114/19
224/15 248/15
**phone [205]**
**phones [9]** 102/23 113/15
113/23 118/14 118/21 124/23

148/24 149/7 214/13
**phonics [2]** 149/9 149/10
**photocopy [2]** 95/12 170/4
**photographs [1]** 108/1
**phrase [1]** 170/25
**phrases [1]** 166/1
**physical [4]** 12/7 90/16
190/16 190/21
**physically [2]** 76/14 90/22
**physician [5]** 215/22 219/1
219/6 219/7 220/17
**pick [4]** 82/6 114/1 114/23
165/15
**picked [4]** 70/22 71/19
168/20 168/22
**picking [1]** 82/8
**picture [10]** 95/12 103/20
103/21 103/22 104/20 105/9
108/4 201/15 201/22 202/18
**pictures [4]** 201/13 201/25
203/2 223/15
**piece [5]** 90/18 115/17 161/8
161/13 217/3
**pieces [1]** 124/8
**piled [1]** 205/18
**pinged [1]** 148/24
**pitched [1]** 157/15
**place [16]** 65/20 77/1 79/1
102/15 102/16 102/18 113/9
114/22 154/10 171/25 178/3
178/11 191/11 193/25 200/13
200/22
**placed [4]** 107/19 160/16
200/11 200/13
**places [2]** 196/5 245/8
**PLAINTIFF [2]** 1/7 2/3
**plan [3]** 4/12 5/12 146/3
**planned [1]** 202/14
**planner [1]** 37/13
**plastic [1]** 179/7
**plastics [1]** 42/9
**platform [1]** 80/17
**plausibility [1]** 185/23
**play [6]** 101/17 102/1 172/18
174/11 235/2 235/15
**played [13]** 58/18 101/21
102/4 106/17 150/20 151/7
170/19 171/2 171/16 172/16
174/12 235/8 235/22
**pleas [1]** 62/19
**pleasant [1]** 238/2
**please [43]** 6/4 10/5 10/8
10/12 14/22 14/24 28/5 32/12
33/23 35/15 37/6 38/16 39/23
41/4 42/3 43/15 45/1 46/15
47/14 49/4 49/7 51/8 51/22
53/11 66/11 66/12 87/19
91/18 91/19 101/6 104/8
107/3 109/6 112/18 119/5
145/7 152/11 163/3 175/22
181/12 187/19 202/18 215/6
**plight [1]** 63/21
**podiatrist [2]** 192/9 207/15
**point [40]** 53/16 58/13 97/18
99/7 99/10 99/20 107/3
108/12 115/25 121/14 122/22
124/18 125/7 125/22 127/16
131/5 157/18 165/13 165/18
166/4 168/16 168/20 168/22
168/24 170/22 171/5 171/18
172/6 172/10 180/24 181/9
189/10 195/9 195/21 196/6
198/11 209/11 229/9 230/10
233/16
**points [2]** 185/5 239/6
**police [34]** 6/9 10/19 10/23
74/17 75/11 75/14 85/13 92/6
92/8 92/9 94/14 121/9 127/25
128/5 135/25 136/1 161/15

161/16 198/2 214/11 214/12
215/19 216/4 221/21 221/22
219/24 227/24 228/1 228/5
228/7 229/22 231/4 233/3
241/3
**policy [11]** 78/6 78/9 109/25
110/20 116/20 119/1 120/5
164/20 182/14 226/2 229/20
**polite [1]** 221/5
**political [1]** 120/6
**politics [1]** 176/14
**poor [2]** 143/3 204/22
**pop [1]** 149/12
**popping [3]** 149/6 149/7
149/10
**Port [1]** 47/22
**portfolio [2]** 147/2 153/12
**position [13]** 55/15 111/1
111/3 129/12 129/16 146/15
146/17 164/3 180/17 211/22
217/13 232/15 251/10
**positionings [1]** 129/17
**positions [1]** 114/15
**positive [1]** 32/4
**possibility [1]** 184/25
**possible [2]** 13/8 72/22
**possibly [2]** 89/12 205/15
**Postal [1]** 43/22
**potentially [1]** 127/8
**power [3]** 27/14 95/1 214/1
**pre [1]** 243/4
**pre-trial [1]** 243/4
**precise [1]** 6/18
**precisely [1]** 231/1
**predecessor [1]** 14/7
**predict [1]** 6/18
**predominantly [1]** 184/8
**prefer [3]** 11/24 238/23
241/5
**preference [1]** 46/7
**prepare [2]** 137/6 238/8
**prepared [1]** 175/4
**preparing [2]** 70/5 70/13
**prescription [2]** 207/4
215/22
**prescriptions [3]** 184/16
216/20 216/22
**presence [11]** 4/8 6/1 12/3
13/3 54/3 87/13 99/6 99/19
145/3 187/9 238/4
**present [4]** 6/11 96/25
108/15 239/23
**presented [1]** 236/12
**preserved [1]** 242/7
**president [7]** 45/9 73/11
217/25 218/1 218/4 218/8
218/8
**PRESIDING [1]** 1/4
**press [2]** 113/16 165/20
**pressing [1]** 183/7
**presumption [1]** 7/4
**pretrial [3]** 239/16 248/7
248/21
**pretty [14]** 75/24 118/12
118/22 122/5 122/15 124/2
124/4 124/24 125/8 157/6
157/22 174/9 181/16 181/18
**prevent [2]** 17/3 17/7
**prevention [1]** 25/3
**prevents [1]** 72/5
**preview [1]** 53/17
**previous [5]** 142/10 142/12
142/13 172/6 246/9
**previously [2]** 168/12 173/23
**primary [12]** 92/10 215/21
218/24 219/1 219/6 219/6
219/10 219/12 220/10 220/17
221/10 221/16
**prior [4]** 72/9 77/9 89/19

prior... [1]   145/23
privacy [4]   5/17 68/20
  197/20 233/8
pro [1]   240/23
pro-defendant [1]   240/23
probably [9]   7/4 91/4 156/13
  169/14 176/16 205/14 220/23
  232/11 235/12
probation [1]   11/1
problem [4]   192/21 198/17
  199/4 207/14
problems [4]   68/4 176/25
  195/20 210/25
procedure [3]   59/21 129/16
  198/21
procedures [1]   145/23
proceed [4]   98/3 98/5 114/22
  187/15
proceedings [14]   1/13 4/7
  5/25 12/2 13/2 54/2 87/12
  99/5 99/18 145/2 187/8 238/3
  253/12 254/6
process [11]   58/8 70/11
  111/15 117/18 124/17 128/21
  145/25 197/11 200/18 233/14
  248/19
processing [1]   111/12
produce [1]   95/2
producer [2]   34/6 34/14
productive [2]   169/9 221/8
profane [4]   13/12 56/9
  227/14 227/19
profanity [9]   55/3 122/23
  157/24 177/18 196/9 198/3
  198/5 198/9 217/18
professional [1]   88/22
profit [2]   150/14 151/23
program [4]   67/15 164/11
  164/13 207/1
project [3]   75/22 75/23
  75/24
promptly [1]   86/22
prongs [1]   250/24
pronounce [1]   39/25
proper [3]   62/13 65/20 232/1
properly [2]   39/25 65/19
property [3]   108/7 200/13
  200/14
propose [1]   80/8
proposed [16]   240/5 240/10
  240/21 241/11 241/22 245/1
  245/23 245/24 246/4 246/17
  246/19 246/23 247/4 250/3
  251/8 251/18
prosecutor [5]   4/14 7/7
  13/15 137/5 138/7
prosecutors [2]   77/9 159/22
prospective [5]   6/1 10/7
  12/3 13/3 53/9
prosthetic [4]   206/25 207/7
  207/22 215/23
prosthetics [1]   233/6
protect [1]   5/17
protection [2]   211/6 211/6
protects [1]   245/11
protocol [3]   59/21 85/2
  169/1
protocols [1]   175/5
proud [4]   61/4 122/20 122/21
  188/16
prove [2]   82/25 139/19
proved [1]   239/9
proven [1]   65/11
provide [27]   115/11 115/25
  116/3 116/11 116/17 121/6
  124/7 125/25 126/7 132/14
  132/20 158/21 166/13 198/1

206/17 207/8 211/6 212/10
226/3 228/7 229/7 229/19
229/21
provided [26]   93/3 93/6
  93/10 93/24 93/25 94/10 95/4
  95/25 96/19 107/16 121/11
  159/24 162/21 174/1 191/21
  196/16 196/19 196/22 204/25
  208/19 216/17 219/14 219/25
  222/17 225/20 225/23
provider [1]   207/3
providers [1]   220/19
provides [2]   204/11 226/3
providing [6]   81/7 125/18
  132/22 209/3 210/22 231/2
proving [1]   7/6
provoke [2]   226/18 247/13
psychology [2]   23/16 25/23
public [13]   5/11 5/18 11/9
  14/14 69/14 69/16 76/7 76/9
  109/24 110/8 110/12 110/20
  129/19
publicly [1]   11/19
publish [7]   96/7 97/12 98/2
  103/19 104/25 105/6 170/16
Puente [1]   26/5
pun [2]   150/5 151/5
purchasing [1]   52/10
purple [1]   224/3
purpose [6]   6/24 120/1 131/8
  133/1 151/13 172/3
pursuant [1]   254/4
put [12]   75/10 76/2 129/15
  138/25 144/5 153/21 153/25
  174/9 203/21 211/12 218/17
  233/8
puts [2]   140/5 207/3
putting [2]   139/3 212/10

## Q

QC [1]   42/9
qualify [1]   27/20
quality [1]   206/2
question [24]   4/12 10/13
  10/14 11/17 13/6 14/5 20/8
  91/11 115/25 117/24 125/17
  143/22 146/6 165/19 171/4
  172/2 173/12 175/8 185/18
  208/7 226/24 228/22 232/7
  245/13
questioning [3]   15/17 143/21
  181/19
questionnaire [2]   197/20
  233/12
questions [28]   7/9 10/4 10/9
  10/11 14/17 84/19 85/22
  86/12 107/12 135/14 137/11
  137/18 138/14 143/10 143/13
  144/3 152/2 152/5 154/24
  155/20 159/6 166/8 175/14
  175/16 182/3 209/16 218/20
  222/4
quick [3]   71/21 139/8 230/10
quickly [13]   55/3 55/16 56/8
  56/15 58/6 89/10 89/13 110/3
  118/22 118/24 122/5 122/15
  165/25
quietly [1]   216/2
Quinn [3]   194/22 196/3 196/4
quite [8]   76/3 81/6 81/19
  88/22 172/1 179/12 186/6
  250/14
quoted [1]   160/11

## R

R-A-G-H-D-A [1]   66/15
R-A-M-O-S [1]   14/24

R-O-C-H-E-L-L [1]   41/4
R-O-C-H-E-L-L-E [1]   41/4
  152/15
racing [4]   56/23 125/7
  126/22 127/1
RAGHDA [14]   3/3 7/15 55/6
  66/9 66/14 66/18 70/23 76/12
  78/3 78/11 88/10 225/3 225/7
  231/17
raise [6]   10/5 10/11 135/11
  151/19 172/12 194/23
raising [1]   54/24
Ralphs [1]   30/14
Ramos [2]   14/24 17/13
randomly [2]   149/3 149/5
ranging [1]   164/10
ranking [2]   178/4 178/8
rant [1]   134/23
rapid [1]   166/6
rapidly [1]   123/9
rarely [1]   214/10
rather [2]   53/18 231/6
ray [8]   40/7 61/15 61/18
  189/25 190/4 190/12 193/3
  193/4
Rayburn [1]   166/24
RE [1]   223/10
rea [3]   248/7 248/10 248/13
reach [6]   22/8 25/18 36/17
  48/9 52/22 141/25
reached [1]   224/13
reactions [2]   55/24 247/13
read [13]   4/14 6/15 6/23 7/8
  13/15 65/5 99/21 104/16
  105/2 105/23 164/12 218/9
  242/17
reading [2]   5/1 218/7
real [5]   41/19 71/21 150/11
  223/12 223/12
realized [2]   18/7 130/1
really [15]   61/17 62/10
  68/10 72/13 117/2 117/3
  118/16 125/1 155/21 158/9
  158/10 172/8 177/23 179/14
  204/15
reason [14]   17/2 17/6 17/9
  32/3 64/5 86/5 119/14 119/23
  120/23 130/2 135/2 171/24
  234/9 246/13
reasonable [1]   27/16
reasons [1]   197/9
recall [10]   79/24 134/2
  135/13 141/17 212/4 225/25
  228/17 230/25 232/19 240/22
receive [15]   70/14 77/3
  101/8 102/17 111/10 147/3
  153/15 154/3 164/17 167/13
  180/10 194/10 208/20 221/11
  232/1
received [36]   8/24 9/5 9/13
  9/19 10/1 69/25 75/4 79/13
  88/25 89/16 92/18 92/23
  92/25 93/7 95/14 95/19 95/20
  96/5 96/6 97/4 97/8 97/9
  98/11 98/12 98/13 98/16
  102/19 104/12 129/5 139/21
  154/15 183/2 183/15 202/23
  202/24 234/22
receiver [3]   148/2 148/8
  174/10
receiving [11]   70/1 75/3
  165/9 165/13 166/9 168/8
  168/11 183/5 221/9 234/18
  234/20
recently [1]   91/3
recess [13]   5/24 6/21 6/22
  53/24 54/1 86/22 87/10
  144/21 145/1 187/1 187/7
  238/7 240/1

**R**

**recession [1]** 144/22
**recipient [1]** 224/7
**recipients [1]** 230/16
**recklessly [1]** 244/5
**recognize [21]** 24/4 73/16
  83/11 83/12 83/13 98/25 99/1
  101/10 101/15 101/23 105/16
  106/5 106/7 106/16 106/25
  167/19 169/25 170/9 195/19
  198/12 235/24
**recognized [3]** 73/9 73/15
  168/21
**recollection [9]** 77/7 132/2
  133/17 134/3 134/17 135/23
  142/14 160/10 160/12
**recommending [1]** 111/18
**record [28]** 5/11 5/13 5/13
  66/13 82/15 83/4 87/21 91/7
  91/20 104/16 107/7 109/8
  130/6 139/18 139/23 145/9
  152/13 161/22 161/24 162/1
  163/5 175/24 177/1 182/12
  182/15 182/19 183/18 187/20
**recorded [5]** 139/15 169/16
  170/11 170/13 174/8
**recording [15]** 82/20 139/19
  150/17 169/1 170/6 172/18
  174/11 174/15 174/16 185/18
  185/22 185/23 235/5 235/18
  235/21
**recordings [2]** 58/16 58/21
**records [16]** 58/13 77/4
  88/14 91/3 95/2 95/3 95/5
  95/14 98/15 100/4 100/11
  100/16 100/21 101/2 102/24
  189/9
**recounted [1]** 145/23
**recourse [1]** 216/2
**recovered [1]** 58/24
**Recross [2]** 3/5 86/1
**Recross-Examination [2]** 3/5
  86/1
**redirect [8]** 3/4 3/9 3/12
  3/19 84/23 144/1 185/20
  236/4
**Redondo [3]** 35/24 36/1 52/2
**REED [15]** 2/10 2/10 3/4 3/7
  3/9 3/11 3/15 3/19 3/21 6/10
  60/14 60/24 62/2 99/8 243/10
**Reed's [1]** 249/13
**refer [2]** 5/9 150/6
**references [1]** 244/25
**referred [6]** 13/5 150/25
  183/11 207/15 219/10 220/18
**referring [3]** 13/11 116/18
  171/7
**refers [1]** 5/1
**reflect [10]** 5/14 100/4
  100/12 100/16 100/21 101/2
  107/7 160/25 161/8 205/23
**refresh [13]** 53/24 76/25
  77/7 131/24 132/1 133/12
  133/17 134/2 134/17 135/23
  160/10 160/12 215/5
**refreshed [1]** 134/5
**refused [1]** 61/18
**regard [6]** 79/25 240/16
  240/23 245/18 251/17 251/23
**regarding [7]** 60/20 160/23
  240/8 244/13 244/23 246/20
  250/17
**Regardless [1]** 207/25
**regards [5]** 218/7 221/9
  224/15 224/23 232/14
**registered [1]** 21/12
**regularity [1]** 119/20
**regularly [1]** 192/6

**regulations [1]** 254/8
**rehabilitative [1]** 131/9
**reject [1]** 247/10
**related [4]** 105/3 162/13
  232/8 245/24
**relates [1]** 246/3
**relating [2]** 104/17 105/24
**relationship [2]** 47/25
  194/24
**relative [1]** 10/23
**relatively [1]** 228/9
**release [1]** 68/20
**released [1]** 36/18
**relevance [7]** 80/13 81/11
  133/25 184/21 204/7 208/6
  213/9
**relevancy [4]** 90/1 103/8
  117/21 133/19
**relevant [3]** 86/25 97/15
  105/2
**remember [19]** 11/11 19/10
  70/1 79/22 83/20 118/17
  154/6 155/4 166/23 166/24
  168/5 168/6 177/13 178/23
  185/23 213/5 213/6 229/24
  230/1
**remind [1]** 230/5
**removed [5]** 200/20 215/22
  219/1 219/3 220/18
**rendering [1]** 65/14
**renting [1]** 108/7
**Rep [1]** 70/25
**repeat [3]** 74/16 134/22
  135/9
**repeatedly [3]** 57/7 63/18
  173/19
**repeating [1]** 151/4
**repeats [1]** 174/22
**repetitive [3]** 165/9 165/14
  250/2
**repetitively [1]** 118/9
**rephrasing [2]** 172/2 174/25
**replacement [1]** 96/24
**report [17]** 53/11 74/14
  74/17 75/16 84/25 85/2 88/24
  89/16 92/18 92/19 121/10
  123/25 126/3 126/16 147/3
  147/14 228/8
**reported [6]** 92/22 105/20
  135/5 189/23 224/19 254/6
**Reporter [1]** 1/20
**REPORTER'S [1]** 1/13
**reporting [2]** 75/2 128/22
**reports [4]** 77/6 128/5
  135/23 135/25
**represent [1]** 62/2
**representation [1]** 211/24
**representations [1]** 201/20
**representative [19]** 55/7
  67/4 67/7 67/13 67/23 67/25
  69/6 71/10 71/25 72/14 72/17
  72/19 72/21 115/6 176/18
  177/9 231/18 231/22 233/6
**representatives [4]** 67/21
  70/10 88/11 103/18
**represented [2]** 90/19 136/7
**representing [1]** 217/10
**represents [3]** 55/9 57/17
  111/11
**reputation [1]** 227/6
**request [9]** 11/21 94/25
  197/21 219/9 224/23 227/19
  233/8 243/13 243/16
**requested [6]** 94/1 94/17
  95/3 105/22 197/10 197/12
**requesting [1]** 5/9
**require [3]** 248/14 249/7
  251/9
**required [6]** 64/9 65/11

**required... [cont.]** 187/22 247/7 249/5 250/6
  251/23
**requires [3]** 249/2 254/2
  249/11
**rerouted [1]** 219/24
**Rescue [1]** 178/12
**research [3]** 79/13 87/4
  180/18
**residence [4]** 94/19 102/21
  103/3 223/15
**residents [1]** 200/16
**resolve [1]** 238/6
**respect [16]** 53/8 55/15
  62/25 86/3 94/21 144/5
  151/20 164/6 171/23 171/24
  183/13 184/15 195/18 195/20
  246/5 249/3
**respectful [3]** 62/19 62/20
  195/14
**respond [6]** 63/5 111/14
  123/18 179/22 181/7 249/12
**responded [2]** 71/25 224/23
**responds [1]** 115/6
**response [15]** 13/10 13/18
  14/15 58/19 111/13 111/22
  115/19 115/23 116/15 130/7
  151/1 156/18 157/9 177/22
  227/16
**responses [3]** 164/12 164/12
  227/18
**responsibilities [10]** 67/23
  75/2 111/24 118/5 146/20
  146/22 153/7 164/6 164/8
  177/8
**responsibility [3]** 74/12
  74/24 111/8
**responsible [1]** 94/15
**rest [7]** 65/1 74/25 236/9
  237/14 246/15 247/11 251/23
**restate [1]** 246/14
**rests [1]** 186/19
**result [3]** 62/24 221/24
  222/1
**resulted [2]** 206/16 208/18
**resulting [1]** 208/17
**results [1]** 95/15
**resume [2]** 86/22 238/13
**retaliate [2]** 7/19 8/6
**retaliated [5]** 210/13 211/3
  216/23 232/12 232/17
**retaliating [1]** 86/14
**retaliation [1]** 216/14
**retired [4]** 11/5 14/7 21/12
  45/8
**retrieve [1]** 95/8
**return [1]** 60/10
**returned [1]** 93/15
**revealing [1]** 86/14
**revelation [1]** 11/24
**review [7]** 76/24 77/6 132/8
  134/14 135/23 135/25 240/6
**reviewing [1]** 133/17
**rich [1]** 200/8
**Rick [1]** 186/5
**ride [1]** 204/13
**right [115]** 4/22 10/6 10/20
  10/21 10/22 12/9 12/22 14/4
  14/9 14/21 17/12 27/25 28/2
  31/7 44/14 44/24 49/1 51/7
  53/5 56/25 69/19 78/19 82/1
  84/1 84/17 84/20 90/16 95/8
  96/13 105/1 114/7 114/10
  122/12 126/12 126/23 127/16
  132/6 137/20 138/17 141/2
  142/7 143/7 143/8 143/19
  143/23 144/20 146/4 157/6
  162/20 163/21 163/22 181/5
  183/3 183/21 184/20 199/19
  199/21 202/5 203/13 209/19
  211/15 211/16 216/7 217/14

**R**

right... [51]  219/21 221/2
222/12 223/5 223/21 224/14
224/20 225/1 225/10 225/19
226/3 226/5 226/8 226/11
226/16 227/9 227/20 227/24
229/9 229/14 229/25 230/4
230/14 230/22 231/9 231/18
231/21 232/3 234/18 234/23
235/10 235/20 235/24 236/11
236/14 236/15 238/20 238/25
239/15 239/20 239/22 240/20
241/8 242/6 242/15 244/7
244/14 244/15 246/11 251/5
252/25
rings [1]  174/10
risk [2]  5/22 211/13
Riverside [9]  2/6 7/13 7/23
8/10 8/19 9/1 9/8 9/14 9/22
RN [1]  31/7
robbery [1]  12/20
Robert [23]  1/9 3/20 6/3 6/6
7/11 7/14 7/24 8/11 8/20 9/2
9/9 9/16 9/23 12/24 33/23
54/8 93/16 96/12 181/2 181/3
187/21 187/25 223/1
Robyn [1]  44/25
Rochel [3]  41/4 41/6 42/1
Roe [17]  59/14 101/4 176/10
177/25 178/7 179/21 179/24
180/3 180/17 180/21 183/23
183/24 183/25 186/1 211/17
215/7 215/8
Rolando [2]  14/10 42/2
role [2]  67/10 153/5
roles [8]  111/24 113/7
146/19 146/22 164/5 164/8
176/15 229/17
Romero [1]  233/6
room [1]  18/18
Rose [1]  37/16
rotate [2]  113/17 114/1
row [6]  14/19 14/20 15/7
15/10 49/7 186/14
Rowland [1]  50/16
RPR [1]  254/12
rubber [1]  205/24
rucksack [1]  190/23
rude [2]  133/1 227/21
rug [1]  198/19
rule [2]  138/23 239/4
ruling [1]  98/6
run [3]  164/10 164/13 193/18
running [2]  62/11 62/24
rushing [1]  56/24
RUTHERFORD [19]  3/14 9/13
11/1 15/5 22/17 57/15 57/15
57/18 57/23 58/4 59/8 152/9
152/14 152/17 152/23 225/12
225/18 226/4 234/5
Ryan [2]  35/15 41/4

**S**

S-A-F-I-E-R [1]  15/4
S-A-R-A-H [1]  145/10
S-E-B-A-S-T-I-A-N [1]  15/9
S-E-R-R-A-N-O [1]  15/12
S-O-L-A-N-O [1]  43/15
S-T-A-H-L-N-E-C-K-E-R [1]
187/22
S-U-N-G [1]  32/12
Sacred [3]  194/5 194/13
224/16
safe [1]  216/13
safety [4]  55/22 55/23 74/19
74/23
Safier [2]  15/4 21/5
saga [2]  61/24 63/19

said [139]
sales... [2]  69/9 252/25
sales [2]  18/24 45/9
Sam [1]  163/8
same [24]  96/24 106/23
118/13 121/19 124/17 129/9
132/16 136/10 136/25 137/22
149/6 149/15 149/21 156/25
167/14 167/16 181/1 199/23
218/5 223/7 242/10 248/7
249/5 250/25
San [10]  40/15 55/9 55/10
67/1 69/13 75/14 94/14 98/13
211/1 238/23
Sanatorium [1]  186/5
Santa [2]  15/21 29/9
SARAH [18]  3/13 114/18
124/21 126/12 126/15 126/24
127/11 127/12 127/23 132/13
135/6 136/9 145/5 145/10
145/13 150/13 228/20 228/24
Sarahs [1]  228/21
sat [3]  34/24 75/9 114/12
satisfied [5]  43/9 46/8
48/21 48/25 51/17
satisfy [1]  180/5
saw [3]  56/25 148/10 192/10
say [75]  5/4 11/19 13/23
15/18 16/3 17/17 27/2 32/4
67/7 74/7 78/18 83/21 83/22
83/24 89/9 89/13 116/18
117/6 119/13 138/20 138/25
139/13 142/13 142/17 143/15
149/17 153/17 155/11 155/23
156/1 156/8 156/11 156/18
158/3 158/11 160/8 161/19
162/12 166/22 169/3 172/25
178/6 178/14 179/3 180/7
181/6 181/11 183/18 192/12
192/15 193/7 195/3 198/6
205/16 208/22 210/6 212/2
212/21 212/24 213/13 218/15
226/23 227/17 229/19 237/19
237/20 238/12 238/13 240/4
244/2 246/15 247/25 251/20
251/21 252/4
saying [24]  58/8 71/22 93/6
110/4 119/3 119/18 122/15
122/17 127/25 128/4 130/18
131/13 139/5 139/16 151/22
155/22 159/15 169/5 174/4
174/17 179/20 207/19 218/4
220/2
says [9]  96/13 103/15 104/11
104/11 171/7 171/18 216/18
229/20 244/3
scandal [8]  165/20 172/7
205/18 206/15 206/16 207/20
208/15 213/21
scared [2]  56/22 148/7
scaring [1]  58/12
scary [1]  173/22
schedule [3]  236/19 237/21
238/10
scheduled [2]  206/17 209/1
schedules [1]  208/17
school [18]  18/6 20/16 21/19
22/13 30/1 31/6 32/20 32/21
35/4 35/25 36/1 39/15 42/23
49/20 50/3 70/7 74/22 188/10
schools [1]  176/21
science [2]  40/21 47/5
scientist [1]  31/17
scream [1]  185/4
screaming [3]  56/16 58/8
120/24
screen [1]  97/18
search [16]  58/24 102/7
102/10 102/12 102/13 102/15

102/17 102/19 103/2 103/14
103/24 104/6 104/10 106/2
108/14 108/15
searched [2]  93/11 93/14
seat [26]  14/22 14/25 15/1
15/3 15/4 15/9 15/11 15/12
15/14 15/16 28/5 32/13 33/24
35/16 37/7 38/16 39/24 41/5
42/3 43/16 45/1 46/16 47/14
49/5 49/7 51/23
seated [14]  10/8 44/13 44/19
53/8 66/11 87/19 91/18 109/6
145/7 152/11 163/3 175/22
187/23 238/5
Sebastian [3]  15/9 24/22
35/13
second [21]  14/20 15/7 15/10
49/7 56/2 57/20 61/3 64/8
69/23 110/5 110/7 149/11
189/12 195/8 202/2 240/19
243/1 244/10 249/19 250/5
251/19
secondary [2]  199/2 199/7
seconds [7]  58/6 120/16
127/20 147/24 148/13 149/13
174/9
Section [1]  254/4
secure [1]  128/1
security [7]  69/19 69/21
85/2 123/1 123/2 147/1
176/25
Security/Disability [1]
176/25
see [56]  5/22 12/9 14/4
16/24 17/2 17/12 17/25 18/20
19/1 21/14 21/20 22/14 29/20
30/19 31/8 33/9 34/16 35/1
35/5 39/3 40/13 41/12 45/18
47/23 50/15 50/22 52/11
54/20 57/7 72/17 85/18 87/8
118/16 124/3 136/24 160/24
161/3 171/13 180/18 185/13
196/19 197/13 202/12 203/6
222/19 236/15 237/19 238/18
243/19 244/22 245/5 245/6
246/13 249/4 249/21 252/10
seeing [1]  118/17
seek [1]  190/12
seem [3]  168/6 198/21 245/15
seemed [3]  120/7 151/15
180/20
seems [6]  81/13 99/9 138/19
174/14 198/16 248/20
seen [4]  161/13 161/14
192/11 194/3
sees [2]  56/24 115/21
seized [5]  103/13 103/23
104/21 105/10 106/8
select [4]  4/11 6/13 16/23
49/1
selected [1]  16/23
self [3]  34/8 34/9 219/8
self-employed [2]  34/8 34/9
Selina [1]  12/5
Senate [18]  70/8 112/6 112/7
112/10 112/21 113/1 113/3
118/14 128/14 128/15 137/25
138/22 148/25 152/24 205/22
210/12 210/18 218/5
senator [64]  54/9 56/1 56/11
57/16 57/16 57/22 100/6
100/14 100/19 110/21 110/23
111/3 111/7 111/11 111/19
111/23 112/8 113/13 113/20
114/24 115/6 115/15 115/21
115/24 117/19 117/25 122/18
123/20 126/25 129/12 129/15
129/18 129/21 130/6 130/9
136/9 138/10 140/22 141/12

**S**

senator... **[25]**   141/14
141/22 146/10 146/13 153/3
153/18 153/22 154/11 155/21
156/6 158/23 160/2 160/7
162/3 162/5 183/23 186/4
215/10 215/14 225/12 225/15
227/8 228/14 229/1 230/21
**senator's [2]**   136/12 215/15
**senators [2]**   54/22 180/22
**send [3]**   111/23 190/25
207/16
**sending [3]**   197/19 221/13
233/11
**sends [1]**   207/4
**senior [1]**   20/15
**sensations [1]**   197/16
**sense [3]**   123/16 124/5 186/8
**sensitive [3]**   11/19 11/25
128/16
**sent [5]**   85/12 133/13 144/8
189/23 228/6
**sentence [1]**   247/12
**separate [2]**   196/5 202/7
**separated [1]**   138/7
**separation [1]**   192/22
**September [33]**   7/22 8/9 8/18
8/25 56/5 56/10 100/4 100/10
118/1 118/4 118/8 119/25
121/16 121/19 121/25 124/2
128/25 129/5 131/19 133/3
142/2 142/14 147/11 147/14
148/16 148/22 165/8 165/8
165/13 168/10 171/7 177/13
254/10
**September 26 [3]**   8/18 100/4
128/25
**September 26th [2]**   147/14
148/22
**September 27th [4]**   8/25
100/10 129/5 133/3
**serious [3]**   74/5 127/5
210/25
**seriously [2]**   193/1 198/12
**Serrano [3]**   15/12 29/8 37/5
**serve [5]**   53/10 108/5 108/14
162/7 188/14
**served [31]**   16/15 18/2 19/7
20/17 22/2 23/11 24/13 25/11
26/19 28/24 29/22 31/2 31/23
33/6 34/18 36/11 37/24 39/11
40/17 41/14 42/15 43/25
45/14 47/1 48/1 49/24 50/19
52/15 105/22 107/25 224/1
**serves [2]**   117/19 178/11
**service [16]**   23/5 43/22 68/6
69/7 72/6 72/25 79/21 110/20
181/22 188/23 191/18 191/19
194/8 196/17 196/23 232/1
**service-connected [1]**   191/18
**services [11]**   16/1 16/8 20/2
25/3 69/9 81/7 111/9 176/22
195/11 195/15 224/24
**session [1]**   112/6
**set [5]**   70/9 76/3 132/9
203/1 219/16
**settled [2]**   33/8 38/3
**setup [1]**   113/9
**seven [7]**   30/12 58/5 100/22
118/13 120/13 123/14 200/19
**several [7]**   174/9 183/2
184/19 192/19 194/13 219/15
224/14
**severe [2]**   193/2 197/14
**severely [3]**   61/11 61/14
61/17
**sexual [2]**   12/11 143/2
**shafts [1]**   52/7

shaken... **[2]**   56/20 115/7
**share [6]**   115/2 118/7 123/17
124/25 125/24 136/13
**sharing [2]**   117/4 133/2
**Sharrod [1]**   54/9
**she [142]**
**sheet [4]**   57/1 94/10 94/11
148/6
**Shelley [2]**   57/16 152/24
**Sheriff [1]**   11/16
**Sherrod [16]**   56/2 56/11
110/21 110/23 111/4 114/24
117/25 122/4 122/19 122/19
146/10 215/10 215/14 227/8
229/3 229/11
**shield [1]**   117/4
**shift [3]**   56/8 118/4 147/13
**shifting [1]**   175/8
**shock [3]**   148/7 172/21 175/3
**shoe [1]**   206/25
**shooter [1]**   125/11
**shooters [1]**   125/10
**shop [1]**   23/5
**short [2]**   6/22 120/15
**shorter [2]**   119/9 235/21
**should [23]**   6/19 57/22 63/24
73/13 80/18 97/17 111/19
128/8 147/22 156/7 160/2
160/7 161/20 180/16 181/11
182/15 194/8 200/24 221/11
228/12 237/11 240/12 250/18
**show [13]**   55/1 96/8 96/14
98/15 99/14 112/16 118/15
179/5 179/6 179/10 193/3
193/5 201/17
**showed [2]**   90/21 90/22
**showing [1]**   97/18
**shows [6]**   27/15 96/9 97/15
98/16 98/17 98/18
**shredded [2]**   139/11 139/13
**side [5]**   49/2 53/14 129/22
169/23 236/8
**sidearm [1]**   228/10
**sidebar [5]**   11/20 12/1 12/2
99/5 186/20
**sides [33]**   13/17 17/4 17/7
17/10 18/10 19/20 21/2 22/15
23/18 24/19 25/25 26/25 29/5
30/4 31/9 32/5 33/16 35/6
36/25 38/9 39/17 40/23 41/21
43/1 44/6 45/19 47/7 48/17
50/6 51/5 53/3 172/22 236/12
**sidewalk [1]**   213/1
**sign [1]**   111/19
**signals [1]**   56/21
**signed [4]**   102/14 149/5
170/4 170/10
**significance [3]**   4/16 7/2
104/12
**signing [1]**   218/1
**similar [2]**   87/2 213/3
**similarly [1]**   251/16
**simple [3]**   62/13 62/16
213/16
**simplest [1]**   198/23
**simply [4]**   59/23 59/25 99/10
205/24
**since [8]**   69/8 71/4 71/9
83/4 148/11 153/2 201/9
204/2
**single [2]**   215/15 215/16
**singling [1]**   186/1
**sir [112]**   10/20 14/9 14/12
24/22 26/2 28/7 28/16 29/7
33/25 37/8 38/11 38/17 39/19
41/6 42/4 42/18 43/3 43/17
45/20 47/15 48/18 91/10
108/19 108/25 109/9 110/5
112/3 112/24 113/5 114/5

118/3 118/7 118/10 121/20
121/22 126/3 130/7 138/18
138/18 140/21 142/8 142/11
142/22 156/4 159/21 177/11
177/15 180/12 182/10 182/13
183/1 183/4 184/13 185/11
185/16 186/17 189/12 189/16
190/8 190/14 191/8 193/10
193/24 196/10 197/3 199/20
199/22 201/3 201/18 202/3
202/20 203/11 203/14 203/16
203/25 204/2 204/6 204/20
208/12 209/20 210/8 212/3
213/11 214/7 218/22 218/25
219/18 220/1 221/18 223/3
223/17 223/21 223/22 224/8
224/17 225/2 225/5 227/7
227/13 227/17 228/17 228/19
229/5 231/14 231/19 232/9
232/19 232/22 234/11 234/19
235/25 236/6
**sister [1]**   11/1
**sit [6]**   14/19 42/17 77/9
212/22 213/1 213/13
**sits [5]**   69/8 103/16 114/7
114/10 122/19
**sitting [4]**   107/5 147/19
147/25 209/21
**situation [4]**   154/21 175/4
175/6 195/2
**six [6]**   28/10 101/2 167/4
187/5 190/14 208/23
**skins [1]**   63/9
**sleep [7]**   193/19 197/17
199/1 199/2 199/4 199/8
207/24
**slowly [1]**   71/5
**sluffed [1]**   213/25
**small [1]**   153/12
**snippets [1]**   139/8
**so [293]**
**social [7]**   109/24 110/1
110/6 110/11 123/1 123/2
176/25
**software [1]**   179/2
**Solano [3]**   43/15 43/17 44/21
**sold [2]**   200/13 200/14
**sole [1]**   27/14
**solely [2]**   186/7 209/10
**solutions [1]**   68/2
**some [66]**   4/12 6/16 7/9 10/4
10/9 20/21 24/17 44/4 44/17
50/3 56/4 59/16 62/3 67/22
68/3 68/3 69/1 71/22 78/6
79/18 81/4 81/8 82/14 94/5
97/23 104/4 104/5 119/11
124/21 129/10 133/15 138/14
138/16 138/19 141/6 145/24
155/25 164/20 165/12 165/17
165/19 165/23 166/4 166/16
168/22 178/15 185/9 191/22
193/13 196/8 196/25 197/2
198/13 202/13 203/17 209/16
210/20 214/1 216/1 218/8
227/23 228/15 228/24 229/9
232/5 252/24
**somebody [22]**   12/25 114/25
115/19 117/2 162/15 178/10
204/23 212/16 214/1 214/3
214/6 214/17 214/21 218/13
218/17 219/22 226/16 226/17
227/21 228/10 231/5 237/24
**somehow [2]**   177/17 232/5
**someone [10]**   14/14 56/13
70/19 89/11 89/23 122/8
136/10 164/11 165/20 237/24
**someplace [1]**   198/10
**something [37]**   11/18 11/19
27/2 63/2 68/7 72/2 73/5

**S**

**something... [30]** 73/12
79/19 85/19 91/3 91/4 104/3
107/3 117/3 125/10 150/16
150/19 151/6 160/24 161/1
170/23 173/25 178/14 178/15
181/17 181/21 198/7 199/5
199/6 213/13 218/23 221/13
234/25 237/5 238/8 238/11
**Sometime [1]** 89/6
**sometimes [22]** 13/5 58/6
69/2 74/16 81/16 81/16
113/23 115/13 115/23 116/23
140/20 149/16 149/19 158/3
165/17 193/12 198/7 198/9
225/21 229/17 236/15 236/16
**son [8]** 19/2 19/3 21/25
194/22 199/21 199/23 204/13
205/5
**soon [2]** 154/22 155/12
**sooner [1]** 195/3
**sorry [20]** 17/14 43/7 44/18
51/11 51/13 67/12 92/21
98/24 110/5 114/15 124/25
125/3 133/12 183/25 201/18
215/9 218/15 219/20 225/14
245/9
**sort [17]** 138/16 138/19
147/1 148/1 148/5 150/10
150/16 151/2 165/17 165/19
166/15 168/16 173/17 174/2
174/3 240/9 241/5
**sorts [2]** 216/23 237/12
**sounded [2]** 153/18 234/5
**sounds [1]** 170/23
**southern [4]** 22/25 58/1
59/19 60/1
**span [1]** 18/8
**speak [10]** 56/13 60/9 71/5
122/8 122/9 122/17 123/9
176/20 217/16 227/9
**speaker [2]** 82/10 182/24
**speakers [1]** 51/2
**speaking [10]** 59/4 59/5
72/21 78/11 88/21 89/10
146/24 231/10 235/12 245/14
**speaks [3]** 59/19 60/18 89/13
**special [11]** 6/8 91/15 92/5
95/11 96/17 101/5 101/23
102/6 102/9 105/16 106/5
**specialist [1]** 194/4
**specific [29]** 67/22 69/25
80/5 93/7 93/10 94/22 95/3
102/15 102/15 102/18 141/3
141/17 146/6 153/23 156/22
158/4 164/8 166/11 168/5
176/17 177/13 179/18 228/4
232/8 247/22 247/23 247/25
249/5 249/10
**specifically [13]** 79/4 79/24
83/20 86/3 110/6 146/20
155/24 156/1 164/6 172/9
173/1 173/18 231/15
**spectator [1]** 53/9
**Specter [1]** 186/3
**speculation [1]** 151/9
**speed [1]** 147/21
**Speier [12]** 55/8 55/8 66/25
67/2 67/3 67/19 78/11 78/12
80/3 88/8 210/4 231/23
**Speier's [8]** 67/10 70/24
76/12 92/20 92/21 98/13
225/1 231/26
**spell [10]** 66/12 87/20 91/19
109/7 145/8 152/12 163/4
175/23 187/19 223/4
**spelled [2]** 66/15 96/18
**spend [1]** 204/14

**spoke [9]** 59/25 220/8 225/3
225/6 225/17 225/22 225/25
225/20 226/12
**spoken [5]** 124/20 172/24
228/23 230/18 231/1
**sports [2]** 193/15 194/3
**spouse [3]** 20/6 20/14 33/2
**spouse's [11]** 20/23 21/16
23/3 26/15 28/17 30/21 32/25
34/12 36/5 37/20 39/5
**sprained [1]** 190/5
**sprinkled [1]** 130/13
**Sprint [2]** 101/1 106/9
**squeaky [1]** 63/6
**staff [23]** 57/15 57/25 74/25
76/7 80/10 82/8 84/5 92/13
93/24 113/22 118/19 122/10
142/1 149/1 149/6 153/6
153/7 154/8 154/9 154/9
162/17 164/4 183/9
**staffer [6]** 55/5 56/3 59/2
154/1 155/17 224/22
**staffers [11]** 54/13 54/14
54/18 55/2 57/3 57/5 57/14
59/16 60/3 64/22 125/13
**staffers' [1]** 229/15
**stage [1]** 190/10
**Stahlmecker [1]** 96/20
**Stahlnecker [47]** 1/9 3/20
6/3 6/11 7/11 7/14 7/24 8/11
8/16 8/20 9/2 9/9 9/16 9/23
54/8 60/25 61/13 61/16 61/20
62/3 62/5 62/12 62/18 62/25
63/17 64/10 65/16 65/23 66/4
82/21 85/15 93/16 94/6 96/12
96/21 108/2 187/1 187/21
187/25 188/6 191/2 222/10
223/1 223/3 232/7 233/2
239/9
**Stahlnecker's [3]** 64/17
102/20 102/21
**stamp [1]** 205/24
**stand [7]** 10/3 10/5 10/12
51/8 53/6 144/25 187/2
**standard [3]** 129/16 130/5
198/20
**star [1]** 224/6
**staring [2]** 148/1 148/8
**start [15]** 63/19 101/20
118/21 121/23 126/16 137/14
165/16 165/19 187/12 188/23
196/7 196/12 197/7 210/10
237/23
**started [22]** 62/20 63/3
71/12 110/21 120/1 129/11
130/3 142/14 154/23 155/13
155/20 158/9 165/12 165/13
165/17 169/1 174/17 180/21
197/9 197/23 205/14 206/12
**starting [3]** 14/20 56/7
198/3
**starts [2]** 246/5 247/1
**state [46]** 6/4 16/19 16/20
19/11 19/12 22/4 22/5 25/13
25/15 36/13 36/15 38/1 38/2
48/3 48/5 52/17 52/19 66/12
79/4 80/6 87/20 91/19 109/7
109/23 110/1 111/11 115/16
117/19 138/22 145/8 152/12
153/19 155/15 155/17 155/18
162/8 162/10 163/4 175/23
181/4 187/19 188/23 189/4
211/10 216/16 216/17
**state-provided [1]** 216/17
**stated [7]** 73/21 129/11
136/15 155/21 175/5 228/23
246/14
**statement [15]** 53/14 60/15
73/23 74/5 74/11 93/23 151/8

153/17 171/20 218/7 218/10
237/7 242/7 248/2 250/5
**statements [6]** 55/24 75/12
129/20 160/1 237/9 247/21
**states [38]** 1/1 1/4 1/6 2/3
6/3 6/7 6/8 6/9 7/10 7/16
8/1 8/2 13/20 32/10 39/21
42/24 43/8 46/8 48/21 63/25
66/9 67/8 73/1 80/12 81/22
87/16 91/15 92/6 92/8 92/9
145/5 152/8 152/24 175/19
184/19 252/21 254/5 254/9
**station [4]** 113/15 188/24
189/11 189/12
**stationed [1]** 61/7
**status [2]** 190/19 190/20
**statute [2]** 249/10 251/11
**statutory [1]** 251/15
**stay [3]** 76/4 196/2 202/9
**staying [2]** 136/25 202/6
**Steinbeck [2]** 224/8 224/21
**stenographically [1]** 254/6
**step [3]** 91/10 162/23 192/1
**STEPHEN [1]** 1/3
**stepping [1]** 192/1
**steps [1]** 56/22
**stereotyping [1]** 181/20
**sticking [1]** 123/20
**still [21]** 46/4 62/2 72/22
140/3 154/8 159/18 193/8
197/6 197/15 204/1 242/8
**stipulated [4]** 97/2 97/7
99/8 105/4
**stipulation [7]** 60/18 60/20
95/17 96/3 104/16 105/24
187/11
**stop [4]** 119/5 121/13 170/21
171/4
**store [1]** 203/19
**stories [1]** 136/13
**story [2]** 63/8 65/18
**straight [3]** 153/25 214/22
219/3
**straightforward [2]** 53/18
250/22
**street [3]** 1/21 2/5 13/1
**stressful [1]** 199/10
**strike [3]** 246/15 252/18
252/19
**strong [1]** 199/13
**structure [1]** 102/20
**struggle [1]** 62/12
**stuck [1]** 119/22
**student [1]** 153/13
**students [3]** 70/7 70/11
74/22
**studies [1]** 109/25
**study [2]** 197/13 197/22
**stuff [3]** 129/24 180/22
242/5
**stupid [1]** 218/9
**style [1]** 237/8
**subcommittee [1]** 235/13
**subject [3]** 145/20 209/15
243/4
**subjective [1]** 248/17
**subjective/objective [1]**
248/17
**subjects [2]** 86/18 175/8
**submit [1]** 239/13
**submitted [2]** 94/25 244/12
**subpoena [4]** 95/1 95/14
95/25 105/22
**subscribe [1]** 80/17
**subscribed [2]** 96/10 96/11
**subscriber [4]** 95/5 95/24
222/25 223/11
**substance [2]** 110/2 110/7
**substantial [1]** 24/5

**S**

substantive [1] 241/21
substitute [1] 5/4
succession [2] 165/14 166/6
such [8] 7/1 137/14 156/3
 156/19 207/19 218/3 218/13
 226/18
sue [2] 72/7 130/10
suffered [2] 125/9 189/14
sufficiently [1] 98/6
suggestion [1] 145/20
suicide [1] 135/3
Suite [3] 1/21 2/6 2/11
summary [1] 97/14
summer [2] 153/4 234/17
Sunday [1] 136/11
Sung [6] 11/13 32/12 32/14
 33/18 44/12 44/20
super [2] 141/10 148/6
superseding [1] 246/6
supervising [1] 164/15
supervisor [6] 56/21 56/24
 85/1 114/6 128/4 140/16
supply [2] 52/9 189/8
support [8] 117/7 128/4
 200/3 217/1 217/2 217/5
 232/16 239/17
suppose [1] 185/5
supposed [3] 211/6 219/8
 221/19
supposedly [2] 208/21 210/15
sure [22] 67/25 68/25 74/23
 89/19 92/9 109/23 129/9
 139/24 140/4 143/4 150/24
 165/5 167/7 167/24 167/25
 169/4 171/12 172/1 172/5
 184/17 201/1 219/25
surgeon [1] 194/2
surgery [13] 191/21 192/13
 192/15 192/16 192/18 193/21
 193/24 193/25 194/4 194/11
 195/13 196/20 224/16
surveillance [2] 103/4 103/7
survive [1] 205/6
Susan [2] 11/13 32/12
suspect [1] 180/24
suspected [2] 178/22 181/1
sustain [1] 160/22
sustained [16] 90/5 103/9
 104/14 117/22 120/10 131/11
 151/11 151/17 161/11 167/10
 173/10 184/22 189/20 206/4
 206/21 215/1
SVW [2] 1/8 6/2
swear [4] 63/3 63/4 63/9
 158/1
switchboard [3] 149/3 149/17
 149/18
swore [1] 113/2
sworn [24] 10/4 10/7 51/8
 53/6 53/7 66/10 66/19 87/18
 88/2 91/17 91/25 109/5
 109/13 145/4 145/14 152/10
 152/18 163/2 163/11 175/21
 176/4 187/17 187/18 188/1
synopsis [1] 134/25
system [10] 93/12 93/13
 115/20 146/16 148/25 153/25
 166/19 182/11 207/12 209/3
systemic [1] 209/4
systems [6] 47/22 114/9
 114/10 117/17 126/13 127/12

**T**

T-O-P-A-L-I-A-N [1] 38/15
tabbed [1] 169/24
table [2] 6/7 107/5
take [61] 6/21 14/22 14/24

28/5 32/12 33/24 35/15 37/6
 37/24 43/17 44/3 44/22 45/1
 45/1 46/16 47/14 49/5 49/7
 51/22 68/5 69/7 69/19 81/16
 86/22 108/4 114/22 119/18
 130/8 132/8 133/22 141/6
 144/20 144/21 146/24 153/24
 154/10 164/22 166/17 169/8
 177/2 183/10 186/25 193/25
 198/12 199/3 200/24 202/2
 202/11 202/25 206/6 222/1
 227/22 238/7 238/11 239/1
 242/4 246/22 247/15 247/19
 250/6 251/12
taken [4] 172/21 185/6 193/1
 195/2
takes [6] 56/23 58/12 81/19
 187/1 198/23 218/13
taking [9] 79/1 120/4 128/11
 147/2 159/16 172/10 236/20
 247/9 250/8
talar [1] 190/11
talk [27] 64/12 77/10 86/9
 86/13 87/6 123/8 136/3
 136/17 136/21 141/21 161/15
 162/12 162/16 162/19 179/18
 184/7 192/15 209/24 212/12
 213/3 214/1 219/16 231/13
 231/15 233/24 237/15 237/16
talked [11] 63/10 89/2
 126/16 137/11 142/9 142/21
 183/14 228/14 230/17 244/10
 247/22
talking [22] 70/24 79/14
 89/14 110/3 118/23 126/24
 129/11 139/21 141/8 157/21
 161/5 165/24 178/23 185/9
 208/4 216/14 231/7 239/10
 242/15 248/16 248/18 251/12
talks [1] 168/14
tally [1] 153/21
Tammy [1] 15/14
tape [4] 91/6 139/15 169/15
 235/17
target [1] 127/9
Tarzana [1] 41/7
tasks [1] 225/11
taste [1] 143/11
taught [1] 200/5
taxes [1] 112/22
taxing [1] 194/23
teach [2] 50/14 50/15
teacher [4] 21/18 32/19
 35/22 35/23
teacher's [2] 49/15 49/17
teaching [1] 51/2
tease [1] 172/9
Teblinski [1] 114/19
tech [2] 33/14 40/7
technician [1] 47/22
telephone [46] 8/21 9/3 9/10
 9/17 9/24 62/25 64/1 64/4
 64/7 64/18 65/2 66/1 77/22
 81/2 81/5 81/25 82/3 82/15
 83/1 83/6 100/17 100/22
 101/1 101/3 137/3 138/21
 140/6 140/13 140/19 141/7
 161/22 161/24 182/12 182/16
 182/19 182/22 197/7 205/8
 206/7 209/25 210/5 216/5
 217/18 221/6 249/16 249/18
telephones [2] 91/6 140/6
telephonic [1] 8/14
television [4] 34/15 217/25
 218/7 218/10
tell [43] 4/14 11/23 27/3
 54/18 55/10 55/13 55/16 56/4
 57/18 58/2 68/19 77/25 86/5
 99/15 99/15 109/20 109/22

110/15 111/6 112/18 112/19
 112/24 117/16 120/13 120/22
 128/10 131/20 134/19 136/6
 156/25 158/16 161/16 163/18
 169/25 174/23 175/1 193/21
 198/6 200/10 210/9 217/9
 228/1 251/25
telling [7] 131/4 154/21
 156/24 161/19 174/22 194/14
 217/14
tells [2] 63/8 65/25
ten [6] 26/7 32/17 35/20
 53/23 118/13 120/13
ten-minute [1] 53/23
tenacity [1] 198/14
tenants [1] 200/18
tends [1] 226/19
Tennessee [9] 54/23 59/14
 59/16 59/25 101/4 176/11
 181/10 181/14 234/3
Tennessee's [1] 106/11
term [4] 41/10 47/24 243/14
 243/15
terms [3] 80/10 89/23 165/18
terroristic [1] 228/11
TESLs [1] 51/2
test [1] 190/21
testified [16] 66/20 75/21
 88/3 92/1 104/18 109/14
 134/1 145/15 152/19 163/12
 176/5 188/2 233/2 240/11
 240/12 241/2
testifies [1] 65/23
testify [6] 55/2 65/16 65/18
 97/17 137/19 231/19
testifying [3] 5/3 97/20
 240/9
testimony [20] 77/7 77/10
 95/17 96/3 98/4 98/5 137/6
 138/5 209/9 209/18 231/25
 240/12 240/13 240/21 240/22
 241/12 241/17 241/17 245/17
 252/24
than [14] 4/15 4/17 17/18
 71/15 72/20 79/21 80/2 108/8
 123/23 198/16 216/2 236/21
 237/9 244/23
thank [90] 10/8 10/20 11/3
 12/9 12/17 12/22 14/5 14/9
 14/12 18/12 21/4 22/17 23/20
 24/21 26/2 28/3 29/7 30/6
 31/11 32/7 32/11 33/18 33/20
 35/10 35/12 37/2 37/5 38/11
 38/13 39/19 39/22 40/25 41/2
 41/23 41/25 43/3 43/13 44/14
 44/24 45/21 46/13 46/14 47/9
 47/11 48/19 50/8 51/6 51/20
 51/25 53/5 53/10 53/12 60/13
 60/16 60/23 66/6 66/16 85/21
 86/21 87/8 91/10 107/11
 108/19 108/25 108/25 109/19
 114/23 115/9 117/11 125/17
 134/9 141/13 143/24 146/8
 152/6 162/23 170/18 173/14
 174/17 175/13 175/17 185/16
 186/16 186/17 186/25 187/14
 236/6 238/2 239/15 251/6
thankful [1] 127/10
that [1051]
that's [13] 5/15 97/25 99/15
 99/25 129/14 130/13 133/23
 143/2 215/12 229/4 240/19
 242/6 243/21
their [49] 5/3 5/10 5/14
 5/17 10/6 56/21 68/3 68/6
 68/8 69/6 71/10 72/6 72/17
 72/18 74/23 82/6 112/16
 115/1 115/9 115/10 115/25
 117/13 117/14 141/3 153/10

**their...** [24]  153/19  153/19
153/24  153/24  157/6  164/21
164/21  166/12  206/16  207/5
211/2  213/12  213/18  217/10
225/20  225/22  226/1  226/3
229/8  229/17  229/18  237/7
237/8  237/9

**theirs** [1]  46/3

**them** [62]  13/25  68/20  75/10
75/11  75/15  77/10  80/5  80/25
82/6  83/2  83/3  83/3  84/6
94/8  94/10  94/12  115/9  115/9
115/10  115/14  122/13  126/12
129/4  136/21  139/7  140/14
141/7  141/10  154/18  154/19
159/20  159/22  161/16  161/19
173/17  178/10  183/19  193/22
195/13  195/19  203/5  203/5
203/6  203/6  213/5  213/14
213/15  214/13  216/9  216/24
217/13  226/2  226/3  228/6
229/18  239/11  240/6  240/7
245/7  248/22  251/2  251/25

**themselves** [4]  5/12  5/22
119/15  130/3

**then** [123]  4/22  7/8  10/4
10/13  14/4  27/12  27/25  33/7
42/23  53/24  57/8  57/9  61/7
61/21  63/18  67/14  68/3  68/21
69/3  69/20  69/22  70/19  71/18
72/18  73/12  73/13  73/14
73/14  73/18  73/22  74/21
74/25  75/8  75/10  79/16  82/6
94/20  97/4  100/20  100/25
102/17  103/2  104/5  104/15
108/17  111/11  111/19  112/6
113/17  113/25  114/9  114/11
115/14  115/21  118/22  119/3
119/7  122/25  123/13  124/15
124/20  125/5  126/9  128/19
129/25  130/25  133/24  137/7
138/1  144/22  149/19  150/9
150/13  150/18  150/20  153/11
153/12  153/18  153/22  153/23
154/22  156/3  164/22  173/23
177/23  178/21  178/24  181/5
190/6  190/17  190/22  191/11
192/14  200/21  202/14  205/1
206/10  207/2  207/14  214/8
214/13  218/16  236/11  237/7
238/20  238/25  240/21  241/8
241/11  241/16  242/1  242/8
242/19  244/11  245/5  246/2
246/13  246/19  249/25  250/16
251/16  251/22  252/2

**therapy** [1]  190/16

**there** [134]

**there's** [2]  178/13  228/21

**Therefore** [1]  239/12

**these** [98]  5/21  27/7  54/17
55/2  55/24  56/19  57/2  57/3
57/13  59/1  60/2  64/1  64/4
64/7  64/11  64/16  64/16  64/18
65/25  66/5  68/17  73/10  74/2
77/22  81/9  90/19  93/7  97/18
98/15  99/11  99/24  99/24
108/1  114/15  119/18  119/25
120/2  123/5  123/17  123/25
124/3  124/22  126/17  128/1
128/5  128/11  128/13  128/17
129/2  131/8  131/13  131/19
132/18  136/14  136/23  136/24
140/22  141/4  141/7  145/25
166/8  168/17  171/25  172/12
182/15  182/18  182/22  183/2
183/14  184/8  195/14  196/8
198/1  200/3  201/13  201/19

204/5  204/5  205/9  206/6
209/13  209/14  209/20  209/24
209/25  210/25  211/12  213/8
213/21  216/10  216/25  217/18
229/5  229/16  234/16  237/18
239/10  247/6

**they** [162]

**they're** [1]  117/2

**THIBODEAUX** [2]  1/20  254/12

**thing** [13]  61/2  61/3  64/8
69/3  119/10  125/8  179/19
181/17  185/25  207/19  218/5
248/17  250/16

**things** [41]  34/14  34/14  61/2
68/1  68/9  71/22  97/18  115/4
119/12  122/17  123/4  123/5
123/21  123/23  123/24  128/17
132/16  143/5  154/24  155/13
156/25  158/1  158/3  164/10
176/15  177/1  184/8  186/7
188/11  193/13  193/16  195/13
195/17  197/23  198/23  212/21
213/16  216/12  217/15  220/9
237/12

**think** [41]  5/19  11/11  27/19
35/7  43/5  44/16  53/17  68/13
80/5  81/10  83/5  87/3  88/13
89/18  131/24  145/24  149/25
167/7  173/18  175/9  182/18
183/5  183/9  185/3  198/11
199/14  199/14  214/12  226/21
237/21  239/9  240/25  243/15
250/1  250/1  250/2  250/21
251/2  251/14  252/22  252/25

**thinking** [5]  74/12  124/9
125/20  126/23  214/9

**third** [12]  55/18  73/20  83/17
84/16  207/5  244/13  244/16
246/20  247/1  249/19  249/25
250/3

**thirty** [1]  17/23

**thirty-party** [1]  17/23

**this** [254]

**thoroughly** [1]  250/14

**those** [61]  54/7  55/16  56/6
56/12  56/12  58/4  58/16  64/22
68/9  69/7  71/3  71/9  74/17
77/4  81/18  82/25  85/12  86/18
101/14  104/6  111/10  111/12
113/24  118/11  119/21  121/7
121/23  123/3  123/16  124/7
124/9  124/23  130/16  140/2
141/9  141/12  142/1  148/19
153/22  156/8  159/17  164/8
165/11  168/7  172/24  172/25
173/3  173/8  173/16  173/21
174/22  174/24  181/23  183/11
199/12  209/16  233/12  237/12
239/7  239/13  244/23

**though** [12]  67/19  122/7
191/24  193/5  198/22  212/6
212/7  221/8  226/4  231/12
232/4  245/14

**thought** [10]  116/10  127/5
178/9  178/13  186/8  188/17
229/12  233/12  248/9  248/23

**thoughts** [5]  59/23  74/10
74/18  117/14  124/9

**thousand** [3]  196/25  206/9
234/25

**threat** [23]  8/12  8/13  8/15
64/25  74/15  74/16  75/3  75/4
75/20  89/12  89/22  93/22
130/25  135/5  144/18  179/17
210/3  213/4  214/23  228/11
242/21  242/23  246/9

**threaten** [10]  8/23  9/12  85/5
120/6  244/17  247/2  247/8
247/18  250/11  250/25

**threatened** [17]  7/15  7/25
12/8  121/4  121/8  121/13
121/8  121/14  132/24  139/22
142/18  144/6  144/16  212/1
212/5  248/24

**threatening** [17]  54/12  55/19
56/16  58/15  60/6  63/14  64/25
92/25  118/23  123/7  123/10
129/2  133/1  146/21  147/4
169/2  214/21

**threatens** [1]  126/9

**threats** [7]  64/21  85/2
126/14  140/15  146/20  146/23
147/2

**three** [21]  6/20  19/25  45/6
50/12  54/13  55/10  57/4  57/13
61/7  64/19  65/3  65/7  81/16
83/15  100/12  109/23  190/17
193/8  202/20  248/7  249/5

**through** [68]  14/19  14/20
34/24  42/17  60/4  62/9  95/4
95/9  97/6  97/9  99/14  111/16
112/6  112/9  113/18  113/25
114/1  115/4  117/2  121/24
125/12  126/14  126/20  128/1
128/2  128/21  145/21  150/22
171/12  184/16  185/10  188/25
191/15  193/7  194/5  196/20
197/11  197/17  199/25  200/17
203/5  206/25  207/1  207/6
207/16  208/21  212/10  212/16
212/20  212/21  213/15  213/25
216/4  219/13  220/1  221/19
222/2  222/17  224/16  228/7
233/13  233/15  234/25  246/17
246/20  249/15  250/7  250/12

**throughout** [2]  54/16  88/19

**throwing** [1]  190/23

**thrown** [1]  83/3

**tie** [1]  107/6

**time** [103]  6/19  14/3  14/17
34/23  58/7  60/7  60/19  62/5
72/9  73/20  73/20  79/7  79/10
81/1  81/19  82/8  83/12  84/14
85/16  85/17  89/5  98/15  98/19
98/21  99/16  108/18  111/1
113/14  118/5  118/8  120/13
122/2  123/11  126/2  126/3
126/5  135/14  140/13  140/13
141/15  141/15  142/21  142/24
148/4  149/10  149/11  149/11
149/23  149/24  150/1  150/4
152/2  154/6  164/18  166/23
167/12  167/21  169/14  170/15
173/19  174/7  175/14  185/14
186/22  189/10  189/14  190/2
190/17  190/18  191/17  191/22
193/9  193/19  195/19  195/21
196/1  196/6  196/15  197/23
198/6  198/23  199/17  199/18
202/25  203/21  203/24  205/20
206/2  206/11  206/15  206/15
207/20  208/14  208/15  214/2
225/6  230/22  233/20  234/16
236/20  236/20  237/22  240/9

**timeframe** [1]  165/7

**times** [30]  54/14  56/11  57/6
58/5  58/13  77/12  97/15  97/23
99/24  118/13  119/17  120/13
120/21  123/14  124/1  130/14
130/19  136/20  137/5  148/18
157/11  166/7  166/24  167/5
168/3  185/13  193/15  226/1
229/6  232/18

**title** [9]  76/9  111/3  156/22
156/23  157/21  176/17  244/21
246/21  254/4

**Tobin** [1]  249/24

**today** [12]  54/11  76/24  77/7

**T**

**today... [9]** 77/10 82/25 83/5 107/1 114/25 122/7 135/22 137/9 141/18
**toddler [1]** 36/10
**toes [1]** 190/3
**together [8]** 76/3 83/15 113/20 137/2 138/2 196/2 196/5 238/12
**told [41]** 57/21 58/11 61/19 73/12 73/14 73/18 91/2 91/2 119/14 123/21 125/8 134/22 137/3 137/4 139/18 150/13 154/22 156/2 156/4 156/15 190/4 191/18 204/9 206/1 207/11 211/23 219/4 219/5 224/8 224/9 228/6 228/15 230/13 230/24 231/5 231/13 232/18 232/20 234/3 234/5 234/9
**tomorrow [6]** 236/18 236/23 236/25 237/19 238/7 251/4
**tone [7]** 71/23 74/2 118/23 123/6 131/14 157/11 158/8
**too [4]** 140/6 211/4 238/1 248/18
**took [21]** 59/5 73/25 75/5 76/25 77/22 78/18 85/11 93/11 113/9 120/4 132/17 133/15 144/10 168/24 168/25 179/17 191/11 192/3 192/19 208/22 245/7
**Toomey [1]** 186/4
**top [3]** 108/5 156/16 184/4
**Topalian [5]** 11/8 12/19 38/15 38/17 39/22
**topics [3]** 76/6 102/7 137/12
**torch [1]** 200/7
**total [1]** 217/7
**touch [1]** 122/13
**tough [2]** 63/9 192/25
**tours [2]** 153/11 164/14
**towards [6]** 123/6 155/25 158/2 158/4 158/5 212/9
**town [1]** 203/17
**track [2]** 189/9 230/19
**tracking [1]** 115/20
**TracPhone [4]** 95/25 205/2 222/19 222/20
**traffic [1]** 237/25
**trafficking [1]** 5/21
**train [2]** 119/17 132/16
**trained [5]** 27/9 61/10 116/20 123/24 125/11
**training [8]** 61/6 61/8 123/20 125/13 125/20 188/25 189/2 189/20
**trainings [1]** 128/2
**transcribe [1]** 85/11
**transcript [5]** 1/13 5/8 5/9 254/6 254/7
**transed [1]** 17/23
**transfer [5]** 82/6 149/9 154/19 154/22 227/23
**transferred [16]** 70/21 128/8 149/18 154/23 155/1 162/19 177/17 214/5 214/11 214/13 228/2 228/5 228/8 228/10 229/22 231/3
**transferring [1]** 219/19
**Transit [1]** 17/23
**transmitted [1]** 8/13
**trash [1]** 180/21
**travel [1]** 204/4
**traveling [1]** 148/13
**travesty [1]** 213/23
**treat [2]** 195/20 240/12
**treated [2]** 65/19 213/2

**treating [2]** 171/6 171/11
**treatment [4]** 141/1 141/5 141/11 220/13
**trepidation [1]** 129/10
**trial [13]** 1/14 5/13 6/17 6/19 17/7 34/24 42/17 54/16 58/17 60/20 87/6 209/15 243/4
**tried [12]** 79/16 155/15 156/2 156/24 158/15 165/20 178/17 195/16 212/14 219/2 226/7 226/10
**Trisotto [5]** 3/11 3/13 3/15 3/17 6/6
**trouble [1]** 61/24
**true [13]** 8/15 64/25 80/3 121/12 140/17 140/23 179/23 180/3 181/25 184/2 227/4 246/9 254/5
**Trump [1]** 218/8
**trust [1]** 13/12
**try [14]** 59/22 79/14 130/7 171/12 171/13 172/2 172/8 192/3 214/19 219/15 236/19 238/6 238/8 253/1
**trying [21]** 27/8 56/14 63/4 63/21 81/14 123/18 124/5 126/4 128/4 142/15 156/12 164/20 169/6 169/6 169/8 178/3 185/2 185/3 212/12 212/15 212/19
**TUESDAY [3]** 1/16 4/1 76/1
**Tufts [1]** 163/22
**turn [9]** 17/12 97/11 101/6 134/15 169/24 203/8 207/3 241/20 250/16
**turning [4]** 62/21 97/1 168/16 245/21
**Twenty [6]** 18/16 24/25 40/5 42/7 45/6 50/12
**Twenty-four [1]** 42/7
**Twenty-one [1]** 40/5
**Twenty-three [2]** 45/6 50/12
**Twentynine [7]** 61/9 93/16 94/7 189/11 189/13 199/24 220/21
**twice [2]** 57/20 77/16
**two [42]** 6/20 13/1 36/21 48/2 49/1 54/12 56/12 56/19 57/3 58/13 59/8 61/1 63/16 64/20 77/20 81/16 83/13 88/13 89/19 100/17 101/8 106/17 113/22 121/22 121/23 129/5 156/15 169/15 169/16 170/12 176/13 176/23 194/21 195/23 202/8 213/8 224/3 239/6 239/7 244/25 248/13 252/2
**two-week [1]** 89/19
**type [14]** 10/15 10/24 16/6 17/23 18/22 19/5 24/8 25/6 52/8 78/19 128/22 164/24 213/3 249/6
**typed [2]** 75/9 83/2
**types [4]** 21/24 65/3 65/8 65/10
**typical [1]** 139/12
**typically [9]** 114/25 121/4 123/16 123/23 140/5 140/8 140/14 141/24 153/14

**U**

**U-H-R-I-G [1]** 109/10
**U.S [5]** 1/20 2/4 2/4 43/22 67/20
**Uh [6]** 83/19 114/7 124/11 127/21 142/4 157/17
**Uh-huh [6]** 83/19 114/7 124/11 127/21 142/4 157/17

**UHRIG [27]** 3/10 7/25 8/3 8/4 8/7 8/14 49/25 49/25 56/2 56/4 56/11 56/14 56/20 109/4 109/9 109/12 109/18 112/18 117/24 147/7 147/14 148/11 227/9 228/14 228/23 230/13 229/17 228/14 228/23 230/13
**Uhrig's [3]** 8/7 8/17 148/4
**ultimately [4]** 56/16 103/2 178/21 237/13
**unacceptable [2]** 233/21 233/23
**unanimity [4]** 250/18 251/9 251/17 251/23
**unanimously [2]** 250/24 252/1
**unbiased [1]** 13/9
**uncle [2]** 11/5 11/10
**unclear [1]** 228/22
**uncooperative [2]** 229/7 234/8
**under [5]** 8/2 22/22 74/24 157/6 236/22
**undergraduate [1]** 109/24
**underneath [1]** 198/18
**understand [29]** 64/3 73/23 74/5 81/21 85/8 97/20 113/6 113/8 124/12 126/2 127/2 127/16 142/25 150/3 151/3 157/25 170/22 172/1 179/13 184/18 201/25 205/10 208/4 213/14 213/23 216/6 216/8 218/13 233/13
**understanding [27]** 99/23 112/25 119/24 120/1 131/4 131/8 135/7 137/21 148/15 151/8 151/13 151/24 167/1 167/5 171/10 171/20 171/22 171/24 172/3 173/2 173/8 185/1 207/7 208/8 208/13 208/14 210/16
**understands [1]** 145/25
**understood [4]** 13/12 74/1 150/5 248/21
**undisputed [2]** 204/19 245/15
**unfortunately [2]** 220/16 226/20
**Unified [3]** 21/19 49/20 50/16
**unique [2]** 185/25 186/9
**unit [1]** 61/19
**UNITED [37]** 1/1 1/4 1/6 2/3 6/2 6/6 6/8 6/9 7/10 7/16 8/1 8/2 13/20 32/10 39/21 42/24 43/8 46/8 48/21 63/25 66/8 67/8 73/1 80/12 81/22 87/16 91/15 92/6 92/8 92/9 145/5 152/8 152/24 175/19 252/21 254/5 254/9
**University [1]** 163/22
**unknown [2]** 149/6 149/20
**unless [2]** 115/19 145/24
**unmistakable [2]** 205/13 205/17
**unnecessary [1]** 250/12
**unpleasant [2]** 133/1 136/16
**unproductive [1]** 171/15
**unsuccessful [2]** 178/18
**until [6]** 6/21 55/18 87/7 143/1 196/21 237/23
**up [117]** 10/3 10/12 45/23 55/14 55/17 56/20 57/8 57/9 58/7 59/3 60/3 60/9 60/25 61/1 65/17 65/24 69/10 69/20 70/9 70/22 71/18 71/19 73/6 73/14 73/22 75/9 76/4 79/15 82/6 82/8 83/2 86/18 114/1 114/12 114/23 116/13 116/15 118/15 119/6 119/6 119/7 120/18 120/19 120/23 121/3 123/4 124/12 125/6 126/15

## U

**up... [68]** 126/16 126/18
127/18 127/20 129/15 130/9
130/11 130/15 131/6 131/6
133/21 137/13 143/14 143/15
147/17 147/23 148/14 148/23
149/7 149/10 149/12 150/21
150/22 163/21 165/15 166/5
166/24 166/25 167/1 167/3
168/20 168/22 169/18 169/19
169/20 173/11 174/10 174/18
174/19 178/10 179/5 179/6
179/10 184/4 188/8 199/1
199/17 203/1 203/1 203/5
205/18 207/13 210/6 212/2
212/17 213/4 214/4 214/8
214/10 214/14 216/8 217/14
219/9 219/16 220/5 220/18
238/21 240/15
**upholding [1]** 212/8
**upon [5]** 10/12 64/15 200/17
205/23 206/6
**UPS [1]** 19/6
**upset [3]** 89/14 198/8 198/16
**upsetting [2]** 125/8 195/17
**upstairs [4]** 113/19 114/3
121/25 219/25
**us [45]** 10/12 11/23 83/1
109/20 110/16 111/6 112/18
112/19 113/14 114/12 116/15
116/18 118/11 119/11 119/19
119/19 120/6 121/24 126/20
127/22 128/4 128/10 129/4
131/20 133/11 134/19 137/7
137/12 138/7 158/2 163/18
163/20 164/7 165/11 174/23
175/1 181/20 193/13 200/10
200/19 210/9 211/24 237/21
253/4 253/7
**use [26]** 57/9 63/3 93/12
93/21 123/21 130/23 131/16
155/25 156/4 157/24 182/19
198/3 198/5 207/24 216/20
216/21 217/19 217/21 218/3
218/12 218/18 226/16 227/14
227/19 243/13 243/19
**used [17]** 63/4 94/22 106/10
119/20 139/24 158/7 170/25
181/23 186/11 193/14 217/18
217/25 217/25 224/18 227/16
227/18 234/4
**useful [2]** 123/3 253/7
**uses [4]** 83/17 117/17 166/2
243/15
**using [10]** 5/3 119/5 130/17
158/5 198/9 205/12 222/10
222/14 232/17 243/14
**usual [1]** 168/6
**usually [12]** 68/7 115/3
117/1 118/13 118/21 119/8
119/17 119/20 120/15 165/18
166/3 166/15

## V

**V-A-N-C-E [1]** 87/23
**VA [62]** 14/3 14/11 54/25
55/15 56/8 62/6 62/8 62/9
62/13 62/16 62/20 63/1 63/18
63/19 63/22 71/2 71/8 72/6
72/11 81/6 81/15 81/17
155/16 179/25 180/1 184/16
192/4 192/6 193/21 193/23
194/6 194/8 194/10 194/15
195/4 195/7 195/12 195/18
198/4 198/22 199/2 199/9
199/11 199/16 205/16 205/19
206/2 207/1 207/4 207/4
207/9 207/15 207/16 207/25
213/19 214/18 215/21 219/15
219/16 219/16 219/19 219/24
221/6 221/19 225/3 225/24
**VA's [1]** 205/24
**Vague [2]** 108/9 116/6
**Valley [4]** 40/16 207/16
220/21 222/18
**value [2]** 4/15 178/3
**Vance [3]** 87/22 87/23 88/1
**varied [1]** 120/20
**variety [1]** 164/9
**various [8]** 34/14 61/7 65/10
100/7 135/23 197/9 211/9
216/5
**veiled [1]** 74/15
**Venice [1]** 43/18
**venting [1]** 75/17
**verbatim [2]** 85/12 181/11
**verbose [1]** 250/19
**verdict [12]** 19/14 22/8
25/18 36/17 48/10 52/22
60/11 60/11 251/7 251/8
253/5 253/8
**verdicts [1]** 65/15
**verifier [1]** 46/22
**Verizon [4]** 93/19 95/4 95/14
100/11
**Verne [1]** 22/19
**version [2]** 253/5 253/8
**versus [2]** 6/3 7/10
**very [83]** 5/23 61/6 62/5
62/19 64/8 71/12 72/1 72/9
74/4 88/21 89/10 89/13 89/22
90/6 91/13 96/15 97/1 97/5
97/10 98/7 99/17 100/2 105/1
105/12 108/4 118/23 118/24
122/20 122/21 123/7 123/10
153/21 154/17 154/18 155/14
157/11 158/12 170/18 174/23
177/18 183/25 187/1 187/4
187/6 192/25 192/25 193/5
193/6 193/14 193/14 193/17
193/17 193/20 194/23 195/1
195/18 198/16 198/16 198/22
199/12 199/13 199/15 204/16
204/17 204/25 205/3 212/9
214/7 217/3 218/15 221/8
229/7 230/7 230/10 234/7
234/12 235/11 236/22 239/21
241/10 250/19 252/23 253/11
**vet [5]** 14/7 140/22 218/24
**veteran [24]** 14/2 54/20
54/25 68/11 69/7 71/16 80/23
81/2 81/18 130/2 135/12
143/21 144/15 151/21 171/6
171/11 177/21 178/4 178/8
179/24 184/6 185/9 185/12
216/16
**veteran's [1]** 165/19
**veterans [102]** 13/20 13/23
13/25 62/7 68/6 68/7 68/16
68/18 71/14 72/24 73/13
78/14 78/22 79/5 79/7 81/4
81/7 85/4 103/17 119/15
119/22 122/19 129/13 130/3
134/23 135/2 135/8 139/20
141/1 141/11 141/13 141/18
141/20 141/23 144/15 150/14
151/22 162/3 162/5 162/8
162/13 162/17 166/1 170/24
170/24 172/7 172/13 176/25
177/25 178/3 178/24 179/21
179/25 180/2 180/4 180/16
184/1 184/9 184/11 184/12
184/15 184/25 185/6 185/13
196/8 197/8 197/19 206/14
206/16 206/18 206/24 207/8
207/20 208/16 208/18 208/19
210/13 210/18 210/23 210/24
211/2 211/12 211/15 211/16
212/11 212/18 213/18 215/11
215/20
224/11 225/10 226/7 226/10
226/13 227/5 232/13 232/16
232/24 233/11
**veterans' [14]** 67/14 70/20
80/22 118/22 162/9 165/22
186/7 197/10 197/12 205/11
208/17 211/22 233/10 235/14
**vets [7]** 63/23 63/25 80/21
140/20 141/6 141/8 141/15
**viable [1]** 180/19
**vice [3]** 45/9 217/25 218/4
**vice-president [2]** 217/25
218/4
**vicinity [1]** 182/22
**victim [7]** 11/22 12/6 12/11
12/15 241/25 242/5 248/23
**victims [5]** 5/2 5/2 5/10
136/8 245/15
**victims' [1]** 5/4
**videos [1]** 224/12
**view [3]** 226/15 231/8 237/11
**viewed [3]** 8/13 95/13 242/23
**views [1]** 164/21
**violating [2]** 54/11 60/5
**violation [3]** 57/5 59/10
246/21
**violence [1]** 12/16
**Virginia [7]** 57/17 136/12
155/17 158/15 162/8 162/10
162/11
**visitors [1]** 92/13
**voice [28]** 71/23 82/9 83/11
83/12 83/14 101/10 101/15
101/24 106/14 106/16 106/20
106/23 120/12 123/8 155/8
155/9 155/9 155/10 157/12
157/14 158/8 167/19 168/21
183/8 234/13 234/15 235/10
235/24
**voicemail [6]** 101/8 101/10
101/14 101/18 102/2 235/5
**voicemails [2]** 106/17 111/15
**volunteers [1]** 176/15
**voter [5]** 111/25 113/7
114/20 118/6 164/7
**voters [4]** 68/18 113/11
117/18 177/10
**vulgar [3]** 55/3 56/9 57/9

## W

**W-H-A-R-T-O-N [1]** 15/1
**W-I-G-E-R-T [1]** 39/23
**W-O-G [1]** 163/8
**W-O-N-G [1]** 37/6
**wait [9]** 185/12 206/15
206/15 207/20 208/14 208/15
233/22 237/25 243/1
**waiting [1]** 213/18
**waive [1]** 245/19
**waived [1]** 239/22
**Wal [3]** 205/2 222/17 222/19
**Wal-Mart [3]** 205/2 222/17
222/19
**walk [9]** 60/4 69/16 69/19
121/24 126/20 150/22 193/18
193/19 203/18
**walked [2]** 127/18 147/24
**walking [1]** 12/25
**want [58]** 5/13 11/18 11/20
27/2 46/5 51/11 51/15 70/7
72/16 86/13 99/8 99/20 113/6
113/8 115/23 116/12 118/4
119/4 123/4 126/18 127/15
141/21 146/5 146/19 147/13
150/22 154/2 165/7 165/22
168/7 170/21 171/4 171/19
172/18 177/12 179/18 180/9

**W**

**want... [21]**  187/10 188/11
188/16 196/3 196/4 200/15
202/25 209/15 209/24 218/20
220/19 222/20 231/4 231/15
233/24 235/7 238/17 238/21
245/17 249/13 252/17
**wanted [31]**  44/22 60/18 61/2
61/3 61/4 64/13 65/7 69/10
69/24 71/1 110/20 115/19
122/8 122/9 125/5 134/22
150/19 155/15 162/12 175/9
183/9 184/24 188/14 193/15
193/16 195/24 222/20 233/9
233/10 239/6 244/24
**wanting [2]**  86/9 174/4
**warn [1]**  84/6
**warned [3]**  122/22 157/23
227/14
**warning [4]**  119/3 119/7
120/20 121/4
**warrant [13]**  58/24 102/7
102/12 102/13 102/19 103/3
103/14 103/24 106/8 107/25
108/5 108/14 108/15
**warrants [1]**  102/10
**was [578]**
**Washington [10]**  59/17 100/9
100/13 100/18 100/23 110/14
117/25 130/9 167/20 175/10
**wasn't [17]**  71/3 71/8 82/1
116/8 116/8 120/5 129/9
143/1 150/10 167/24 172/5
186/1 193/2 196/16 220/18
231/2 243/4
**waste [2]**  38/22 214/2
**wasting [1]**  99/16
**water [2]**  40/16 204/12
**way [22]**  4/16 4/17 14/1 27/8
27/12 53/18 59/21 96/17
96/22 99/9 108/12 148/25
172/8 179/22 184/4 192/1
199/10 203/17 220/14 248/20
251/18 252/9
**ways [1]**  216/24
**we [226]**
**we're [1]**  197/25
**weapons [1]**  125/12
**wearing [2]**  107/4 107/6
**Weber [1]**  29/16
**week [7]**  77/19 88/19 89/19
115/21 116/21 220/7 220/13
**weeks [1]**  77/20
**weird [2]**  147/22 197/16
**well [77]**  5/23 14/4 48/25
61/6 61/16 69/23 74/17 75/1
75/9 75/15 75/24 90/6 91/2
91/13 94/18 95/5 96/8 96/13
96/15 97/1 97/5 97/10 98/7
99/17 100/2 104/4 104/6
105/1 105/12 111/16 111/20
111/21 112/14 124/2 128/20
131/17 134/4 136/4 136/6
138/10 143/6 147/1 153/21
156/6 160/22 177/17 177/21
178/2 178/9 178/13 178/25
179/9 179/16 180/20 181/16
185/12 185/25 187/4 187/6
191/12 204/17 204/25 205/10
206/25 208/7 209/9 217/24
223/4 224/21 230/1 239/21
241/10 245/13 248/12 249/13
252/23 253/11
**went [24]**  16/23 18/7 61/12
62/6 75/5 108/5 113/18 123/7
123/11 130/1 130/8 134/24
163/22 190/20 191/12 191/13
192/6 192/7 194/2 195/14

200/17 205/2 219/24 222/19
**went... [1]**  224/5
**weren't [3]**  115/8 115/24
132/22
**West [9]**  1/21 54/23 57/17
136/12 155/17 158/15 162/8
162/11 181/17
**WESTERN [1]**  1/2
**Wharton [3]**  15/1 18/12 33/21
**what [392]**
**whatever [5]**  91/1 115/1
165/2 237/18 249/10
**whatsoever [1]**  7/2
**wheel [1]**  63/6
**wheelchair [1]**  207/23
**when [153]**
**whenever [6]**  156/12 157/21
157/25 158/4 158/9 176/19
**where [111]**  11/12 15/20
17/13 18/12 19/22 21/5 22/17
23/21 24/2 24/22 26/4 28/6
29/8 30/9 31/11 32/14 33/2
33/25 35/17 35/23 37/8 38/17
40/2 41/6 42/4 43/17 45/2
46/17 47/15 49/8 49/18 50/9
50/15 52/1 61/9 61/24 66/24
69/4 69/11 69/11 76/14 79/17
83/5 83/10 83/17 84/12 88/7
89/2 94/3 94/3 108/1 110/16
112/20 113/8 113/11 114/6
120/21 127/16 137/15 138/19
139/10 139/21 139/22 140/5
141/18 152/23 154/9 159/17
159/19 165/14 167/23 177/21
178/1 180/1 188/8 188/23
189/2 189/10 189/24 190/10
191/1 192/7 193/25 194/3
195/21 196/7 197/14 197/24
198/21 199/25 200/13 200/22
201/13 201/20 203/7 203/9
203/10 203/13 204/5 210/15
213/4 215/25 216/17 220/8
223/13 230/10 232/16 245/4
248/2 252/10 252/12
**whether [11]**  74/15 89/14
116/17 140/2 210/11 211/10
221/16 232/15 246/5 247/20
250/25
**which [62]**  7/3 13/8 14/17
51/2 67/7 68/11 71/19 79/1
79/16 81/16 83/25 90/18
93/19 94/1 94/1 94/10 94/15
94/19 95/1 95/5 95/6 95/13
95/14 95/24 96/20 96/21
103/15 105/21 113/18 115/25
116/23 117/9 118/1 118/15
122/20 123/2 129/16 129/25
139/6 142/18 142/23 149/18
160/11 165/3 166/25 169/1
203/10 204/11 205/2 208/15
211/6 211/18 215/5 220/16
229/22 240/5 241/13 245/25
248/15 249/1 250/5 250/22
**while [13]**  7/18 8/4 53/23
59/16 61/1 61/8 103/6 123/17
123/18 126/11 134/24 190/16
200/11
**Whistleblower [1]**  211/5
**whistleblowers [5]**  86/14
210/12 211/3 211/7 216/15
232/12
**white [3]**  57/1 57/1 148/6
**Whittier [3]**  38/18 46/18
50/10
**who [90]**  8/23 9/5 9/12 9/19
10/1 10/23 14/14 17/21 20/1
25/4 26/10 27/9 27/16 27/16
28/13 29/15 31/19 40/8 44/13
56/1 56/13 57/15 57/16 67/2

74/22 77/3 81/21 92/22 94/9
98/4 104/9 105/15 106/8 108/6
112/15 112/19 113/17 115/15
121/2 122/5 122/9 122/10
122/13 124/4 124/18 124/21
124/22 125/6 126/13 130/1
132/11 136/7 141/16 141/20
144/16 147/9 149/22 162/17
164/1 164/16 164/17 165/4
165/5 173/24 178/24 183/23
185/9 186/3 186/3 200/15
207/3 210/3 210/20 211/21
212/11 214/1 215/14 215/24
217/5 218/17 224/2 225/6
225/20 226/18 228/18 228/20
228/25 229/1 230/19 231/16
**whoever [3]**  118/18 118/19
122/11
**whole [11]**  17/17 21/9 21/10
29/11 34/23 41/7 43/20
116/22 195/2 233/14 238/21
**whom [1]**  80/24
**why [51]**  4/22 5/16 27/3
63/17 63/17 63/19 64/1 64/3
64/4 64/17 72/14 81/22 84/25
89/9 97/21 117/12 127/25
127/25 128/1 132/22 135/7
141/10 150/14 155/20 156/3
156/19 157/24 159/3 167/5
168/17 169/18 171/5 178/1
178/18 180/7 185/23 206/6
207/11 207/18 214/8 214/12
217/23 218/2 218/16 219/2
219/3 228/8 230/1 232/11
235/12 249/4
**widow [2]**  21/15 21/16
**Widowed [1]**  45/11
**wife [5]**  42/12 191/12 193/15
195/23 199/23
**Wigert [3]**  39/23 40/1 41/3
**Wilkes [8]**  191/13 191/19
192/7 192/9 193/10 194/1
195/7 196/19
**Wilkes-Barre [8]**  191/13
191/19 192/7 192/9 193/10
194/1 195/7 196/19
**will [71]**  7/3 7/7 7/8 14/17
15/6 15/7 15/17 17/12 27/19
27/25 32/4 32/8 49/1 53/18
53/24 54/4 55/10 58/20 59/17
62/11 62/14 63/11 64/12
65/14 66/4 72/20 86/22 87/3
87/8 98/6 99/9 101/20 102/16
108/21 108/23 108/24 114/25
117/24 119/4 119/16 125/17
133/24 144/21 149/17 160/22
164/19 176/23 176/24 186/23
214/13 214/20 236/22 236/25
237/7 237/8 237/14 237/19
237/19 238/1 240/3 240/4
240/11 246/1 251/1 251/3
251/22 251/25 252/22 253/1
253/1 253/10
**willing [5]**  72/22 73/3 80/2
124/25 125/24
**willingness [1]**  53/10
**Wilshire [1]**  2/11
**WILSON [1]**  1/3
**window [2]**  119/9 120/15
**windows [1]**  202/13
**windy [1]**  235/12
**wish [1]**  60/14
**withheld [1]**  112/22
**within [16]**  6/20 7/13 7/23
8/10 8/19 9/1 9/8 9/15 9/22
58/5 77/20 89/19 113/21
119/9 162/8 200/1
**without [13]**  8/21 9/3 9/10
9/17 9/24 11/24 108/11 133/1

**W**

**without... [5]**   196/4 211/2
216/2 219/6 219/12
**witness [33]**   3/2 66/7 66/10
87/15 87/18 90/7 91/14 91/17
107/19 109/2 109/5 132/5
134/11 144/24 144/25 145/4
145/23 152/7 152/10 160/17
162/24 163/2 175/18 175/21
186/18 187/2 187/16 187/18
201/4 201/10 212/1 235/19
240/8
**witness' [1]**   160/21
**witnesses [5]**   136/3 137/22
209/18 209/22 236/7
**woman [1]**   147/6
**Wong [3]**   37/6 37/8 38/14
**word [29]**   83/17 83/20 83/22
85/14 85/14 119/19 119/19
122/16 130/17 130/17 130/18
130/21 130/23 136/19 136/22
139/24 143/5 158/7 166/2
166/2 178/19 199/13 217/19
217/21 222/3 226/16 232/23
253/5 253/8
**words [36]**   13/24 17/10 27/14
54/8 55/20 59/2 63/3 63/4
63/10 63/13 63/13 74/3 90/19
112/15 130/13 131/13 131/16
135/9 138/4 139/16 156/8
158/11 172/24 172/25 173/3
173/9 173/16 173/21 174/22
174/24 181/23 185/24 212/4
237/3 249/14 251/25
**work [58]**   10/15 10/17 16/3
17/22 18/22 21/24 22/24 24/9
29/18 30/14 30/22 32/20
37/21 39/1 39/6 52/6 52/8
66/24 66/25 67/13 67/19
69/11 75/23 75/25 88/7 88/8
88/10 92/6 109/24 110/1
110/6 110/11 110/13 110/23
112/7 112/8 113/15 115/15
122/21 123/3 124/22 129/14
129/23 137/15 141/4 141/14
146/13 152/23 152/24 153/3
163/24 164/1 176/9 176/10
183/23 198/16 200/22 231/22
**worked [15]**   10/18 14/13 56/1
57/16 59/17 88/12 110/17
112/5 120/5 141/12 153/1
176/12 176/14 184/4 210/3
**worker [2]**   26/9 67/12
**working [10]**   37/14 38/25
64/22 70/3 70/13 72/8 72/17
75/21 80/10 167/20
**works [16]**   10/23 11/5 11/11
20/6 20/24 23/4 34/14 40/15
55/6 57/25 59/13 59/15 78/14
81/21 129/22 148/25
**worse [4]**   61/21 61/21 123/11
123/23
**worth [2]**   217/12 219/19
**worthless [8]**   157/18 157/20
157/22 230/24 231/6 231/9
231/11 231/13
**would [186]**
**wouldn't [11]**   57/9 57/10
57/11 65/19 83/23 123/15
132/14 158/16 180/22 193/19
232/17
**write [6]**   84/3 111/17 111/22
153/19 153/23 177/1
**writes [2]**   67/8 164/11
**writing [4]**   63/25 126/16
139/8 159/15
**written [7]**   5/13 83/23 96/23
136/1 217/6 230/2 251/11

**wrong [3]**   61/13 192/12 241/4
**wrongs [2]**   240/24 240/24
**wrote [11]**   59/7 83/22 111/18
111/19 111/21 126/3 132/3
161/1 229/24 230/3 230/7

**X**

**x-ray [8]**   40/7 61/15 61/18
189/25 190/4 190/12 193/3
193/4

**Y**

**yeah [31]**   16/17 40/24 70/18
74/20 79/15 81/10 82/5 83/22
110/18 111/8 114/17 117/16
118/12 119/14 119/23 122/3
122/25 123/19 126/22 127/10
127/24 129/5 134/16 134/21
168/20 174/16 175/3 181/11
186/13 230/2 235/13
**year [23]**   12/25 14/7 18/7
20/12 20/13 55/12 56/6 57/19
68/13 81/16 88/13 111/1
142/3 146/18 147/11 188/21
189/17 191/9 220/12 226/14
226/22 227/2 233/17
**years [55]**   10/18 12/6 15/24
17/18 18/16 18/25 19/8 19/25
20/25 21/8 22/22 24/25 26/7
28/10 30/12 31/15 32/17 34/3
35/20 37/11 38/20 40/5 42/7
45/6 47/19 49/11 50/12 50/20
61/8 81/17 88/13 154/18
163/19 176/13 176/16 181/22
192/5 193/8 193/23 194/21
195/14 195/24 196/17 196/23
197/6 197/15 198/19 198/24
200/3 201/14 203/23 212/14
224/14 233/15 234/25
**yelling [9]**   56/15 58/9 71/13
118/23 119/10 119/19 120/24
123/9 186/2
**yellow [1]**   160/19
**yes [334]**
**Yesenia [1]**   14/24
**yesterday [4]**   95/13 137/8
170/4 170/10
**yet [2]**   201/3 201/17
**York [1]**   41/11
**you [1368]**
**you're [1]**   110/4
**young [2]**   147/6 154/18
**your [469]**
**yourself [7]**   123/2 125/20
138/8 200/4 200/8 206/6
230/4
**yourselves [1]**   53/24
**Youth [1]**   25/5
**YouTube [1]**   224/11
**Yucca [3]**   207/15 220/21
222/17

**Z**

**Z-U-C-C-H-I-N-O [1]**   44/25
**Zimmer [1]**   31/20
**ZIP [9]**   115/5 115/17 115/19
117/13 122/14 130/6 132/14
165/3 166/18
**Zucchino [4]**   44/25 45/2
46/13 46/14