1          UNITED STATES DISTRICT COURT

2     CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

3          HONORABLE STEPHEN V. WILSON

4      UNITED STATES DISTRICT JUDGE PRESIDING

5                  - - -


6   United States of America,          )
7                      PLAINTIFF,      )
                                       )
8   VS.                                )   NO. CR 19-394 SVW
                                       )
9   Robert Stahlnecker,                )
                     DEFENDANT,        )
10  _____)

11

12

13      REPORTER'S TRANSCRIPT OF PROCEEDINGS

14           LOS ANGELES, CALIFORNIA

15          MONDAY, JUNE 18, 2020

16

17

18   _____

19         KATIE E. THIBODEAUX, CSR 9858
           U.S. Official Court Reporter
20                Suite 4311
              350 West 1st Street
21           Los Angeles, CA  90012

22

23

24

25

```
 1    APPEARANCES OF COUNSEL:

 2

 3    ON BEHALF OF THE PLAINTIFF, UNITED STATES OF AMERICA:

 4                        U.S. DEPARTMENT OF JUSTICE
                          U.S. ATTORNEY'S OFFICE
 5                        BY: PETER DAHLQUIST, AUSA
                          3404 10th Street
 6                        Suite 200
                          Riverside, CA  92501
 7

 8

 9    ON BEHALF OF THE DEFENDANT:

10                        DAVID R. REED LAW OFFICES
                          BY: DAVID R. REED
11                        3699 Wilshire Boulevard
                          Suite 850
12                        Los Angeles, CA  90010

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1          LOS ANGELES, CALIFORNIA; MONDAY, JUNE 18, 2020

 2                        1:08 P.M.

 3                        - - - - -

 4

 5

 6

 7          MR. DAHLQUIST:  Good afternoon, your Honor.  This

 8   is Peter Dahlquist on behalf United States appearing by

 9   video teleconferece.

10          MR. REED:  Good afternoon, your Honor.  This is

11   David Reed on behalf of Mr. Stahlnecker.  He is present

12   on the video conference.

13          THE COURT:  Okay.  This is the time for

14   sentencing.  Has the defendant read the presentence

15   report?

16          MR. REED:  Yes, your Honor.

17          THE DEFENDANT:  Yes.

18          THE COURT:  And I will hear from you, Mr. Reed,

19   and/or Mr. Stahlnecker at this point.

20              Now, with regard to the presentence report,

21   are there any disputes regarding the initial calculation?

22          MR. DAHLQUIST:  Your Honor, this is Peter

23   Dahlquist from the government, I'm sorry to interrupt.

24   Does the court wish to make a finding that further delay

25   would result in harm such that we can proceed by VTC
```

```
 1    under the CARES Act?
 2            THE COURT:  Well, I agree with it but I don't want
 3    to -- whether he is inaudible.  Problem with audio.
 4            THE CLERK:  I'm sorry, your Honor.  Your audio was
 5    cutting out.  Perhaps you can lean in a little.  That
 6    would work.
 7            THE COURT:  Can you hear me?
 8            THE CLERK:  Yes, your Honor.
 9            THE COURT:  Mr. Stahlnecker, do you agree that we
10    can proceed with sentencing by way of video technology
11    under the circumstances?
12            THE DEFENDANT:  Yes, your Honor.  Thank you.
13            MR. REED:  And I agree as well, your Honor.  His
14    lawyer.
15            THE COURT:  All right.  Proceed.  First, I will
16    hear from you.  Are there any substantial differences --
17    inaudible.
18            MR. REED:  Your Honor, on behalf of
19    Mr. Stahlnecker, we agree with the guideline calculations
20    of the PSR.
21            THE COURT:  Mr. Dahlquist.
22            MR. DAHLQUIST:  Yes, your Honor.  We agree with
23    the guidelines calculations in the PSR.
24            THE COURT:  Then, let's hear from you, Mr. Reed as
25    to your argument regarding the appropriate sentence.
```

1          MR. REED:  Thank you, your Honor.  I am going

2    speak up a little bit because I was told that my sound is

3    a little bit low.

4              So I don't wish to repeat what I said in my

5    brief but only highlight some points.  Mr. Stahlnecker

6    was arrested and detained on December 6th, 2019, and thus

7    he has been in continuous custody for seven months.  In

8    our sentencing brief, we asked for a year and a day which

9    converts to 10 months of custody for someone who has been

10   a model inmate.  And Mr. Stahlnecker has been a model

11   inmate.  And he has been taking programs.

12             Therefore, if the court were to sentence

13   defendant to a year and a day, he would have two more

14   months to do and it would probably be spent at MDC which

15   has been on lock down due to the COVID-19 pandemic.

16             And I see that Mr. Stahlnecker is holding up

17   his certificates so that the court can see them.  He has

18   completed those at MDC.

19             Now, admittedly as I stated in my brief, your

20   Honor, Mr. Stahlnecker has always been given slaps on the

21   wrist for his conduct, and this case has truly been a

22   wake up call.  He has learned his lesson, and as I will

23   soon explain, he has really suffered during the seven

24   months of detention.  Now, this suffering has been

25   pounded into his mind, and it is the kind of suffering

1     that he knows he will endure if he ever gets in trouble

2     again since he is going to be on three years of

3     supervised release to this court.  And I have informed

4     Mr. Stahlnecker what will happen to him if he ever does

5     this kind of thing again while on supervision to this

6     court.  And it won't be pretty punishment.

7              Now, we are aware of the kind of phone calls

8     defendant was making, and, admittedly, it was extensive.

9     However, his behavior was more similar to the phone

10    harassment guidelines which has a much lower level than

11    the phone threats to harm a person.  I know that these

12    calls, not to minimize the fear the victims felt, but

13    defendant had no capability to hurt anyone.

14             I ask the court to consider that factor, that

15    neither the victims nor he knew who they were talking to.

16    It is not the normal threat calls that we handle in our

17    court where the victim knows who is threatening him or

18    her.

19        THE COURT:  Well, they didn't know, Mr. Reed, who

20    they were speaking to by name, but there was testimony at

21    the trial as I remember it that some of the victims

22    recognized that the same person was calling in

23    frequently, and so there was at least an identification

24    with the same person, but I agree with you that there was

25    no identification to him by name.

```
 1          MR. REED:  You are correct, your Honor.  They
 2   recognized his voice because he had been repeatedly
 3   telephoning but they didn't know really who he was or
 4   where he was, etc.
 5          So I am asking the court, the defendant has
 6   been tortured by our government for his service in the
 7   military by the practices of the Veterans Affairs Agency,
 8   and I hope the court considers defendant's service to our
 9   country as a mitigating factor and show that there is at
10   least one government branch, the judiciary, that
11   appreciates his service and understands what he has gone
12   through in dealing with the veteran's affairs for many
13   years.
14          So we hope the court shows leniency based on
15   Mr. Stahlnecker's service to our country.  I am modifying
16   my original recommendation, your Honor, for a year and a
17   day and asking the court to sentence Mr. Stahlnecker to
18   time served, but as a condition of his supervised release
19   that he do six months of home detention.
20          The family with whom Mr. Stahlnecker lived
21   want him back to help them up in the Twentynine Palms
22   area.  Also, Mr. Stahlnecker needs to quickly reunite
23   with his beloved sons.
24          In my sentencing brief, I failed to consider
25   some mitigating factors.  The custody time defendant has
```

1  served has been very harsh, your Honor.  He was first

2  housed at the San Bernardino jail in December before the

3  COVID-19 pandemic began.  The conditions at the San

4  Bernardino jail are much harsher than MDC, and then the

5  COVID-19 crisis began in February and he was placed in

6  the SHU, your Honor, for two weeks for his quarantine.

7  He was placed with one other inmate in the SHU who was

8  mentally ill and aggressive.  Every second of his time in

9  the SHU was spent in fear of being brutally attacked.

10      Also, in the SHU, he did not get the hour of

11  exercise normally allowed due to the virus circumstances.

12  It was total lockdown for two weeks in a very small cell.

13  Then he was moved to the general population, but, by

14  then, all of MDC went on COVID-19 lock down.

15  Mr. Stahlnecker has been confined to his larger cell with

16  other inmates for 23 hours a day with one hour for

17  exercise.

18      My brief was written on May 14th, and, at that

19  time, I did not fully realize how contagious things have

20  gotten in our BOP facilities.  In view of the COVID

21  crisis, your Honor, there is no utilitarian reason to

22  keep Mr. Stahlnecker in custody susceptible to infection.

23  He is in extreme fear of contracting COVID-19, and it is

24  humane to simply place him in home detention at this

25  point where he will be safe because he is truly not a

1   threat to public safety.  He has learned his lesson.

2          Lastly, as to mental health counseling that

3   was one of the conditions that we sought and we fully

4   agree that he needs it, but I ask the court to allow the

5   defendant to have his mental health counseling done by

6   teleconference because where he lives up in the

7   Twentynine Palms area is many, many miles away from the

8   closest federal mental health contractor.

9          And I would submit, your Honor.

10      THE COURT:  Okay.  I will hear briefly from the

11  government.  I know your position, but is there anything

12  you have to add?

13      MR. DAHLQUIST:  Yes, your Honor.

14          I would just add I understand the court knows

15  the position that I believe that the sentence we are

16  requesting of 27 months followed by three years of

17  supervised release is appropriate given the defendant's

18  history including four cases where more lenient outcomes

19  have not curtailed his conduct, and also--

20      THE COURT:  One minute here.  Did any of his prior

21  commitments involve a custodial sentence?

22      MR. DAHLQUIST:  If it did, it was less than--

23      MR. REED:  Excuse me, your Honor.  They did your

24  Honor.  They were like 10 days, things like that.

25      THE COURT:  All right.  Go ahead, Mr. Dahlquist.

```
 1          MR. DAHLQUIST:  Yes.  And I was just going to say

 2    that this behavior has been consistent and compulsive for

 3    over a decade.  In his letter to the court on page 4, it

 4    is apparent that he is still having a hard time fully

 5    accepting responsibility for his conduct.

 6              In his letter he says that he never told

 7    anyone that he was coming to kill them, but, as the court

 8    may recall, that was the basis for the conviction on

 9    Count 3 was that he told the victim, I am going to come

10    to your office and kill you.

11              So just the long-standing nature of this

12    conduct, combined with, you know, the history and then

13    his failure to fully accept responsibility for what he

14    has done presents, from my perspective, a higher risk

15    that he will continue engaging in this conduct.

16              And so a 27-month sentence will protect the

17    public and especially the people who are subjected to

18    this behavior for that period of time, and, hopefully,

19    the period of supervised release to follow will do the

20    same.

21              And so, on that, your Honor, I will submit.

22          THE COURT:  Mr. Stahlnecker, do you wish to be

23    heard?

24          THE DEFENDANT:  Well, especially on the part where

25    they insist that I had threatened to come to somebody's
```

1    office and kill them.  I never said that, your Honor.  I

2    will agree to the fact that I called numerous times and I

3    was stressing the need for assistance, and I might have

4    said something that somebody construed as being a threat,

5    but, at no point, had I ever intended to threaten

6    anybody, no time did I ever intend to harm anybody.  I

7    was simply stressing my need for assistance and

8    expressing my frustration with not receiving help.

9            I do apologize, your Honor.  I am very sorry

10   for the fact that people felt threatened.  Again, it was

11   not my intention.  I don't believe I said anything that

12   could be in normal sense be construed as a threat.  I

13   simply was expressing how veterans had been dying from

14   Agent Orange exposure and how cannabis was medicine for

15   this type of situation.

16           You know, it is unfortunate that we are here

17   today, but I feel as though I have learned my lesson,

18   and, as God is my witness, your Honor, you can believe me

19   as an honorably discharged marine, I have absolutely no

20   intentions on furthering my calls.  I do not have any

21   interest in calling the government.  They have made their

22   message perfectly clear.

23           I do not have any problems with their requests

24   for not making contact either by mail or by phone.  I

25   totally agree that it is not of any (inaudible) at this

1   time to be in contact with them.  They have made their

2   point, your Honor.

3            And I agree completely.  Again, I am very

4   sorry that people had felt threatened.  It was not my

5   intention, and I simply ask, your Honor, that you have

6   compassion and mercy when you take into consideration my

7   sentence, sir.  I have also--

8       THE COURT:  Go ahead, sir.

9       THE DEFENDANT:  And I have been taking these

10  self-help programs which have been very enlightening.

11  They have these helpful pamphlets here that help me to

12  realize, you know, some of the reasons why my anger

13  frustrated and became so volatile.

14           And I believe that through this type of a

15  program here, this is for AA.  I believe that through AA

16  that I will be able to meet a community of people that

17  will have like minds and help me to express my needs for

18  help.

19           Thank you, your Honor.

20      THE COURT:  Thank you, sir.

21           Any legal cause why sentence should not now be

22  imposed?

23      MR. DAHLQUIST:  No, your Honor.

24      MR. REED:  No, your Honor, on behalf of

25  Mr. Stahlnecker.

1   THE COURT:  Okay.  Pursuant to the Sentencing

2   Reform Act of 1984, it is the judgment of the court that

3   defendant, Robert Stahlnecker, is here by committed on

4   Counts 3 through 8 of the first superseding indictment to

5   the custody of the Bureau of Prisons for a term of one

6   year and a day.  This term consists of one year and a day

7   on each of Counts 3 through 8 of the first superseding

8   indictment to run concurrently.

9          Upon release from imprisonment, defendant

10  shall be placed on supervised release for a term of three

11  years.  This term consists of three years on Count 3 and

12  one year each on Counts 4 through 8 of the first

13  superseding indictment.  All six terms to run

14  concurrently under the following terms and conditions:

15         One, he comply with the rules and regulations

16  of the United States Probation and Pretrial Services

17  Office and General Order 20-04.  That he cooperates in

18  the collection of a DNA sample.  That he refrain from any

19  unlawful use of a controlled substance and submit to drug

20  testing not to exceed eight tests per month.

21         If he is prescribed marijuana by a licensed

22  medical person, that will not be subject to the drug

23  testing requirement.  That is, if a doctor or

24  psychiatrist believes that marijuana is necessary for his

25  treatment, I will exclude that as a drug that is

1    prohibited if it is medically approved.

2            He shall participate in mental health

3    treatments which may include evaluation and counseling

4    until discharged by the appropriate provider.

5            He can engage in that mental health counseling

6    as requested telephonically given the fact that he

7    doesn't have easy access to a facility that would provide

8    inpatient treatment.

9            He is ordered to pay a special assessment of

10   $600.  All fines are waived.

11           The basis for the sentence is the court's

12   consideration of the guidelines which were correctly

13   stated to be 21 to 27 months.  In the court's view, the

14   sentence is substantially beneath the guideline.  And so,

15   imposing the sentence, the court has considered the

16   relevant sentencing factors under Section 3553(a) of

17   Title 18 of the United States Code.  I have considered

18   the offense, the history and characteristics of this

19   defendant, the seriousness of the offense.

20           I do consider the offense to be serious, and I

21   do believe that the witnesses who testified in their

22   position could genuinely feel fear regardless of what the

23   defendant thought he was communicating based upon the

24   manner and the words spoken, and so, I do find the

25   offense to be serious.

1          I am taking that into account.  I am also

2   considering the factor of adequate deterrence by this

3   defendant and to protect the public from further crimes

4   of this defendant.  In that regard, I realize that he is

5   somewhat of a recidivist in so far as this type of

6   offense goes, and it is true that suffering misdemeanor

7   or citations in the past for similar conduct did not

8   deter him.

9          However, I do believe that the time he has

10  already spent and the additional time is quite a bit

11  different than his prior sentence, and that I do believe

12  to use the colloquial, this is a wake up call.  And that

13  he won't engage in this conduct again.

14         There is a three year period of supervised

15  release which provides an ample period to reconsider if

16  there is conduct of this nature again.

17         I am also taking into account that he has

18  physically suffered as a result of his service in the

19  Marine Corps.  I do recognize his service in the Marine

20  Corps.  Even though he didn't experience combat, he did

21  serve four years and was honorably discharged.

22         I do believe that considering all the

23  available sentences and all the factors, this is the most

24  appropriate sentence.

25         So that is the sentence.

1        THE DEFENDANT:  Thank you, your Honor.

2        MR. REED:  Thank you, your Honor.

3     (Proceedings concluded.)

1                            CERTIFICATE

2

3

4     I hereby certify that pursuant to Section 753, Title 28,

5     United States Code, the foregoing is a true and correct

6     transcript of the stenographically reported proceedings held

7     in the above-entitled matter and that the transcript page

8     format is in conformance with the regulations of the

9     Judicial Conference of the United States.

10    Date:  September 4, 2020

11

12     /s/ Katie Thibodeaux, CSR No. 9858, RPR, CRR

13

14

15

16

17

18

19

20

21

22

23

24

25

```
MR. DAHLQUIST: [7]  3/3 3/21
 4/21 9/12 9/21 9/25 12/22
MR. REED: [9]
THE CLERK: [2]   4/3 4/7
THE COURT: [16]
THE DEFENDANT: [5]  3/16
 4/11 10/23 12/8 15/25

$
$600 [1]   14/10

/
/s [1]   17/12

0
04 [1]   13/17

1
10 [2]   5/9 9/24
10th [1]  2/5
14th [1]   8/18
18 [3]   1/15 3/1 14/17
19 [5]   5/15 8/3 8/5 8/14
 8/23
19-394 [1]   1/8
1984 [1]   13/2
1:08 [1]   3/2
1st [1]   1/20

2
20-04 [1]   13/17
200 [1]   2/6
2019 [1]   5/6
2020 [3]   1/15 3/1 17/10
21 [1]   14/13
23 [1]   8/16
27 [2]   9/16 14/13
27-month [1]   10/16
28 [1]   17/4

3
3404 [1]   2/5
350 [1]   1/20
3553 [1]   14/16
3699 [1]   2/11
394 [1]   1/8

4
4311 [1]   1/20

6
6th [1]   5/6

7
753 [1]   17/4

8
850 [1]   2/11

9
90010 [1]   2/12
90012 [1]   1/21
92501 [1]   2/6
9858 [2]   1/19 17/12

A
AA [2]   12/15 12/15
able [1]   12/16
above [1]   17/7
above-entitled [1]   17/7
absolutely [1]   11/19
accept [1]   10/13
accepting [1]   10/5
access [1]   14/7
account [2]   15/1 15/17
Act [2]   4/1 13/2
add [2]   9/12 9/14

additional [1]   15/10
adequate [1]   11/21
admittedly [2]   5/19 6/8
affairs [2]   7/7 7/12
afternoon [2]   3/7 3/10
again [6]   6/2 6/5 11/10 12/3
 15/13 15/16
Agency [1]   7/7
Agent [1]   11/14
aggressive [1]   8/8
agree [10]
ahead [2]   9/25 12/8
all [7]   4/15 8/14 9/25 13/13
 14/10 15/22 15/23
allow [1]   9/4
allowed [1]   8/11
already [1]   15/10
also [6]   7/22 8/10 9/19 12/7
 15/1 15/17
always [1]   5/20
am [9]
America [2]   1/6 2/3
ample [1]   15/15
and/or [1]   3/19
ANGELES [4]   1/14 1/21 2/12
 3/1
anger [1]   12/12
any [8]   3/21 4/16 9/20 11/20
 11/23 11/25 12/21 13/18
anybody [2]   11/6 11/6
anyone [2]   6/13 10/7
anything [2]   9/11 11/11
apologize [1]   11/9
apparent [1]   10/4
APPEARANCES [1]   2/1
appearing [1]   3/8
appreciates [1]   7/11
appropriate [4]   4/25 9/17
 14/4 15/24
approved [1]   14/1
are [9]
area [2]   7/22 9/7
argument [1]   4/25
arrested [1]   5/6
as [18]
ask [3]   6/14 9/4 12/5
asked [1]   5/8
asking [2]   7/5 7/17
assessment [1]   14/9
assistance [2]   11/3 11/7
attacked [1]   8/9
ATTORNEY'S [1]   2/4
audio [2]   4/3 4/4
AUSA [1]   2/5
available [1]   15/23
aware [1]   6/7
away [1]   9/7

B
back [1]   7/21
based [2]   7/14 14/23
basis [2]   10/8 14/11
be [15]
became [1]   12/13
because [4]   5/2 7/2 8/25 9/6
been [16]
before [1]   8/2
began [2]   8/3 8/5
behalf [6]   2/3 2/9 3/8 3/11
 4/18 12/24
behavior [3]   6/9 10/2 10/18
being [2]   8/9 11/4
believe [9]
believes [1]   13/24
beloved [1]   7/23
beneath [1]   14/14
Bernardino [2]   8/2 8/4
bit [3]   5/2 5/3 15/10
BOP [1]   8/20

Boulevard [1]   2/11
brief [5]   5/5 5/8 5/19 7/24
 8/18
briefly [1]   9/10
brutally [1]   8/9
Bureau [1]   13/5

C
CA [3]   1/21 2/6 2/12
calculation [1]   3/21
calculations [2]   4/19 4/23
CALIFORNIA [3]   1/2 1/14 3/1
call [2]   5/22 15/12
called [1]   11/2
calling [2]   6/22 11/21
calls [4]   6/7 6/12 6/16
 11/20
can [7]   3/25 4/5 4/7 4/10
 5/17 11/18 14/5
cannabis [1]   11/14
capability [1]   6/13
CARES [1]   4/1
case [1]   5/21
cases [1]   9/18
cause [1]   12/21
cell [2]   8/12 8/15
CENTRAL [1]   1/2
CERTIFICATE [1]   17/1
certificates [1]   5/17
certify [1]   17/4
characteristics [1]   14/18
circumstances [2]   4/11 8/11
citations [1]   15/7
clear [1]   11/22
closest [1]   9/8
Code [2]   14/17 17/5
collection [1]   13/18
colloquial [1]   15/12
combat [1]   15/20
combined [1]   10/12
come [2]   10/9 10/25
coming [1]   10/7
commitments [1]   9/21
committed [1]   13/3
communicating [1]   14/23
community [1]   12/16
compassion [1]   12/6
completed [1]   5/18
completely [1]   12/3
comply [1]   13/15
compulsive [1]   10/2
concluded [1]   16/3
concurrently [2]   13/8 13/14
condition [1]   7/18
conditions [3]   8/3 9/3 13/14
conduct [8]   5/21 9/19 10/5
 10/12 10/15 15/7 15/13 15/16
conference [2]   3/12 17/9
confined [1]   8/15
conformance [1]   17/8
consider [3]   6/14 7/24 14/20
consideration [2]   12/6 14/12
considered [2]   14/15 14/17
considering [2]   15/2 15/22
considers [1]   7/8
consistent [1]   10/2
consists [2]   13/6 13/11
construed [2]   11/4 11/12
contact [2]   11/24 12/1
contagious [1]   8/19
continue [1]   10/15
continuous [1]   5/7
contracting [1]   8/23
contractor [1]   9/8
controlled [1]   13/19
converts [1]   5/9
conviction [1]   10/8
cooperates [1]   13/17
```

## C

**Corps [2]**  15/19 15/20
**correct [2]**  7/1 17/5
**correctly [1]**  14/12
**could [2]**  11/12 14/22
**COUNSEL [1]**  2/1
**counseling [4]**  9/2 9/5 14/3 14/5
**Count [2]**  10/9 13/11
**country [2]**  7/9 7/15
**Counts [3]**  13/4 13/7 13/12
**court [19]**
**court's [2]**  14/11 14/13
**COVID [6]**  5/15 8/3 8/5 8/14 8/20 8/23
**COVID-19 [5]**  5/15 8/3 8/5 8/14 8/23
**CR [1]**  1/8
**crimes [1]**  15/3
**crisis [2]**  8/5 8/21
**CRR [1]**  17/12
**CSR [2]**  1/19 17/12
**curtailed [1]**  9/19
**custodial [1]**  9/21
**custody [5]**  5/7 5/9 7/25 8/22 13/5
**cutting [1]**  4/5

## D

**DAHLQUIST [5]**  2/5 3/8 3/23 4/21 9/25
**Date [1]**  17/10
**DAVID [3]**  2/10 2/10 3/11
**day [6]**  5/8 5/13 7/17 8/16 13/6 13/6
**days [1]**  9/24
**dealing [1]**  7/12
**decade [1]**  10/3
**December [2]**  5/6 8/2
**December 6th [1]**  5/6
**defendant [15]**
**defendant's [2]**  7/8 9/17
**delay [1]**  3/24
**DEPARTMENT [1]**  2/4
**detained [1]**  5/6
**detention [3]**  5/24 7/19 8/24
**deter [1]**  15/8
**deterrence [1]**  15/2
**did [8]**  8/10 8/19 9/20 9/22 9/23 11/6 15/7 15/20
**didn't [3]**  6/19 7/3 15/20
**differences [1]**  4/16
**different [1]**  15/11
**discharged [3]**  11/19 14/4 15/21
**disputes [1]**  3/21
**DISTRICT [3]**  1/1 1/2 1/4
**DIVISION [1]**  1/2
**DNA [1]**  13/18
**do [15]**
**doctor [1]**  13/23
**does [2]**  3/24 6/4
**doesn't [1]**  14/7
**don't [3]**  4/2 5/4 11/11
**done [2]**  9/5 10/14
**down [2]**  5/15 8/14
**drug [3]**  13/19 13/22 13/25
**due [2]**  5/15 8/11
**during [1]**  5/23
**dying [1]**  11/13

## E

**each [2]**  13/7 13/12
**easy [1]**  14/7
**eight [1]**  13/20
**either [1]**  11/24
**endure [1]**  6/1
**engage [2]**  14/5 15/13

## E (cont.)

**engaging [1]**  10/15
**enlightening [1]**  10/19
**entitled [1]**  17/7
**especially [2]**  10/17 10/24
**etc [1]**  7/4
**evaluation [1]**  14/3
**Even [1]**  15/20
**ever [4]**  6/1 6/4 11/5 11/6
**Every [1]**  8/8
**exceed [1]**  13/20
**exclude [1]**  13/25
**Excuse [1]**  9/23
**exercise [2]**  8/11 8/17
**experience [1]**  15/20
**explain [1]**  5/23
**exposure [1]**  11/14
**express [1]**  12/17
**expressing [2]**  11/8 11/13
**extensive [1]**  6/8
**extreme [1]**  8/23

## F

**facilities [1]**  8/20
**facility [1]**  14/7
**fact [3]**  11/2 11/10 14/6
**factor [3]**  6/14 7/9 15/2
**factors [3]**  7/25 14/16 15/23
**failed [1]**  7/24
**failure [1]**  10/13
**family [1]**  7/20
**far [1]**  15/5
**fear [4]**  6/12 8/9 8/23 14/22
**February [1]**  8/5
**federal [1]**  9/8
**feel [2]**  11/7 14/22
**felt [3]**  6/12 11/10 12/4
**find [1]**  14/24
**finding [1]**  3/24
**fines [1]**  14/10
**first [5]**  4/15 8/1 13/4 13/7 13/12
**follow [1]**  10/19
**followed [1]**  9/16
**following [1]**  13/14
**foregoing [1]**  17/5
**format [1]**  17/8
**four [2]**  9/18 15/21
**frequently [1]**  6/23
**frustrated [1]**  12/13
**frustration [1]**  11/8
**fully [4]**  8/19 9/3 10/4 10/13
**further [2]**  3/24 15/3
**furthering [1]**  11/20

## G

**general [2]**  8/13 13/17
**genuinely [1]**  14/22
**get [1]**  8/10
**gets [1]**  6/1
**given [3]**  5/20 9/17 14/6
**Go [2]**  9/25 12/8
**God [1]**  11/18
**goes [1]**  15/6
**going [4]**  5/1 6/2 10/1 10/9
**gone [1]**  7/11
**Good [2]**  3/7 3/10
**gotten [1]**  8/20
**government [5]**  3/23 7/6 7/10 9/11 11/21
**guideline [2]**  4/19 14/14
**guidelines [3]**  4/23 6/10 14/12

## H

**had [6]**  6/13 7/2 10/25 11/5 11/13 12/4
**handle [1]**  6/16

## H (cont.)

**happen [1]**  6/4
**harassment [1]**  7/6
**hard [1]**  10/4
**harm [3]**  3/25 6/11 11/6
**harsh [1]**  8/1
**harsher [1]**  8/4
**has [24]**
**have [21]**
**having [1]**  10/4
**he [52]**
**health [5]**  9/2 9/5 9/8 14/2 14/5
**hear [5]**  3/18 4/7 4/16 4/24 9/10
**heard [1]**  10/23
**held [1]**  17/6
**help [6]**  7/21 11/8 12/10 12/11 12/17 12/18
**helpful [1]**  12/11
**her [1]**  6/18
**here [5]**  9/20 11/16 12/11 12/15 13/3
**hereby [1]**  17/4
**higher [1]**  10/14
**highlight [1]**  5/5
**him [6]**  6/4 6/17 6/25 7/21 8/24 15/8
**his [26]**
**history [3]**  9/18 10/12 14/18
**holding [1]**  5/16
**home [2]**  7/19 8/24
**Honor [32]**
**HONORABLE [1]**  1/3
**honorably [2]**  11/19 15/21
**hope [2]**  7/8 7/14
**hopefully [1]**  10/18
**hour [2]**  8/10 8/16
**hours [1]**  8/16
**housed [1]**  8/24
**how [3]**  8/19 11/13 11/14
**However [2]**  6/9 15/9
**humane [1]**  8/24
**hurt [1]**  6/13

## I

**I'm [2]**  3/23 4/4
**identification [2]**  6/23 6/25
**ill [1]**  8/8
**imposed [1]**  12/22
**imposing [1]**  14/15
**imprisonment [1]**  13/9
**inaudible [3]**  4/3 4/17 11/25
**include [1]**  14/3
**including [1]**  9/18
**indictment [3]**  13/4 13/8 13/13
**infection [1]**  8/22
**informed [1]**  6/3
**initial [1]**  3/21
**inmate [3]**  5/10 5/11 8/7
**inmates [1]**  8/16
**inpatient [1]**  14/8
**insist [1]**  10/25
**intend [1]**  11/6
**intended [1]**  11/5
**intention [2]**  11/11 12/5
**intentions [1]**  11/20
**interest [1]**  11/21
**interrupt [1]**  3/23
**involve [1]**  9/21
**is [46]**
**it [20]**

## J

**jail [2]**  8/2 8/4
**JUDGE [1]**  1/4
**judgment [1]**  13/2
**Judicial [1]**  17/9

**J**

judiciary [1]  7/10
JUNE [2]  1/15 3/1
just [3]  9/14 10/1 10/11
JUSTICE [1]  2/4

**K**

KATIE [2]  1/19 17/12
keep [1]  8/22
kill [3]  10/7 10/10 11/1
kind [3]  5/25 6/5 6/7
knew [1]  6/15
know [7]  6/11 6/19 7/3 9/11
  10/12 11/16 12/12
knows [3]  6/1 6/17 9/14

**L**

larger [1]  8/15
Lastly [1]  9/2
LAW [1]  2/10
lawyer [1]  4/14
lean [1]  4/5
learned [3]  5/22 9/1 11/17
least [2]  6/23 7/10
legal [1]  12/21
leniency [1]  7/14
lenient [1]  9/18
less [1]  9/22
lesson [3]  5/22 9/1 11/17
let's [1]  4/24
letter [2]  10/3 10/6
level [1]  6/10
licensed [1]  13/21
like [3]  9/24 9/24 12/17
little [3]  4/5 5/2 5/3
lived [1]  7/20
lives [1]  9/6
lock [2]  5/15 8/14
lockdown [1]  8/12
long [1]  10/11
long-standing [1]  10/11
LOS [4]  1/14 1/21 2/12 3/1
low [1]  5/3
lower [1]  6/10

**M**

made [2]  11/21 12/1
mail [1]  11/24
make [1]  3/24
making [2]  6/8 11/24
manner [1]  14/24
many [3]  7/12 9/7 9/7
marijuana [2]  13/21 13/24
marine [3]  11/19 15/19 15/19
matter [1]  17/7
may [3]  8/18 10/8 14/3
May 14th [1]  8/18
MDC [4]  5/14 5/18 8/4 8/14
me [5]  4/7 9/23 11/18 12/11
  12/17
medical [1]  13/22
medically [1]  14/1
medicine [1]  11/14
meet [1]  12/16
mental [5]  9/2 9/5 9/8 14/2
  14/5
mentally [1]  8/8
mercy [1]  12/6
message [1]  11/22
might [1]  11/3
miles [1]  9/7
military [1]  7/7
mind [1]  5/25
minds [1]  12/17
minimize [1]  6/12
minute [1]  9/20
misdemeanor [1]  15/6
mitigating [2]  7/9 7/25

**N**

name [2]  6/20 6/25
nature [2]  10/11 15/16
necessary [1]  13/24
need [2]  11/3 11/7
needs [3]  7/22 9/4 12/17
neither [1]  6/15
never [2]  10/6 11/1
no [10]
normal [2]  6/16 11/12
normally [1]  8/11
not [17]
now [5]  3/20 5/19 5/24 6/7
  12/21
numerous [1]  11/2

**O**

offense [5]  14/18 14/19
  14/20 14/25 15/6
office [4]  2/4 10/10 11/1
  13/17
OFFICES [1]  2/10
Official [1]  1/19
Okay [3]  3/13 9/10 13/1
one [9]
only [1]  5/5
Orange [1]  11/14
Order [1]  13/17
ordered [1]  14/9
original [1]  7/16
other [2]  8/7 8/16
our [6]  5/8 6/16 7/6 7/8
  7/15 8/20
out [1]  4/5
outcomes [1]  9/18
over [1]  10/3

**P**

P.M [1]  3/2
page [2]  10/3 17/7
Palms [2]  7/21 9/7
pamphlets [1]  12/11
pandemic [2]  5/15 8/3
part [1]  10/24
participate [1]  14/2
past [1]  15/7
pay [1]  14/9
people [4]  10/17 11/10 12/4
  12/16
per [1]  13/20
perfectly [1]  11/22
Perhaps [1]  10/8
period [4]  10/18 10/19 15/14
  15/15
person [4]  6/11 6/22 6/24
  13/22
perspective [1]  10/14
PETER [3]  2/5 3/8 3/22
phone [4]  6/7 6/9 6/11 11/24
physically [1]  15/18
place [1]  8/24

**model [2]**  5/10 5/10
modifying [1]  14/24
MONDAY [2]  1/15 3/1
month [2]  10/16 13/20
months [7]  5/7 5/9 5/14 5/24
  7/19 9/16 14/13
more [3]  5/13 6/9 9/18
most [1]  15/23
moved [1]  8/13
Mr. [22]
Mr. Dahlquist [2]  4/21 9/25
Mr. Reed [3]  3/18 4/24 6/19
Mr. Stahlnecker [16]
Mr. Stahlnecker's [1]  7/15
much [2]  6/10 8/4
my [17]

**placed [3]**  8/5 8/7 13/10
PLAINTIFF [1]  1/6
point [4]  3/19 8/25 11/5
  12/2
points [1]  5/5
population [1]  8/13
position [3]  9/11 9/15 14/22
pounded [1]  5/25
practices [1]  7/7
prescribed [1]  13/21
present [1]  3/11
presentence [2]  3/14 3/20
presents [1]  10/14
PRESIDING [1]  1/4
Pretrial [1]  13/16
pretty [1]  6/6
prior [2]  9/20 15/11
Prisons [1]  13/5
probably [1]  5/14
Probation [1]  13/16
Problem [1]  4/3
problems [1]  11/23
proceed [3]  3/25 4/10 4/15
proceedings [3]  1/13 16/3
  17/6
program [1]  12/15
programs [2]  5/11 12/10
prohibited [1]  14/1
protect [2]  10/16 15/3
provide [1]  14/7
provider [1]  14/4
provides [1]  15/15
PSR [2]  4/20 4/23
psychiatrist [1]  13/24
public [3]  9/1 10/17 15/3
punishment [1]  6/6
pursuant [2]  13/1 17/4

**Q**

quarantine [1]  8/6
quickly [1]  7/22
quite [1]  15/10

**R**

read [1]  3/14
realize [3]  8/19 12/12 15/4
really [2]  5/23 7/3
reason [1]  8/21
reasons [1]  12/12
recall [1]  10/8
receiving [1]  11/8
recidivist [1]  15/5
recognize [1]  15/19
recognized [2]  6/22 7/2
recommendation [1]  7/16
reconsider [1]  15/15
REED [6]  2/10 2/10 3/11 3/18
  4/24 6/19
Reform [1]  13/2
refrain [1]  13/18
regard [2]  3/20 15/4
regarding [2]  3/21 4/25
regardless [1]  14/22
regulations [2]  13/15 17/8
release [7]  6/3 7/18 9/17
  10/19 13/9 13/10 15/15
relevant [1]  14/16
remember [1]  6/21
repeat [1]  5/4
repeatedly [1]  7/2
report [2]  3/15 3/20
reported [1]  17/6
Reporter [1]  1/19
REPORTER'S [1]  1/13
requested [1]  14/6
requesting [1]  9/16
requests [1]  11/23
requirement [1]  13/23

**R**

responsibility [2]   10/5
10/13
result [2]   3/25 15/18
reunite [1]   7/22
right [2]   4/15 9/25
risk [1]   10/14
Riverside [1]   2/6
Robert [2]   1/9 13/3
RPR [1]   17/12
rules [1]   13/15
run [2]   13/8 13/13

**S**

safe [1]   8/25
safety [1]   9/1
said [4]   5/4 11/1 11/4 11/11
same [3]   6/22 6/24 10/20
sample [1]   13/18
San [2]   8/2 8/3
say [1]   10/1
says [1]   10/6
second [1]   8/8
Section [2]   14/16 17/4
see [2]   5/16 5/17
self [1]   12/10
self-help [1]   12/10
sense [1]   11/12
sentence [14]
sentences [1]   15/23
sentencing [6]   3/14 4/10 5/8
7/24 13/1 14/16
September [1]   17/10
serious [2]   14/20 14/25
seriousness [1]   14/19
serve [1]   15/21
served [2]   7/18 8/1
service [6]   7/6 7/8 7/11
7/15 15/18 15/19
Services [1]   13/16
seven [2]   5/7 5/23
shall [1]   13/10 14/2
should [1]   12/21
show [1]   7/9
shows [1]   7/14
SHU [4]   8/6 8/7 8/9 8/10
similar [2]   6/9 15/7
simply [4]   8/24 11/7 11/13
12/5
since [1]   6/2
sir [3]   12/7 12/8 12/20
situation [1]   11/15
six [2]   7/19 13/13
slaps [1]   5/20
small [1]   8/12
so [13]
some [4]   5/5 6/21 7/25 12/12
somebody [1]   11/4
somebody's [1]   10/25
someone [1]   5/9
something [1]   11/4
somewhat [1]   15/5
sons [1]   7/23
soon [1]   5/23
sorry [4]   3/23 4/4 11/9 12/4
sought [1]   9/3
sound [1]   5/2
speak [1]   5/2
speaking [1]   6/20
special [1]   14/9
spent [3]   5/14 8/9 15/10
spoken [1]   14/24
Stahlnecker [18]
Stahlnecker's [1]   7/15
standing [1]   10/11
stated [2]   5/19 14/13
STATES [9]
stenographically [1]   17/6

**S** *(continued column)*

STEPHEN [1]   1/3
STEPHEN V.   1/8
Street [2]   1/20 2/5
stressing [2]   11/3 11/7
subject [1]   13/22
subjected [1]   10/17
submit [3]   9/9 10/21 13/19
substance [1]   13/19
substantial [1]   4/16
substantially [1]   14/14
such [1]   3/25
suffered [2]   5/23 15/18
suffering [3]   5/24 5/25 15/6
Suite [3]   1/20 2/6 2/11
superseding [3]   13/4 13/7
13/13
supervised [6]   6/3 7/18 9/17
10/19 13/10 15/14
supervision [1]   6/5
susceptible [1]   8/22
SVW [1]   1/8

**T**

take [1]   12/6
taking [4]   5/11 12/9 15/1
15/17
talking [1]   6/15
technology [1]   4/10
teleconferece [1]   3/9
teleconference [1]   9/6
telephonically [1]   14/6
telephoning [1]   7/3
term [4]   13/5 13/6 13/10
13/11
terms [2]   13/13 13/14
testified [1]   14/21
testimony [1]   6/20
testing [2]   13/20 13/23
tests [1]   13/20
than [4]   6/10 8/4 9/22 15/11
Thank [6]   4/12 5/1 12/19
12/20 16/1 16/2
that [73]
their [4]   11/21 11/23 12/1
14/21
them [5]   5/17 7/21 10/7 11/1
12/1
then [5]   4/24 8/4 8/13 8/14
10/12
there [10]
Therefore [1]   5/12
these [3]   6/11 12/9 12/11
they [11]
THIBODEAUX [2]   1/19 17/12
thing [1]   6/5
things [2]   8/19 9/24
this [29]
those [1]   5/18
though [2]   11/17 15/20
thought [1]   11/2
threat [4]   6/16 9/1 11/4
11/12
threaten [1]   11/5
threatened [3]   10/25 11/10
12/4
threatening [1]   6/17
threats [1]   6/11
three [5]   6/2 9/16 13/10
13/11 15/14
through [6]   7/12 12/14 12/15
13/4 13/7 13/12
thus [1]   5/6
time [11]
times [1]   11/2
Title [2]   14/17 17/4
today [1]   11/17
told [3]   5/2 10/6 10/9
tortured [1]   7/6
total [1]   8/12

**T** *(continued column)*

totally [1]   11/25
transcript [2]   17/6 17/6
17/7
treatment [2]   13/25 14/8
treatments [1]   14/3
trial [1]   6/21
trouble [1]   6/1
true [2]   15/6 17/5
truly [2]   5/21 8/25
Twentynine [2]   7/21 9/7
two [3]   5/13 8/6 8/12
type [3]   11/15 12/14 15/5

**U**

U.S [3]   1/19 2/4 2/4
under [4]   4/1 4/11 13/14
14/16
understand [1]   9/14
understands [1]   7/11
unfortunate [1]   11/16
UNITED [9]
unlawful [1]   13/19
until [1]   14/4
up [6]   5/2 5/16 5/22 7/21
9/6 15/12
upon [2]   13/9 14/23
use [2]   13/19 15/12
utilitarian [1]   8/21

**V**

very [5]   8/1 8/12 11/9 12/3
12/10
veteran's [1]   7/12
veterans [2]   7/7 11/13
victim [2]   6/17 10/9
victims [3]   6/12 6/15 6/21
video [3]   3/9 3/12 4/10
view [2]   8/20 14/13
virus [1]   8/11
voice [1]   7/2
volatile [1]   12/13
VTC [1]   3/25

**W**

waived [1]   14/10
wake [2]   5/22 15/12
want [2]   4/2 7/21
was [34]
way [1]   4/10
we [12]
weeks [2]   8/6 8/12
well [4]   4/2 4/13 6/19 10/24
went [1]   8/14
were [5]   5/12 6/15 6/20 9/24
14/12
West [1]   1/20
WESTERN [1]   1/2
what [5]   5/4 6/4 7/11 10/13
14/22
when [1]   12/6
where [6]   6/17 7/4 8/25 9/6
9/18 10/24
whether [1]   4/3
which [7]   5/8 5/14 6/10
12/10 14/3 14/12 15/15
while [1]   6/5
who [8]   5/9 6/15 6/17 6/19
7/3 8/7 10/17 14/21
whom [1]   7/20
why [2]   12/12 12/21
will [16]
Wilshire [1]   2/11
WILSON [1]   1/3
wish [3]   3/24 5/4 10/22
witness [1]   11/18
witnesses [1]   14/21
won't [2]   6/6 15/13
words [1]   14/24

**W**

**work [1]**  4/6
**would [7]**  3/25 4/6 5/13 5/14
 9/9 9/14 14/7
**wrist [1]**  5/21
**written [1]**  8/18

**Y**

**year [7]**  5/8 5/13 7/16 13/6
 13/6 13/12 15/14
**years [6]**  6/2 7/13 9/16
 13/11 13/11 15/21
**Yes [7]**  3/16 3/17 4/8 4/12
 4/22 9/13 10/1
**you [23]**
**your [36]**